# Exhibit A



**Kent & Risley LLC**

5755 N Point Parkway Ste 57
Alpharetta, GA  30022
www.KentRisley.com

**Daniel A. Kent**
*Partner*
(404) 585-4214
dankent@kentrisley.com

April 21, 2021

BY EMAIL

Amr O. Aly
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
aaly@jenner.com

RE:   DIGIMEDIA TECH, LLC – PATENT PORTFOLIO LICENSING PROGRAM

Dear Mr. Aly:

I write this letter to you in your capacity as counsel for Altice USA.  This firm represents DigiMedia Tech, LLC ("DigiMedia") which, as you know from Mike McLaughlin's letter of May 27, 2020, is the owner by assignment of all right, title, and interest in and to an international patent portfolio covering various aspects of technologies related to the capture, processing, transmission and storage of digital imaging, video and graphics, with wide applications across multiple industries. A summary of the Portfolio is detailed below:

- 60 active issued patent assets (plus numerous recently expired patent assets)
- Over 2,400 patent claims
    o Method Claims – 1,150+
    o Apparatus/System Claims – 1,200+
- Over 2,400 forward references (patent to patent via USPTO website)

The Portfolio is included in the attached Exhibit A for your reference.  All communications with DigiMedia should be addressed to my attention.

A number of these assets appear to be particularly relevant to and infringed by Altice.  For example,

- U.S. Pat. No. 6,684,220 (*see, e.g.,* claim 1) – Altice's Suddenlink system to implement automated chat sessions for customer support: https://www.suddenlink.com/contactus

- U.S. Pat. No. 8,160,980 (*see, e.g.,* claim 1) – Optimum's system for programming recommendations:  https://www.optimum.net/pages/altice-one/my-picks-and-apps.html?v_cid=vanity-_-url-_-onepicks

Amr O. Aly
April 21, 2021
Page 2

- ▪ U.S. Pat. No. 6,744,818 (*see, e.g.,* claim 1) – Compressing video with H.264 for Altice One streaming services: https://www.optimum.net/pages/alticeone/app.html

- ▪ U.S. Pat. No. 6,807,568 (*see, e.g.,* claim 1) – Optimum's system for adding apps such as Netflix: https://www.optimum.net/pages/altice-one/my-picks-and-apps.html?v_cid=vanity-_-url-_-onepicks

In addition, the following patents also appear to be relevant to Altice's product and service offerings, and Altice may wish to have its patent counsel examine them for potential infringement by the identified or similar services:

- U.S. Pat. No. RE42,148 (*see, e.g.,* claims 1, 4, 5, 10, 16, and 21) – Compressing video with H.264 for Altice One streaming services: https://www.optimum.net/pages/alticeone/app.html

- U.S. Pat. No. 7,743,399 (*see, e.g.,* claims 1, 19, and 28) – "Altice One App" for selecting and viewing previews and TV shows: https://www.optimum.net/pages/alticeone/app.html

- U.S. Pat. No. 9,055,328 (*see, e.g.,* claim 1, 14, and 15) – "Altice One App" for selecting and viewing previews and TV shows:  https://www.optimum.net/pages/alticeone/app.html

- U.S. Pat. No. 8,087,049 (*see, e.g.,* claim 1, 17, and 18) – "Altice One App" for selecting and viewing previews and TV shows:  https://www.optimum.net/pages/alticeone/app.html

- U.S. Pat. No. 6,606,287 (*see, e.g.,* claims 1, 2, 4, 5, 7, 8, and 9) - Compressing video with H.264 for Altice One streaming services: https://www.optimum.net/pages/alticeone/app.html

- U.S. Pat. No. 7,065,778 (*see, e.g.,* claims 1, 16, and 21) – Optimum "Multi-Room DVR" and Cloud DVR service: http://getstarted.optimum.net/tv/multi-room-dvr.php

Copies of these ten (10) patents are enclosed.

We also invite your patent counsel to examine the other patents in Exhibit A to determine the extent to which your commercial activities call for a non-exclusive license to other DigiMedia patents.

As a result of Altice's apparent infringement of the above-identified patents, DigiMedia has suffered and will continue to suffer patent infringement damages. DigiMedia is nonetheless hopeful that the parties can engage in discussions to reach an amicable resolution of this matter. While DigiMedia strongly believes in its rights as a patent holder, it nevertheless recognizes a desire to defer any unnecessary legal expenses, as well as the benefits of efficient and early resolution where possible.

We look forward to hearing from you.

Amr O. Aly
April 21, 2021
Page 3

Very truly yours,

Daniel A. Kent

Enclosures

# Exhibit B



US006684220B1

(12) **United States Patent**
Pfeiffer et al.

(10) Patent No.: **US 6,684,220 B1**
(45) Date of Patent: **Jan. 27, 2004**

(54) **METHOD AND SYSTEM FOR AUTOMATIC INFORMATION EXCHANGE**

(75) Inventors: **William P. Pfeiffer**, Fort Worth, TX (US); **Randall M. Schuessler**, Fort Worth, TX (US); **Michael R. Yokell**, Fort Worth, TX (US)

(73) Assignee: **Lockheed Martin Corporation**, Bethesda, MD (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 492 days.

(21) Appl. No.: **09/666,029**

(22) Filed: **Sep. 20, 2000**

(51) Int. Cl.[7] ................................... **G06F 17/30**
(52) U.S. Cl. ...................................... **707/103 R**; 707/2
(58) Field of Search .................. 707/103 R, 102, 707/3, 1; 705/51, 52, 54, 57, 80; 703/22; 713/187, 201; 717/122, 145, 176; 715/503; 345/734, 744, 784, 821

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,801,701 A | * | 9/1998 | Koppolu et al. | 345/821 |
| 6,032,147 A | | 2/2000 | Williams et al. | 707/101 |
| 6,038,393 A | | 3/2000 | Iyengar et al. | 395/701 |
| 6,038,565 A | | 3/2000 | Nock | 707/701 |
| 6,049,807 A | | 4/2000 | Carroll et al. | 707/201 |
| 6,049,822 A | | 4/2000 | Mittal | 709/217 |
| 6,101,500 A | * | 8/2000 | Lau | 707/103 R |
| 6,282,547 B1 | * | 8/2001 | Hirsch | 707/102 |
| 6,466,932 B1 | * | 10/2002 | Dennis et al. | 707/3 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| FR | 2 689 260 | 10/1993 | ......... | G05B 19/403 |

OTHER PUBLICATIONS

Bayol, Catherine, "*Une Approche Structurelle et Comportementale de la Modélisation Pour la Vélisation Pour la Vérification de Composants VLSI*", Thése de Docteur de L'Université Joseph Fourier—Grenoble I, 129 pages, Dec. 12, 1995.

Donnel, Brian L., "*Object/Rule Integration in CLIPS*", Expert Systems, vol. 11, No. 1, XP001073801, Feb. 1994, pp. 29–45.

Aho, Alfred V., et al, "*Introduction to Compiling*", 1986, Addison–Wesley Series in Computer Science, Reading, ETATS–UNIS D'AMERIQUE, XP002200775, pgs. 1–15, 19, 60–62, 389–396, 411–431, 1986.

International Search Report dated Jun. 17, 2002 for PCT/US01/28888 filed Sep. 17, 2001, Jun. 17, 2002.

* cited by examiner

*Primary Examiner*—Diane D. Mizrahi
(74) *Attorney, Agent, or Firm*—Baker Botts, L.L.P.

(57) **ABSTRACT**

A method and system for automatic information exchange includes a processor and a memory coupled to the processor and operable to store a model. The model includes a plurality of objects where each of the plurality of objects includes an input variable and an output variable. The system also includes a loading engine residing in the memory and executable by the processor. The loading engine is operable to automatically create object links between corresponding input variables and output variables of each of the plurality of objects. The system may also include an update engine residing in the memory and executable by the processor. The update engine is operable to sequentially update each of the plurality of objects to obtain an output variable value for each of the plurality of objects.

**31 Claims, 5 Drawing Sheets**





*FIG. 1*



*FIG. 2*



FIG. 3



START
IDENTIFY INPUT VARIABLES AND OUTPUT VARIABLES FOR CONTAINER OBJECTS OF PARENT OBJECT
400
SELECT A CONTAINER OBJECT
402
IDENTIFY INPUT VARIABLE OF CONTAINER OBJECT
404
DETERMINE WHETHER INPUT VARIABLE OF CONTAINER OBJECT IS AN INPUT VARIABLE OF PARENT OBJECT
406
408
INPUT VARIABLE OF PARENT OBJECT ?
NO
YES
CONNECT INPUT VARIABLE OF PARENT OBJECT TO CORRESPONDING INPUT VARIABLE OF CONTAINER OBJECT
422
DETERMINE WHETHER ADDITIONAL INPUT VARIABLES EXIST FOR CONTAINER OBJECT
424
YES
ADDITIONAL INPUT VARIABLES ?
426
NO
FROM FIG. 4B
C
IDENTIFY OUTPUT VARIABLE OF CONTAINER OBJECT
428
FROM FIG. 4B
D
FIG. 4A
410
DETERMINE WHETHER INPUT VARIABLE IS AN OUTPUT VARIABLE OF ANOTHER CONTAINER OBJECT
412
OUTPUT VARIABLE OF ANOTHER CONTAINER OBJECT ?
NO
414
TRANSMIT ALARM SIGNAL
YES
416
DETERMINE WHETHER OBJECT LINK EXISTS BETWEEN CORRESPONDING INPUT AND OUTPUT VARIABLES
OBJECT LINK EXIST ?
YES
418
NO
420
CONNECT INPUT VARIABLE OF THE CONTAINER OBJECT TO THE CORRESPONDING OUTPUT VARIABLE
DETERMINE WHETHER OUTPUT VARIABLE OF CONTAINER OBJECT IS OUTPUT VARIABLE OF PARENT OBJECT
430
OUTPUT VARIABLE OF PARENT OBJECT?
NO
B
TO FIG. 4B
432
YES
A
TO FIG. 4B



FIG. 4B

FROM FIG. 4A
A
434
CONNECT OUTPUT VARIABLE OF PARENT OBJECT TO CORRESPONDING OUTPUT VARIABLE OF CONTAINER OBJECT
454
DETERMINE WHETHER ADDITIONAL OUTPUT VARIABLES EXIST FOR CONTAINER OBJECT
456
ADDITIONAL OUTPUT VARIABLES ?
YES
NO
C
TO FIG. 4A
DETERMINE WHETHER ADDITIONAL CONTAINER OBJECTS EXIST IN PARENT OBJECT
458
ADDITIONAL CONTAINER OBJECTS ?
NO
END
YES
460
SELECT NEXT CONTAINER OBJECT
462
D
TO FIG. 4A
FROM FIG. 4A
B
DETERMINE WHETHER OUTPUT VARIABLE OF CONTAINER OBJECT IS INPUT VARIABLE OF ANOTHER CONTAINER OBJECT
436
438
INPUT VARIABLE OF ANOTHER CONTAINER OBJECT ?
NO
440
TRANSMIT ALARM SIGNAL
YES
IDENTIFY CORRESPONDING INPUT VARIABLE OF CONTAINER OBJECT
442
DETERMINE WHETHER OUTPUT VARIABLE IS ALREADY CONNECTED TO CORRESPONDING INPUT VARIABLE OF CONTAINER OBJECT
444
CONNECTED?
YES
NO
446
CONNECT OUTPUT VARIABLE TO CORRESPONDING INPUT VARIABLE OF CONTAINER OBJECT
448
DETERMINE WHETHER OUTPUT VARIABLE IS INPUT VARIABLE OF ANOTHER CONTAINER OBJECT
450
INPUT VARIABLE OF ANOTHER CONTAINER OBJECT ?
YES
NO
452



START

IDENTIFY OUTPUT VARIABLE FOR PARENT OBJECT — 500

IDENTIFY CONTAINER OBJECT FOR PROVIDING THE OUTPUT VARIABLE VALUE — 502

*FIG. 5*

IDENTIFY INPUT VARIABLE OF CONTAINER OBJECT REQUIRED TO UPDATE CONTAINER OBJECT — 504

DETERMINE WHETHER INPUT VARIABLE VALUE OF CONTAINER OBJECT IS KNOWN — 506

508
INPUT VARIABLE VALUE KNOWN?

NO

510
IDENTIFY THE CONTAINER OBJECT FOR PROVIDING THE INPUT VARIABLE VALUE

YES

DETERMINE WHETHER ANOTHER INPUT VARIABLE OF CONTAINER OBJECT IS REQUIRED FOR UPDATING CONTAINER OBJECT

512
ANOTHER INPUT VARIABLE ?

YES

514   NO

UPDATE CONTAINER OBJECT — 516

DETERMINE OUTPUT VARIABLE VALUE — 518

OUTPUT THE OUTPUT VARIABLE VALUE FOR THE PARENT OBJECT — 520

DETERMINE WHETHER ANOTHER OUTPUT VARIABLE FOR PARENT OBJECT EXISTS — 522

YES   ANOTHER OUTPUT VARIABLE ?

524   NO

END

US 6,684,220 B1

**1**

# METHOD AND SYSTEM FOR AUTOMATIC INFORMATION EXCHANGE

## TECHNICAL FIELD OF THE INVENTION

The present invention relates generally to the field of information processing in a computer system and, more particularly, to a method and system for automatic information exchange.

## BACKGROUND OF THE INVENTION

Information is often exchanged between tools or applications in a computer system and between groups of persons or employees within an organization. The information may include data, such as alphanumeric values, tables, and analysis data. For example, the data may define numerical relationships between independent and dependent variables in either tabular or functional form. The information may also include methods, such as tabular information, interpolation and extrapolation methodologies, and functional information, such as equations, intrinsics, and logic. For example, the methods may generally include the operations used to compute dependent variable values given independent variable values including the mechanics of interpolation and extrapolation.

However, because most tools or applications are written to use unique file formats and data structures, translation of both the data and the methods used to manipulate the data is generally required to accommodate an exchange of the information. Additionally, exchanging information between applications and groups is further aggravated by heterogenous computing environments. Thus, considerable amounts of effort and time are required to reformat and restructure the data and the methods prior to efficiently using the exchanged data and methods.

## SUMMARY OF THE INVENTION

Accordingly, a need has arisen for an improved system and method for the efficient exchange and utilization of information between computer systems and groups of persons or employees within an organization. The present invention provides a method and system for automatic information exchange that substantially reduces or eliminates problems associated with prior systems and methods.

In accordance with an embodiment of the present invention, a system for automatic information exchange includes a processor and a memory coupled to the processor and operable to store a model. The model comprises a plurality of objects. Each of the plurality of objects comprises an input variable and an output variable. The system further includes a loading engine residing in the memory and executable by the processor. The loading engine is operable to automatically create object links between corresponding input variables and output variables of each of the plurality of objects.

According to another embodiment of the present invention, a method for automatic information exchange includes receiving a model at a processor. The model includes a plurality of objects. Each of the plurality of objects includes an input variable and an output variable. The method also includes automatically identifying the input variables and the output variables of each of the plurality of objects. The method further includes automatically creating object links between the corresponding input variables and output variables of each of the plurality of objects.

**2**

The present invention provides several technical advantages. For example, in one embodiment, a loading engine automatically links corresponding input variables and output variables of the objects of a model, thereby alleviating a requirement to manually create object links between the corresponding input variables and output variables of each of the model objects. Accordingly, users of the system need not know whether the data is in the form of a table or some combination of tables and functions.

Another technical advantage of the present invention includes sequentially updating each of the objects of the model to obtain output variable values while substantially eliminating duplicate object updates and redundant calculations. For example, in one embodiment, the system includes an update engine that sequentially updates each of the model objects as an output variable value of the object is required, thereby substantially eliminating redundant calculations and providing consistency of output variable values of the model.

Other technical advantages of the present invention will be readily apparent to one skilled in the art from the following figures, descriptions, and claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention, and the advantages thereof, reference is now made to the following description taken in conjunction with the accompanying drawings, wherein like reference numerals represent like parts, in which:

FIG. **1** is a block diagram illustrating a system for automatic information exchange in accordance with one embodiment of the present invention;

FIG. **2** is a block diagram illustrating a model of the system illustrated in FIG. **1** in accordance with an embodiment of the present invention;

FIG. **3** is a block diagram illustrating another model of the system illustrated in FIG. **1** in accordance with an embodiment of the present invention;

FIGS. **4A** and **4B** are flow diagrams illustrating a method for automatic model object linking in accordance with an embodiment of the present invention; and

FIG. **5** is a flow diagram illustrating a method for updating model objects in accordance with an embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** is a block diagram illustrating a system **10** for automatic information exchange in accordance with one embodiment of the present invention. It will be understood that system **10** may be otherwise configured within the scope of the present invention. For example, system **10** may operate as a stand alone system or may be connected to a server system or other type of computing system.

In the embodiment illustrated in FIG. **1**, system **10** comprises a processor **12**, an input device **14**, an output device **16**, a memory **18**, and an information source **20**. The present invention also encompasses computer software that may be stored in memory **18** and executed by processor **12**. The computer software may also be stored in a variety of other types of storage media including, but not limited to, floppy disk drives, hard drives, CD ROM disk drives, or magnetic tape drives. Information, such as variable value data or other types of data, may be received from a user of system **10** using a keyboard or any other type of input device

US 6,684,220 B1

3

14. Output values or results may be output to a user of system **10** through output device **16**, which may include a display, printer, or any other type of output device.

System **10** includes a loading engine **30**, an update engine **32**, a reporting engine **34**, and an interface application **36**, which are computer software programs. In FIG. 1, loading engine **30**, update engine **32**, reporting engine **34**, and interface application **36** are illustrated as being stored in memory **18**, where they can be executed by processor **12**. Loading engine **30**, update engine **32**, reporting engine **34**, and interface application **36** may also be stored on a variety of other types of storage media.

Loading engine **30** processes information from information source **20** in preparation for evaluation of the information using update engine **32**. By way of example, information source **20** may comprise a model library **40** having one or more models **42** which may be selected by a user of system **10** using input device **14**. Models **42** each include one or more cooperative collections of objects **44** to provide a simulation or analysis of selected information. However, models **42** may be otherwise configured to provide analysis, simulation or other user-defined information processing parameters.

Objects **44** generally include data sets, data tables, or functions for processing the information according to a selected model **42**. Each object **44** represents an instance of some class, and whose classes are all members of a hierarchy of classes united via inheritance relationships. Each object **44** includes an input variable and an output variable. Each object **44** is an identifiable, encapsulated piece of code and data that provide one or more services when requested by a user. Thus, based on an input variable value, the object **44** provides an output variable value corresponding to the table, data set or function of the object **44**. Loading engine **30** automatically creates object links between each of the input variables and output variables of the objects **44** of a selected model **42**. As used herein, each means every one of at least a subset of the identified objects **44**. Additionally, the term "automatically" means without further significant user action or interaction.

Information source **20** may also include a variable identifier database **50** including a unique identifier associated with each input variable and output variable of objects **44**. For example, the unique identifier may include terminology, alphanumeric designations, phrases or other suitable identifiers to identify particular input variables and output variables of objects **44**. The unique identifiers are maintained and stored in variable identifier database **50** such that loading engine **30** may access variable identifier database **50** for each object **44** included within a particular model **42** to automatically determine the input and output variable of the object **44** and automatically link corresponding input and output variables of the objects **44**. However, the input and output variables of objects **44** may be otherwise identified and stored in variable identifier database **50**.

Update engine **32** processes models **42** and automatically updates each object **44** of a model **42** sequentially to obtain output variable values of the user-selected model **42** based on user-defined input variable values. For example, update engine **32** sequentially updates each object **44** of a model **42** to obtain output variable values for each object **44** without performing redundant calculations. Thus, a particular object **44** may be updated when an output variable value of the updated object is required to support the update of another object **44**. The methodology of updating objects **44** using update engine **32** will be discussed in greater detail below in conjunction with FIGS. **3** and **5**.

4

Reporting engine **34** may be used to display output variable values of a particular model **42** to a user of system **10** using output device **16**. For example, reporting engine **34** may provide output variable values in a particular format or structure as defined by a user using input device **14**. However, reporting engine **34** may be otherwise used to display or provide output variable values to a user of system **10**.

Interface application **36** may be used to receive input variable values from a user of system **10** using input device **14** and automatically associate the data or input variable values received from the user to corresponding input variables of objects **44**. However, input variable values may be otherwise received and associated with the corresponding input variables of objects **44**.

FIG. **2** is a block diagram illustrating a model **60** in accordance with an embodiment of the present invention. Model **60** includes a parent object **62** and container objects **64** and **66** embedded within parent object **62**. Container objects **64** and **66** may include a data set object, a function object, a table object, or other type of object. Additional objects may also be embedded within each container object **64** and **66**. As illustrated in FIG. 2, parent object **62** includes input variables A and B and provides output variables X, Y, and D. Container object **64** receives values associated with input variables A and B and provides output variables X, Y, and D. Similarly, container object **66** receives output variables Y and D from container object **64** and input variable C to obtain output variable Z, which is also an output variable of parent object **62**.

In operation, the input variables and output variables of parent object **62** and container objects **64** and **66** are stored in variable identifier database **50**. Loading engine **30** is executed by processor **12** and automatically creates object links between the corresponding input variables and output variables of parent object **62** and container objects **64** and **66**. For example, for model **60**, loading engine **30** automatically identifies the objects of model **60**, in this example, parent object **62** and container objects **64** and **66**. Loading engine **30** also automatically identifies the input variables and output variables of each object of model **60** to provide object links between corresponding input and output variables.

For example, parent object **62** may represent a top-level object of model **60** such that a user provides input variable values for input variables A, B, and C to obtain output variable values for output variables X, Y, and Z. Loading engine **30** automatically identifies the container objects embedded within parent object **62**, in this example, container objects **64** and **66**, and automatically determines whether the input variables of parent object **62** correspond to an input variable of one of the container objects **64** and **66**. In the embodiment illustrated in FIG. **2**, loading engine **30** automatically creates an object link between input variables A and B of parent object **62** and input variables A and B of container object **64**. Loading engine **30** also automatically creates an object link between input variable C of parent object **62** and input variable C of container object **66**.

Additionally, loading engine **30** automatically creates object links between the container objects **64** and **66** embedded within parent object **62**. In the example illustrated in FIG. 2, loading engine automatically creates an object link between output variables Y and D of container object **64** and corresponding input variables Y and D of container object **66**. Loading engine **30** also automatically creates object links between output variables X and Y of container object

US 6,684,220 B1

5

64 and output variable Z of container object 66 and output variables X, Y, and Z of parent object 62. Thus, loading engine 30 automatically identifies and creates object links between corresponding input variables and output variables of the objects comprising model 60, thereby alleviating a requirement of manually creating object links between various objects of model 60.

Accordingly, the present invention also provides greater ease of replacement and modification of objects 44 within a model 42 than prior systems and methods. For example, objects 44 may be freely modified or replaced without manually creating object links between the modified or replaced object 44 and other objects 44 of the model 42 because loading engine 30 automatically creates the object links between the various objects 44 of a model 42. Therefore, the present invention accommodates frequent object 44 modification and/or replacement.

FIG. 3 is a block diagram illustrating a model 70 in accordance with an embodiment of the present invention. In this embodiment, model 70 includes a parent or atmosphere object 72 having an input variable 74 and output variables 76, 78, and 80. Atmosphere object 72 includes a table object 82 and function objects 84, 86, and 88. Table object 82 includes an input variable 90 and an output variable 92. Function object 84 includes an input variable 94 and an output variable 96. Function object 86 includes input variables 98 and 100 and output variables 102 and 104. Function object 88 includes input variables 106 and 108 and an output variable 110.

In the embodiment illustrated in FIG. 3, model 70 provides a user of system 10 with various output variable values, for example, flight envelope data, in response to particular input data or input variable values. For example, input variable 74 of atmosphere object 72 may include an altitude value for an aircraft flight envelope. Table object 82 receives the altitude value as input variable 90 and provides a temperature value as output variable 92. The temperature value provided by output variable 92 is also output as output variable 76 of atmosphere object 72. Function object 84 receives the altitude value as input variable 94 and provides a pressure value as output variable 96. The pressure value provided as output variable 96 is also output to output variable 80 of atmosphere object 72.

Function object 86 receives the temperature value and the pressure value as input variables 98 and 100, respectively, and provides a theta value and a delta value as output variables 102 and 104, respectively. In this embodiment, the theta value may represent a temperature ratio as compared to a sea level temperature, and the delta value may represent a pressure ratio compared to a sea level pressure. Function object 88 receives the theta value and the delta value as input variables 106 and 108, respectively, and provides a sigma value as output variable 110. The sigma value is also output as output variable 78 of atmosphere object 72. In this embodiment, the sigma value may represent a ratio of the theta value and the delta value. Thus, based on a particular altitude values as input variable 74, model 70 provides a temperature value, a pressure value, and a sigma value as output variables 76, 78, and 80, respectively.

In operation, a user of system 10 may designate or select a particular model 42 from model library 40 and/or may also modify the objects 44 included within a particular model 42. Loading engine 30 automatically identifies the input variables and the output variables for each object 44 of the selected model 42. For example, loading engine 30 may access variable identifier database 50 to retrieve and identify

6

each input variable and output variable of the objects 44 of model 42. For example, in connection with FIG. 3, loading engine 30 accesses variable identifier database 50 and automatically identifies the input variables and the output variables for atmosphere object 72, table object 82, and function objects 84, 86, and 88.

Loading engine 30 initially automatically selects one of the objects 82, 84, 86 and 88 of atmosphere object 72 to create object links between the input variables and output variables of the objects 82, 84, 86 and 88 and atmosphere object 72. For example, loading engine 30 may automatically select table object 82; however, loading engine 30 may also automatically select other container objects within atmosphere object 72. After selecting table object 82, loading engine 30 automatically identifies input variable 90 of table object 82 and automatically determines whether input variable 90 is also an input variable of atmosphere object 72. In the embodiment illustrated in FIG. 3, input variable 74 is also used as input variable 90 of table object 82, therefore, loading engine 30 automatically creates an object link between input variable 74 and input variable 90. Loading engine 30 next automatically determines whether additional input variables exist for table object 82. In this example, no additional input variables exist for table object 82. Because no additional input variables exist for table object 82, loading engine 30 next automatically identifies the output variable for table object 82, in this example, output variable 92.

After identifying output variable 92 of table object 82, loading engine 30 automatically determines whether output variable 92 of table object 82 is also an output variable of atmosphere object 72. In this case, because the temperature value of output variable 92 is also output variable 76 of atmosphere object 72, loading engine 30 automatically creates an object link between output variable 76 of atmosphere object 72 and output variable 92 of table object 82. Loading engine 30 next automatically determines whether additional output variables exist for table object 82. In this example, because no additional output variables exist for table object 82, loading engine 30 next automatically determines whether additional container objects are embedded within atmosphere object 72.

Loading engine 30 next automatically selects another container object within atmosphere object 72, for example, function object 84. Loading engine 30 automatically identifies the input variable for function object 84 and automatically determines whether the input variable for function object 84 is also the input variable for atmosphere object 72. In this example, because the altitude value input to atmosphere object 72 is also used as an input variable value for function object 84, loading engine 30 automatically creates an object link between input variable 74 of atmosphere object 72 and input variable 94 of function object 84.

Loading engine 30 next automatically determines whether additional input variables exist for function object 84. In this example, because no additional input variables exist for function object 84, loading engine 30 next automatically identifies the output variables for function object 84. Loading engine 30 automatically identifies output variable 96 of function object 84 and automatically determines whether output variable 96 is also an output variable of atmosphere object 72. In this example, because the pressure value provided by function object 84 is also an output variable value of atmosphere object 72, loading engine 30 automatically creates an object link between output variable 80 of atmosphere object 72 and output variable 96 of function object 84.

US 6,684,220 B1

7

Loading engine **30** next automatically determines whether additional output variables exist for function object **84**. In this example, because no additional output variables exist for function object **84**, loading engine **30** next automatically determines whether additional container objects are embedded within atmosphere object **72** and, if additional container objects are embedded within atmosphere object **72**, automatically selects another one of the container objects embedded within atmosphere object **72**, for example, function object **86**.

After selecting function object **86**, loading engine **30** automatically identifies an input variable for function object **86**, for example, input variable **98**, and automatically determines whether input variable **98** is also an input variable of atmosphere object **72**. In this example, as illustrated in FIG. **3**, because input variable **98** is not an input variable to atmosphere object **72**, loading engine **30** next automatically queries other container objects within atmosphere object **72** at the same object level as function object **86**, often referred to as sibling objects, to determine whether input variable **98** is an output variable of a sibling container object embedded within atmosphere object **72**. If loading engine **30** does not locate a corresponding output variable of another container object within atmosphere object **72** to provide a value for input variable **98**, loading engine **30** may automatically transmit an alarm or warning signal to the user of system **10** indicating that input variable **98** does not have an associated object link, thereby indicating to the user that the model requires modification.

In the embodiment illustrated in FIG. **3**, loading engine **30** automatically identifies output variable **92** of table object **82** as corresponding to input variable **98** for function object **86**. For example, because the input and output variables have been assigned unique identifiers and stored in variable identifier database **50**, loading engine **30** automatically accesses variable identifier database **50** to determine corresponding input and output variables of the objects of a particular model. Thus, loading engine automatically creates an object link between output variable **92** and input variable **98**.

Loading engine **30** next automatically determines whether additional input variables exist for function object **86**. In this example, loading engine **30** automatically identifies input variable **100** as another input variable of function object **86**. As described above, if loading engine **30** determines that input variable **100** is not an input variable of atmosphere object **72**, loading engine **30** automatically queries other sibling container objects embedded within atmosphere object **72** to determine whether an output variable of one of the sibling container objects provides a value for input variable **100**. In this example, output variable **96** of function object **84** corresponds to input variable **100**. Therefore, loading engine **30** automatically creates an object link between output variable **96** and input variable **100**.

After automatically determining that no additional input variables exist for function object **86**, loading engine **30** next automatically identifies the output variables for function object **86**, in this example, output variables **102** and **104**. For each output variable **102** and **104** of function object **86**, after automatically determining that output variables **102** and **104** are not output variables of atmosphere object **72**, loading engine **30** automatically queries other sibling container objects within atmosphere object **72** to identify input variables corresponding to the output variables **102** and **104** of function object **86**. For example, loading engine **30** automatically determines that output variables **102** and **104** correspond to input variables **106** and **108** of function object

8

**88**, respectively. If an object link does not already exist between output variables **102** and **104** and input variables **106** and **108**, respectively, loading engine **30** automatically creates to object links between output variables **102** and **104** and input variables **106** and **108**, respectively. After automatically determining that no additional output variables exist for function object **86**, loading engine **30** next automatically determines whether additional container objects are embedded within atmosphere object **72**, for example, function object **88**.

Loading engine **30** next automatically identifies the input variables of function object **88**, in this example, input variables **106** and **108**. After determining that input variables **106** and **108** are not input variables of atmosphere object **72**, loading engine **30** automatically determines whether output variables of other sibling container objects embedded within atmosphere object **72** provide output variable values corresponding to input variables **106** and **108**. In the embodiment illustrated in FIG. **3**, loading engine **30** automatically determines that output variables **102** and **104** of function object **86** provide output variable values corresponding to input variables **106** and **108**, respectively. However, because object links already exist between output variables **102** and **104** and input variables **106** and **108**, respectively, loading engine **30** next automatically determines whether additional input variables exist for function object **88**. In this example, because no additional input variables exist for function object **88**, loading engine **30** next automatically identifies the output variables for function object **88**.

In this example, loading engine **30** automatically identifies output variable **110** for function object **88** and, after automatically determining that output variable **110** is also an output variable of atmosphere object **72**, automatically creates an object link between output variable **78** of atmosphere object **72** and output variable **110** of function object **88**. After automatically determining that no additional output variables exist for function object **88**, and that no additional container objects are embedded within atmosphere object **72**, the method of automatically creating object links between the corresponding input variables and output variables of the objects of model **70** is complete.

Thus, the present invention provides greater efficiency of information exchange than prior systems by automatically identifying and creating object links between corresponding input variables and output variables of the objects of a model. Although the embodiment illustrated in FIG. **3** contains only two levels of objects, for example, a parent object and a first level of container objects embedded within the parent object, it should be understood that object links may be automatically created using loading engine **30** for multiple levels of objects embedded within other objects.

After loading engine **30** automatically creates object links between corresponding input variables and output variables of the objects **44** of a particular model **42**, update engine **32** sequentially updates each of the objects **44** of the model **42** to obtain output variable values for the model **42**. For example, referring to FIG. **3**, update engine **32** automatically identifies an output variable of atmosphere object **72**, for example, output variable **76**. Update engine **32** next automatically determines the container object embedded within atmosphere object **72** that provides an output variable value corresponding to output variable **76**. In this example, update engine **32** automatically identifies table object **82** as providing an output variable value corresponding to output variable **92** and output variable **76**.

Update engine **32** next automatically identifies the input variable for table object **82** required for updating table object

US 6,684,220 B1

9

82, in this example, input variable **90**. Update engine next automatically determines whether an input variable value corresponding to input variable **90** is known. In this example, because an altitude value is provided for input variable **74** for atmosphere object **72**, the input variable value for input variable **90** is known, and update engine **32** next automatically determines whether additional input variables are required for updating table object **82**. In this example, because no additional input variable values are required for updating table object **82**, update engine **32** next automatically updates table object **82** using the input variable value corresponding to input variable **90** to obtain an output variable value corresponding to output variable **92** and output variable **76**.

Update engine **32** next automatically determines whether another output variable exists for atmosphere object **72**. In this example, update engine **32** automatically identifies, for example, output variable **80** of atmosphere object **72**. As described above, update engine **32** automatically determines the container object responsible for providing an output variable value corresponding to output variable **80**, in this example, function object **84**. Update engine **32** next automatically identifies an input variable of function object **84** required for updating function object **84**. In this example, update engine **32** automatically identifies input variable **94** required for updating function object **84** and automatically determines whether an input variable value is known for input variable **94**. Because an altitude value is provided for input variable **74** of atmosphere object **72**, the input variable value for input variable **94** is known, and update engine **32** next automatically determines whether additional input variables are required for updating function object **84**. Because no additional input variables are required for updating function object **84**, update engine **32** next automatically updates function object **84** using the input variable value corresponding to input variable **94** to obtain an output variable value corresponding to output variable **96** and output variable **80**.

Update engine **32** next automatically determines whether another output variable exists for atmosphere object **72**. In this example, update engine **32** automatically identifies output variable **78** of atmosphere object **72**. Update engine **32** next automatically determines the container object embedded within atmosphere object **72** requiring updating to provide an output variable value corresponding to output variable **78**, in this example, function object **88**.

Update engine **32** next automatically identifies an input variable required for updating function object **88** and automatically determines whether an input variable value is known for the required input variable. For example, update engine **32** automatically identifies input variable **106** required for updating function object **88**. However, in this example, an input variable value corresponding to input variable **106** is not yet known. Because the input variable value corresponding to input variable **106** is not yet known, update engine **32** automatically determines the container object embedded within atmosphere object **72** responsible for providing an input variable value for input variable **106**, in this example, function object **86**.

Update engine **32** next automatically identifies an input variable required for updating function object **86**, for example, input variable **98**. Update engine **32** also automatically determines whether an input variable value corresponding to input variable **98** is known. As described above, if an input variable value corresponding to input variable **98** is not known, update engine automatically determines the container object responsible for providing the required input

10

variable. Thus, update engine **32** automatically updates the objects **44** within a model **44** to determine output variable values as the output variable values become necessary for updating other objects **44**.

In this example, because the input variable value corresponding to output variable **92** has been previously obtained by updating table object **82**, the input variable value corresponding to input variable **98** is known. Update engine **32** next automatically determines whether additional input variables are required for updating function object **86**. In this example, input variable **100** is also required for updating function object **86**. Update engine **32** next automatically determines whether an input variable value corresponding to input variable **100** is known. As described above, if an input variable value corresponding to input variable **100** is not known, update engine **32** automatically determines the container object responsible for providing the required input variable value, thereby updating each object within atmosphere object **72** until the required input variable value is obtained. In this example, an input variable value corresponding to input variable **100** is provided by previously updated function object **84** via an output variable value corresponding to output variable **96**. After automatically determining that no additional input variables are required for updating function object **86**, update engine **32** automatically updates function object **86** to provide output variable values corresponding to output variables **102** and **104**.

After an input variable value corresponding to input variable **106** is obtained, update engine **32** automatically determines whether an additional input variable is required for updating function object **88**. In this example, update engine **32** automatically identifies input variable **108** required for updating function object **88**. Update engine **32** next automatically determines whether an input variable value is known corresponding to input variable **108**. Because function object **86** has been previously updated, thereby providing an output variable value corresponding to output variable **104**, the input variable value corresponding to input variable **108** is also known. After automatically determining that no additional input variables are required for updating function object **88**, update engine **32** next automatically updates function object **88** to provide an output variable value corresponding to output variable **110** and corresponding output variable **78**. The output variable values-corresponding to output variables **76**, **78** and **80** may then be output to a user using reporting engine **34** in the form of a display, printed report, or other suitable output medium.

Therefore, the present invention automatically creates object links between corresponding input variables and output variables of the objects **44** of a particular model **42** and sequentially updates each of the objects **44** to obtain corresponding output variable values for the model **42**. Thus, manual intervention to provide object links between each of the objects **44** of a model **42** is substantially eliminated. Additionally, each object **44** of a particular model **42** is updated in an order to substantially eliminate redundant calculations, thereby resulting in increased efficiency and computing speed. Although the embodiment illustrated in FIG. **3** contains only two levels of objects, for example, a parent object and a first level of container objects embedded within the parent object, it should be understood that multiple levels of objects embedded within another object are automatically updated using update engine **32** as described above.

FIGS. **4A** and **4B** are flow diagrams illustrating a method for automatically creating object links between corresponding input variables and output variables of objects **44** of a

US 6,684,220 B1

11

model 42 in accordance with an embodiment of the present invention. The method begins at step 400 where loading engine 30 automatically identifies the input variables and the output variables for each container object of a parent object for a model 42. For example, loading engine 30 may automatically access variable identifier database 50 to identify the input variables and output variables of each object 44 for a model 42. At step 402, loading engine 30 automatically selects one of the container objects embedded within the parent object. Loading engine 30 next automatically identifies an input variable corresponding to the selected container object at step 404.

At step 406, loading engine 30 automatically determines whether the input variable identified at step 404 is an input variable of the parent object. At decisional step 408, if the input variable of the identified container object is not an input variable of the parent object, the method proceeds to step 410 where loading engine 30 automatically determines whether the input variable of the selected container object is an output variable of another sibling container object embedded within the parent object.

At decisional step 412, if the input variable of the selected container object is not an output variable of another container object within the current object, the method proceeds to step 414, where an alarm or warning signal may be automatically transmitted to the user of system 10 indicating that the selected container object requires a corresponding input variable. If the input variable of the selected container object is an output variable of another sibling container object, the method proceeds from step 412 to step 416, where loading engine 30 automatically determines whether an object link already exists between the corresponding input and output variables. At decisional step 418, if the object link does not already exist between the corresponding input and output variables, the method proceeds to step 420, where loading engine 30 automatically creates an object link between the input variable of the selected container object and the corresponding output variable of the sibling container object. The method then proceeds from step 420 to step 424. At decisional step 418, if the object link already exists, the method proceeds from step 418 to step 424.

At decisional step 408, if the input variable of the selected container object is also an input variable of the parent object, the method proceeds from step 408 to step 422, where loading engine 30 automatically creates an object link between the input variable of the selected container object and the corresponding input variable of the parent object. The method then proceeds from step 422 to step 424, where loading engine 30 automatically determines whether additional input variables exist for the selected container object. At decisional step 426, if additional input variables exist for the selected container object, the method returns to step 404, where loading engine 30 automatically identifies the additional input variable of the selected container object. If no additional input variables exist for the selected container object, the method proceeds from step 426 to step 428, where loading engine 30 automatically identifies an output variable of the selected container object.

At step 430, loading engine 30 automatically determines whether the output variable of the selected container object is also an output variable of the parent object. At decisional step 432, if the output variable of the selected container object is also an output variable of the parent object, the method proceeds from step 432 to step 434, where loading engine 30 automatically creates an object link between the output variable of the selected container object and the corresponding output variable of the parent object. At deci-

12

sional step 432, if the output variable of the selected container object is not an output variable of the parent object, the method proceeds from step 432 to step 436, where loading engine 30 automatically determines whether the output variable of the selected container object is an input variable for another container object embedded within the parent object.

At decisional step 438, if the output variable of the selected container object is not an input variable of another container object embedded within the parent object, the method proceeds to step 440, where an alarm or warning signal may be automatically transmitted to the user of system 10 indicating that an unused output variable exists within the model 42. If the output variable of the selected container object is an input variable of another sibling container object, the method proceeds from step 438 to step 442, where loading engine 30 automatically identifies the corresponding input variable of the sibling container object.

At step 444, loading engine 30 automatically determines whether an object link already exists between the output variable of the selected container object and the corresponding input variable of the sibling container object. At decisional step 446, if the object link does not already exist between the output variable of the selected container object and the corresponding input variable of the sibling container object, loading engine 30 automatically creates an object link between the output variable of the selected container object and the corresponding input variable of the sibling container object at step 448.

At decisional step 446, if an object link already exists between the output variable of the selected container object and the corresponding input variable of the sibling container object, the method proceeds from step 446 to step 450, where loading engine 30 automatically determines whether the output variable of the selected container object is also an input variable of another sibling container object. At decisional step 452, if the output variable of the selected container object is also an input variable of another sibling container object, the method returns to step 442, where the corresponding input variable is identified and an object link created if necessary. If the output variable of the selected container object is not an input variable of another sibling container object, the method proceeds from step 452 to step 454, where loading engine 30 automatically determines whether an additional output variable exists for the selected container object.

At decisional step 456, if an additional output variable exists for the selected container object, the method returns to step 428. If no additional output variables exist for the selected container object, the method proceeds from step 456 to step 458, where loading engine 30 automatically determines whether additional container objects exist within the parent object. At decisional step 460, if additional container objects exist within the parent object, the method proceeds to step 462, where loading engine 30 automatically selects another container object embedded within the parent object. After step 462, the method returns to step 404. At decisional step 460, if no additional container objects exist within the parent object, the method terminates.

FIG. 5 is a flow diagram illustrating a method for automatically updating the objects 44 of a model 42 in accordance with an embodiment of the present invention. The method begins at step 500, where update engine 32 automatically identifies an output variable for a parent object of the model 42. At step 502, update engine 32 automatically identifies the container object embedded within the parent

US 6,684,220 B1

13

object responsible for providing an output variable value corresponding to the identified output variable. At step **504**, update engine **32** automatically identifies an input variable of the identified container object required for updating the identified container object. At step **506**, update engine **32** automatically determines whether an input variable value corresponding to the identified input variable of the container object is known.

At decisional step **508**, if an input variable value corresponding to the input variable of the identified container object is not known, the method proceeds from step **508** to step **510**, where update engine **32** automatically identifies another container object embedded within the parent object responsible for providing the input variable value. After update engine **32** identifies the next container object embedded within the parent object responsible for providing the required input variable value, the method returns to step **504**. If the input variable value corresponding to the input variable of the identified container object is known, the method proceeds from step **508** to step **512**, where update engine **32** automatically determines whether another input variable of the container object is required for updating the container object.

At decisional step **514**, if another input variable is required for updating the container object, the method returns to step **504**. If another input variable of the container object is not required for updating the container object, the method proceeds from step **514** to step **516**, where update engine **32** automatically updates the container object. At step **518**, update engine **32**, by updating the container object at step **516**, automatically determines an output variable value associated with the container object. At step **520**, update engine **32** outputs the corresponding output variable value for the parent object. As described above, reporting engine **34** may be used to provide the user with the output variable value in a variety of formats and media.

At step **522**, update engine **32** automatically determines whether another output variable exists for the parent object. At decisional step **524**, if another output variable exists for the parent object, the method returns to step **500**. If no other output variables exist for the parent object, the method terminates.

Therefore, as illustrated in FIG. **5**, each object **44** of a model **42** is sequentially updated as the input variable values to the object become known and as the output variable values from each object **44** are required for updating another object. Thus, in one embodiment, the present invention substantially eliminates redundant calculations and duplicate updating of the objects **44**.

Although the present invention has been described in detail, it should be understood that various changes, substitutions, and alterations can be made therein without departing from the spirit and scope of the present invention as defined by the appended claims.

What is claimed is:

1. A system for automatic information exchange, comprising:

a processor;

an information source coupled to the processor and operable to store a model, the model comprising a plurality of objects, each of the plurality of objects comprising an input variable and an output variable; and

a loading engine residing in a memory and executable by the processor, the loading engine operable to automatically create object links between corresponding input variables and output variables of each of the plurality of objects.

14

2. The system of claim **1**, further comprising a variable identifier database coupled to the processor, the variable identifier database having a variable identifier associated with each of the input variables and the output variables of the plurality of objects, and wherein the processor operates to automatically access the variable identifier database to identify the input variable and the output variable of each of the plurality of objects.

3. The system of claim **1**, wherein the plurality of objects comprises a parent object and a plurality of container objects embedded within the parent object, and wherein the loading engine operates to automatically create object links between the corresponding input variables and output variables of the plurality of container objects.

4. The system of claim **1**, further comprising an update engine residing in the memory and executable by the processor, the update engine sequentially updating each of the plurality of objects to obtain an output variable value for each of the plurality of objects.

5. The system of claim **4**, wherein the plurality of objects comprises a parent object and a plurality of container objects embedded within the parent object, and wherein the update engine operates to sequentially update each of the plurality of container objects to obtain an output variable value for the parent object.

6. The system of claim **1**, further comprising a data interface application residing in the memory and executable by the processor, the data interface application operable to receive data from a user and automatically associate the data to the corresponding input variable of the plurality of objects.

7. The system of claim **1**, wherein the plurality of objects comprises a parent object and a plurality of container objects embedded within the parent object, and wherein the loading engine operates to automatically create an object link between an input variable of the parent object and the corresponding input variable of one of the plurality of container objects.

8. The system of claim **7**, wherein the loading engine further operates to automatically create an object link between an output variable of one of the plurality of container objects and the corresponding input variable of another one of the plurality of container objects.

9. The system of claim **7**, wherein the loading engine further operates to automatically create an object link between the output variable of one of the plurality of container objects and the corresponding output variable of the parent object.

10. A method for automatic information exchange, comprising:

retrieving a model from an information source, the model having a plurality of objects, each of the plurality of objects having an input variable and an output variable;

automatically identifying the input variables and the output variables of each of the plurality of objects; and

automatically creating object links between the corresponding input variables and output variables of each of the plurality of objects.

11. The method of claim **10**, wherein the plurality of objects comprises a parent object and a container object disposed within the parent object, and wherein automatically creating object links comprises creating an object link between an input variable of the parent object and a corresponding input variable of the container object.

12. The method of claim **11**, wherein automatically creating object links further comprises automatically creating an object link between an output variable of the container object and a corresponding output variable of the parent object.

US 6,684,220 B1

15

**13**. The method of claim **10**, wherein the plurality of objects comprises a parent object and a plurality of container objects embedded within the parent object, and wherein automatically creating object links comprises automatically creating an object link between an output variable of one of the container objects and a corresponding input variable of another one of the container objects.

**14**. The method of claim **10**, further comprising updating each of the plurality of objects sequentially to obtain an output variable value for the model.

**15**. The method of claim **14**, wherein updating comprises:

identifying an output variable of the model;

determining which of the plurality of objects requires updating to obtain an output variable value for the output variable;

updating the corresponding object to obtain the output variable value for the output variable of the model; and

displaying the output variable value to a user.

**16**. The method of claim **15**, further comprising:

identifying an input variable of the object requiring updating;

determining whether an input variable value for the input variable is known; and

updating the object using the input variable value if the input variable value is known.

**17**. A method for automatic information exchange, comprising:

receiving a model at a processor, the model having a parent object and a plurality of container objects embedded within the parent object, the parent object and each of the plurality of container objects having an input variable and an output variable;

automatically creating an object link between the input variable of the parent object and a corresponding input variable of one of the plurality of container objects;

automatically creating an object link between the output variable of the parent object and a corresponding output variable of one of the plurality of container objects; and

automatically updating each of the plurality of container objects sequentially to obtain an output variable value for the output variable of the parent object.

**18**. The method of claim **17**, further comprising creating an object link between the output variable of one of the plurality of container objects and a corresponding input variable of another one of the plurality of container objects.

**19**. The method of claim **17**, wherein automatically creating an object link between the output variable of the parent object and a corresponding output variable of one of the plurality of container objects comprises:

accessing a variable identifier database to identify the output variables of each of the plurality of container objects;

identifying one of the plurality of container objects responsible for providing an output variable value corresponding to the output variable of the parent object; and

automatically creating an object link between the output variable of the identified container object and the output variable of the parent object.

**20**. The method of claim **17**, wherein automatically updating each of the plurality of container objects comprises:

identifying the output variable of the parent object;

determining which of the plurality of container objects responsible for providing an output variable value corresponding to the output variable of the parent object; and

16

automatically updating the identified container object to obtain the output variable value corresponding to the output variable of the parent object.

**21**. The method of claim **20**, further comprising:

identifying the input variable of the identified container object;

determining whether an input variable value is identified with the input variable of the identified container object; and

if the input variable value is not identified with the input variable, determining a next one of the plurality of container objects requiring updating to obtain the input variable value.

**22**. A system for automatic information exchange, comprising:

a computer readable medium; and

software stored on the computer readable medium, the software operable to identify a model, the model having a plurality of objects, each object having an input variable and an output variable, the software further operable to automatically create object links between each of the corresponding input variable and output variables of the plurality of objects.

**23**. The system of claim **22**, wherein the plurality of objects comprises a parent object and a container object disposed within the parent object, and wherein the software operates to automatically create an object link between an input variable of the parent object and a corresponding input variable of the container object.

**24**. The system of claim **23**, wherein the software further operates to create an object link between an output variable of the container object and a corresponding output variable of the parent object.

**25**. The system of claim **22**, wherein the plurality of objects comprises a parent object and a plurality of container objects embedded within the parent object, and wherein the software operates to create an object link between an output variable of one of the container objects and a corresponding input variable of another one of the container objects.

**26**. The system of claim **22**, wherein the software is operates to update each of the plurality of objects sequentially to obtain an output variable value for the model.

**27**. The system of claim **26**, wherein the software operates to:

identify an output variable of the model;

determine which of the plurality of objects requires updating to obtain an output variable value for the output variable; and

update the corresponding object to obtain the output variable value for the output variable of the model.

**28**. The system of claim **27**, wherein the software further operates to:

identify an input variable of the object requiring updating;

determine whether an input variable value for the input variable is known; and

update the object using the input variable value if the input variable value is known.

**29**. A system for automatic information exchange, comprising:

a processor;

an information source coupled to the processor and operable to store a model, the model comprising a plurality of objects, each of the plurality of objects comprising an input variable and an output variable;

a loading engine residing in a memory and executable by the processor, the loading engine operable to create

US 6,684,220 B1

17

object links between corresponding input variables and output variables of each of the plurality of objects;

a variable identifier database coupled to the processor, the variable identifier database having a variable identifier associated with each of the input variables and the output variables of the plurality of objects, and wherein the processor operates to access the variable identifier database to identify the input variable and the output variable of each of the plurality of objects;

an update engine residing in the memory and executable by the processor, the update engine operable to sequentially update each of the plurality of objects to obtain an output variable value for each of the plurality of objects; and

a data interface application residing in the memory and executable by the processor, the data interface application operable to receive data from a user and automatically associate the data to the corresponding input variable of the plurality of objects.

**30**. The system of claim **29**, wherein the plurality of objects comprises a parent object and a plurality of container objects embedded within the parent object, and wherein the update engine operates to sequentially update each of the plurality of container objects to obtain an output variable value for the parent object.

**31**. A method for automatic information exchange, comprising:

receiving a model at a processor, the model having a parent object and a plurality of container objects embedded within the parent object, the parent object and each of the plurality of container objects having an input variable and an output variable;

18

creating an object link between the input variable of the parent object and a corresponding input variable of one of the plurality of container objects;

creating an object link between the output variable of the parent object and a corresponding output variable of one of the plurality of container objects, wherein creating an object link comprises:

accessing a variable identifier database to identify the output variables of each of the plurality of container objects;

identifying one of the plurality of container objects responsible for providing an output variable value corresponding to the output variable of the parent object;

creating an object link between the output variable of the identified container object and the output variable of the parent object; and

updating each of the plurality of container objects sequentially to obtain an output variable value for the output variable of the parent object, wherein updating comprises:

identifying the output variable of the parent object;

determining the container object of the plurality of container objects responsible for providing an output variable value corresponding to the output variable of the parent object; and

updating the identified container object to obtain the output variable value corresponding to the output variable of the parent object.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.      : 6,684,220 B1                                    Page 1 of  1
DATED           : January 27, 2004
INVENTOR(S)     : Pfeiffer et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Title page,</u>
Item [56], **References Cited,** OTHER PUBLICATIONS, "Bayol, Catherine" reference
delete "la Velisation Pour".

<u>Column 16,</u>
Line 40, after "software" delete "is".

Signed and Sealed this

Twentieth Day of July, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# Exhibit C



US008160980B2

(12) **United States Patent**
Da Silva Fernandes et al.

(10) Patent No.: **US 8,160,980 B2**
(45) Date of Patent: **Apr. 17, 2012**

(54) **INFORMATION SYSTEM BASED ON TIME, SPACE AND RELEVANCE**

(75) Inventors: **Theo Rangel Correia Da Silva Fernandes**, Lisbon (PT); **Pedro Nuno Rodrigues Cardoso**, Lisbon (PT); **José Carlos Dos Santos Danado**, Montemor-o-Novo (PT); **Tiago Miguel Da Conceição Bilou**, Alcabideche (PT); **Fernando Manuel Nabais**, Lisbon (PT); **João Pedro Tojal Loia Soares Silva**, Lisbon (PT)

(73) Assignee: **Ydreams—Informatica, S.A.**, Caparica (PT)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 929 days.

(21) Appl. No.: **12/171,892**

(22) Filed: **Jul. 11, 2008**

(65) **Prior Publication Data**

US 2009/0037354 A1    Feb. 5, 2009

**Related U.S. Application Data**

(60) Provisional application No. 60/929,833, filed on Jul. 13, 2007.

(51) **Int. Cl.**
*G06F 17/00* (2006.01)
*G06N 5/00* (2006.01)

(52) **U.S. Cl.** ............................... 706/45; 706/46; 706/62

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,194,235 B2 * | 3/2007 | Nykanen et al. | 455/3.01 |
| 7,945,585 B1 * | 5/2011 | Sorkin et al. | 707/784 |
| 2006/0069749 A1 * | 3/2006 | Herz et al. | 709/219 |
| 2008/0195954 A1 | 8/2008 | Dharmarajan et al. | |

OTHER PUBLICATIONS

Shek et al., E., "Dynamic Multicast Information Dissemination in Hybrid Satellite-Wireless Networks", ACM, pp. 1-6, 1999.*
Velasco et al., C., "Universal Access to Information Services—The Need for User Information and its Relationship to Device Profiles", Springer-Verlag, pp. 1-8, Feb. 17, 2004.*
Sodergard et al., C., "Integrated Multimedia Publishing: Combining TV and Newspaper Content on Personal Channels", Elsevier, pp. 1-18, 1999.*
Kolodziej et al., K., "In-Building Positioning: Modeling Location for Indoor World", Proceedings of the 15th International Workshop on Database and Expert Systems Applications, pp. 1-5, 2004.*
Kawsar, Fahim, et al., "Personalization and Context Aware Services: A Middleware Perspective," UbiPCMM06: 2nd International Workshop on Personalized Context Modeling and Management for UbiComp Applications, Sep. 18, 2006, California (9 pages).
Thawani, A. et al., "Context Aware Personalized Ad Insertion in an Interactive TV Environment," Applied Research Group, Bangalore, India (7 pages), 2004.
Barkhuus, L. et al., "Is Context-Aware Computing Taking Control Away From the User? Three Levels of Interactivity Examined," Proceedings of UbiComp 2003, (8 pages).

* cited by examiner

*Primary Examiner* — Jeffrey A Gaffin
*Assistant Examiner* — Adrian Kennedy
(74) *Attorney, Agent, or Firm* — King & Spalding L.L.P.

(57) **ABSTRACT**

An information system based on time, space and relevance is provided. The system comprises a client that displays information in a user-friendly manner and is located in a domestic environment; a proxy that handles the collection and parsing of data; a server that gathers usage data from the client; a database data mining cluster that allows for user profiling and time, space and relevance analysis; a set of information channels, which are periodically updated, and upon which automatic suggestions are given based on a user profile.

**13 Claims, 4 Drawing Sheets**





Figure 1



Prefetch content to local device
Fetch services
Fetch information
Content Provider
Content Server
Proxy
Client
Services in XML
Farmacies, Weather,
Transform each service
into a known platform
format.
Each service is updated
in its own schedule.
Fetch content and store
it locally.
Content is independent
of the service provider.
Combine location data to
fetch content related to the
users location.
Content is based in
Location/Time/Relevance
To the user
New services can be
added/removed through
the life cicle of the application
Fetch content and store
it locally.
For each content
type, the client fetch
information related
to the selected
service
Visualize Content
User can change his/her
location through
phone number
zip code
district/municipality/parish

Figure 2



Sent events (XML)
Send user events (XML)
Database
Proxy
Client
Retrieve suggested services
Every event is stored in the proxy and, afterwards, sent to the statistics server
Analise the database for relations (use hypergraphs)
Send personalize update
Statistics Analysis
Performes analises of the information stored in the database.
Make sugestions, create a user profile and store them in the database
Update Procedure
Suggestions are made to the database and can be checked in a backoffice or sent to the client for approval.

Figure 3

| Year | Month | Day | Hour | Minutes | UserId | Pag. Level 1 | Pag. Level 2 | Pag. Level 3 | Interaction Time | User Space 1 | User Space 2 | User Space 3 | Content Space 1 | Content Space 2 | Content Space 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 1 | 1 | 10 | 12 | 175 | 1 | 2 | 1 | 1 | Africa | Angola | Luanda | Africa | Angola | Luanda |
| 2007 | 1 | 1 | 15 | 10 | 176 | 1 | 2 | 3 | 2 | Europe | England | London | Europe | England | London |
| 2007 | 1 | 2 | 16 | 0 | 174 | 2 | 0 | 0 | 1 | Europe | Portugal | Lisbon | Europe | Portugal | Lisbon |
| 2007 | 3 | 10 | 11 | 5 | 176 | 2 | 3 | 0 | 1 | Europe | England | London | | | |
| 2007 | 3 | 10 | 16 | 50 | 174 | 2 | 3 | 1 | 3 | Europe | Portugal | Lisbon | Europe | Portugal | Lisbon |
| 2007 | 2 | 15 | 20 | 41 | 175 | 2 | 3 | 1 | 2 | Africa | Angola | Luanda | | | |
| 2007 | 3 | 10 | 12 | 15 | 176 | 2 | 3 | 1 | 2 | Europe | Portugal | Lisbon | Europe | England | London |
| 2007 | 4 | 5 | 13 | 10 | 176 | 2 | 3 | 2 | 3 | Europe | Portugal | Porto | | | |
| 2007 | 4 | 10 | 12 | 0 | 176 | 2 | 3 | 3 | 1 | Europe | Portugal | Lisbon | | | |
| 2007 | 3 | 10 | 17 | 15 | 174 | 2 | 3 | 4 | 2 | Europe | Portugal | Lisbon | Europe | Portugal | Lisbon |
| 2007 | 3 | 10 | 17 | 20 | 174 | 2 | 3 | 5 | 1 | Europe | Portugal | Lisbon | | | |
| 2007 | 4 | 5 | 13 | 12 | 175 | 3 | 3 | 2 | 1 | Europe | England | London | Europe | England | London |

Figure 4

| Pag. Level 1 | Pag. Level 2 | Pag. Level 3 | Probability | average interaction time | Weight |
|---|---|---|---|---|---|
| 2 | 3 | 0 | 10% | 1 | 10% |
| 2 | 3 | 1 | 30% | 2.33 | 70% |
| 3 | 3 | 2 | 1% | 1 | 1% |
| 2 | 3 | 3 | 20% | 2 | 40% |
| 2 | 3 | 4 | 10% | 2 | 20% |
| 2 | 3 | 5 | 10% | 3 | 30% |

Figure 5

US 8,160,980 B2

1

# INFORMATION SYSTEM BASED ON TIME, SPACE AND RELEVANCE

This application claims priority from U.S. Provisional Application No. 60/929,833, filed on Jul. 13, 2007, the disclosure of which is incorporated herein by reference in its entirety.

This invention relates to information access and automatic profiling which provides for cyclical influence of accessed information.

## BACKGROUND OF THE INVENTION

RSS feed readers and widgets are common in the present day, thereby providing specific information of interest to the user. This contrasts with the domestic environment, where many devices with redundant functions are found. Many times, some of the distinctive features of a particular apparatus end up not being used; all of this while low level data such as time of day or weather forecasts are the most accessed data type.

The present invention relates to providing, in real-time, low-level everyday data in an efficient way.

A problem with weather forecasts, for instance, is that typically a device must be switched on for the information to be available, be it a TV or a computer, for example. On the TV one will only have the weather forecast at some particular times, and outside of those time windows one must resort to teletext (where available) to access the information.

With personal computers there is the typical boot-time, and then, if one is not using widgets, one typically accesses a webpage to get the data.

Both of these methods imply a period of waiting and memorizing the number of the page, the webpage or the simple fact that the web page is in a list in a browser.

Domotics is a flourishing field. Traditionally, domotics concerns the control of household appliances from a central point. The present invention does not deal with control, but with display.

## SUMMARY OF THE INVENTION

The present invention is a new concept, function and format of delivery, and while some of its components are in the state of the art, no other system provides the level of ease in accessing common information that can be achieved in accordance with exemplary embodiments of the present invention.

YDreams has been developing the concept for some time, but now expands it to the current innovation considerably through the implementation of Time, Space and Relevant filtering, which is an exemplary aspect of this invention.

An exemplary embodiment of the present invention relates to a concept for an increased availability of information, relying on the ease of access and patterned display.

An exemplary embodiment of the present invention can expand the state of the art on information customization by integrating an automated process of empiric channel selection according to a user profile.

The system relies on a local client and a proxy, which can be fully located on the client itself, or rather on a separate server.

Basic data such as weather forecasts, temperature, news etc. can be displayed to the user. By the user's choice of display, a profile can be constructed which suggests to the user alternative channels that match the user's profile but not the user's current selection.

2

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**—Schematic view of the system under operation according to an exemplary.

FIG. **2**—UML, overall information flow diagram

FIG. **3**—UML, data process diagram

FIG. **4**—Table with the data structure for the data base records

FIG. **5**—Table for an example of data supporting a channel suggestion

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS OF THE INVENTION

FIG. **1** is a schematic view of the system under operation. A small factor computer has a frame (**1**) and a touch screen (**8**). The main menus (**2**) allow for the first level of navigation and determine the context for the second level of navigation: the secondary menus (**4**), which trigger content to be displayed in the area to their right.

Low level data (e.g. temperature) is displayed in areas (**3**), which can alternatively serve to place a device.

Time information is displayed on area (**6**), while emergency numbers and configuration information can be accessed through buttons (**7**) and (**5**), respectively.

The information displayed may include but is not limited to nearby pharmacies, nearby restaurants, movies on display (e.g. allowing query by movie and place), time, weather, news, sport news, and/or horoscopes.

The system is a quality of life solution developed in view of residential housing complexes, for supplying information based on time, space and relevance therein. The system is made up of several interdependent subsystems, the client and the supporting infrastructure. The client includes a user-friendly interface and a proxy. The user interface is based in a touch screen placed inside the home to provide quick and easy access to a range of services including the information listed in the former paragraph, and also other functions such as digital photo frame. The proxy pre-fetches information for rapid access. The information provided to the user is based on the user's location and profile. Information is based in channels catalogued in a directory with levels of information and related-location. The usage of the system determines the suggestion of new services to the user.

The supporting infrastructure involves a database collecting information related to the users' usage of the system, a web portal for system administration, and a statistics analyzer to study the information and perform channel suggestions for each user. Additionally, the server can also pre-fetch client information, allowing thin clients with reduced processing power to be used within the proposed system. The database allows analysis of users' usage and to perform profiles leading to suggesting information channels that best fit their profiles.

A portal for system administration is also included allowing the addition, modification or removal of services to/from the system, along with system related parameters, emergency contacts, and location-based events relevant to the user.

The proxy module requests extensible markup language (XML)-based services and converts the provided information to the user format. This allows for seamless integration of different content providers for different information channels. The proxy also registers users' preferences, performs updates of the application and sends statistics to the database. In case of thin clients, the content can be pre-fetched into a server module, named a Content Server, and afterwards requested by the thin client.

US 8,160,980 B2

3

The content within the proxy is time, location and user tagged. Information in the information channel is time tagged; the last information retrieved is the most relevant for the moment. When applied, the proxy is also able to fetch information within an information channel related to the client location. Configuration files are used to select the correct parameters to select relevant information within the XML-based service.

Besides XML-based information, the system is also able to fetch and navigate within maps to visualize location based content. The location-based content appears through the usage of a collection of layers that the user can select based in his or her interests.

The system also incorporates automatic updates to seamlessly integrate new functionalities during the course of the system life cycle. Periodically, the proxy checks the web administration portal for updates and system-related information according to the functionalities integrated within the system.

Statistics are collected within the user interface and sent to the proxy. By this tiered process, the system guarantees that statistical information is not lost due to network failure.

The proxy also integrates contacts, to-do lists and calendar functionalities.

For different processing loads, the proxy may reside entirely on the client, or run partially on a server.

The client has a hierarchical way to access information through different depths of information also reflected in Catalogue Directory stored within the Web Administration Portal. In the first information level, the user can find, for example access to information, services, SOS and Maintenance functionalities. SOS allows for fast access to emergency contacts, and maintenance allows for system customization, namely related location, approval of system services suggestions, themes customization, user identification and screensaver parameters.

Location based information is customized through introduction of the user's location-based reference, namely a land-line phone number, a zip code or selection of district, municipality and parish. Moreover, when the screensaver is customized, the system automatically updates media content that will be shown, through the usage of personalized media content service. Upon user's approval of new information channels to be added to the client, the interface is automatically updated to incorporate the suggestions.

For statistical usage, each interaction between the user and the interface is reported to the proxy as an event.

The architecture of the user also uses XML to seamlessly configure the interface and supply relevant information within the interface. This allows for a fast modification of the interface when messages within the platform need to be accommodated.

The Database stores statistics (active/inactive clients, services unavailability, errors etc).

The database stores users' registrations.

The Web Administration Portal enables addition, modification and removal of new services to be fetched by the proxy and incorporated within the user's interface.

By default, a set of services is integrated within the interface. Afterwards, based in the user's usage of the system further suggestions are performed by the system to the client and submitted for his or her approval.

Emergency contacts and relevant events are also inserted within the Web Administration Portal in order to be fetched by the proxy and shown within the user interface.

Administration statistics are also visualized within the web administration portal.

4

In the Web Administration Portal, along with the addition, modification and removal of services, the administrator is also able to catalogue each service in a directory, named Catalogue Directory, with levels of information, information related time, user's reference and location-related information. The Catalogue Directory is used within the Statistics Analyzer to suggest the information channels that best fit the user's profile.

Events performed by the user and stored within the database are analyzed. After analysis, new service suggestions for each user are made and stored within the database for future proxy retrieval.

The process by which the user profile is built and suggestions are made is hereinafter described:

The organization of information in each information channel ("channel") shall be executed based on Interaction Time in each information level. Most used items shall be displayed in greater focus, causing the remaining items to be in lesser focus.

E.g., if Economy News are the most accessed in the News Channel then such item will appear in greater focus than the Neighborhood News, as well as the remainder.

The update of the channel disposition shall be done by a content server when the application is updated.

In the Intelligent Suggestions Channel there are suggestions of content according to the user's profile. The user's profile is defined based on every click of the user in the channels.

The Intelligent Suggestions Channel is defined by the following process:

1—Previous Information Cataloguing

All information related to the user, channels and associated hyperlinks is categorized in a hierarchical way.

The user have access to several categories or associated category hierarchy. Geography is a good example. E.g. a user in "Lisbon", shall implicitly be under "Portugal", which on its hand is under "Europe".

The categorization of the channels and associated hyperlinks can be exemplified again by the News Channel. The user can click on "News" and then click on one of the sub-level, which for example can include "Economics" and "International".

Categorization shall also employ time variables, such as the day of the week on which the click occurred (1-7), if it is a working day, weekend or holiday. It will also employ the date on which the click took place, decomposing the date in the categories "year", "month", "day", "hour" and "minute".

2—User Profile Definition

The user profile is obtained resorting to Data Mining Clustering Techniques applied to the interaction records and their categories. Clustering is the partitioning of a data set into subsets (clusters), so that the data in each subset is similar within a parameterized distance. Each cluster that is obtained shall stand for a user profile.

As an example, consider a list of records from 3 users whose identifiers (ID) are 174, 175 and 176. The first record in FIG. 4 is from user 175 and was recorded at Jan. 1, 2007 at 10:12 in the path "News"→"Economics"→"Microeconomics". This hierarchy is represented by the columns "Pag. Level 1"=1="News", "Pag. Level 2"=2="Economics", and "Pag. Level 3"=1="Microeconomics".

The geographic location of the user is represented in a hierarchical way by "User Space 1"="Africa", "User Space 2"="Angola", "User Space 3"="Luanda". When possible, the information in the channel the user accessed is also geo-

US 8,160,980 B2

5

graphically categorized; in this example it is done by "Content Space 1"="Africa", "Content Space 2"="Angola", "Content Space 3"="Luanda".

3—Intelligent Suggestions Channel

After defining the Cluster (profile) to which the user belongs, the channels to be suggested to the user are determined by analysis of all the "Pag. Level" categories and Interaction Time.

For each channel path in the cluster a sequence of probabilities is defined in regard to the user being likely to go full depth on a path or not. This allows for a prediction of the probability of the user following a determined hyperlink.

The set of paths for final hyperlinks in a cluster can be represented via a hypergraph. Each cluster record being a hyperedge of the hypergraph. A hypergraph H=(V,E) is a set of vertexes V and a set of hyperedges E, representing a graph extension in which each edge can connect to more than two vertexes.

For example, if {p1="News", p2="Economics", p3 "Microeconomics"} is a record in the cluster, then the hypergraph will include the hyperedge which connects p1 to p2 and p3. Next, a determined weight will be linked to each hyperedge, calculated from the Page Levels probability, and weighted with Interaction Time.

Finally, to determine the suggestion to be submitted to the user, first the cluster to which the user belongs is identified and then the hyperlink (hyperedge) with the greatest relevance (weight) is suggested. If this hyperlink was already one of the most visited by the user, then the next most relevant hyperlink is selected until it is not one of the most relevant to the user.

Suppose that the bold records in FIG. 4 form a cluster. In order to determine the weights, we first calculate the probability of each hyperedge in the cluster and then multiply it by the average of its interaction times, as presented in FIG. 5.

The hyperedge with higher weight is the suggestion to the user.

In this example, the hyperlink suggested to the user is 2-3-1.

The specific element that determines geo-referenced information may vary from provider to provider. For instance, a good implementation can be achieved through zone codes in some areas. The method by which location is provided can vary.

The exemplary embodiments of the present invention, including the processes described above, can be written as computer programs and can be implemented in general-use digital computers that execute the programs using a computer readable recording medium and other types of transmission media. Examples of the computer readable recording medium include magnetic storage media (e.g., ROM, floppy disks, hard disks, etc.), and optical recording media (e.g., CD-ROMs, or DVDs). Other types of transmission media can include carrier waves (e.g., transmission through the Internet).

The foregoing embodiments are merely exemplary and are not to be construed as limiting the present invention. The present teaching can be readily applied to other types of apparatuses.

6

Additional aspects of exemplary embodiments of the invention will become apparent to those skilled in the art upon examination of the description, or may be learned by practice of the invention. The examples and drawings herein are provided by way of illustration, and are not intended to be limiting of the scope of the present invention.

What is claimed is:

1. An information system based on time, space and relevance, said system comprising: a client that displays information in a user-friendly manner; a proxy that handles the collection and parsing of data; a server that gathers usage data from the client; a data mining cluster that allows for user profiling and time, space and relevance analysis; a set of information channels, which are periodically updated, and upon which automatic suggestions are given based on a user profile.

2. The system according to claim 1, wherein the client is a thin client.

3. The system according to claim 1, wherein the proxy is divided between the client and the server.

4. The system according to claim 1, wherein the data handled by the proxy is in extensible markup language (XML) format.

5. An information system, said information system comprising: at least one client that displays information related to a plurality of information channels; a data mining cluster which performs user profiling and time, space and relevance analysis, wherein suggestions are provided to said at least one client based on a user profile and said time, space, and relevance analysis, and wherein said plurality of information channels are updated based on said suggestions.

6. The system, according to claim 5, wherein the at least one client is a thin client.

7. The system according to claim 5, wherein said at least one client comprises a proxy that collects and parses data.

8. The system according to claim 5, wherein said plurality of information channels are periodically updated.

9. The system according to claim 5, wherein said suggestions are automatically provided to said at least one client.

10. The system according to claim 7, wherein the data collected by the proxy is in extensible markup language (XML) format.

11. A client device for obtaining information based on time, space and relevance analysis received from a data mining cluster, said device comprising: at least one user interface for entering data; a screen for displaying said information; an input/output unit for receiving said information and transmitting said data, wherein automatic suggestions are received, via said input/output unit, based on a user profile and said time, space, and relevance analysis.

12. The client device according to claim 11, wherein the client device is a thin client device.

13. The client device according to claim 11, further comprising a proxy for pre-fetching said information.

*   *   *   *   *

# Exhibit D

(12) **United States Patent**
Sheraizin et al.

(10) Patent No.: **US 6,744,818 B2**
(45) Date of Patent: **Jun. 1, 2004**

(54) **METHOD AND APPARATUS FOR VISUAL PERCEPTION ENCODING**

(75) Inventors: **Vitaly S. Sheraizin**, Mazkeret Batya (IL); **Semion M. Sheraizin**, Mazkeret Batya (IL)

(73) Assignee: **VLS Com Ltd.**, Rechovot (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 421 days.

(21) Appl. No.: **09/748,248**

(22) Filed: **Dec. 27, 2000**

(65) **Prior Publication Data**

US 2002/0122494 A1 Sep. 5, 2002

(51) **Int. Cl.$^7$** ................................. **H04N 7/12**

(52) **U.S. Cl.** ................................. **375/240.29**

(58) **Field of Search** .......................... 375/240, 240.01, 375/240.16, 240.29; 382/264; 704/229, 500; H04N 7/12

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,341,442 A | | 8/1994 | Barrett |
| 5,491,519 A | | 2/1996 | Kim |
| 5,537,510 A | * | 7/1996 | Kim ........................ 704/229 |
| 5,586,200 A | | 12/1996 | Devaney et al. |
| 5,613,035 A | * | 3/1997 | Kim ........................ 704/229 |
| 5,627,937 A | * | 5/1997 | Kim ........................ 375/240 |
| 5,774,593 A | | 6/1998 | Zick et al. |
| 5,796,864 A | | 8/1998 | Callahan |
| 5,845,012 A | | 12/1998 | Jung |
| 5,847,766 A | | 12/1998 | Peak |
| 5,870,501 A | | 2/1999 | Kim |
| 6,005,626 A | * | 12/1999 | Ding ................... 375/240.16 |
| 6,466,912 B1 | * | 10/2002 | Johnston ................... 704/500 |
| 6,473,532 B1 | * | 10/2002 | Sheraizin et al. ........... 382/264 |

OTHER PUBLICATIONS

U.S. patent application Ser. No. 09/524,618, Sheraizin et al., filed Mar. 14, 2000.

Raj Talluri, et al., "A Robust, Scalable, Object–Based Video Compression Technique for Very Low Bit–Rate Coding", IEEE Transaction of Circuit and Systems for Video Technology, vol. 7, No. 1, Feb. 1997.

Awad Kh. Al–Asmari," An Adaptive Hybrid Coding Scheme for HDTV and Digital Video Sequences," IEEE Transactions on Consumer Electronics, vol. 41, No. 3, pp. 926–936, Aug. 1995.

Kwok–Tung Lo & Jian Feng, "Predictive Mean Search Algorithms for Fast VQ Encoding of Images," IEEE Transactions on Consumer Electronics, vol. 41, No. 2, pp. 327–331, May 1995.

James Goel, et al., "Pre–processing for MPEG Compression Using Adaptive Spatial Filtering", IEEE Transactions on Consumer Electronics, vol. 41, No. 3, pp. 687–698, Aug. 1995.

Jian Feng, et al., "Motion Adaptive Classified Vector Quantization for ATM Video Coding", IEEE Transactions on Consumer Electronics, vol. 41, No. 2, pp. 322–326, May 1995.

(List continued on next page.)

*Primary Examiner*—Young Lee
(74) *Attorney, Agent, or Firm*—Eitan, Pearl, Latzer & Cohen Zedek, LLP

(57) **ABSTRACT**

A video encoding system includes a visual perception estimator, an encoder, a compression dependent threshold estimator and a filter unit. The visual perception estimator estimates a perception threshold for a pixel of a current frame of a videostream. The encoder encodes the current frame. The compression dependent threshold estimator estimates a compression dependent threshold for the pixel at least from the perception threshold and information from the encoder. The filter unit filters the pixel at least according to the compression dependent threshold.

**9 Claims, 12 Drawing Sheets**



## US 6,744,818 B2

Page 2

OTHER PUBLICATIONS

Austin Y. Lan, et al., "Scene–Context–Dependent Reference–Frame Placement for MPEG Video Coding," IEEE Transactions on Circuits and Systems for Video Technology, vol. 9, No. 3, pp. 478–489, Apr. 1999.

Kuo–Chin Fan & Kou–Sou Kan, "An Active Scene Analysis–Based Approach for Pseudoconstant Bit–Rate Video Coding", IEEE Transactions on Circuits and Systems for Video Technology, vol. 8, No. 2, pp. 159–170, Apr. 1998.

Takashi Ida & Yoko Sambonsugi, "Image Segmentation and Contour Detection Using Fractal Coding", IEEE Transactions on Circuits and Systems for Video Technology, vol. 8, No. 8, pp. 968–975, Dec. 1998.

Liang Shen & Rangaraj M. Rangayyan, "A Segmentation––Based Lossless Image Coding Method for High–Resolution Medical Image Compression", IEEE Transactions on Medical Imaging, vol. 16, No. 3, pp. 301–316, Jun. 1997.

Adrian Munteanu, et al., "Wavelet–Based Lossless Compression of Coronary Angiographic Images", IEEE Transactions on Medical Imaging, vol. 18, No. 3, pp. 272–281, Mar. 1999.

Akira Okumura, et al., "Signal Analysis and Compression Performance Evaluation of Pathological Microscopic Images", IEEE Transactions on Medical Imaging, vol. 16, No. 6, pp. 701–710, Dec. 1997.

* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9



FIG.10



FIG.11



FIG.12

US 6,744,818 B2

1

# METHOD AND APPARATUS FOR VISUAL PERCEPTION ENCODING

## FIELD OF THE INVENTION

The present invention relates generally to processing of video images,

## BACKGROUND OF THE INVENTION

There a three types of redundancy in video signals that are related to the picture within the video. These are structural, statistical and perceptual redundancy. Standard compression systems, such as the various forms of MPEG, H-compression, etc., mainly reduce structural and statistical redundancy. U.S. patent application Ser. No. 09/524,618, assigned to the common assignee of the present invention and incorporated herein by reference, attempts to reduce perceptual redundancy independent of whatever other video compression might be used afterward.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be understood and appreciated more fully from the following detailed description taken in conjunction with the appended drawings in which:

FIG. 1 is a block diagram illustration of a system for visual perception encoding, for use with standard compression encoders, constructive and operative in accordance with a preferred embodiment of the present invention;

FIG. 2 is a block diagram illustration of a compression dependent threshold determiner, useful in the system of FIG. 1;

FIG. 3 is a graph of the response of a high pass filter, useful in the determiner of FIG. 2;

FIG. 4 is a block diagram illustration of a signal discriminator, useful in the determiner of FIG. 2;

FIG. 5 is a riming diagram illustration, useful in understanding the operation of the determiner of FIG. 2;

FIG. 6 is a block diagram illustration of a filter unit, useful in the system of FIG. 1;

FIG. 7 is a graphical illustration of the frequency response of the filter unit of FIG. 6;

FIG. 8 is a block diagram illustration of an alternative, non-linear filter, useful in the system of FIG. 1;

FIG. 9 is a graphical illustration of the frequency response of the filter of FIG. 8;

FIG. 10 is a block diagram illustration of an alternative filter unit utilizing the non-linear filter of FIG. 8, useful in the system of FIG. 1;

FIG. 11 is a block diagram illustration of a system for visual perception encoding having a resolution enhancing filter, constructive and operative in accordance with an alternative preferred embodiment of the present invention; and

FIG. 12 is a block diagram illustration of the resolution enhancing filter of FIG. 11.

## DETAILED DESCRIPTION OF THE PRESENT INVENTION

Reference is now made to FIG. 1, which illustrates a video encoding system, constructed and operative in accordance with a preferred embodiment of the present invention. The encoding system generally reduces perceptual redundancy in video streams and may comprise a visual perception threshold estimator 10, a compression dependent threshold determiner 12, a filter unit 14 and a structural and statistical encoder 16.

Visual perception threshold estimator 10 may receive an image having luminance Y and red and blue chrominance Cr and Cb signals and may estimate a distinguishing visual perception threshold $PTHD_i$ for each ith pixel of the image. An exemplary estimator 10 is described in U.S. patent application Ser. No. 09/524,618, filed Mar. 14, 2000, assigned to the common assignee of the present invention Ad incorporated herein by reference.

Compression dependent threshold determiner 12 may estimate a distinguishing compression dependent threshold $CTHD_i$ for the ith pixel using the luminance values Y of the image, visual perception threshold $PTHD_i$ and information from encoder 16 about the type of image the current image is as will be described in more detail hereinbelow.

Filter unit 14 filters the ith pixel based on the value of the associated compression dependent threshold $CTHD_i$. It can be a controllable filter set (shown in FIG. 6) or a nonlinear filter (shown in FIGS. 8 and 10). Thus, the kind of filtering to be performed on a pixel depends on whether the luminance value Y of that pixel is above or below the specific distinguishing threshold for that pixel. Since estimator 10 and determiner 12 typically operate with a time delay, the encoding system comprises a time aligner 18 which provides the ith pixel of the image to filter unit 14 when filter unit 14 receives its compression dependent threshold $CTHD_i$.

The filtered data is ten provided to encoder 16 for standard encoding. Typically, encoder 16 is a structural and statistical encoder such as any of the MPEG types or an H compression encoder. As is known in the art, MPEG encoders divide the frames of the videostream into "I", "P" and "B" compressed frames where I frames are compressed in full while, for the p and B images, only the differences between the current frame and previous predicted frames are encoded. The tpe of the frame (i.e. was it an 1, P or B frame?) is provided to threshold determiner 12 for use in determining the compression dependent threshold $CTHD_i$. Thus, the type of encoding which encoder 16 performed at least partially affects the type of filtering which filter set 14 will ultimately perform.

Reference is now made to FIG. 2, which generally details the elements of compression dependent threshold determiner 12. Determiner 12 comprises a new frame determiner 20, a high pass filter 22, a noise reducer 24, various parameter determiners 26–34 and a compression threshold estimator 36. The parameters defining the CTHD value comprise at least some of the following parameters:

whether or not encoder 16 has defined a new frame NwFr as an I frame;

whether the ith pixel is in the foreground FG or the background BG of the picture;

whether die ith pixel forms part of an edge Ed around an object in the picture;

whether or not the ith pixel forms part of a small detail SD;

whether or not the ith pixel is part of a group Gr type of details (a set of generally periodic details);

the contrast level Lv of the detail for the ith pixel;

the duration $\tau$ (in transmission time) of a detail within a picture;

how full a video buffer of encoder 16 is full (a VBF value);

the distance DP of the ith pixel from the center of the frame; and

**3**

an initial value $C_0$ for compression dependent threshold CTHD.

The maximum pulse level Lv may be normalized by a maximum luminance signal NLv value, the pulse duration may be normalized by sampling internal $N\tau$ and the detail position DP may be defined by the number of lines and the pixel position within a line. Estimator **36** may then determine compression dependent threshold CTHD, from the normalized parameters and the visual perception threshold $PTHD_i$ as follows:

$$CTHD_i = \begin{pmatrix} PTHD_i + C_E Ed + C_D SD + C_G Gr + C_\tau N\tau + \\ C_L NLv + C_F NwFr + C_B F / B + C_P DP \end{pmatrix} C_V VBF + C_0$$

where $C_E, C_D \ldots C_P$ are weighting coefficients, dependent on the influence of each parameter at CTHD. For MPEG encoders, the following empirical values may be useful:

$$C_E = 0.2$$
$$C_D = 0.8$$
$$C_G = 0.1$$
$$C_L = 0.6$$
$$C_\tau = 0.6$$
$$C_F = \begin{cases} 0.7 & \text{if } NwFr = 1 \\ 0 & \text{otherwise} \end{cases}$$
$$C_B = \begin{cases} 0.5 & \text{if background} \\ 0 & \text{if foreground} \end{cases}$$
$$C_P = 0.5 \left[ \left( \frac{t_H - 0.5H}{0.5H} \right)^2 + \left( \frac{t_V - 0.5V}{0.5V} \right)^2 \right]^{0.5}$$
$$C_V = 1.5$$
$$C_0 = 0.1$$

where $t_H$ and $t_V$ are the position, in time, of the pixel within a line ($t_H$) and a frame ($t_V$) and H and V are the line and frame numbers, respectively, and $C_0$ is the initial CTHD value.

The following other relationships are noted:

$$NLv = \frac{Lv}{L_{max}}$$
$$N\tau = \frac{\tau_{pix}}{\tau}$$

where $L_{max}$ is the maximum value for the luminance signal and $\tau_{pix}$ is the transmission time of one pixel.

New frame determiner **20** may determine whether there is a new frame NwFr and whether or not it has been defined by encoder **16** as an I frame. New frame determiner **20** typically comprises a frame memory **40**, a summer **42**, an integrator **44**, a comparator **46** and a group of pictures (GOP) frame type determiner **48**.

Summer **42** finds the differences between the present frame and a previous one stored in frame memory **40**. Integrator **44** sums the differences across the frame to produce a change volume $I_f$ indicating the amount change between the neighboring frames. If comparator **46** determines that this change volume $I_f$ is above a certain threshold (such as more than 50% of the maximum amount of pixels in a frame), comparator **46** defines that the present frame is a new frame NwFr.

**4**

If comparator **46** indicates that the present frame is a new frame NwFr, GOP frame type determiner **48** determines whether or not encoder **16** defined the frame as an I frame within the current group of pictures and provides this information to estimator **36**.

High pass filter **22** filters the pixels of the current frame to select only those details of the picture which are of generally short duration such as edges, "single details" formed of only a few pixels and/or details which have a group structure,

An exemplary amplitude-frequency response for high pass filter **22** is provided in FIG. **3** to which reference is now briefly made. It is noted that the cutoff frequency is about $0.2F_s$ where $F_s$ is the sampling frequency of an analog to digital converter (not shown) used to digitize the input signal.

Returning to FIG. **2**, noise reducer **24** takes the output of high pass filter **22** and reduces the noise level. Reducer **24** comprises a comparator **52** and a switch **50**. Comparator **52** compares the signal level of the filtered signal produced by high pass filter **22** with a noise threshold (typically 3–5 times an average noise level). Switch **50** only passes the filtered signal if its signal level is high enough, as indicated by comparator **52**.

A signal discriminator **28** determines which pixels of the filtered and noise reduced signal belong to edges (Ed), single detail (SD) and group of details (Gr). FIG. **4** provides one embodiment of discriminator **28**.

A foreground/background determiner **26** uses the edge information to determine if the current pixel is in the foreground or background, where a foreground object has sharp edges and a background object has blurred edges (i.e. ones of long duration).

A pulse duration estimator **32** measures the length of each pulse (which may occur over multiple pixels) to generate the duration T of a detail and a maximum pulse level determiner **30** uses the duration to determine the maximum pulse level Lv within the pulse duration.

A detail position generator **34** determines DP, how close the current pixel is to the center of the frame. To do this, generator **34** receives the frame synchronization, i.e. the horizontal drive (HD) and vertical drive (VD) signals, and the current pixel and uses this information to compare the location of the current pixel to that of the center pixel of the frame

FIG. **4** is one embodiment of some of the elements of FIG. **2** showing the operation on the high pass filtered and noise reduced signal, FIG. **5**, to which reference is also made, is a timing diagram indicating how the elements of FIG. **4** operate on different types of input signals.

The first timing diagram of FIG. **5** shows three types of input signals: two edges **60** and **62**, two single details **64** and **66** and a group detail **68**. The second timing diagram shows the shape of the signals **60**–**68** after high pass filtering and noise reduction.

An absolute value module **70** (FIG. **4**) finds the absolute value of each pixel and a maximum level detector **72** converts the current maximum level into sign pulses. The output of detector **72** is shown in the fourth dining diagram of FIG. **5**. For edges **60** and **62**, there are two points where a maximum occurs, as can be seen in the high pass filtered signal of the second ting diagram. The single detail **66** has three points of maximum while the group detail **68** has many of them, relatively regularly spaced.

A sign indicator **74** (FIG. **4**) determines the sign (positive or negative) of the high pass filtered and noise reduced signal. The output of indicator **74** is shown in the third

US 6,744,818 B2

5            6

timing diagram of FIG. 5. For edges 60 and 62, the sign changes from positive to negative, but after different lengths of time. For single details 64 and 66, the sign changes from positive, to negative to positive, once again after different lengths of time. For group detail 68, the sign continually changes between negative and positive.

A decoder 76 uses the output of sign indicator 74 to determine whether the current pixel or series of pixels is an edge, a single derail or a group detail according to the following table:

TABLE 1

|  | +/- or -/+ | +/-/+ or -/+/- | +/-/+/-/+/ . . . |
|---|---|---|---|
| Edge | yes | no | no |
| Single Detail | no | yes | no |
| Group Detail | no | no | yes |

The output of decoder 76 is shown in the fifth, sixth and seventh timing diagrams for edges 60 and 62, single details 64 and 66, and group detail 68, respectively. It is noted that edge 60 is shorter than edge 62 and single detail 64 is shorter tan single detail 66.

A pulse level maximum estimator 80 receives the edge, single detail and group detail signals of the fifth, sixth and seventh timing diagrams and finds the maximum level Lv of the pulse for the signal which currently has a pulse.

A pulse duration shaper 82 receives the maximum pulse level position signal from detector 72 and the edge, single detail and group detail signals from OR element 78 after decoder 76 and finds the duration X for the signal which currently has a pulse. An edge pulse selector 84 uses the edge signal from decoder 76 and the signal from shaper 82 to select an edge duration pulse when an edge is present. The edge duration pulse selected by selector 84 is provided to a pulse duration comparator 86 which compares the pulse duration x for me current edge to a threshold level indicating the maximum pulse length which indicates a foreground edge. Any pulse length which is longer than the threshold indicates a background pixel and any which is shorter indicates a foreground pixel.

Reference is now made to FIGS. 6 and 7 which, respectively, illustrate the elements of filter unit 14 (FIG. 1) and the shapes of the filters which are utilized therein.

Filter unit 14 is a controllable filter set and typically comprises a series of high pass filters (described in more detail hereinbelow), a set of comparators 90, a decoder 92 and a set of switches 94. Each high pass filter has a different frequency response and has a comparator 91 and a switch 93 associated therewith. The associated comparator 91 compares the level of the filtered data (i.e. filtered pixel) to the compression dependent threshold $CTHD_i$ for the current pixel. Decoder 92 decides which filter output to utilize (based on which filtered data is above the compression dependent threshold $CTHD_i$) and instructs the appropriate switch 93 to pass that filter output for the current pixel.

For each pixel, a summer 96 subtracts the high pass filtered data output from the appropriate switch 93 from the non-filtered data of the frame. Thus, the level of each pixel is changed by the selected high pass filter. It will be appreciated that the operation of controlled filter set 14 is equivalent to a low pass filter optimization for every picture detail in accordance with the value of the compression dependent threshold $CTHD_i$.

The high pass filters are implemented in the embodiment of FIG. 6 from a low pass filter 101, a time aligner 103, a summer 104 and multipliers 106. Summer 104 subtracts a low pass filtered version of the original frame from the original frame and produces thereby a high pass filtered frame. The filtered frame is provided to each multiplier 106 which, in turn, multiplies the signal of the filtered frame, This has the effect of changing the shape of the high pass filter that operates on the frame. Thus, the output of multipliers 106 is a high pass filtered signal. FIG. 7 shows the frequency response of four of the high pass filters, labeled 1–4.

Table 2 provides the function of decoder 92, for eight multipliers K1–K8 whose weight values are 0.125, 0.25, 0.375, 0.5, 0.625, 0.75, 0.875 and 1.0, respectively. Their outputs are signals z1–z8, respectively, the outputs of their respective comparators 91 are signals x1–x8, respectively, and the signals to their associated switches are y1–y8, respectively. The signal y0 instructs a switch sw0 to select the high pass filter output of summer 104.

TABLE 2

| High pass filter | K1 . . . K8 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| signal level, Zi | X1 | X2 | X3 | X4 | X5 | X6 | X7 | X8 |
| Z8 < CTHD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Z8 ≥ CTHD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Z7 < CTHD |  |  |  |  |  |  |  |  |
| Z7 ≥ CTHD | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Z6 < CTHD |  |  |  |  |  |  |  |  |
| Z6 ≥ CTHD | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Z5 < CTHD |  |  |  |  |  |  |  |  |
| Z5 ≥ CTHD | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |
| Z4 < CTHD |  |  |  |  |  |  |  |  |
| Z4 ≥ CTHD | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| Z3 < CTHD |  |  |  |  |  |  |  |  |
| Z3 ≥ CTHD | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| Z2 < CTHD |  |  |  |  |  |  |  |  |
| Z2 ≥ CTHD | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Z1 < CTHD |  |  |  |  |  |  |  |  |
| Z1 ≥ CTHD | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **High pass filter** | **K0 . . . K8** | | | | | | | | |
| signal level, Zi | Y0 | Y1 | Y2 | Y3 | Y4 | Y5 | Y6 | Y7 | Y8 |
| Z8 < CTHD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Z8 ≥ CTHD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Z7 < CTHD |  |  |  |  |  |  |  |  |  |
| Z7 ≥ CTHD | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Z6 < CTHD |  |  |  |  |  |  |  |  |  |
| Z6 ≥ CTHD | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Z5 < CTHD |  |  |  |  |  |  |  |  |  |
| Z5 ≥ CTHD | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Z4 < CTHD |  |  |  |  |  |  |  |  |  |
| Z4 ≥ CTHD | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Z3 < CTHD |  |  |  |  |  |  |  |  |  |
| Z3 ≥ CTHD | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Z2 < CTHD |  |  |  |  |  |  |  |  |  |
| Z2 ≥ CTHD | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Z1 < CTHD |  |  |  |  |  |  |  |  |  |
| Z1 ≥ CTHD | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Reference is now made to FIGS. 8 and 9, which present an alternative embodiment of the filter unit, labeled 14'. In this embodiment, the filters of filter unit 14 are non-linear. It is expected that this type of filtering is more suitable for visual perceptual coding because its picture processing is similar to the perceptual process of the human eye which uses detected details (e.g. texture) and distinguished details,

As in the previous embodiment, filter unit 14' comprises low pass filter 101, time aligner 103 and summer 104, where summer 104 subtracts a low pass filtered version of the original frame from the original frame and produces thereby a high pass filtered frame $\Delta Y_{HF}$. Typically, the high pass

US 6,744,818 B2

7

filtered frame comprises the high frequency components that correspond to those details of the frame which have small dimensions. The high pass filtered frame is then filtered by a non-linear filter 99, which produces a processed addition $\Delta Y'_{HF}$ to be added, in a summer 98, to the low pass filtered signal, thereby to produce the filtered signal Y'.

The non-linear filter 99 comprises two switches 100 and 102, two comparators 104 and 106, two dividers 108 and 110, a doubler 112, a squarer 114, four summers 116, 118, 120 and 121 and a variable multiplier 122.

Switch 100 determines the response for texture details and produces a signal $\Delta Y_{SW1}$. Mathematically this is given by:

$$\Delta Y_{SW1} = \begin{cases} 2\Delta Y_{HF} - \dfrac{\Delta Y^2 HF}{3\sigma}, & \text{if} |\Delta Y_{HF}| < 3\sigma \\ 3\sigma, & \text{otherwise} \end{cases} \qquad \text{Equation 1}$$

where σ is the root-mean-squared (RMS) noise level of the input signal.

Comparator 104 compares high pass filtered signal $\Delta Y_{HF}$ to the threshold level 3σ to determine the results of the IF statement in equation 1. The output of comparator 104 indicates to switch 100 to choose either the output of summer 116 (which is the upper calculation of equation 1) or the value of 3σ, as the other input to switch 100.

Summer 116 receives $2\Delta Y_{HF}$ from doubler 112 and $\Delta Y^2 HF/3$ σ the combined output of squarer 114 and divider 108 (which also receives the threshold level 3σ) and performs the subtraction, thereby creating the signal to switch 100.

Switch 102, together with summer 121, determines the response for details whose signal level is between the detection and distinction threshold. Switch 102 produces a signal $\Delta Y_{SW2}$. Mathematically this is given by:

$$\Delta Y_{SW2} = \begin{cases} \dfrac{\Delta Y^2_{HF}}{\Delta Y_{CTHD}}, & \text{if} |\Delta Y_{HF}| \le \Delta Y_{CTHD} \\ \Delta Y_{CTHD} \ \Delta Y_{SL}, & \text{otherwise} \end{cases} \qquad \text{Equation 2}$$

where $\Delta Y_{CTHD}$ is the signal level that corresponds to the compression threshold CTHD and $\Delta Y_{SL}$ is defined hereinbelow in equation 3.

Comparator 106 compares high pass filtered signal $\Delta Y_{HF}$ to the threshold level $\Delta Y_{CTHD}$ to determine the results of the if statement in equation 2. The output of comparator 106 indicates to switch 102 to choose either the output of divider 110 (which is $\Delta Y^2 HF/\Delta Y_{CTHD}$) or the output of summer 120 (defined by equation 3 hereinbelow).

For distinguished details, the amplitude response is given by:

$$\Delta Y_{SL} = K_d(\Delta Y_{HF} - \Delta Y_{CTHD}) + \Delta Y_{CTHD} \qquad \text{Equation 3}$$

where $K_d$ is an externally provided value which varies between 0 and 1.

Summer 118 takes the difference between high pass filtered signal $\Delta Y_{HF}$ and the threshold level $\Delta Y_{CTHD}$ and variable multiplier 122 multiplies the difference by the current value of variable $K_d$, as provided by a user. Summer 120 adds the threshold level $\Delta Y_{CTHD}$ to the signal and provides the result to switch 102.

It is noted that the corrected high pass filtered signal $\Delta Y'_{HF}$ is the sum of the outputs $\Delta Y_{SW1}$ and $\Delta Y_{SW2}$ of the two switches 100 and 102, respectively. Due to the comparisons with the noise level 3σ and the threshold level $\Delta Y_{CTHD}$, the corrected high pass filtered signal $\Delta Y'_{HF}$

8

generally only contains those details that can be perceived by the human eye.

This is indicated in FIG. 9, which illustrates the amplitude response of the filter 14' versus the change in luminance ΔY. The graph of FIG. 9 has three areas, a detection area 140, defined by the noise level 3σ, a distinction area 142, above the threshold level $\Delta Y_{CTHD}$, and an in-between area 144. The graph of FIG. 9 also shows two curves, a 45° line, labeled 146, which indicates a signal which is not corrected (i.e. the input equals the output) and a solid line 148 indicating the response of filter 14'.

In the detection area 140, the filter 14' makes only a small change over the non-corrected line 146. In in-between area 144, there is a significant difference between non-corrected line 146 and amplitude response 148. This is because, for details that the human eye can detect bat not distinguish, there is little need to encode the pixels of such details in full. In distinction area 142, the slope of amplitude response 148 varies according to the value of the variable $K_d$. Typically, variable $K_d$ is chosen based on a trade-off between the need for compression (in which case variable $K_d$ can be less than 1) and the need to properly reproduce the detail.

Reference is now made to FIG. 10 which illustrates visual perceptual coding using the nonlinear filter of FIG. 8 for filtering the Y luminance Y and the two chrominances $C_r$ and $C_b$. Each signal is filtered separately in the X and the Y directions, where the same operations occur for each direction. For each direction and for each signal type, there is a low pass filter (LPF$^Y_y$, LPF$^Y_x$, LPF$^r_y$, LPF$^r_x$, LPF$^b_y$ and LPF$^b_x$) to produce a smoothed signal, a time aligner 130 and a summer 132 to produce the high pass filtered signal ($\Delta Y^Y_{HF}$, $\Delta C^r_{HF}$ and $\Delta C^b_{HF}$) containing the high frequency components, a multiplier 134 to scale the high pass frequency signal (described in more detail hereinbelow) and a summer 136 to add the high frequency elements to the smoothed signal from the low pass filter LPF.

For the luminance signal Y, there is also a non-linear adaptive filter NAF of the type described with respect to FIG. 8, operating on the output of summers 132, to select only the desirable elements of me high frequency signal. The output of the filter NAF is provided to multiplier 134 and the remaining elements are the same as described hereinabove.

Because the ratio of the two chrominances $C_r$ and $C_b$ to the luminance Y must be maintained and because the non-linear filter can affect that ratio, the system of FIG. 10 produces gains $K_Y$ and $K_c$, to correct for any non-linearities introduced. Gain $K_Y$ is used by multipliers 134 in the luminance path and gain $K_c$ is used by multipliers 134 in the two chrominance paths.

To produce the gains $K_Y$ and $K_c$, the system of FIG. 10 includes two dividers 140 and 142, a maximum level selector 144, a low pass filter 146 and a shaper 148. Divider 140 divides the luminance high pass filtered signal $\Delta Y^Y_{HF}$ by the red chrominance high pass filtered signal $\Delta C^r_{HF}$ while divider 142 divides the luminance high pass filtered signal $\Delta Y^Y_{HF}$ by the blue chrominance high pass filtered signal $\Delta C^b_{HF}$. Maximum level selector 144 selects the higher value of the outputs of the two dividers 140 and 142 and the output of selector 144 is smoothed by low pass filter 146. The output of low pass filter 146 is the gain $K_Y$. Shaper 148 produces the gain $K_c$ by inverting the level of the gain $K_Y$, thus, $K_c = 1/K_Y$.

Reference is now made to FIGS. 11 and 12, which illustrate an alternative embodiment of the present invention. FIG. 11 shows the entire system and is similar to that of FIG. 1 with the addition of a resolution enhancing filter 150 which generally enhances the spatial and temporal

9

resolution of the compressed frame produced by filter unit **14** before providing the compressed frame to encoder **16**.

Resolution enhancing filter **150** receives the input and output signals of filter unit **14** as well as the compression dependent threshold CTHD. As shown in FIG. 12, filter **150** comprises a vertical high pass filter **152**, a horizontal high pass filter **154**, a temporal high pass filter **156**, two nonlinear filters **158** and **160**, a variable multiplier **162** and an adder **164**.

Vertical and horizontal high pass filters **152** and **154** have frequency responses similar to that shown in FIG. **3** and operate on the X and Y directions on the input frame from time aligner **18**. Temporal filter **156** is a finite impulse response (FIR) filter operating between frames. Exemplary pulse and frequency responses $h_T$ and HT for filter **156** are:

$$h_T = \{-0.25, 0.5, -0.25\}$$
$$H_T(\omega) = \sin^2 0.5\omega T$$

where T is the frame period (typically either ⅕s or ⅟₃₀s). Non-linear filters **158** and **160** receive the output signals of high pass filters **152** and **154**, respectively, as well as the compression dependent threshold CTHD. Filters **158** and **160** are similar to that shown in FIG. **8** and have responses similar to that shown in FIG. **9**.

Variable multiplier **162** receives a variable slope $K_T$ defined as:

$$K_{Ti} = \frac{1}{CTHD_i}$$

and multiplies the output of temporal filter **156** with a linear function having the slope $K_T$.

Adder **164** sums the output of filter unit **14** with the outputs of filters **158** and **160** and of variable multiplier **162** and produces thereby the resolution enhanced, compressed frame.

The methods and apparatus disclosed herein have been described without reference to specific hardware or software. Rather, the methods and apparatus have been described in a manner sufficient to enable persons of ordinary skill in the art to readily adapt commercially available hardware and software as may be needed to reduce any of the embodiments of the present invention to practice without undue experimentation and using conventional techniques.

It will be appreciated by persons skilled in the art that the present invention is not limited by what has been particularly shown and described herein above. Rather the scope of the invention is defined by the claims that follow:

What is claimed is:

**1**. A video encoding system comprising:

a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream;

an encoder adapted to encode said current frame;

a compression dependent threshold estimator adapted to estimate a compression dependent threshold for said pixel at least from said perception threshold and information from said encoder; and

a filter unit adapted to filter said pixel at least according to said compression dependent threshold.

**2**. A system according to claim **1** and wherein said compression dependent threshold estimator also estimates at least one parameter from the following group of parameters:

whether or not a new frame NwFr has been defined by said encoder as an I frame;

whether an ith pixel is in the foreground FG or the background BG of a picture;

10

whether an ith pixel forms part of an edge Ed around an object in the picture;

whether or not the ith pixel forms part of a single detail SD;

whether or not the ith pixel is part of a group Gr of generally periodic details;

the contrast level Lv of the detail for the ith pixel;

the duration τ of a detail within a picture;

how full said encoder is; and

the distance DP of the ith pixel from the center of the frame.

**3**. A system according to claim **2** and wherein said compression dependent threshold is formed from normalized versions of said parameters and said perception threshold $PTHD_i$ as follows:

$$CTHD_i = \left( \begin{array}{c} PTHD_i + C_E Ed + C_D SD + C_G Gr + C_r N\tau + \\ C_L NLv + C_F NwFr + C_B F/B + C_P DP \end{array} \right) C_V VBF + C_0$$

where $C_B, C_D \ldots, C_P$ are weighting coefficients.

**4**. A system according to claim **1** and wherein said filter unit is a controllable filter set adapted to select a filter for said pixel according to said compression dependent threshold.

**5**. A system according to claim **1** and wherein said filter unit is a non-linear filter.

**6**. A system according to claim **5** wherein said non-linear filter comprises:

a low pass filter;

a high pass filter whose output is a signal $\Delta Y_{HF}$;

a first switch SW1 whose output is defined as:

$$\Delta Y_{SW1} = \begin{cases} 2\Delta Y_{HF} - \dfrac{\Delta Y^2 HF}{3\sigma}, & \text{if} |\Delta Y_{HF}| < 3\sigma \\ 3\sigma, & \text{otherwise} \end{cases}$$

where σ is the root-mean-squared (RMS) noise level of the input signal to said filter unit;

a second switch SW2 whose output is defined as:

$$\Delta Y_{SW2} = \begin{cases} \dfrac{\Delta Y_{HF}^2}{\Delta Y_{CTHD}}, & \text{if} |\Delta Y_{HF}| \leq \Delta Y_{CTHD} \\ \Delta Y_{CTHD} \ \Delta Y_{SL}, & \text{otherwise} \end{cases}$$

where $\Delta Y_{CTHD}$ is the signal level that corresponds to the compression dependent threshold CTHD and $\Delta Y_{SL}$ is defined as:

$$\Delta Y_{SL} = K_d (\Delta Y_{HF} - \Delta Y_{CTHD}) + \Delta Y_{CTHD}$$

where $K_d$ is an externally provided value which varies between 0 and 1; and

a summing unit which sums the output of said first and second switches with the output of said low pass filter.

**7**. A system according to claim **1** and wherein said filter unit includes at least one nonlinear filter unlit and a chrominance correction unit.

**8**. A system according to claim **7** and wherein said chrominance correction unit includes means for maintaining the ratio of two chrominances $C_r$ and $C_b$ to luminance Y.

**9**. A system according to claim **1** and also comprising a resolution enhancing filter which generally enhances the resolution of the output of said filter unit.

* * * * *

# Exhibit E



US006807568B1

(12) **United States Patent**  (10) **Patent No.:**  **US 6,807,568 B1**
Tannenbaum  (45) **Date of Patent:**  **Oct. 19, 2004**

(54) **RECIPIENT SELECTION OF INFORMATION TO BE SUBSEQUENTLY DELIVERED**

(75) Inventor: **David H. Tannenbaum**, Dallas, TX (US)

(73) Assignee: **Union Beach, L.P.**, Dallas, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 690 days.

(21) Appl. No.: **09/625,646**

(22) Filed: **Jul. 27, 2000**

(51) Int. Cl.7 ............................................... **G06F 15/16**
(52) U.S. Cl. ....................................... **709/217**; 709/219
(58) Field of Search ................................. 709/217, 219; 707/1; 725/35, 39, 47, 53

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,754,939 | A | * | 5/1998 | Herz et al. | ................. 455/3.04 |
| 5,835,087 | A | * | 11/1998 | Herz et al. | ................. 345/810 |
| 6,052,714 | A | * | 4/2000 | Miike et al. | ............... 709/217 |
| 6,075,526 | A | * | 6/2000 | Rothmuller | ............... 345/721 |
| 6,236,991 | B1 | * | 5/2001 | Frauenhofer et al. | .......... 707/6 |
| 6,345,293 | B1 | * | 2/2002 | Chaddha | ................... 709/219 |
| 6,434,747 | B1 | * | 8/2002 | Khoo et al. | .................. 725/46 |
| 6,594,682 | B2 | * | 7/2003 | Peterson et al. | ........... 709/102 |
| 6,647,425 | B1 | * | 11/2003 | Chaddha | .................... 709/233 |
| 6,654,735 | B1 | * | 11/2003 | Eichstaedt et al. | ............ 707/3 |

OTHER PUBLICATIONS

Web page for Avant Go: http://avantgo.com/frontdoor/index.html entitled The Internet on your handheld; copyrighted 2000.

Web page for Avant Go: http://avantgo.com/corp/company/index.html entitled About AvantGo, Inc.; copyrighted 2000.

* cited by examiner

*Primary Examiner*—Krisna Lim
(74) *Attorney, Agent, or Firm*—Fulbright & Jaworski LLP

(57) **ABSTRACT**

Users may record abstracts of information that they desire and information providers may access the recorded information abstracts from time to time so as to provide the information content that matches the requested information. In one embodiment, the user may select a TV program (or movie) that is not currently available and then at a time subsequent thereto that program is made available to the user, either privately, or over the public network. In another embodiment, users of the Internet may record information requests. Information providers may then access these requests from time to time and provide the requested information, even if the information had not been available at the time the request was initially posted. Prior to delivery of the information content the parties, if desired, may negotiate when and how delivery will occur, how much information will be provided, the cost of the information and the responsibilities of each of the parties pertaining to that information. The information abstract may be stored local to the user or at one or more central sites.

**50 Claims, 4 Drawing Sheets**



**U.S. Patent**        Oct. 19, 2004        Sheet 1 of 4        US 6,807,568 B1



FIG. 1



FIG. 2



FIG. 3



FIG. 4



ENTER REQUEST
501
STORE REQUEST
502
503
IS SYSTEM CONNECTED TO A REMOTE LOCATION?
NO
DO NOTHING
504
YES
ACCESS INTERNET (OR OTHER REMOTE SITE)
505
506
IS THERE A FLAG SET?
NO
DO NOTHING
507
YES
CHECK PERMISSION LEVEL OF REMOTE SITES AGAINST PERMISSION LEVEL ASSIGNED TO STORED REQUESTS
508
509
IS THERE A MATCH IN PERMISSION LEVELS?
NO
DO NOTHING
510
YES
511
SHOULD MATCHED DATA BE TRANSFERRED TO A REMOTE SITE?
NO
YES
TRANSFER DATA TO A CENTRAL SITE
512
END
513
FROM FIG. 6
A
514
ALLOW REMOTE SITE TO OBTAIN STORED REQUESTS WHICH MATCH PERMISSIONS
515
DOES REMOTE SITE HAVE INFORMATION TO RETURN?
NO
516
DO NOTHING
YES
517
INTERACTIVE SESSION
518
IS THE INFORMATION SUBJECT TO A TIME, LOCATION, MEDIA, ETC. ADJUSTMENT?
YES
MAKE NECESSARY ADJUSTMENTS
520
NO
519
DOWNLOAD DATA FROM REMOTE SITE TO USER USING MUTUALLY AGREEABLE MEDIA AND AT MUTUALLY AGREEABLE TIME
END
521

*FIG. 5*

**U.S. Patent**      Oct. 19, 2004      Sheet 3 of 4      US 6,807,568 B1



*FIG. 6*

HUNT FOR FLAGS REQUESTING INFORMATION OF THE TYPE AVAILABLE — 601

HAS A FLAG BEEN FOUND? — 602
NO → KEEP LOOKING — 603
YES

FROM DIRECT REQUESTER'S — 606

PROVIDE PERMISSION LEVEL (IF FOUND) AND CHECK TO DETERMINE IF A MATCH EXISTS — 604

IS THERE A MATCH? — 605
NO
YES

A

TO FIG. 5



*FIG. 7*

RECEIVE CALL FROM REMOTE RECORDERS — 701

IS THERE DATA STORED FROM USER? — 702
NO

UPLOAD AND STORE USER REQUESTS — 704

PASS USER REQUESTS TO OTHER INFORMATION SOURCES IF NECESSARY — 705

PROCEED WITH REGULAR DOWNLOAD OF PROGRAM DATA — 703

FIG. 8

RECEIVE UPDATED CONTENT AND CHANNEL INFORMATION FROM CONTENT PROVIDER
801
CHECK DATABASE TO SEE IF ANY USER IS WAITING FOR INFORMATION
802
NO
YES
PROCEED WITH REGULAR DOWNLOAD SCHEDULE
803
IS THERE TIME TO WAIT UNTIL THE NEXT SCHEDULED USER UPDATE?
804
NO
YES
INITIATE A MESSAGE AND UPDATE USER IMMEDIATELY AND SET USER'S RECORDER, IF NECESSARY
805
AT NEXT DOWNLOAD SCHEDULE SET THE USER'S LEVEL RECORDER TO RECORD INFORMATION AS PER STORED REQUESTS
806
NOTIFY USER VIA ONE OR MORE METHODS AND SET USER'S RECORDER, IF NECESSARY
807



US 6,807,568 B1

**1**

## RECIPIENT SELECTION OF INFORMATION TO BE SUBSEQUENTLY DELIVERED

### TECHNICAL FIELD

This invention relates to the delivery of information from an information provider to an information seeker and more particularly to a system and method for allowing an information provider to find and provide information to information seekers.

### BACKGROUND

Currently, when it is desired to watch a TV program, the viewer is at the mercy of the content providers as to what that viewer watches and at what time. This is changing now that digital recorders, such as the TIVO system from Philips, can record many hours of TV programs thereby allowing viewers to delay watching broadcasts for a period of time by recording such broadcasts for later viewing. Such systems also allow users to select programs to be aired in the future and to record the selected shows. These systems also allow users to select topics and the system selects the shows that match these selected topics. Such systems work well, but suffer from the fact that they also are dependent upon the preselection of content by the content provider. If a person desires to view a certain movie, (or to view, for example, a documentary on the life of George Washington) and if that desired movie (or documentary) was not scheduled for showing within a finite time in the future, the user is not be able to schedule it, except perhaps by broad topic types. In any event, the user cannot in any manner, cause movies, or programs, to be delivered which were not scheduled for delivery.

This same problem exists when users are trying to obtain information from the Internet. The user can only gain access to information if that information exists on the Internet at the time that the information is sought. However, even if the information existed on the Internet at that time, obtaining that information, even using the very sophisticated tools available today, is not trivial. For example, assume that a user desires to obtain tickets to see a certain play (or concert) or to see a certain performer when and if that play, concert or performer is next in town. Today, the user would access the Internet and look for the name of the play or the name of the performer. If there was a scheduled performance, the user might, depending upon his/her skill (and patience), find it. But if there was nothing scheduled (or contemplated) then the user would come away (usually after spending considerable time looking) with nothing.

Thus, there exists a need in the art for a system and method which allows an information seeking individual to gather information even when that information is not currently available and to have that information delivered when it becomes available.

There is also a need in the art for a system and method which allows a user to schedule the delivery of desired information at controllable times in the future using media mutually agreed upon by the requesting and providing parties.

### SUMMARY OF THE INVENTION

These and other objects, features and technical advantages are achieved by a system and method which allows the user to input to his/her own local device the information (or an abstract thereof) that he/she desires to be delivered. This

**2**

information can be as simple or as complex as desired. What is important is that some other party can, from time to time, access the requested information and provide proper responses thereto.

The information, by way of example, can be the names of desired entertainment shows, or subjects, that could be delivered by way of video or live TV. The names, or abstracts, can be, by way of example, past TV shows or past TV subjects; names of biographies or travel documentaries, or they can be queries as to the dates that a certain play or performer will next be in town; or any other desired information. Thus, a person wishing to view on TV a series that aired months ago (or the first three programs of that series) will, in one embodiment, enter the desired requested information into his/her local storage medium. The storage mechanism could be a local recorder, such as the above-mentioned digital recorder, (or any other system), or it could be the user's browser on the Internet. In the preferred embodiment the information is stored on the user's local computer. In an alternate embodiment, the abstracted request is stored on one or more remote devices. The user would enter "deliver by TV over cable (or satellite, or any other desired medium)" a program or programs pertaining to the life of "George Washington". This entry could, of course, be prompted by interactive prompts. If the user had more specific information on the desired program, the user could, if he/she desires, enter such additional details.

It is important to note that the requested information can be stored locally on a TV recorder or stored on a local computer or on any other device having memory capability. The storage medium that the user selects need not be the medium to where the information is to be returned. The user may specify the return medium or the information provider may, by the nature of the content that is to be delivered or otherwise, decide how best and when to deliver the information. The return information can actually arrive using multiple media either in whole or in part. For example, the provider may send a message (using the Internet to the user's PC or perhaps a wireless connection to the user's handheld device) indicating that a certain requested TV program will be available at a certain date on a particular channel. Then, at the proper time (or at a time negotiated between the provider and the requester) the desired information is delivered to the user over a medium different from the one used to verify or confirm the transaction, and perhaps even different from the medium over which the initial request was posted.

One important aspect of this invention is that the requested information is maintained in a location (whether local to the user or remote) such that it remains available for a period of time to anyone who is capable of providing the desired information which is controlled by the provider. Thus, instead of the user searching a massive data base (the web today) the burden falls on information providers to find those folks who need or want the information which is controlled by the provider. This system works particularly well for situations where the desired information pertains to future events, such as entertainment, or for complex situations where the user only has a vague understanding of what he/she desires. In this situation, the content owner knows much more about the subject, and, based on the abstract of the information posted, can provide the proper response.

Thus for vacation planning a person might type in the location desired and the time of year desired and request information on climate, hotel availability, restaurants, etc. This information then would be stored (either at the user's location) or at a central site, and will be accessible for a

US 6,807,568 B1

3

period of time by anyone who believes they have the desired information. The return information can then be delivered without further action taken by the posting user. There could be an interactive exchange prior to downloading of the information. Today, this interaction is only possible if the user were to first go to a specific site to post his/her desired information.

The vacation planner instead of specifying the place could have entered parameters, such as time of year, climate, desired activities (beach, golfing, shopping, hiking, sailing, etc.,) and those locations desiring to supply information would then provide either the information or an abstract of the information, and the user (either live or via a filter program) would accept as much information as is desired.

In the context of entertainment, assume the user requested a TV program on George Washington. The requester could have specified a desired time frame or could have left it open ended. The user could also have specified the type of media over which the program was to be received or again, left it open ended. In any event, assume that a provider had the program or a series of programs pertaining to George Washington, and could deliver the content at a certain time. The provider would then notify the user that a two hour program on George Washington would be available, for example, on channel 87 at 2:00 p.m. Wed., three months hence. The user could accept this time and arrange for it to be recorded if he/she were not going to be available to watch it live. This recording could be by traditional VCR or by digital recording under processor control. In one embodiment, the recorder would be set and controlled by the provider.

Assuming that the user wanted the information sooner, one option would be to accept the information as a streamed video directly into the user's computer for recording on a CD or other portable recording device at a mutually agreeable time. The content could, of course, be delivered in any manner agreed between the sender and the user.

The foregoing has outlined rather broadly the features and technical advantages of the present invention in order that the detailed description of the invention that follows may be better understood. Additional features and advantages of the invention will be described hereinafter which form the subject of the claims of the invention. It should be appreciated by those skilled in the art that the conception and specific embodiment disclosed may be readily utilized as a basis for modifying or designing other structures for carrying out the same purposes of the present invention. It should also be realized by those skilled in the art that such equivalent constructions do not depart from the spirit and scope of the invention as set forth in the appended claims. The novel features which are believed to be characteristic of the invention, both as to its organization and method of operation, together with further objects and advantages will be better understood from the following description when considered in connection with the accompanying figures. It is to be expressly understood, however, that each of the figures is provided for the purpose of illustration and description only and is not intended as a definition of the limits of the present invention.

BRIEF DESCRIPTION OF THE DRAWING

For a more complete understanding of the present invention, and the advantages thereof, reference is now made to the following descriptions taken in conjunction with the accompanying drawing, in which:

FIG. 1 shows an embodiment of the invention using TV programs and a digital recording device at the user's location;

4

FIG. 2 shows a block diagram of an information provider location;

FIG. 3 shows an embodiment of the invention using a processor, such as a PC, at the user's location;

FIG. 4 shows an intermediary web site adapted to accepting user's requests;

FIG. 5 is a flow chart of one embodiment of the invention where the user stores abstracts of his/her desired information;

FIG. 6 is a flow chart of one embodiment of the invention where an information provider searches for flags indicating that a person is seeking information and checks for matches between the information available and the information desired;

FIG. 7 is a flow chart of one embodiment of the invention where a central control in a TV program control system receives information from various users and provides return programming in accordance with posted requests from users; and

FIG. 8 is a flow chart of one embodiment of the invention where the central control sends requested information to a user.

DETAILED DESCRIPTION

Turning now to FIG. 1, there is shown system 10, which has user input device 11 which could, for example, be a remote control into the TV set or digital recorder or a computer or any other input device, such as a wireless phone. The input could be by voice command, using, for example, a voice recognition system. In the TV environment, the input could be to digital recorder 12, such as, for example, the aforementioned TIVO recorder provided by Philips. Such a device would typically have processor 1201 and memory 1202 and would operate to receive input signals from a variety of sources such as, for example inputs 1203. This data can be in analog or digital form and would be stored in a memory. In the illustrative embodiment, analog signals are digitized by recorder 12 and stored in memory 1202. Information stored in memory 1202 is made available to display 13 on command from the user, or, alternatively, under control of the information provider.

Recorder 12 is designed to interact with a remote location 14 either by phone connection, satellite or by any other mechanism, whether wireless or wireline, to exchange information pertaining to the lineup on the various channels. In this manner the user, using input device 11, may determine what is available today, tomorrow or sometime in the future. This then allows the user to select, (and set for recording if desired) certain programs which will become available over input 1203 at future times. This information is updated periodically via a connection made between recorder 12 and remote location 14, thereby assuring recorder 12 that it has the latest program information.

User 11 may specify to recorder 12, usually in the form of an interactive session between user device 11 and recorder 12, that the user desires to watch certain programs by name or type, which programs will occur in the future. Recorder 12 then monitors the information received from remote location 14 and picks out of the titles or other information made available the information desired to be recorded. Thus, for example, user 11 may decide that he or she wants to see only those programs featuring a certain artist. If that information is available from remote location 14, then recorder 12 will monitor the information and, whenever an input program arrives having that artist, the recorder will proceed to record the program.

US 6,807,568 B1

5

6

The problem at this point, however, is that if recorder 12 has no information pertaining to future programs, movies, artists, etc., then the interactive session between user 11 and recorder 12 will not achieve the desired result, i.e., the scheduling of a desired program.

In the embodiment shown in FIG. 1 user 11 could input to recorder 12 the desired movie, series, concept, artist or any other desired information. This information then is provided from recorder 12 to remote location 14, for example, over the periodic connection between the two. Remote location 14 then stores the information pertaining to user 11. Location 14 then accesses data base 15, which could be local to remote location 14 or remote therefrom. This access can either be direct, via connection 1204, or it could be through Internet 100 via connections 1205, 1206.

In one embodiment, location 14 simply records the information and makes it available for remote providers to access the desired user information via Internet 100 in a manner to be discussed. Once the information is available, one or more potential providers could see that one or more users wish to see a program, for example, a program about George Washington. Accordingly, one or more of these potential providers could then either make the program available at a time in the future so that many viewers could then watch that program or the remote provider could make the program available only to user 11 over a specific channel at a specific time.

In either event, the remote provider would instruct recorder 12 at user location 10 to record that information for that user. In addition, the remote provider, assuming enough information was on file pertaining to user 11, could contact user 11 over the Internet via a separate PC, not shown in FIG. 1, or by e-mail, wireless messaging, telephone call, message left on recorder 12, or the like. The provider would interact with user 11 to instruct user 11 as to when the program will be available, or to interact with user 11 to refine the request and to, perhaps, schedule alternate modes and/or media for delivery. It could, for example, be most appropriate to provide the information via an alternate network directly from program data base 15 to the user's PC, for recording on a medium separate from recorder 12. In either event, the user will eventually see or have available to him/her the program that that user desires when that information becomes available.

As discussed, the information may be information about a past TV series, past historical events, news reports, sports, or the requested information might be about a planned future event. This could occur if user 11, for example, were to input that he/she desires all information pertaining to natural disasters in a certain location or desires information pertaining to nuclear testing activities or any other activity that he/she desires to monitor if and when that information becomes available. Under such a condition various providers of content anywhere in the world may access remote location 14 via Internet 100, or otherwise, to determine which users would like to have information pertaining to subject matter which it has available. In this manner specific information can be made available to users, such as user 11, even though that information is not available at the time user 11 asks for it, but subsequently becomes available, or subsequently is constructed based upon one or more users requesting such information.

Note that while the information request was transferred from the user's location to a remote location, the system could be constructed so that the request is maintained local to the user and potential providers would then access the user's location from time to time to monitor such requests. Certainly, user 11 could put time restraints on the request and have the request disappear or become modified after a certain period of time.

Turning now to FIG. 2, system 20 shows information provider 21 having a search engine 22 which searches Internet 100 (or which searches directly) to other locations for requests that include within them information that provider 21 has an ability to deliver. Information provider 21 might search for requests that it does not have the ability to deliver at this time but could go out and purchase, obtain, or create depending upon the perceived market for that information as determined by its continuing search for requests. This search could be, for example, into PC's or other devices located at user's premises which have on them permission for access. In some situations, search engine 22 might only be able to search PC's which are then active on the Internet. Also, information provider 21 could be prevented from downloading any information to a user until an interactive session is held with that user such that both parties agree that what is to be provided matches what is desired to be received. Also, the parties can determine what the media will be for distribution, what the payment will be, if any, and what the various responsibilities and liabilities of the parties are with respect to the information. The information could be controlled by codes or flags and different permission levels could be established for different types of information or for different types of providers. Note that program database 15, FIG. 1, could, if desired, include system 20.

FIG. 3 shows system 30 which includes an alternative method of user input, such as, for example, PC 31 which allows the user to store the information requests in memory 32, which typically would be internal to PC 31, but which could be external thereto if desired. These requests, as discussed above, could be maintained local or could be sent out over Internet 100, or otherwise, to a remote site. For example, the user at PC 31 might desire tickets to a circus coming to town at some time in the future unknown to the user. The user simply records the abstracted information "circus" in memory 32 which then becomes accessible via Internet 100. Anyone having information pertaining to a circus once a circus is scheduled for the locality of PC 31 (assuming that user 31 desires the locale to be local), will scan the system looking for a seeker who has posted a desire for information pertaining to a circus.

Note that PC 31 could be any type of processor and/or memory, including a telephone, pager, portable computer, personal assistants and the like.

Thus, information provider 21, (FIG. 2) which could be the circus itself, or an intermediate web site acting on behalf of the circus, could then, by use of search engine 22, realize that the user at PC 31 desires information pertaining to the circus and requires 4 tickets to that circus. Once this information becomes available, i.e., once the circus is scheduled for the location (city) in which PC 31 is located, a message is sent to PC 31, or to a particular alternate location, saying in effect: "The circus will be in Dallas, Tex. August 15th through the 28th. Do you still desire 4 tickets?" If the posting user answers "yes," then via Internet 100, or otherwise, information provider 21 may arrange with user 31 for the delivery of and payment for the tickets. The provider may contact one of a number of ticket sources to provide the tickets, which ticket could be printed on printer 33 at the user's location, or the provider could issue the tickets directly. Note that at the time the request was made by PC 31, the circus had not been scheduled for Dallas and therefore, under known systems, the user of PC 31 would not

US 6,807,568 B1

7

8

have been able to post a general request for information pertaining to the circus.

Under the system of this invention, the user at PC **31** could put into his or her PC all of the activities that the user would like to do within the next six months, one year, or whatever, including plays, sporting events, TV programs, movies, music concerts, artists, books or any other type of activity, and the user will be contacted (if desired) at the appropriate time when the information on each activity is made available. The user could input his/her sought information from a pager, a wireless phone or a hand held processor and these requests would be stored and made available as discussed above.

FIG. **4** shows an intermediary web site **41** which acts to collect information from many users and provides a central place for information providers, such as information provider system **20** (FIG. **2**) to search. In such a situation, search engine **22** could search the entire Internet looking for any user having a flag indicating that it has a desired request, or it could instead search the intermediary web sites, or it could do both if desired. These web sites would contain in storage **401** requests from various users. Intermediary web site **41** could then provide various services for the end user, such as the coordination of the tickets, flights for vacation, scheduling and other such activities, such as payment and filtering.

Intermediary web site **41** could record and receive information directly from a user such that the user would log onto the web site and answer a series of questions, thereby recording the information that it seeks. Alternatively, web site **41** could periodically go out and upload using (search engine **22** or otherwise) from various user sites information that the users are seeking to receive. In either event, the centralized server, or servers, could themselves wait so that they would be accessed by information providers on an inquiry basis much like the information providers would do if they were searching for individuals who had flags set for them to review. However, alternatively, the central servers could actively go out on a periodic basis scanning the Internet for information to satisfy requests that they have received.

Once the end user posts the information, either locally or on the server, it is available continuously for either a period of time dictated by the user or dictated by common sense based upon the information requested. The request would remain available until such time as the information is provided, the program distributed, the time for the circus has come and gone, or other actions taken. This system, in operation, acts as a push system so that information is pushed down to the end user but only in response to flags or codes set by the end user.

For example, a convention could be established that information in a data base that has a certain ending, such as FLG (for flag), is always available for review by any legitimate party. Of course, it could be established that only certain parties could look at certain flags such that the message itself could give permission for certain types of providers to respond to different types of messages. Thus, the FLG message could be a message that is open to anyone, whereas a FLG1 message is open to only certain segments of information providers where FLG2 is open to other segments of providers, etc. Therefore, a hierarchy could be established that would allow an end user to determine who has access to the requests and how and by whom those requests are to be honored.

Today typically such requests are made in bulk such that a user or pager could request that all baseball scores (or

weather, or stock quotes) be downloaded periodically to the end user. In typical operation, such systems are subscription services where the person subscribes to a service that provides information and the information is gathered by an intermediary the intermediary establishes what information is to be provided and the end user simply subscribes. One such service is shown at AVANTGO.COM and allows subscribers to obtain stock quotes and other information, upon logging onto the site. The difference in the inventive system is that the user does not subscribe to preestablished data but is free to request any information, even information that is not available at the time of the request, and that information could come from any provider who has the required data and who wishes to deliver the data either free or for a charge at a particular time under a particular medium.

FIGS. **5–8** show simple flow charts which can be rearranged to run on one or more processors. These processors could be central to everyone, or could be at a provider location, FIG. **2**, or at a destination location, FIGS. **1** and **3**, or at an intermediary web site, FIG. **4**. These processors could be general purpose computers or could be specialty devices, as desired by a system designer as is well known in the art.

FIG. **5** shows box **501** which is an interactive request routine which allows a user either using a PC, or a TV with remote control, or a TV with a keyboard, or any type of input device, including voice recognition, to enter requests for information. These requests can be as broad or as specific as desired. For example, a user wishing to see a documentary on George Washington may simply just say "George Washington" or "documentary on George Washington", or if the user knew that a series had been aired sometime in the past, the user could identify the series, or could simply say a "two hour documentation of George Washington", or any additional information the user desires to add. The user, for example, could request information pertaining to future events, such as information about fires or public disasters, when they occur, or could request information on any sporting or entertainment event. Note that the user could be more specific and request scores, or statistics, on the Texas Rangers, or could request that all Stanley Cup Hockey games be received on his/her digital recorder and all final scores delivered to his/her pager. This request could be limited to local events, in which case the system might require the user to input the locality, or the system, as will be discussed, might calculate the locality based on information it has or can obtain about the user. Under control of box **502** the user could, for example, enter information, as discussed in FIG. **1** or in FIG. **3**, pertaining to TV shows, software, music, movies, plays, concerts, artists, etc.

Box **502** stores the request and could abstract certain words as key words and also would add, if desired, flags and permission levels as to who can respond and under what conditions. For example, a flag could be that only responses from one of the major TV channels would be accepted or another flag could be that only a particular channel is acceptable for delivery. Another flag could indicate that anyone with information could respond. Some flags could identify whether the user wanted the information to come via video on the public channels or privately over the Internet or via a wireline or wireless communication through a hand held personal communicator. Note that any system can be used to grant permissions to various would be providers, including dedicating a portion of the abstracted information for such housekeeping chores.

In box **503** the local system optionally determines if it is connected to a remote location. This could be connected

US 6,807,568 B1

9

immediately or connnectable for a period of time, such as periodically, with a phone call or connected whenever the user enters the Internet for other purposes. If there is not a connection, then box **504** does nothing.

Box **505** detects a connection to the Internet or to another remote site or detects that an information provider wishes to check for stored requests. This connection can be either accessed under control of the user by logging on, for example, to the Internet or accessed to a remote site by a phone call (wireline or wireless) being placed by the unit or simply a permanent connection which is available for access by anyone looking for request flags. Box **505** could be set to access the Internet (or some other location) periodically.

Box **506** makes a determination as to whether a flag is set in the user's data. If there is no flag set, then no data will be read, box **507**.

If a flag has been set, however, then box **508** (if this feature is active) begins the permission level checking to determine if the permission level of the potential information provider matches the permission level assigned to the stored requests. If there is a match in levels, box **509** detects that match and box **511** determines whether all of the matched data is to be transferred to a remote site or is to remain stored locally. If the information is to be transferred, box **512** attends to the transfer and box **513** ends the transmission. However, if the information was not to be transferred, then box **514** allows the remote site, again once permission has been granted, to obtain the stored requests which match the permissions.

Box **515**, which typically would be activated at the remote site, but which could in actuality be programmed to occur locally, determines whether there is information to return to the user. If there is such information, then if desired an interactive session can be controlled under box **517**. The user can be on line to answer questions live. More typically, the user would have a local program to screen permission levels which would interact automatically with the remote site to determine when the program information will be delivered, under what media it would be delivered, and would negotiate any other required parameters, such as cost, liabilities, rights of the end-user and such. If it is determined during the interactive session that a download of data will occur, box **519** controls that download such that both parties are in agreement as to what, when, how and where that transmission will occur. At box **520** the session is ended.

Note that if desired, a filter, or set of filters, could be used, as in box **518**, to change the timing of delivery, or to change the locality for the information. These filters could be set by the user, could come from the physical location of the user (either when the request is entered or after the requested information is delivered) or would be derived from the context of the requested information.

For example, assume that a user wishes to stay at a particular hotel chain when traveling. The user could enter the hotel chain into a hand held device. As the user moves around the world, the user's display would continually change to reflect the address and phone number of the local hotel in that chain. In this same manner, the delivery of TV programming would be adjusted to match the time zone of the location where the program is being delivered, regardless of where the request came from. Therefore, a user traveling in one city could request that a particular program be recorded at a particular time on his/her home TV in another city, or the user could view the program guide, including proper times, for one city while traveling in another city in a different time zone.

10

FIG. 6 shows an embodiment of the system and method of operation at the information provider site where boxes **601**, **602** **603** hunt for flags requesting the type of information that the provider has available. This hunt can be made periodically on the Internet to all users of the Internet or to specific sites which would be acting as intermediaries.

When a flag has been found, box **604** provides the permission level of the information provider that is required and checks box **605** to determine if a match exists. If a match exists, then the system either goes to interactive session, box **517**, as discussed previously with respect to FIG. **5**, or goes directly to box **518**, or to box **519**, depending on the operation of the system. If there is no match, and when matches have been handled, the system continues the hunt for flags.

Box **601** can be bypassed in situations where external information is made available telling the system that there is a flag set. For example, in the TV system described above, the user would have its information uploaded, perhaps once every 24 hours, by a telephone call from the user to a remote location. When the remote location, such as location **14**, FIG. **1**, determines that a user desires a certain program or other information, the remote site then activates the various information providers, via box **606**, thereby launching the program to see if and when information is available.

FIG. 7 shows a typical scenario where a digital recorder system such as shown in FIG. 1 is used between the user and the central system. Box **701** at the central system receives a call from each remote recorder on a periodic basis. Box **702** checks to see if data has been received from the user. If not, then the system via box **703** proceeds with its regular download of program data. If there are requests received from the user, then the system uploads and stores the user request via box **704**. As discussed previously, box **705** passes the user request to other information sources (such as to box **606**, FIG. **6**), if necessary, or simply stores the information for future comparison to programs that will become available at some time in the future.

Note also that while in the TV system usually it would be specific programs that are requested, the user might request different types of data. For example, the user could ask for a program listing for next month, or could request a list of music which is available, or a list of future music. Also, the information requested by the user via the TV system need not be limited to entertainment but could be general information requests that could be returned via a PC or via the TV screen.

In FIG. 8 the central TV system, such as shown in FIG. 1, receives updated information content, such as movies, programs, other information, as well as channel information, from various content providers. The system then checks its data base to see if any user is waiting for this information. This is accomplished via box **802**. If no user is waiting for the information, then the system proceeds with its regular downloaded schedule with respect to the users via box **803**.

If it is determined that there is a data request from any particular user or set of users that pertains to the new information, then the system via box **804** determines if there is time to wait until the next scheduled user update before providing the information to the user. This would typically be the situation since the system typically stores several weeks of information and that information would have been available had the user selected a movie or program that was known to be available. However, some situations are such that the requested information could be inserted because of user demand and thus the system would have to initiate a

US 6,807,568 B1

11

message and update the user immediately and set the user's recorder, if necessary, via box **807**. This message could be a telephone call, an e-mail message, or simply setting the user's recorder and would not wait until the scheduled call.

One example of this type of immediate update would be if the user had selected sports programs, such as, for example, the Stanley Cup series where each game would be allocated a three hour time interval. The user could also have set a flag saying that he/she wanted the recording time extended if a particular game took longer than three hours. If the system determined that the game is going to last longer than three hours, the system could initiate a message to delay ending the record time for that user until a separate signal is sent indicating that the game is over. Under this scenario, if a network changes its schedule at the last minute or adds information, that information could be made available to specific users depending upon the flags that have been set by each user.

Thus, if a user has scheduled a particular movie for 6 p.m. on Sunday and the football game which preceded the movie was not over until 6:15, the user's system could be notified and the recorder changed to reflect the correct recording time. In a situation where there is time to wait until the next scheduled update, box **806** sets the user's local recorder to record information as per the stored request if that is the desired result, and in box **807** notifies the user via one or more methods and sets the user's recorder again if necessary.

While the invention has been discussed in terms of a situation where a user simply "flags" desired information for pick up by an information provider, in actual use a person desiring information, such as from the Internet or from an entertainment guide or from any other source, could first contact that source, or set of sources. If the requesting user failed in his/her attempt to obtain information, or to schedule a program or to obtain tickets (or anything else desired) then that requesting user could, if desired, leave a "flag" with the desired information. This would allow providers to find the "flag" and deliver the desired information at a later time.

Note also that while a TV system and an Internet system have been shown for illustrative purposes, any other type of information retrieval system could be used. Thus, a wireless network or a pager network or even a private network could employ the concepts disclosed. For example, an insurance company network, a referral network or even a pharmacy network could be arranged to allow customers (doctors, patients, third parties, etc.) to post diagnosis, $R_x$ questions, medical questions, referral issues and these would be answered when the information became available.

One example might be that a user of a particular medicine could post that information and request updates on side effects of the drug. Any provider, anywhere in the world, could, from time to time, provide such information. People could seek information on a particular treatment or on a particular doctor or hospital or business and, as that information became available, would receive replies from anyone having such information. As discussed above, the requesting party could set flag permission levels which could control who (and under what circumstances) someone could "see" the request and/or provide responses thereto.

Although the present invention and its advantages have been described in detail, it should be understood that various changes, substitutions and alterations can be made herein without departing from the spirit and scope of the invention as defined by the appended claims. Moreover, the scope of the present application is not intended to be limited to the particular embodiments of the process, machine,

12

manufacture, composition of matter, means, methods and steps described in the specification. As one of ordinary skill in the art will readily appreciate from the disclosure of the present invention, processes, machines, manufacture, compositions of matter, means, methods, or steps, presently existing or later to be developed that perform substantially the same function or achieve substantially the same result as the corresponding embodiments described herein may be utilized according to the present invention. Accordingly, the appended claims are intended to include within their scope such processes, machines, manufacture, compositions of matter, means, methods, or steps.

What is claimed is:

**1**. A method of delivering information to a requesting user, said method comprising the steps of:

made available to information providers by a user that said user desires certain information content;

accessing said request by any information provider other than said user and wherein said accessing is under control of said accessing information provider independent from said user;

determining by said information provider whether said information provider has control of information content that said user desires; and

under at least partial control of said determining step delivering said information content which is under the control of said information provider and which information content is desired by said user.

**2**. The method of claim **1** wherein said information provider accesses said information via the Internet.

**3**. The method of claim **1** wherein said information provider accesses said information via a connection from said information provider directly to said user.

**4**. The method of claim **1** wherein said making a request step includes providing user information to control the accessing of said requests by third parties.

**5**. The method of claim **1** wherein said requesting step includes the step of receiving said requests over a medium different from the medium in which the requested information content is to be returned to said user.

**6**. The method of claim **1** wherein said delivering step includes the step of:

interacting between said information provider and said user as to the nature of the information to be delivered.

**7**. The method of claim **6** wherein said interacting is selected from the list including:

time of delivery, media for delivery, content of delivery, location for delivery, follow up after delivery, payment information, respective obligation requirements, comparing access permissions.

**8**. The method of claim **6** wherein said interacting step can occur in a media different from the media under which said information is delivered.

**9**. The method of claim **1** wherein said delivering step includes the step of:

making adjustments for one or more factors selected from the list including time, location, media.

**10**. The method of claim **9** wherein said adjustment is made based on the context of the desired information.

**11**. The method of claim **9** wherein said adjustment is made based on the location of the user.

**12**. The method of claim **1** wherein said information to be delivered is entertainment media.

**13**. The method of claim **1** wherein said request is recorded local to said user and from time to time transmitted to a remote location.

US 6,807,568 B1

13

**14**. The method of claim **1** wherein said request is recorded locally and accessible from time to time from remote locations by said information providers.

**15**. The method of claim **1** wherein said request is recorded locally and sent to one or more remote locations for accessing by said information providers.

**16**. The method of claim **1** wherein said request is initially recorded at a location remote from said user.

**17**. The method of claim **1** wherein said request is available for accessing by said information providers at one or more locations remote from said user.

**18**. The method of claim **1** wherein the information desired by said user is not currently available.

**19**. The method of claim **1** wherein the information desired by said user pertains to future events not scheduled at the time said request is made.

**20**. The system of delivering information to a requesting user, said system comprising:

   means for recording requests from a user pertaining to information content desired by said user;

   means controlled by at least one information content provider for accessing recorded ones of said requests, said at least one information content provider being independent from said user;

   means controlled by accessing ones of said information content providers for determining, independent from said user, whether or not said information that said information content provider has control of matches a recorded one of said requests; and

   means operable under at least partial control of said determining means for delivering the information desired by said user.

**21**. The system of claim **20** wherein said accessing means includes:

   means for matching a permission level of a recorded request against a permission level of an accessing information content provider.

**22**. The system of claim **20** wherein said delivering means includes:

   means for interacting between said information content provider and said user for determining the nature of the information to be delivered.

**23**. The system of claim **20** wherein said delivering means includes:

   means for making adjustments for factors selected from the list including time, location, media.

**24**. The system of claim **23** wherein said adjustment is made based on the context of the desired information.

**25**. The system of claim **23** wherein said adjustment is made based on the location of the user.

**26**. A system for providing information to a user, said information available over a network, said system comprising:

   means for allowing said user to input and store an abstract of the desired information;

   means operative from time to time for allowing any party other than said user to have access to said abstract of said desired information; and

   means for allowing those of said other parties having information which said other party deems to be fulfilling of said abstracted information to deliver to said user said fulfilling information, said delivery being under control of said delivering party.

**27**. The system of claim **26** wherein said fulfilling information was not available at the time said user stored said abstract of said desired information.

**28**. The system of claim **26** wherein said delivery allowing means includes means for interacting between the user and said accessing parties to determine one or more of the following, scope of the information content to deliver, time of delivery, mode of delivery, location of delivery, cost of the information, respective liabilities of the parties with respect to the delivered information, limitations on the use of said delivered information.

**29**. The system of claim **26** wherein said allowing means includes flagging certain data at said user's location.

**30**. The system of claim **26** wherein said allowing means includes storing said inputted abstracted desired information at least one site remote from said user.

**31**. The system of claim **26** wherein said delivering means includes means for modifying the information in accordance with the user's location.

**32**. The system of claim **26** wherein said delivering means includes means for delivering the information in a media context consistent with the user's ability to receive the information at the time of delivery.

**33**. The system of claim **26** wherein said system allowing means includes means for controlling which set of parties may access said desired information.

**34**. A method of delivering information to a requesting user, said method comprising the steps of:

   storing requests from users, said requests pertaining to information content desired by said users;

   accessing said stored requests by information providers;

   determining by an accessing provider whether or not said accessing provider has control of information which matches an accessed stored request; and

   providing information in accordance with stored requests under control of said accessing provider.

**35**. The invention set forth in claim **34** further including the step of:

   under control of said storing user, determining if said storing user will accept information provided by said accessing user.

**36**. The invention set forth in claim **34** wherein said stored requests pertain to information not available to said storing user at the time of said storing.

**37**. The invention set forth in claim **34** wherein said stored requests pertain to information not in existence at the time of said storing.

**38**. The invention set forth in claim **34** wherein said determining step includes the step of:

   under control of an accessing provider, generating information for delivery to said storing user pertaining to at least one stored request of said storing user.

**39**. The invention set forth in claim **38** further including the step of:

   allowing said storing user to control whether or not information will be received by said storing user.

**40**. The method of claim **34** wherein said user requests arrive over the Internet.

**41**. The method of claim **34** wherein said user requests arrive over a first communication service, and wherein said information is provided to said user over a second communication service different from said first communication service.

**42**. The method of claim **1** further including the step of communicating to said user that a match has been determined.

**43**. The method of claim **42** wherein said communication step includes an e-mail message.

**44**. The method of claim **42** wherein said communication step includes a wireless communication.

US 6,807,568 B1

15

**45**. A method of delivering information to a requesting user said method comprising:

recording at a location not under control of said user and available for access by parties other than said user a request from a user pertaining to non-subscription information content desired by said user, said information content not necessarily being available to said user at the time of said request;

accessing said recorded request by a party not under the control of said user;

determining by any of said accessing parties other than said user when information which becomes available subsequent to said user request that said subsequently available information matches said user request; and

delivering any determined matched information to said user.

16

**46**. The method of claim **45** wherein said request is recorded with an intermediary party other than potential parties controlling information desired by said user; said intermediary party available to record requests from a plurality of users desiring information.

**47**. The method of claim **46** wherein said determining is controlled by said intermediary party.

**48**. The method of claim **45** wherein said delivering is controlled, at least in part, by interaction with said user.

**49**. The method of claim **48** wherein said information content desired by said user is a commodity.

**50**. The method of claim **49** wherein said commodity comprises items selected from the list of: goods, services, tickets to events, vacations, travel, entertainment programs.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.       : 6,807,568 B1                   Page 1 of 2
APPLICATION NO. : 09/625646
DATED           : October 19, 2004
INVENTOR(S)     : David H. Tannenbaum

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Please replace Fig. 8 with attachment;
In the drawings, Sheet 4, Fig. 8, Indice 806, delete "LEVEL" and insert --LOCAL--.

Signed and Sealed this

Twenty-fourth Day of October, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

FIG. 8

RECEIVE UPDATED CONTENT AND CHANNEL INFORMATION FROM CONTENT PROVIDER
801
CHECK DATABASE TO SEE IF ANY USER IS WAITING FOR INFORMATION
802
NO
PROCEED WITH REGULAR DOWNLOAD SCHEDULE
803
YES
IS THERE TIME TO WAIT UNTIL THE NEXT SCHEDULED USER UPDATE?
804
NO
INITIATE A MESSAGE AND UPDATE USER IMMEDIATELY AND SET USER'S RECORDER, IF NECESSARY
805
YES
AT NEXT DOWNLOAD SCHEDULE SET THE USER'S LOCAL RECORDER TO RECORD INFORMATION AS PER STORED REQUESTS
806
NOTIFY USER VIA ONE OR MORE METHODS AND SET USER'S RECORDER, IF NECESSARY
807



# Exhibit F

US00RE42148E

(19) **United States**

(12) **Reissued Patent**
Sheraizin et al.

(10) Patent Number: **US RE42,148 E**
(45) Date of Reissued Patent:    **Feb. 15, 2011**

(54) **METHOD AND APPARATUS FOR VISUAL LOSSLESS IMAGE SYNTACTIC ENCODING**

(76) Inventors: **Semion Sheraizin**, 28B Harnagen Street, Mazkeret Batya 78604 (IL); **Vitaly Sheraizin**, 28B Harnagen Street, Mazkeret Batya 78604 (IL)

(21) Appl. No.: **12/196,180**

(22) Filed: **Aug. 21, 2008**

**Related U.S. Patent Documents**
Reissue of:
(64) Patent No.: **7,095,903**
Issued: **Aug. 22, 2006**
Appl. No.: **11/036,062**
Filed: **Jan. 18, 2005**

(63) Continuation of application No. 10/121,685, filed on Apr. 15, 2002, now Pat. No. 6,952,500, which is a continuation of application No. 09/524,618, filed on Mar. 14, 2000, now Pat. No. 6,473,532.

(30) **Foreign Application Priority Data**

Jan. 23, 2000    (IL) ................................................ 134182

(51) Int. Cl.
*G06K 9/38* (2006.01)

(52) **U.S. Cl.** ...................................... **382/270**; 382/263

(58) **Field of Classification Search** ................. 382/162, 382/263, 264, 270; 375/240.29

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,697,758 A    8/1950 Little, Jr.

(Continued)

FOREIGN PATENT DOCUMENTS

EP        0502615        9/1992

(Continued)

OTHER PUBLICATIONS

"Notice of Allowance", U.S. Appl. No. 12/316,168, (Jun. 1, 2010), 9 pages.

(Continued)

*Primary Examiner*—Phuoc Tran

(57) **ABSTRACT**

A visual perception threshold unit for image processing identifies a plurality of visual perception threshold levels to be associated with the pixels of a video frame, wherein the threshold levels define contrast levels above which a human eye can distinguish a pixel from among its neighboring pixels of the video frame. The present invention also includes a method of generating visual perception thresholds by analysis of the details of the video frames, estimating the parameters of the details, and defining a visual perception threshold for each detail in accordance with the estimated detail parameters. The present invention further includes a method of describing images by determining which details in the image can be distinguished by the human eye and which ones can only be detected by it.

**31 Claims, 15 Drawing Sheets**



# US RE42,148 E

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,961,133 | A | 6/1976 | Bennett |
| 4,855,825 | A | 8/1989 | Haikonen et al. |
| 4,947,255 | A | 8/1990 | Jackson et al. |
| 5,012,333 | A | 4/1991 | Lee |
| 5,126,847 | A | 6/1992 | Kori |
| 5,194,943 | A | 3/1993 | Tomita et al. |
| 5,245,445 | A | 9/1993 | Fujisawa |
| 5,301,016 | A | 4/1994 | Gehrmann |
| 5,339,171 | A | 8/1994 | Fujisawa |
| 5,341,442 | A | 8/1994 | Barrett |
| 5,384,601 | A | 1/1995 | Yamashita et al. |
| 5,404,174 | A | 4/1995 | Sugahara |
| 5,428,398 | A | 6/1995 | Faroudja |
| 5,467,404 | A | 11/1995 | Vuylsteke |
| 5,488,675 | A | 1/1996 | Hanna |
| 5,491,514 | A | 2/1996 | Fukuda |
| 5,491,517 | A | 2/1996 | Kreitman et al. |
| 5,491,519 | A | 2/1996 | Kim |
| 5,510,824 | A | 4/1996 | Nelson |
| 5,537,510 | A | 7/1996 | Kim |
| 5,539,475 | A | 7/1996 | Sadjadian et al. |
| 5,542,008 | A | 7/1996 | Sugahara et al. |
| 5,555,557 | A | 9/1996 | Mailloux |
| 5,557,340 | A | 9/1996 | Millward |
| 5,565,921 | A | 10/1996 | Sasaki et al. |
| 5,566,251 | A | 10/1996 | Hanna et al. |
| 5,586,200 | A | 12/1996 | Devaney et al. |
| 5,592,226 | A | 1/1997 | Lee et al. |
| 5,613,035 | A | 3/1997 | Kim |
| 5,614,937 | A | 3/1997 | Nelson |
| 5,627,580 | A | 5/1997 | Nelson |
| 5,627,937 | A | 5/1997 | Kim |
| 5,648,801 | A | 7/1997 | Beardsley et al. |
| 5,653,234 | A | 8/1997 | Kim et al. |
| 5,694,492 | A | 12/1997 | Kim |
| 5,717,463 | A | 2/1998 | Brailean et al. |
| 5,774,593 | A | 6/1998 | Zick |
| 5,787,203 | A | 7/1998 | Lee et al. |
| 5,790,195 | A | 8/1998 | Ohsawa |
| 5,796,864 | A | 8/1998 | Callahan |
| 5,799,111 | A | 8/1998 | Guissin |
| 5,828,776 | A | 10/1998 | Lee et al. |
| 5,838,835 | A | 11/1998 | Martens |
| 5,844,607 | A | 12/1998 | Gebler et al. |
| 5,844,614 | A | 12/1998 | Chong et al. |
| 5,845,012 | A | 12/1998 | Jung |
| 5,847,766 | A | 12/1998 | Peak |
| 5,847,772 | A | 12/1998 | Wells |
| 5,850,294 | A | 12/1998 | Apostolopoulos et al. |
| 5,852,475 | A | 12/1998 | Gupta et al. |
| 5,870,501 | A | 2/1999 | Kim |
| 5,881,174 | A | 3/1999 | Kim |
| 5,883,983 | A | 3/1999 | Lee et al. |
| 5,901,178 | A | 5/1999 | Lee et al. |
| 5,914,748 | A | 6/1999 | Parulski |
| 5,974,159 | A | 10/1999 | Lubin et al. |
| 5,982,926 | A | 11/1999 | Kuo et al. |
| 5,991,464 | A | 11/1999 | Hsu et al. |
| 5,995,656 | A | 11/1999 | Kim |
| 6,005,626 | A | 12/1999 | Ding |
| 6,014,172 | A | 1/2000 | Niesen |
| 6,037,986 | A | 3/2000 | Gouliardon et al. |
| 6,055,340 | A | 4/2000 | Nagao |
| 6,094,511 | A | 7/2000 | Metcalfe et al. |
| 6,097,848 | A | 8/2000 | Salvati |
| 6,100,625 | A | 8/2000 | Yamamoto |
| 6,130,723 | A | 10/2000 | Medin |
| 6,191,772 | B1 | 2/2001 | Mical et al. |
| 6,229,925 | B1 | 5/2001 | Alexandre et al. |
| 6,236,751 | B1 | 5/2001 | Farrell |
| 6,259,489 | B1 | 7/2001 | Flannaghan et al. |
| 6,282,299 | B1 | 8/2001 | Tewfik et al. |
| 6,320,676 | B1 | 11/2001 | Yoshidome |
| 6,366,705 | B1 | 4/2002 | Chiu et al. |
| 6,385,647 | B1 | 5/2002 | Willis et al. |
| 6,404,460 | B1 | 6/2002 | Chen et al. |
| 6,463,173 | B1 | 10/2002 | Tretter |
| 6,466,912 | B1 | 10/2002 | Johnston |
| 6,473,532 | B1 | 10/2002 | Sheraizin |
| 6,509,158 | B1 | 1/2003 | Schwartz |
| 6,522,425 | B2 | 2/2003 | Yoshidome |
| 6,554,181 | B1 | 4/2003 | Dammers et al. |
| 6,559,826 | B1 | 5/2003 | Mendelson et al. |
| 6,567,116 | B1 | 5/2003 | Aman et al. |
| 6,580,825 | B2 | 6/2003 | Bhaskar |
| 6,610,256 | B2 | 8/2003 | Schwartz |
| 6,628,327 | B1 | 9/2003 | Aoki et al. |
| 6,643,398 | B2 | 11/2003 | Moriwaki |
| 6,707,487 | B1 | 3/2004 | Aman |
| 6,728,317 | B1 | 4/2004 | Demos |
| 6,753,929 | B1 | 6/2004 | Sheraizin |
| 6,757,449 | B1 | 6/2004 | Loce |
| 6,782,287 | B2 | 8/2004 | Grzeszczuk |
| 6,835,693 | B2 | 12/2004 | Bourdelais et al. |
| 6,845,181 | B2 | 1/2005 | Dupin et al. |
| 6,847,391 | B1 | 1/2005 | Kassatly |
| 6,873,442 | B1 | 3/2005 | Gindele et al. |
| 6,940,545 | B1 | 9/2005 | Ray et al. |
| 6,940,903 | B2 | 9/2005 | Zhao et al. |
| 6,970,506 | B2 | 11/2005 | Kim et al. |
| 7,003,174 | B2 | 2/2006 | Kryukov et al. |
| 7,049,074 | B2 | 5/2006 | Schwartz |
| 7,075,993 | B2 | 7/2006 | O'Brien |
| 7,087,021 | B2 | 8/2006 | Paternostro |
| 7,110,601 | B2 | 9/2006 | Yanagisawa |
| 7,133,451 | B2 | 11/2006 | Kim et al. |
| 7,139,425 | B2 | 11/2006 | Takahashi |
| 7,164,717 | B2 | 1/2007 | Katsavounidis |
| 7,184,071 | B2 | 2/2007 | Chellappa et al. |
| 7,221,706 | B2 | 5/2007 | Zhao et al. |
| 7,221,805 | B1 | 5/2007 | Bachelder |
| 7,526,142 | B2 | 4/2009 | Sheraizin et al. |
| 7,639,892 | B2 | 12/2009 | Sheraizin |
| 7,742,108 | B2 | 6/2010 | Sheraizin et al. |
| 2001/0003545 | A1 | 6/2001 | Hong |
| 2002/0015508 | A1 | 2/2002 | Hannigan et al. |
| 2002/0104854 | A1 | 8/2002 | Lan |
| 2002/0122494 | A1 | 9/2002 | Sheraizin |
| 2002/0181598 | A1 | 12/2002 | Vetro et al. |
| 2003/0107681 | A1 | 6/2003 | Masayuki et al. |
| 2003/0122969 | A1 | 7/2003 | Higuchi |
| 2003/0152283 | A1 | 8/2003 | Kagumi |
| 2004/0091145 | A1 | 5/2004 | Kohashi |
| 2004/0184673 | A1 | 9/2004 | Watanabe |
| 2004/0190789 | A1 | 9/2004 | Liu et al. |
| 2005/0013485 | A1 | 1/2005 | Masaki |
| 2005/0259185 | A1 | 11/2005 | Kim et al. |
| 2006/0013503 | A1 | 1/2006 | Kim |
| 2009/0161754 | A1 | 6/2009 | Sheraizin et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0729117 | 8/1996 |
| GB | 1503612 | 3/1978 |
| JP | 55-71363 | 5/1980 |
| JP | 6-133221 | 7/1985 |
| JP | 01206775 | 8/1989 |
| JP | 4-83480 | 3/1992 |
| JP | 08-191440 | 7/1996 |
| WO | WO00/19726 | 4/2000 |

**US RE42,148 E**

Page 3

## OTHER PUBLICATIONS

"Non Final Office Action", U.S. Appl. No. 10/898,557, (Jun. 8, 2010), 5 pages.

"Notice of Allowability", U.S. Appl. No. 12/316,168, (Jun. 29, 2010), 7 pages.

"Non Final Office Action", U.S. Appl. No. 12/316,168, (Jun. 24, 2009), 11 pages.

"Non Final Office Action", U.S. Appl. No. 10/898,557, (Jul. 8, 2009), 6 pages.

"Notice of Allowance/Base Issue Fee", U.S. Appl. No. 11/027,674, (Jul. 23, 2009), 6 pages.

"Notice of Allowance", U.S. Appl. No. 11/027,674, (Feb. 24, 2009), 16 pages.

"Restriction Requirement", U.S. Appl. No. 10/851,190, (May 19, 2009),8 pages.

"Notice of Allowance", U.S. Appl. No. 10/898,557, (Jan. 27, 2010), 6 pages.

"Notice of Allowance", U.S. Appl. No. 12/316,168, (Jan. 29, 2010), 8 pages.

"Notice of Allowance", U.S. Appl. No. 10/851,190, (Feb. 8, 2010), 4 pages.

"Non Final Office Action", U.S. Appl. No. 10/851,190, (Sep. 1, 2009), 8 pages.

Banhom, et al., "Digital Image Restoration", *IEEE Signal Proc.,* (Mar. 1997),24–41.

Belkacem–Boussaid, "A New Image Smoothing Method Based on a Simple Model of Spatial Processing in the Earl Stages of Human Vision", *IEEE Trans. on Image Proc.,* vol. 9, No. 2,(Feb. 2000),220–226.

Chan, "A practical postprocessing technique for real–time block–based coding sytem", *IEEE trans on circuits and systems for video technology,* vol. 8, No. 1(Feb. 1998),4–8.

Liu, et al., "A new postprocessing technique for the block based DCT coding based on the convex–projection theory", *IEEE trans on consumer electronics,* vol. 4, No. 3,(Aug. 1998), 1054–1061.

Lee, et al., "Efficient algorithm and architecture for post processor in HDTV", *IEEE trans on consumer electronics,* vol. 44, No. 1,(Feb. 1998), 16–26.

Choung, et al., "A fast adaptive image restoration filter for reducing block artifact in compressed images", *IEEE trans on consumer electronics,* vol. 44, No. 1,(Nov. 1997),1340–1346.

Jeon, B et al., "Blocking artifacts reduction in image compression with block boundary discontinuity criterion", *IEEE trans on circuits and systems for video technology,* vol. 8, No. 3,(Jun. 1998),34557.

Zhong, et al., "Derivation of prediction equation for blocking effect reduction", *IEEE trans on circuits and systems for video technology,* vol. 9, No. 3,(Apr. 1999),415–418.

Meier, et al., "Reduction of blocking artifacts in image and video coding", *IEEE trans on cituits and systems for video technology,* (Apr. 1999),490–500.

Kim, et al., "An advanced contrast enhancement using partially overlapped sub–block histogram equalization", *IEEE Trans on circuits and systems for video technology,* vol. 11, No. 4,(Apr. 2001),475–484.

Stark, Alex J., "Adaptive image contrast enhancement Enhancement using generalizations of histogram equalization", *IEEE trans on image processing,* vol. 9, No. 5,(May 2000),889–896.

Hier, et al., "Real time locally adaptive contrast enhancement; A practical key to overcoming display and human visual system limitation", *SID digest,* (1993),491–493.

Chang, Dah–Chung "Image contrast enhancement based on local standard deviation", *IEEE trans on medical imaging,* vol. 17, No. 4,(Aug. 1998), 518–531.

Kim, Yeong T., "Contrast enhancement using brightness preserving bi–histogram equalization", *IEEE trans on consumer electronics,* vol. 43, No. 1,(Feb. 1997),1–8.

Kim, Tae K., et al., "Contrast enhancement system using spatially adaptive histogram equalization with temporal filtering", *IEEE trans on consumer electronics,* vol. 44, No. 1,(Feb. 1998),82–87.

Sakaue, Shigeo et al., "Adaptive gamma processing of the video camera for expansion of the dynamic range", *IEEE trans on consumer electronics,* vol. 41, No. 3,(Aug. 1995), 555–582.

Russ, John C., "The image processing handbook", *CRS press Inc.,* (1995),674.

Talluri, Raj et al., "A Robust, Scalable, Object–Based Video Compression Technique for Very Low Bit–Rate Coding", *IEEE Transaction of Circuit and Systems for Video Technology,* (Feb. 1997),vol. 7, No. 1.

Awadkh, Al–Asmari "An Adaptive Hybrid Coding Scheme for HDTV and Digital Sequences", *IEEE Transacitons on Consumer Electronics,* vol. 42, No. 3,(Aug. 1995),926–936.

Kwok, Tung Lo "Predictive Mean Search Algorithms for Fast VQ Encoding of Images", *IEEE Transactions On Consumer Electronics,* vol. 41, No. 2,(May 1995),327–331.

Goel, James et al., "Pre–processing for MPEG Compression Using Adaptive Spatial Filtering", *IEEE Transactions On Consumer electronics,* vol. 41, No. 3,(Aug. 1995),687–698.

Feng, Jian et al., "Motion Adaptive Classified Vector Quantization for ATM Video Coding", *IEEE Transactions on Consumer Electronics,,* vol. 41, No. 2,(May 1995),322–326.

Lan, Austin Y., et al., "Scene–Context Dependent Reference—Frame Placement for MPEG Video Coding", *IEEE Transactions on Circuits and Systems for Video Technology,* vol. 9, No. 3,(Apr. 1999),478–489.

Fan, Kuo–Chin et al., "An Active Scene Analysis–Based approach for Pseudo constant Bit–Rate Video Coding", *IEEE Transactions on Circuits and Systems for Video Technology,* vol. 8, No. 2,(Apr. 1998),159–170.

Takashi, Ida et al., "Image Segmentation and Contour Detection Using Fractal Coding", *IEEE Transitions on Circuits and Systems for Video Technology,* vol. 8, No. 8,(Dec. 1998), 968–975.

Liang, Shen "A Segmentation–Based Lossless Image Coding Method for High–Resolution Medical Image Compression", *IEEE Transactions on Medical Imaging,* vol. 16, No. 3,(Jun. 1997),301–316.

Munteanu, Adrian et al., "Wavelet–Based Lossless Compression of Coronary Angiographic Images", *IEEE Transactions on Medical Imaging,* vol. 18, No. 3,(Mar. 1999),272–281.

Okumura, Akira et al., "Signal Analysis and Compression performance Evaluation of Pathological Microscopic Images", *IEEE Transactions on Medical Imaging,* vol. 16, No. 6,(Dec. 1997),701–710.

Pappas, et al., "Digital Color Restoration of Old Paintings", *IEEEE Trans. on Image Proc.,* vol. 9, No. 2,(Feb. 2000), 291–294.

Kim, et al., "Impact of HVS Models on Model–based Halftoning", *IEEE Trans. on Image Proc.,* vol. 11, No. 3,(Mar. 2002),258–269.

**US RE42,148 E**

Page 4

Hentschel, et al., "Effective Paking Filter and is Implementation on a Programmable Architecture", *IEEE Trans. on Consumer Electronics,* vol. 47, No. 1,(Feb. 2001),33–39.

Yang, et al., "Maximum–Likelihood Parameter Estimation for Image Ringing–Artifact Removal", *IEEE Trans. on Cicuits and Systems for Video Technology,* vol. 11, No. 8,(Aug. 2001),963–973.

Immerkaer, "Use of Blur–Space of Deblurring and Edge–Preserving Noise Smoothing", *IEEE Trans On Image Proc.,* vol. 10, No. 6,(Jun. 2001),837–840.

Chan, et al., "The Digital TV Filter and Nonlinear Denoising", *IEEE Trans on Image Proc.,* vol. 10, No. 2,(Feb. 2001), 231–241.

Liu, et al., "Complexity– Regularized Image Denoising", *IEEE Trans on Image Processing,* vol. 10, No. 6,(Jun. 2001), 341–351.

Jostschulte, et al., "Perception Adaptive Temporal TV–noise Reduction Using Contour Preserving Prefilter Techniques", *IEEE on Consumer Electronics,* vol. 44, No. 3,(Aug. 1998), 1091–1096.

Brice, Richard "Multimedia and Virtual Reality Engineering", (1997),1–8, 174–175, 280–283.

Conway, Lynn et al., "Video mirroring and Iconic Gestures: Enhancing Basic Videophones to Provide Visual Coaching and Visual Control", *IEEE Transactions on Consumer Electronics,* vol. 44, No. 2,(May 1998),388–397.

Cheol, Hong M., et al., "A new adaptive quantization method to reduce blocking effect", *IEEE transaction on consumer electronics,* vol. 44, No. 3,(Aug. 1998),768–772.

Massimo, Mancuso et al., "Advanced pre/ post processing for DCT coded images", *IEEE transactions on consumer electronics,* vol. 44, No. 3,(Aug. 1998),1039–1041.

Tao, Chen "Adaptive postfiltering of transform coefficients for the reduction of blocking artifacts", *IEEE transactions on circuits and systems for video technology,* vol. 11, No. 5,(May 2001),594–602.

Polesel, Andrea et al., "Image Enhancement Via Adaptive Unsharp Masking", *IEEE transactions on image processing,* vol. 9, No. 3,(Mar. 2000),505–510.

Olukayode, A et al., "An algorithm for integrated noise reduction and sharpness enhancement", *IEEE Transactions on Consumer Electronics,* vol. 46, No. 3,(Aug. 2000),474–480.

Sung–Hoon, Hong, "Joint video coding of MPEG–2 video programs for digital broadcasting services", *IEEE transactions on broadcasting,* vol. 44, No. 2,(Jun. 1998),153–164.

Lim, Jae "Two dimensional signal and image processing", *USA Simon & Schuster,* (1990),430.

Sherazain, et al., "U.S. Appl. No. 09/524,618", filed Mar. 14, 2000.

Leonard, Eugene "Considerations regarding the use of digital data to generate video backgrounds", *SMPTE journal,* vol. 87,,(Aug. 1987),499–504.

Tescher, Andrew "Multimedia is the message", *IEEE signal processing magazine,* vol. 16, No. 1,(Jan. 1999),44–54.

Mancuso, et al., "A new post–processing algorithm to reduce artifacts in block coded images", *IEEE trans on consumer electronics,* vol. 43, No. 3,(Aug. 1997),303–307.

Yang, J et al., "Noise estimation for blocking artifacts reduction in DCT coded images", *IEEE trans on circuits and systems for video tech nology,* vol. 10, No. 7,(Oct. 2000),1116–1120.

Kuo, et al., "Adaptive postprocessor for block endoded images", *IEEE trans on circuits and systems for video technology,* vol. 5, No. 4,(Aug. 1995),298–304.

Min, et al., "A new adaptive quantization method to reduce blocking effect", *IEEE Trans on consumer electronics,* vol. 44, No. 3,(Aug. 1998),768–772.



FIG.1



FIG.2



FIG. 3



FIG. 4



FIG.5A



FIG.5B



FIG.6



FIG. 7



FIG.8A



FIG.8B



FIG.8C



FIG. 9



FIG.10A



FIG.10B



FIG.11

US RE42,148 E

**1**

## METHOD AND APPARATUS FOR VISUAL LOSSLESS IMAGE SYNTACTIC ENCODING

Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation application of U.S. Ser. No. 10/121,685, filed Apr. 15, 2002, now U.S. Pat. No. 6,952,500, which is a continuation application of U.S. Ser. No. 09/524,618, filed Mar. 14, 2000, issued as U.S. Pat. No. 6,473,532, which patents are incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates generally to processing of video images and, in particular, to syntactic encoding of images for later compression by standard compression techniques.

### BACKGROUND OF THE INVENTION

There are many types of video signals, such as digital broadcast television (TV), video conferencing, interactive TV, etc. All of these signals, in their digital form, are divided into frames, each of which consists of many pixels (image elements), each of which requires 8–24 bits to describe them. The result is megabits of data per frame.

Before storing and/or transmitting these signals, they typically are compressed, using one of many standard video compression techniques, such as JPEG, MPEG, H-compression, etc. These compression standards use video signal transforms and intra- and inter-frame coding which exploit spatial and temporal correlations among pixels of a frame and across frames.

However, these compression techniques create a number of well-known, undesirable and unacceptable artifacts, such as blockiness, low resolution and wiggles, among others. These are particularly problematic for broadcast TV (satellite TV, cable TV, etc.) or for systems with very low bit rates (video conferencing, videophone).

Much research has been performed to try and improve the standard compression techniques. The following patents and articles discuss various prior art methods to do so:

U.S. Pat. Nos. 5,870,501, 5,847,766, 5,845,012, 5,796,864, 5,774,593, 5,586,200, 5,491,519, 5,341,442;

Raj Talluri et al, "A Robust, Scalable, Object-Based Video Compression Technique for Very Low Bit-Rate Coding," IEEE Transactions of Circuit and Systems for Video Technology, vol. 7, No. 1, February 1997;

AwadKh. Al-Asmari, "An Adaptive Hybrid Coding Scheme for HDTV and Digital Sequences," IEEE Transactions on Consumer Electronics, vol. 42, No. 3, pp. 926–936, August 1995;

Kwok-tung Lo and Jian Feng, "Predictive Mean Search Algorithms for Fast VQ Encoding of Images," IEEE Transactions On Consumer Electronics, vol. 41, No. 2, pp. 327–331, May 1995;

James Goel et al. "Pre-processing for MPEG Compression Using Adaptive Spatial Filtering", IEEE Transactions On Consumer Electronics, vol. 41, No. 3, pp. 687–698, August 1995;

**2**

Jian Feng et al. "Motion Adaptive Classified Vector Quantization for ATM Video Coding", IEEE Transactions on Consumer Electronics, vol. 41, No. 2, p. 322–326, May 1995;

Austin Y. Lan et al., "Scene-Context Dependent Reference—Frame Placement for MPEG Video Coding," IEEE Transactions on Circuits and Systems for Video Technology, vol. 9, No.3, pp. 478–489, April 1999;

Kuo-Chin Fan, Kou-Sou Kan, "An Active Scene Analysis-Based approach for Pseudoconstant Bit-Rate Video Coding", IEEE Transactions on Circuits and Systems for Video Technology, vol. 8 No.2, pp. 159–170, April 1998;

Takashi Ida and Yoko Sambansugi, "Image Segmentation and Contour Detection Using Fractal Coding", IEEE Transactions on Circuits and Systems for Video Technology, vol. 8, No. 8, pp. 968–975, December 1998;

Liang Shen and Rangaraj M. Rangayyan, "A Segmentation-Based Lossless Image Coding Method for High-Resolution Medical Image Compression", IEEE Transactions on Medical Imaging, vol. 16, No. 3, pp. 301–316, June 1997;

Adrian Munteanu et al., "Wavelet-Based Lossless Compression of Coronary Angiographic Images", IEEE Transactions on Medical Imaging, vol. 18, No. 3, p. 272–281, March 1999; and

Akira Okumura et al., "Signal Analysis and Compression Performance Evaluation of Pathological Microscopic Images," IEEE Transactions on Medical Imaging, vol. 16, No. 6, pp. 701–710, December 1997.

### SUMMARY OF THE INVENTION

An object of the present invention is to provide a method and apparatus for video compression which is generally lossless vis-à-vis what the human eye perceives.

There is therefore provided, in accordance with a preferred embodiment of the present invention, a visual perception threshold unit for image processing. The threshold unit identifies a plurality of visual perception threshold levels to be associated with the pixels of a video frame, wherein the threshold levels define contrast levels above which a human eye can distinguish a pixel from among its neighboring pixels of the video frame.

There is also provided, in accordance with a preferred embodiment of the present invention, the visual perception threshold unit which includes a parameter generator and a threshold generator. The parameter generator generates a multiplicity of parameters that describe at least some of the information content of the processed frame. From the parameters, the threshold generator generates a plurality of visual perception threshold levels to be associated with the pixels of the video frame. The threshold levels define contrast levels above which a human eye can distinguish a pixel from among its neighboring pixels of the frame.

Moreover, in accordance with a preferred embodiment of the present invention, the parameter generator includes a volume unit, a color unit, an intensity unit or some combination of the three. The volume unit determines the volume of information in the frame, the color unit determines the per pixel color and the intensity unit determines a cross-frame change of intensity.

There is also provided, in accordance with a preferred embodiment of the present invention, a method for generating visual perception thresholds. The method includes analysis of the details of the frames of a video signal, estimating the parameters of the details, and defining a visual

US RE42,148 E

3

perception threshold for each detail in accordance with the estimated detail parameters.

There is also provided, in accordance with a preferred embodiment of the present invention, a method for describing images. The method includes determining which details in the image can be distinguished by the human eye and which ones can only be detected by it.

Moreover, in accordance with a preferred embodiment of the present invention, the method also includes providing one bit to describe a pixel which can only be detected by the human eye, and providing three bits to describe a pixel which can be distinguished by the human eye.

Further, in accordance with a preferred embodiment of the present invention, the method also includes smoothing the data of less-distinguished details.

Finally, in accordance with a preferred embodiment of the present invention, the step of determining details also includes identifying areas of high contrast and areas whose details have small dimensions.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be understood and appreciated more fully from the following detailed description taken in conjunction with the appended drawings in which:

FIG. 1 is an example of a video frame;

FIG. 2 is a block diagram illustration of a video compression system having a visual lossless syntactic encoder, constructed and operative in accordance with a preferred embodiment of the present invention;

FIG. 3 is a block diagram illustration of the details of the visual lossless syntactic encoder of FIG. 2;

FIG. 4 is a graphical illustration of the transfer functions for a number of high pass filters useful in the syntactic encoder of FIG. 3;

FIGS. 5A and 5B are block diagram illustrations of alternative embodiments of a controllable filter bank forming part of the syntactic encoder of FIG. 3;

FIG. 6 is a graphical illustration of the transfer functions for a number of low pass filters useful in the controllable filter bank of FIGS. 5A and 5B;

FIG. 7 is a graphical illustration of the transfer function for a non-linear filter useful in the controllable filter bank of FIGS. 5A and 5B;

FIGS. 8A, 8B and 8C are block diagram illustrations of alternative embodiments of an inter-frame processor forming a controlled filter portion of the syntactic encoder of FIG. 3;

FIG. 9 is a block diagram illustration of a spatial-temporal analyzer forming part of the syntactic encoder of FIG. 3;

FIGS. 10A and 10B are detail illustrations of the analyzer of FIG. 9; and

FIG. 11 is a detail illustration of a frame analyzer forming part of the syntactic encoder of FIG. 3.

DETAILED DESCRIPTION OF THE PRESENT INVENTION

Applicants have realized that there are different levels of image detail in an image and that the human eye perceives these details in different ways. In particular, Applicants have realized the following:

1. Picture details whose detection mainly depends on the level of noise in the image occupy approximately 50–80% of an image.

4

2. A visual perception detection threshold for image details does not depend on the shape of the details in the image.

3. A visual perception threshold THD depends on a number of picture parameters, including the general brightness of the image. It does not depend on the noise spectrum.

The present invention is a method for describing, and then encoding, images based on which details in the image can be distinguished by the human eye and which ones can only be detected by it.

Reference is now made to FIG. 1, which is a grey-scale image of a plurality of shapes of a bird in flight, ranging from a photograph of one (labeled 10) to a very stylized version of one (labeled 12). The background of the image is very dark at the top of the image and very light at the bottom of the image.

The human eye can distinguish most of the birds of the image. However, there is at least one bird, labeled 14, which the eye can detect but cannot determine all of its relative contrast details. Furthermore, there are large swaths of the image (in the background) which have no details in them.

The present invention is a method and system for syntactic encoding of video frames before they are sent to a standard video compression unit. The present invention separates the details of a frame into two different types, those that can only be detected (for which only one bit will suffice to describe each of their pixels) and those which can be distinguished (for which at least three bits are needed to describe the intensity of each of their pixels).

Reference is now made to FIG. 2, which illustrates the present invention within an image transmission system. Thus, FIG. 2 shows a visual lossless syntactic (VLS) encoder 20 connected to a standard video transmitter 22 which includes a video compression encoder 24, such as a standard MPEG encoder, and a modulator 26. VLS encoder 20 transforms an incoming video signal such that video compression encoder 24 can compress the video signal two to five times more than video compression encoder 24 can do on its own, resulting in a significantly reduced volume bit stream to be transmitted.

Modulator 26 modulates the reduced volume bit stream and transmits it to a receiver 30, which, as in the prior art, includes a demodulator 32 and a decoder 34. Demodulator 32 demodulates the transmitted signal and decoder 34 decodes and decompresses the demodulated signal. The result is provided to a monitor 36 for display.

It will be appreciated that, although the compression ratios are high in the present invention, the resultant video displayed on monitor 36 is not visually degraded. This is because encoder 20 attempts to quantify each frame of the video signal according to which sections of the frame are more or less distinguished by the human eye. For the less-distinguished sections, encoder 20 either provides pixels of a minimum bit volume, thus reducing the overall bit volume of the frame or smoothes the data of the sections such that video compression encoder 24 will later significantly compress these sections, thus resulting in a smaller bit volume in the compressed frame. Since the human eye does not distinguish these sections, the reproduced frame is not perceived significantly differently than the original frame, despite its smaller bit volume.

Reference is now made to FIG. 3, which details the elements of VLS encoder 20. Encoder 20 comprises an input frame memory 40, a frame analyzer 42, an intra-frame processor 44, an output frame memory 46 and an inter-frame processor 48. Analyzer 42 analyzes each frame to separate it

US RE42,148 E

5

into subclasses, where subclasses define areas whose pixels cannot be distinguished from each other. Intra-frame processor **44** spatially filters each pixel of the frame according to its subclass and, optionally, also provides each pixel of the frame with the appropriate number of bits. Inter-frame processor **48** provides temporal filtering (i.e. inter-frame filtering) and updates output frame memory **46** with the elements of the current frame which are different than those of the previous frame.

It is noted that frames are composed of pixels, each having luminance Y and two chrominance $C_r$ and $C_b$ components, each of which is typically defined by eight bits. VLS encoder **20** generally separately processes the three components. However, the bandwidth of the chrominance signals is half as wide as that of the luminance signal. Thus, the filters (in the x direction of the frame) for chrominance have a narrower bandwidth. The following discussion shows the filters for the luminance signal Y.

Frame analyzer **42** comprises a spatial-temporal analyzer **50**, a parameter estimator **52**, a visual perception threshold determiner **54** and a subclass determiner **56**. Details of these elements are provided in FIGS. **9–11**, discussed hereinbelow.

As discussed hereinabove, details which the human eye distinguishes are ones of high contrast and ones whose details have small dimensions. Areas of high contrast are areas with a lot of high frequency content. Thus, spatial-temporal analyzer **50** generates a plurality of filtered frames from the current frame, each filtered through a different high pass filter (HPF), where each high pass filter retains a different range of frequencies therein.

FIG. **4**, to which reference is now briefly made, is an amplitude vs. frequency graph illustrating the transfer functions of an exemplary set of high pass filters for frames in a non-interlacing scan format. Four graphs are shown. It can be seen that the curve labeled HPF-R**3** has a cutoff frequency of 1 MHz and thus, retains portions of the frame with information above 1 MHz. Similarly, curve HPF-R**2** has a cutoff frequency of 2 MHz, HPF-C**2** has a cutoff frequency of 3 MHz and HPF-R**1** and HPF-C**1** have a cutoff frequency of 4 MHz. As will be discussed hereinbelow, the terminology "Rx" refers to operations on a row of pixels while the terminology "Cx" refers to operations on a column of pixels.

In particular, the filters of FIG. **4** implement the following finite impulse response (FIR) filters on either a row of pixels (the x direction of the frame) or a column of pixels (the y direction of the frame), where the number of pixels used in the filter defines the power of the cosine. For example, a filter implementing $\cos^{10}$ x takes 10 pixels around the pixel of interest, five to one side and five to the other side of the pixel of interest.

HPF-R**3**: $1-\cos^{10}$ x

HPF-R**2**: $1-\cos^6$ x

HPF-R**1**: $1-\cos^2$ x

HPF-C**2**: $1-\cos^4$ y

HPF-C**1**: $1-\cos^2$ y

The high pass filters can also be considered as digital equivalents of optical apertures. The higher the cut-off frequency, the smaller the aperture. Thus, filters HPF-R**1** and HPF-C**1** retain only very small details in the frame (of 1–4 pixels in size) while filter HPF-R**3** retains much larger details (of up to 11 pixels).

In the following, the filtered frames will be labeled by the type of filter (HPF-X) used to create them.

Returning to FIG. **3**, analyzer **50** also generates difference frames between the current frame and another, earlier frame.

6

The previous frame is typically at most 15 frames earlier. A "group" of pictures or frames (GOP) is a series of frames for which difference frames are generated.

Parameter estimator **52** takes the current frame and the filtered and difference frames and generates a set of parameters that describe the information content of the current frame. The parameters are determined on a pixel-by-pixel basis or on a per frame basis, as relevant. It is noted that the parameters do not have to be calculated to great accuracy as they are used in combination to determine a per pixel, visual perception threshold $THD_i$.

At least some of the following parameters are determined:

Signal to noise ratio (SNR): this parameter can be determined by generating a difference frame between the current frame and the frame before it, high pass filtering of the difference frame, summing the intensities of the pixels in the filtered frame, normalized by both the number of pixels N in a frame and the maximum intensity $I_{MAX}$ possible for the pixel. If the frame is a television frame, the maximum intensity is 255 quanta (8 bits). The highs frequency filter selects only those intensities lower than 3σ, where σ indicates a level less than which the human eye cannot perceive noise. For example, σ can be 46 dB, equivalent to a reduction in signal strength of a factor of 200.

Normalized $N\Delta_i$: this measures the change $\Delta_i$, per pixel i, from the current frame to its previous frame. This value is then normalized by the maximum intensity $I_{MAX}$ possible for the pixel.

Normalized volume of intraframe change $NI_{XY}$: this measures the volume of change in a frame $I_{XY}$ (or how much detail there is in a frame), normalized by the maximum possible amount of information $MAX_{INFO}$ within a frame (i.e. 8 bits per pixel x N pixels per frame). Since the highest frequency range indicates the amount of change in a frame, the volume of change $I_{XY}$ is a sum of the intensities in the filtered frame having the highest frequency range, such as filtered frame HPF-R**1**.

Normalized volume of interframe changes $NI_F$: this measures the volume of changes $I_F$ between the current frame and its previous frame, normalized by the maximum possible amount of information $MAX_{INFO}$ within a frame. The volume of interframe changes $I_F$ is the sum of the intensities in the difference frame.

Normalized volume of change within a group of frames $NI_{GOP}$: this measures the volume of changes $I_{GOP}$ over a group of frames, where the group is from 2 to 15 frames, as selected by the user. It is normalized by the maximum possible amount of information $MAX_{INFO}$ within a frame and by the number of frames in the group.

Normalized luminance level $NY_i$: $Y_i$ is the luminance level of a pixel in the current frame. It is normalized by the maximum intensity $I_{MAX}$ possible for the pixel.

Color saturation $p_i$: this is the color saturation level of the ith pixel and it is determined by:

$$\left[ 0.78 \left( \frac{C_{r,i}-128}{160} \right)^2 + 0.24 \left( \frac{C_{b,i}-128}{126} \right)^2 \right]^{1/2}$$

where $C_{r,i}$ and $C_{b,i}$ are the chrominance levels of the ith pixel.

Hue $h_i$: this is the general hue of the ith pixel and is determined by:

US RE42,148 E

7 8

$$\arctan\left(1.4\frac{C_{r,i}-128}{C_{b,i}-128}\right).$$

Alternatively, hue $h_i$ can be determined by interpolating Table 1, below.

Response to hue $R_i(h_i)$: this is the human vision response to a given hue and is given by Table 1, below. Interpolation is typically used to produce a specific value of the response R(h) for a specific value of hue h.

TABLE 1

| Color | Y | $C_r$ | $C_b$ | h (nm) | R(h) |
|---|---|---|---|---|---|
| White | 235 | 128 | 128 | — | — |
| Yellow | 210 | 16 | 146 | 575 | 0.92 |
| Cyan | 170 | 166 | 16 | 490 | 0.21 |
| Green | 145 | 54 | 34 | 510 | 0.59 |
| Magenta | 106 | 202 | 222 | — | 0.2 |
| Red | 81 | 90 | 240 | 630 | 0.3 |
| Blue | 41 | 240 | 110 | 475 | 0.11 |
| Black | 16 | 128 | 128 | — | — |

Visual perception threshold determiner **54** determines the visual perception threshold $THD_i$ per pixel as follows:

$$THD_i =$$

$$THD_{min}\left(1+N\Delta_i+NI_{XY}+NI_F+NI_{GOP}+NY_i+p_i+(1-R_i(h_i))+\frac{200}{SNR}\right)$$

Subclass determiner **56** compares each pixel i of each high pass filtered frame HPF-X to its associated threshold $THD_i$ to determine whether or not that pixel is significantly present in each filtered frame, where "significantly present" is defined by the threshold level and by the "detail dimension" (i.e. the size of the object or detail in the image of which the pixel forms a part). Subclass determiner **56** then defines the subclass to which the pixel belongs.

For the example provided above, if the pixel is not present in any of the filtered frames, the pixel must belong to an object of large size or the detail is only detected but not distinguished. If the pixel is only found in the filtered frame of HPF-C**2** or in both frames HPF-C**1** and HPF-C**2**, it must be a horizontal edge (an edge in the Y direction of the frame). If it is found in filtered frames HPF-R**3** and HPF-C**2**, it is a single small detail. If the pixel is found only in filtered frames HPF-R**1**, HPF-R**2** and HPF-R**3**, it is a very small vertical edge. If, in addition, it is also found in filtered frame HPF-C**2**, then the pixel is a very small, single detail.

The above logic is summarized and expanded in Table 2.

TABLE 2

| | High Pass Filters | | | | | |
|---|---|---|---|---|---|---|
| Subclass | R1 | R2 | R3 | C1 | C2 | Remarks |
| 1 | 0 | 0 | 0 | 0 | 0 | Large detail or detected detail only |
| 2 | 0 | 0 | 0 | 0 | 1 | Horizontal edge |
| 3 | 0 | 0 | 0 | 1 | 1 | Horizontal edge |
| 4 | 0 | 0 | 1 | 0 | 0 | Vertical edge |
| 5 | 0 | 0 | 1 | 0 | 1 | Single small detail |
| 6 | 0 | 0 | 1 | 1 | 1 | Single small detail |
| 7 | 0 | 1 | 1 | 0 | 0 | Vertical edge |
| 8 | 0 | 1 | 1 | 0 | 1 | Single small detail |
| 9 | 0 | 1 | 1 | 1 | 1 | Single small detail |
| 10 | 1 | 1 | 1 | 0 | 0 | Very small vertical edge |
| 11 | 1 | 1 | 1 | 0 | 1 | Very small single detail |

TABLE 2-continued

| | High Pass Filters | | | | | |
|---|---|---|---|---|---|---|
| Subclass | R1 | R2 | R3 | C1 | C2 | Remarks |
| 12 | 1 | 1 | 1 | 1 | 1 | Very small single detail |

The output of subclass determiner **56** is an indication of the subclass to which each pixel of the current frame belongs. Intra-frame processor **44** performs spatial filtering of the frame, where the type of filter utilized varies in accordance with the subclass to which the pixel belongs.

In accordance with a preferred embodiment of the present invention, intra-frame processor **44** filters each subclass of the frame differently and according to the information content of the subclass. The filtering limits the bandwidth of each subclass which is equivalent to sampling the data at different frequencies. Subclasses with a lot of content are sampled at a high frequency while subclasses with little content, such as a plain background area, are sampled at a low frequency.

Another way to consider the operation of the filters is that they smooth the data of the subclass, removing "noisiness" in the picture that the human eye does not perceive. Thus, intra-frame processor **44** changes the intensity of the pixel by an amount less than the visual distinguishing threshold for that pixel. Pixels whose contrast is lower than the threshold (i.e. details which were detected only) are transformed with non-linear filters. If desired, the data size of the detected only pixels can be reduced from 8 bits to 1 or 2 bits, depending on the visual threshold level and the detail dimension for the pixel. For the other pixels (i.e. the distinguished ones), 3 or 4 bits is sufficient.

Intra-frame processor **44** comprises a controllable filter bank **60** and a filter selector **62**. Controllable filter bank **60** comprises a set of low pass and non-linear filters, shown in FIGS. **5**A and **5**B to which reference is now made, which filter selector **62** activates, based on the subclass to which the pixel belongs. Selector **62** can activate more than one filter, as necessary.

FIGS. **5**A and **5**B are two, alternative embodiments of controllable filter bank **60**. Both comprise two sections **64** and **66** which operate on columns (i.e. line to line) and on rows (i.e. within a line), respectively. In each section **64** and **66**, there is a choice of filters, each controlled by an appropriate switch, labeled SW-X, where X is one of C**1**, C**2**, R**1**, R**2**, R**3** (selecting one of the low pass filters (LPF)), D-C, D-R (selecting to pass the relevant pixel directly). Filter selector **62** switches the relevant switch, thereby activating the relevant filter. It is noted that the non-linear filters NLF-R and NLF-C are activated by switches R**3** and C**2**, respectively. Thus, the outputs of non-linear filters NLF-R and NLF-C are added to the outputs of low pass filters LPF-R**3** and LPF-C**2**, respectively.

Controllable filter bank **60** also includes time aligners (TA) which add any necessary delays to ensure that the pixel currently being processed remains at its appropriate location within the frame.

The low pass filters (LPF) are associated with the high pass filters used in analyzer **50**. Thus, the cutoff frequencies of the low pass filters are close to those of the high pass filters. The low pass filters thus pass that which their associated high pass filters ignore.

FIG. **6**, to which reference is now briefly made, illustrates exemplary low pass filters for the example provided hereinabove. Low pass filter LPF-R**3** has a cutoff frequency of 0.5

US RE42,148 E

9

MHz and thus, generally does not retain anything which its associated high pass filter HPF-R3 (with a cutoff frequency of 1 MHz) retains. Filter LPF-R2 has a cutoff frequency of 1 MHz, filter LPF-C2 has a cutoff frequency of 1.25 MHz and filters LPF-C1 and LPF-R1 have a cutoff frequency of about 2 MHz. As for the high frequency filters, filters LPF-Cx operate on the columns of the frame and filters LPF-Rx operate on the rows of the frame.

FIG. 7, to which reference is now briefly made, illustrates an exemplary transfer function for the non-linear filters (NLF) which models the response of the eye when detecting a detail. The transfer function defines an output value Vout normalized by the threshold level $THD_i$ as a function of an input value Vin also normalized by the threshold level $THD_i$. As can be seen in the figure, the input-output relationship is described by a polynomial of high order. A typical order might be six, though lower orders, of power two or three, are also feasible.

Table 3 lists the type of filters activated per subclass, where the header for the column indicates both the type of filter and the label of the switch SW-X of FIGS. 5A and 5B.

TABLE 3

| Subclass | Low Pass Filters | | | | | | |
| | R1 | R2 | R3 | C1 | C2 | D-R | D-C |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| 2 | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| 3 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| 4 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| 5 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 6 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 7 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| 8 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| 9 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| 10 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| 11 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| 12 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |

FIG. 5B includes rounding elements RND which reduce the number of bits of a pixel from eight to three or four bits, depending on the subclass to which the pixel belongs. Table 4 illustrates the logic for the example presented hereinabove, where the items which are not active for the subclass are indicated by "N/A".

TABLE 4

| subclass | RND-R0 (Z1) | RND-R1 (Z2) | RND-R2 (Z3) | RND-C0 (Z4) | RND-C1 (Z5) |
| --- | --- | --- | --- | --- | --- |
| 1 | N/A | N/A | N/A | N/A | N/A |
| 2 | N/A | N/A | N/A | N/A | 4 bit |
| 3 | N/A | N/A | N/A | 4 bit | N/A |
| 4 | N/A | N/A | 4 bit | N/A | N/A |
| 5 | N/A | N/A | 4 bit | N/A | 4 bit |
| 6 | N/A | N/A | 4 bit | 4 bit | N/A |
| 7 | N/A | 4 bit | N/A | N/A | N/A |
| 8 | N/A | 3 bit | N/A | N/A | 3 bit |
| 9 | N/A | 3 bit | N/A | 3 bit | N/A |
| 10 | 4 bit | N/A | N/A | N/A | N/A |
| 11 | 3 bit | N/A | N/A | N/A | 3 bit |
| 12 | 3 bit | N/A | N/A | 3 bit | N/A |

The output of intra-frame processor 44 is a processed version of the current frame which uses fewer bits to describe the frame than the original version.

Reference is now made to FIGS. 8A, 8B and 8C, which illustrate three alternative embodiments for inter-frame processor 48 which provides temporal filtering (i.e. inter-frame filtering) to further process the current frame. Since the

10

present invention provides a full frame as output, inter-frame processor 48 determines which pixels have changed significantly from the previous frame and amends those only, storing the new version in the appropriate location in output frame memory 46.

The embodiments of FIGS. 8A and 8B are open loop versions (i.e. the previous frame is the frame previously input into inter-frame processor 48) while the embodiment of FIG. 8C is a closed loop version (i.e. the previous frame is the frame previously produced by inter-frame processor 48). All of the embodiments comprise a summer 68, a low pass filter (LPF) 70, a high pass filter (HPF) 72, two comparators 74 and 76, two switches 78 and 80, controlled by the results of comparators 74 and 76, respectively, and a summer 82. FIGS. 8A and 8B additionally include an intermediate memory 84 for storing the output of intra-frame processor 44.

Summer 68 takes the difference of the processed current frame, produced by processor 44, and the previous frame, stored in either intermediate memory 84 (FIGS. 8A and 8B) or in frame memory 46 (FIG. 8C). The difference frame is then processed in two parallel tracks.

In the first track, the low pass filter is used. Each pixel of the filtered frame is compared to a general, large detail, threshold THD-LF which is typically set to 5% of the maximum expected intensity for the frame. Thus, the pixels which are kept are only those which changed by more than 5% (i.e. those whose changes can be "seen" by the human eye).

) In the second track, the difference frame is high pass filtered. Since high pass filtering retains the small details, each pixel of the high pass filtered frame is compared to the particular threshold THD, for that pixel, as produced by threshold determiner 54. If the difference pixel has an intensity above the threshold $THD_i$ (i.e. the change in the pixel is significant for detailed visual perception), it is allowed through (i.e. switch 80 is set to pass the pixel).

Summer 82 adds the filtered difference pixels passed by switches 78 and/or 80 with the pixel of the previous frame to "produce the new pixel". If switches 78 and 80 did not pass anything, the new pixel is the same as the previous pixel. Otherwise, the new pixel is the sum of the previous pixel and the low and high frequency components of the difference pixel.

Reference is now briefly made to FIGS. 9, 10A, 10B and 11 which detail elements of frame analyzer 42. In these figures, the term "ML" indicates a memory line of the current frame, "MP" indicates a memory pixel of the current frame, "MF" indicates a memory frame, "VD" indicates the vertical drive signal, "TA" indicates a time alignment, e.g. a delay, and CNT indicates a counter.

FIG. 9 generally illustrates the operation of spatial-temporal analyzer 50 and FIGS. 10A and 10B provide one detailed embodiment for the spatial analysis and temporal analysis portions 51 and 53, respectively. FIG. 11 details parameter estimator 52, threshold determiner 54 and subclass determiner 56. As these figures are deemed to be self-explanatory, no further explanation will be included here.

It is noted that the present invention can be implemented with a field programmable gate array (FPGA) and the frame memory can be implemented with SRAM or SDRAM.

The methods and apparatus disclosed herein have been described without reference to specific hardware or software. Rather, the methods and apparatus have been described in a manner sufficient to enable persons of ordinary skill in the art to readily adapt commercially available hardware and software as may be needed to reduce any of

US RE42,148 E

11

the embodiments of the present invention to practice without undue experimentation and using conventional techniques.

It will be appreciated by persons skilled in the art that the present invention is not limited by what has been particularly shown and described herein above. Rather the scope of the invention is defined by the claims that follow:

What is claimed is:

**1**. A visual perception threshold unit for image processing, the threshold unit comprising:

a parameter generator to generate a multiplicity of parameters that describe at least some [of the] information content of at least one *video* frame to be processed; and

a threshold generator to generate from said parameters, a plurality of visual perception threshold levels to be associated with [the] pixels of the *at least one* video frame,

wherein said threshold levels define contrast levels above which a human eye can distinguish a pixel from among its neighboring pixels of said *at least one video* frame.

**2**. A unit according to claim 1 [and], wherein said parameter generator comprises at least one of the following units:

a volume unit which determines [the] *a* volume of information in said at least one *video* frame;

a color unit which determines a per pixel color; and

an intensity unit which determines a cross-frame change of intensity.

**3**. A method of generating visual perception thresholds for image processing *implemented by one or more elements of a video encoding device*, the method comprising:

analyzing details of frames of a video signal;

estimating parameters of said details; and

defining a visual perception threshold for each of said details in accordance with said estimated detail parameters,

wherein said estimating comprises at least one of the following:

determining a per-pixel signal intensity change between a current frame and a previous frame, normalized by a maximum intensity;

determining a normalized volume of intraframe change by high frequency filtering of said *current* frame, summing the intensities of said filtered frame and normalizing the resultant sum by [the] *a* maximum possible amount of information within a frame;

generating a volume of inter-frame changes between [a] *said* current frame and [its] *said* previous frame normalized by said maximum possible amount of information [volume] within a frame;

generating a normalized volume of inter-frame changes for a group of [pictures] *frames* from the output of said previous step of generating;

evaluating a signal-to-noise ratio by high pass filtering a difference frame between said current frame and [its] *said* previous frame by selecting [those] intensities of said difference frame lower than a threshold defined as three times a noise level under which noise intensities are not perceptible to the human eye, summing the intensities of the pixels in the filtered *difference* frame and normalizing said sum by said maximum intensity and by [the] *a* total number of pixels in a frame;

generating a normalized intensity value per-pixel;

generating a per-pixel color saturation level;

generating a per-pixel hue value; and

determining a per-pixel response to said hue value.

12

**4**. A method for describing an image *implemeneted by one or more elements of a video encoding device*, the method comprising

determining which details in said image can be distinguished by the human eye and which ones can only be detected by it;

providing one bit to describe a pixel which can only be detected by the human eye; and

providing three bits to describe a pixel which can be distinguished by the human eye.

*5. A video compression system comprising:*

*a parameter generator to generate one or more parameters that describe information content of a video frame; and*

*a threshold generator to generate, from at least one of the parameters, a plurality of visual perception threshold levels to be associated with pixels of the video frame, wherein said threshold levels define contrast levels above which a pixel of the video frame can be visually distinguished from its neighboring pixels of the video frame.*

*6. A video compression system according to claim 5, wherein the parameter generator comprises a volume unit configured to determine a volume of information in the video frame.*

*7. A video compression system according to claim 5, wherein the parameter generator comprises a color unit configured to determine a per pixel color.*

*8. A video compression system according to claim 5, wherein the parameter generator comprises an intensity unit configured to determine a cross-frame change of intensity.*

*9. A video compression system according to claim 5, wherein the parameter generator and the threshold generator are implemented in a field programmable gate array (FPGA).*

*10. A video encoder comprising:*

*a parameter generator to generate multiple parameters that describe information content of a video frame; and*

*a threshold generator to generate, from at least one of the multiple parameters, a plurality of visual perception threshold levels to be associated with pixels of the video frame, wherein said threshold levels define contrast levels above which a pixel of the video frame can be visually distinguished from its neighboring pixels of the video frame.*

*11. A video encoder according to claim 10, wherein the parameter generator comprises a volume unit configured to determine a volume of information in the video frame.*

*12. A video encoder according to claim 10, wherein the parameter generator comprises a color unit configured to determine a per pixel color.*

*13. A video encoder according to claim 10, wherein the parameter generator comprises an intensity unit configured to determine a cross-frame change of intensity.*

*14. A video encoder according to claim 10, wherein the video encoder is embodied in a field programmable gate array (FPGA).*

*15. A video encoder according to claim 10, wherein the video encoder comprises a visual lossless syntactic encoder.*

*16. A system comprising:*

*means for generating one or more parameters that describe information content of a video frame; and*

*means for generating, from at least one of the parameters, a plurality of visual perception threshold levels to be associated with pixels of the video frame, wherein said threshold levels define contrast levels above which a*

US RE42,148 E

13

pixel of the video frame can be visually distinguished from its neighboring pixels of the video frame.

17. A system according to claim 16, wherein the one or more parameters are associated with at least one of:

a volume of information in the video frame;

a cross-frame change of intensity; or

a per pixel color.

18. A system according to claim 16, wherein the system is embodied in a field programmable gate array (FPGA).

19. A video compression system comprising:

means for analyzing one or more details associated with one or more frames of a video signal;

means for estimating parameters of individual analyzed details; and

means for defining a visual perception threshold for individual analyzed details in accordance with at least one of the estimated parameters,

wherein said means for estimating comprises at least one of:

means for determining a per-pixel signal intensity change between a current frame and a previous frame, normalized by a maximum intensity;

means for determining a normalized volume of intraframe change by high frequency filtering of said current frame, summing the intensities of said filtered frame and normalizing the resultant sum by a maximum possible amount of information within a frame;

means for generating a volume of inter-frame changes between said current frame and said previous frame normalized by said maximum possible amount of information within a frame;

means for generating a normalized volume of inter-frame changes within a group of frames normalized by said maximum possible amount of information within a frame and by a number of frames comprising said group of frames;

means for evaluating a signal-to-noise ratio by high pass filtering a difference frame between said current frame and said previous frame by selecting intensities of said difference frame lower than a threshold defined as three times a noise level under which noise intensities are not visually perceptible, summing the intensities of pixels in the filtered difference frame and normalizing said sum by said maximum intensity and by the total number of pixels in a frame;

means for generating a normalized intensity value per-pixel;

means for generating a per-pixel color saturation level;

means for generating a per-pixel hue value; or

means for determining a per-pixel response to said hue value.

14

20. A video compression system according to claim 19, embodied in a field programmable gate array (FPGA).

21. A method implemented by one or more elements of a video encoding device comprising:

identifying one or more distinguishable details in an image, individual distinguishable details being associated with a contrast level at which a pixel can be visually distinguished from among its neighboring pixels;

using a plurality of bits to describe individual identified distinguishable details; and

using less than said plurality of bits to describe one or more individual details in the image not identified as distinguishable.

22. A method according to claim 21, further comprising identifying the one or more of the individual details in the image not identified as distinguishable as being visually detectable.

23. A method according to claim 21, wherein using the plurality of bits comprises using three bits.

24. A method according to claim 21, further comprising performing the identifying, the using the plurality of bits, and the using less than said plurality of bits by the one or more elements embodied in a field programmable gate array (FPGA).

25. A system comprising:

means for identifying one or more distinguishable details in an image, individual distinguishable details being associated with a contrast level at which a pixel can be visually distinguished from among its neighboring pixels;

means for using a plurality of bits to describe individual identified distinguishable details; and

means for using less than said plurality of bits to describe one or more individual details in the image not identified as distinguishable.

26. A system according to claim 25, wherein one or more of the individual details in the image not identified as distinguishable are identified as being visually detectable.

27. A system according to claim 25, wherein the plurality of bits comprises three bits.

28. A system according to claim 25 comprising part of a field programmable gate array (FPGA).

29. A visual perception threshold unit according to claim 1, wherein one or both of the parameter generator or the threshold generator are implemented in a video encoder.

30. A visual perception threshold unit according to claim 29, wherein the video encoder comprises a visual lossless syntactic encoder.

31. A visual perception threshold unit according to claim 1 comprising part of a field programmable gate array (FPGA).

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.           : RE42,148 E                                    Page 1 of 1
APPLICATION NO.      : 12/196180
DATED                : February 15, 2011
INVENTOR(S)          : Sheraizin et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, item (76), under "Inventors", in Column 1, Line 1, delete "Harnagen" and insert
-- Hamagen --.

Title page, item (76), under "Inventors", in Column 1, Line 2, delete "78604" and insert -- 76804 --.

Title page, item (76), under "Inventors", in Column 1, Line 3, delete "Harnagen" and insert
-- Hamagen --.

Title page, item (76), under "Inventors", in Column 1, Line 4, delete "78604" and insert -- 76804 --.

Page 3, item (56), under "Other Publications", in Column 1, Line 30, delete "sytem" and insert
-- system --.

Page 3, item (56), under "Other Publications", in Column 1, Line 33, delete "convex- projection" and
insert -- convex-projection --.

Page 3, item (56), under "Other Publications", in Column 1, Line 51, delete "cicuits" and insert
-- circuits --.

Page 3, item (56), under "Other Publications", in Column 1, Line 58, after "enhancement" delete
"Enhancement".

Page 3, item (56), under "Other Publications", in Column 2, Line 8, delete "spatiallly" and insert
-- spatially --.

Signed and Sealed this
Fourth Day of October, 2011

David J. Kappos
Director of the United States Patent and Trademark Office

# Exhibit G

US007743399B1

(12) **United States Patent**
Bhagavath et al.

(10) Patent No.: **US 7,743,399 B1**
(45) Date of Patent: **\*Jun. 22, 2010**

(54) **NETWORK-BASED SERVICE TO PROVIDE ON-DEMAND VIDEO SUMMARIES OF TELEVISION PROGRAMS**

(75) Inventors: **Vijay K. Bhagavath**, Lincroft, NJ (US); **Robert Edward Markowitz**, Glen Rock, NJ (US); **Joseph Thomas O'Neil**, Staten Island, NY (US)

(73) Assignee: **AT&T Intellectual Property II, L.P.**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1375 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/824,663**

(22) Filed: **Apr. 14, 2004**

**Related U.S. Application Data**

(63) Continuation of application No. 09/577,642, filed on May 24, 2000, now Pat. No. 6,829,781.

(51) **Int. Cl.**
*H04N 7/173* (2006.01)

(52) **U.S. Cl.** .............................. **725/94**; 725/86; 725/87

(58) **Field of Classification Search** .................. 725/94, 725/135, 18, 45, 86, 87, 91, 92, 93
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,442,390 A | * | 8/1995 | Hooper et al. ................. 725/90 |
| 5,737,552 A | | 4/1998 | Lavalee et al. |

| | | | |
|---|---|---|---|
| 6,236,395 B1 | * | 5/2001 | Sezan et al. .................. 715/723 |
| 6,263,505 B1 | | 7/2001 | Walker et al. |
| 6,268,849 B1 | | 7/2001 | Boyer et al. |
| 6,298,482 B1 | * | 10/2001 | Seidman et al. ............. 725/101 |
| 6,317,885 B1 | | 11/2001 | Fries |
| 6,564,383 B1 | | 5/2003 | Combs et al. |
| 6,567,980 B1 | * | 5/2003 | Jain et al. ..................... 725/61 |
| 2005/0086703 A1 | * | 4/2005 | Gupta et al. ................. 725/135 |
| 2005/0160457 A1 | * | 7/2005 | Rui et al. ..................... 725/45 |

OTHER PUBLICATIONS

*Digital Video: An Introduction to MPEG-2*, Barry G. Haskell, Atul Puri, and Arun N. Netravali, Chapman & Hall, New York, 1997, Chapters 3 and 10.
*MPEG Video Compression and Standard*, Edited by Joan L. Mitchell, William B. Pennebaker, Chad E. Foss and Didier J. LeGall, Chapman & Hall, 1997, Chapters 9 and 10.
*The VCR's Days are Numbered*, Joel Dreyfull, Fortune Magazine, Aug. 2, 1999.
Replay TV Article, www.replaytv.com, printed Sep. 7, 1999.
TiVo Information, www.tivo.com, printed Sep. 8, 1999.

\* cited by examiner

*Primary Examiner*—Joseph P Hirl
*Assistant Examiner*—Jivka Rabovianski

(57) **ABSTRACT**

A network-based device allows customers to receive television programming and to view summaries of the programming. A method of providing the summaries comprises: dividing a received program into program segments each identified by index marks, summarizing each program segment into summary segments identified by similar index marks, generating metadata files for delimiting a beginning and an end of summary segments and program segments, storing the summary segments and accessing the summary segments to supply the summary segments in lieu of program segments upon demand.

**32 Claims, 14 Drawing Sheets**





*FIG. 1*



*FIG. 2*



FIG. 3



FIG. 4



*FIG. 5*



*FIG. 6*

*FIG. 7*



702

| USER INTERFACE FOR VIDEO SUMMARIES |
|---|
| Summaries: |
| 1. 60 Minutes (CBS, 8/1/99, 7PM EST) |
| 2. Dateline (NBC, 8/4/99 10PM EST) |
| 3. Titanic (HBO, 8/2/99 8PM EST) |
| 4. 20/20 (ABC, 8/5/99 10PM EST) |
| 5. World News Tonight (ABC, 8/3/99, 6:30PM EST) |
| 6. ER (NBC, 8/4/99, 10PM EST) |
| 7. Tonight Show (NBC, 8/5/99, 11:30PM EST) |
| 8. Today (NBC, 8/9 7AM EST) |

704

Enter summary id [ ]   706

*FIG. 8*



802

| USER INTERFACE FOR INTERRUPTED VIEWING |
|---|
| Channel P is now being summarized. |
| Options: |
| 1. Return to channel P |
| 2. View summary of missed content |

804

Enter option id [ ]   806



*FIG. 9*



*FIG. 10*



FIG. 11



*FIG. 12*

*FIG. 13*





FIG. 14



FIG. 15

START
2001
USER ENTERS COMMAND
2003
Z
DOES COMMAND CHANGE CHANNELS?
2005
YES
Z
NO
DOES USER SUBSCRIBE TO THE SERVICE?
2007
NO
TRANSMIT DIALOG BOX #1
2027
Z
YES
COMMAND TO CHANGE TO CHANNEL S?
2009
YES
TRANSMIT SUMMARY SCREEN
2006
Z
NO
COMMAND TO CHANGE TO CHANNEL I?
2011
YES
SET P EQUAL TO PROGRAM CHANNEL NUMBER
2033
SET I1 EQUAL TO INDEX OF CURRENT PROGRAM SEGMENT
2034
TRANSMIT INTERRUPTED VIEWING SCREEN
2037
Z
NO
COMMAND FOR SUMMARY ID ON CHANNEL S?
2013
YES
TRANSMIT SELECTED SUMMARY
2038
Z
NO
COMMAND TO RETURN TO CHANNEL P ON CHANNEL I?
2015
YES
TRANSMIT CHANNEL P
2016
Z
NO
AA



FIG. 15 (CONTINUED)



SET I EQUAL TO INDEX OF CURRENT SUMMARY SEGMENT
H
2057
IS I-th PROGRAM SEGMENT STORED IN STB/VSS ?
2059
YES
K
NO
WAS PROGRAM PREVIOUSLY BROADCAST?
2061
YES
TRANSMIT DIALOG BOX #2
2062
Z
NO
IS PROGRAM CURRENTLY BEING BROADCAST ?
2063
YES
SWITCH TO PROGRAM CHANNEL
2071
Z
NO
IS THE PROGRAM SCHEDULED FOR FUTURE BROADCAST?
2073
YES
TRANSMIT DIALOG BOX #3
2075
Z
NO
TRANSMIT DIALOG BOX #4
2076
Z
I
SET i EQUAL TO INDEX OF CURRENT PROGRAM SEGMENT
2072
IS I-th SUMMARY SEGMENT STORED IN STB/VSS?
2077
YES
TRANSMIT I-th SUMMARY SEGMENT
2101
NO
TRANSMIT DIALOG BOX #5
2078
Z
DOES THIS SUMMARY USE TWO-WAY LINKS?
2103
NO
TRANSMIT REMAINING SUMMARY SEGMENTS
2111
TRANSMIT ENTIRE SUMMARY
2113
Z
YES
TRANSMIT (I+1)-th PROGRAM SEGMENT
2105
TRANSMIT REMAINING PROGRAM SEGMENTS
2107
TRANSMIT ENTIRE PROGRAM
2109
Z

FIG. 16



*FIG. 17*

J
SET I EQUAL TO INDEX OF CURRENT PROGRAM SEGMENT
2083
IS I-th SUMMARY SEGMENT STORED IN STB/VSS?
2085
NO
TRANSMIT MESSAGE BOX #6
2086
Z
YES
TRANSMIT I-th SUMMARY SEGMENT
2069
DOES SUMMARY USE TWO-WAY LINKS?
2091
NO
TRANSMIT REMAINING SUMMARY SEGMENTS
2093
TRANSMIT ENTIRE SUMMARY
2097
Z
YES
SWITCH TO CHANNEL P
2095
Z

K
2119
TRANSMIT I-th PROGRAM SEGMENT
DOES THIS SUMMARY USE TWO-WAY LINKS ?
2121
YES
TRANSMIT (I+1)-th SUMMARY SEGMENT
2123
NO
2129
2125
TRANSMIT REMAINING PROGRAM SEGMENTS
TRANSMIT REMAINING SUMMARY SEGMENTS
2127
TRANSMIT ENTIRE PROGRAM
TRANSMIT ENTIRE SUMMARY
Z
Z
2131



US 7,743,399 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**NETWORK-BASED SERVICE TO PROVIDE ON-DEMAND VIDEO SUMMARIES OF TELEVISION PROGRAMS**

FIELD OF THE INVENTION

This invention relates to extracting summaries of television (or audio) programming both during live broadcasting and post broadcasting. It is in one instance concerned with recipient controlled recovery of summaries of programming supplied via cable and xDSL access links. In another aspect it concerns back-and-forth intermingling of summaries and live/recorded programming under control of a recipient customer. It particularly concerns apparatus within a broadcast network and on customer premises to enable such extraction and presentation of summaries.

BACKGROUND OF THE INVENTION

Recording apparatus presently generally available permits a recipient of television and radio programming to record real-time programming (i.e., on VHS tapes) and replay it at a later time. The most ubiquitous example is the VCR, which allows recordation of live TV programming under recipient control for replay at a time of the recipient's choice. To record, the customer must select the time of the interval to be recorded.

There exist more sophisticated systems (Digital Video Recorders) which automatically record programming (via a digital cache/memory) and allow the user to selectively view portions of the recorded programming at a later time. An example of such a recording system is the ReplayTV digital video recorder and the TiVo Personal TV digital video recorder, which supply up to 30 hours of recording time. They provide features that surpass recording by monitoring listener preferences and by suggesting programming appropriate to these preferences. Recording may occur during live programming and if live viewing is interrupted the viewer may recover a delayed presentation of the programming at the end of the interruption interval.

These record/playback systems are however limited by failing to fully utilize network system capabilities. Summaries, for example, may be poorly defined or delimited resulting in loss of program material available to the user/viewer. Options available to the user are limited to manipulation of programming as received rather than using network and program provider resources to provide a broad spectrum of control.

SUMMARY OF THE INVENTION

Recipients who receive network programming are enabled, according to principles of the invention, to receive television/audio programming from a distribution network and view selected summaries of such programming as part of a network-based service. Identification and preparation of the summaries is at least in part a network-controlled process with recipient utilization of the features provided being under control of the recipient viewer. Features include recovery of audio, snapshots (stills) and full-motion video summaries extracted from program content. A summary in some instances may be a specially created overview, of a program created by a program source that is provided by a program source or provider. In some instances, segments may be created independent of the programming as a leader or overview in advance of the program or as an inducement to watch pre-stored programs.

Summaries are generally program segments extracted from complete programs and may include various combinations of audio, full-motion video, still pictures (i.e., selected frames), and other presentation modes either singly or in any desired arrangement. Accessing techniques may be by user control or system controlled selection based on user profiles. Direct user selections, may be made by a user for covering interruptions to user viewing. Network control allows greater selectively, to determine if program content is desired or to meet other user generated requests, which a summary may satisfy.

In an illustrative embodiment, the sources of programming generate and transmit summaries that include control information to permit a recipient to selectively choose and replay the summaries. In some embodiments a video summary server (VSS) is included to in the network to perform summary/program storage and provide access functions. In another embodiment a set top box (STB) is included on recipient premises to receive program/summaries and perform some of the viewing control functions and store summaries.

The process of transmitting and generating summaries is based in part upon properties specified in the MPEG-2 (Moving Picture Experts Group) standards. MPEG-2 is a standard concerning signal encoding and real time transmission of video and audio program streams. The standards primary goal is bandwidth compression as well as combining and multiplexing. Packet headers under the standard include many features such as time stamps, typing of payloads and combining/multiplexing all of, which are useful in enabling the invention of applicants. MPEG-2 includes many features including information-carrying capability of a video stream. This permits the transmission of information by the program source that enables the features of the invention to be realized.

In one aspect the method of the invention processes programming to facilitate selection and delivery of summaries of the programming to recipients by providing the programming to the recipient via a program channel. Index markers are applied to the program to divide the programming into segments. Summary segments are generated containing information from corresponding programming segments and related to one another by corresponding index markers. Metadata files are created and associated with a summary channel and operate to delimit beginning and ending of segments in both programming and summary channels. Metadata includes the indexing information for facilitating links between programming segments and summary segments. A user/recipient selects a summary by activating a link between a programming segment and a summary segment by utilizing the metadata file included with the summary channel. The summary is transmitted to the recipient, via the summary channel.

In a particular embodiment the summary channels include metadata to implement/facilitate a linking back and forth between summary and program channels under command of a user. The MPEG-2 standards enable user data, in the form of metadata, to be included in a video sequence. This data delimits the beginning and end of segments in both summary and program channels. The standard further allows an elementary data stream to be included within a program stream. The elementary data stream is used to provide indexing used to implement video linking and interrupted viewing features.

In one aspect the relevant control is responsive to metadata supplied to define and identify summaries corresponding to particular programs. It defines start and end marks of both summaries and programs and the nature of the linking con-

US 7,743,399 B1

**3**

nections between summary and program. Such metadata is easily to integrate with the programming under the MPEG-2 standard.

The reviewing and selection functions include but are not limited to;

Supplying and viewing summaries of programs as a means of selection of programs to view in their entirety.

Providing recipient control to select related summaries and full program segments through summary-segment linkage marks.

Providing one-way and two-way video hyperlinks between programs and summaries.

Providing the viewing recipient with missing portions of interrupted program viewing.

Generating summaries during live programming for intermittent viewing. Providing summaries permitting selective recipient recording of portions of a program.

DESCRIPTION OF THE DRAWINGS

FIGS. **1** through **6** are diagrammatic illustrations of modes of selections and presentations of summaries of video programming;

FIGS. **7** and **8** are schematics of a screen control menu presented to a viewer;

FIGS. **9** and **10** are schematics of video summary system components involving cable networks;

FIG. **11** is a schematic functionally illustrating a set top box (STB) with enhancements for enabling summary storage and retrieval;

FIG. **12** is a schematic of video summary system components added to a network having a xDSL access network;

FIG. **13** is a process diagram describing summarization of live television programming;

FIG. **14** is a flow chart describing a monitoring/control of video storage processes; and

FIGS. **15**, **16** and **17** is a flow chart disclosing a control process permitting the exercise of summary selection and viewing by a recipient of programming.

DETAILED DESCRIPTION

Viewing of summaries of audio and video programming is available, according to the invention in many styles and formats. Summaries may be generated dynamically by a recipient viewer's requests or recalled from a central repository of summaries at user request. Various systems of generating, using and recalling summaries are illustrated in the program schematics of FIGS. **1** through **6**. In the circumstances of FIG. **1** a program sequence is shown by the bar **101** showing the evolving of the program. As the program progresses the program's progress is marked by the markers P1, P2, P3, . . . . These markers are related to corresponding markers shown in the Summary (audio) bar **102** and the Summary (video) bar **103**. As shown the program from 0 to P1 may be shown as summary from 0 to S1. The subsequent portion from P1 to P2 may be bypassed and a subsequent portion of the program from P2 to P3 shown as summary from S1 to S2. The summaries shown are full motion and all inclusive of materials within the marker interval covered and/or summarized.

In the illustrative summaries of FIG. **2**, markers P1, P2, P3, . . . segment the program. An audio summary **201** is created resulting in audio summaries 0 to S3, and s# to S5. The video portion is reduced to snapshots or still pictures **203** with each still picture related to a particular program segment. The snapshot from position P2 in the program is sued during the summary interval from S1 to S2. The use of still images

**4**

and full motion images may be interspersed as desired. This option is illustrated in FIG. **3** where the video summaries **303**, **304**, **305**, **306** and **307** comprise still images and full motion images of the basic programming **301**. Full motion images are interspersed with still images. An audio summary component **300** is also shown.

FIG. **4** illustrates an example of one-way video hyperlinks. A user beings by viewing a summary and selecting the link function during the summary segment **405**. Control passes to the beginning of the corresponding program segment **415**. When that program segment completes, control continues with the remaining program segments. Other summary segments are shown by way of illustration in FIG. **4** as segments **404**, **406**, **407** and **408**. Further, other program segments are also illustrated as program segments **414**, **416**, **417** and **418**.

One-way video hyperlinks can also pass control from a program segment to the beginning of the corresponding summary segment. When that summary segment completes, control continues with the remaining summary segments.

FIG. **5** illustrates the operation of two-way hyperlinks. A user begins by viewing the summary and selects the link function during the summary segment **505**. Control passes to the beginning of the corresponding program segment **515**. When that program segment completes, control automatically returns to the beginning of the next summary segment **506**. The user again selects the link function during summary segment **507**. Control passes to the beginning of the corresponding program segment **517**. When the program segment completes, control automatically returns to the beginning of the next summary segment **508**.

FIG. **5** further shows by way of illustration additional summary segment **504** and program segments **514**, **516** and **518**.

FIG. **6** also illustrates the operation of two-way hyperlinks. A user begins by viewing the program and selects the link function during the program segment **615**. Control passes to the beginning of the corresponding summary segment **605**. When that summary segment completes, control automatically returns to the beginning of the next program segment **616**. The user again selects the link function during program segment **617**. Control passes to the beginning of the corresponding summary segment **607**. When that summary segment completes, control automatically returns the beginning of the next program segment **618**.

FIG. **6** further illustrates segments such as summary segment **604**, **606** and **608** and program segment **614**.

The relationship between program and summary segments may be established and controlled through use of a metadata file or files. In the illustrative embodiment, metadata is used to identify program and summary segments. It also establishes the flags useful for two-way and one-way connecting links for use in changing from a program to a summary or vice versa. A one way link allows a user to switch from a summary segment to a corresponding program segment or switch from a program segment to a corresponding summary segment. A two-way link allows the user to view a summary segment and switch to a corresponding program segment with an automatic return to the next summary segment when the corresponding program segment completes. Two-way links also permit switching from a program segment to a corresponding summary segment with an automatic return to the next program segment.

The metadata file may also provide key words for each summary segment. Start and end positions for each summary segment may be established and correlated with start and stop positions for each program segment. Summary metadata may be expressed in XML (eXtensible Markup Language) or a suitable equivalent. XML is well known and need not be

US 7,743,399 B1

5

discussed in detail. An illustrative XML summary file may assume the following form, to select specific subject matter from, a program.

```
<summary>
  <summary_id>726746425</summary_id>
  <program_id>399868815</program_id>
  <links>two-way</links>
  
  <index>0</index>
  <keywords>Federal Reserve, Interest Rates</keywords>
  <start>0</start>
  <end>1000</end>
  
  . . .
  
  <index>0</index>
  <start>0</start>
  end>10000</end>
  
  . . .
</summary>
etc.
```

The foregoing illustrative metadata file indicates that there is a summary of parts of a program relating to the federal reserve and interest rates. The metadata file is generated by the content provider. It permits the system to select the desired summary information if available. Transmission of the signal in accord with the MPEG-2 standard allows the interaction with the programming file by means of this metadata file.

The sections of this metadata file are now described. First the <summary> tag indicates the start of the file. Second the <summary id> tag provides a globally unique id for this summary. Third, the <program id> tag provides a globally unique id for the corresponding program. Fourth, the <links> tag indicates that the links between the program and summary segments operate as two-way links. Fifth, the <summary segment> tag indicates the start of a summary segment definition. One metadata file can define multiple summary segments. Sixth, the <program segment> tag indicates the start of a program segment definition. One metadata file can define multiple program segments.

Each <summary segment> contains four tags. The <index> tag assigns a unique index to that segment. The segments in a summary are assigned indexes that begin at zero and increase sequentially. The <keywords> tag associates several keywords with this summary segment. Software can use these keywords to identify segments that are most likely to be of interest to a particular viewer. The <start> tag indicates the position in the summary that marks the beginning of this segment. Position can be specified as a frame number. The <end> tag indicates the position in the summary that marks the end of this segment.

Each <program segment> contains three tags. The <index> tag assigns a unique index to that segment. The segments in a program are assigned indexes that begin at zero and increase sequentially. The <start> tag indicates the position in the program that marks the beginning of this segment. Position can be specified as a frame number. The <end> tag indicates the position in the program that marks the end of this segment.

Each summary is sequence of summary segments. The segments are contiguous and non-overlapping. Similarly, each program is a sequence of program segments. The segments are contiguous and non-overlapping.

A viewer exercises control, in one embodiment, by interaction with a set top box (STB) or with a video summary server (VSS) by means of an interactive menu such as illus-

6

trated in the screen display 702 of FIG. 7. Here the list of summaries 704 in one example of the invention may be supplied over a channel used exclusively (i.e., an S channel) for this purpose. In the illustrative menu view may select summaries related to the listed programs by entering the number associated with that summary in the summary id box 706 by a remote or other means. The menu 804 shown in the screen display 802 of FIG. 8 provides for summaries to recover material lost due to interrupted viewing of a program. Interrupted viewing occurs when a viewer is interrupted in his viewing (i.e. called away from the television receiver). If a viewer wishes to subsequently view a summary of missed programming content or view the current program, a selection may be entered by entering the appropriate control number in the option id box by a remote or other means. This process may be facilitated by use of a dedicated I channel.

The implementation is accomplished, in part, with an application of enhancements to various elements in the program delivery system. In the illustrative embodiments such enhancements are made to the set top box (STB) in a cable reception system or to a video summary server (VSS) in xDSL program delivery systems. These enhancements provide interface capabilities and information availability for program selection and the process of delivering summaries.

An illustrative system architecture for constructing and viewing program summaries is shown in the FIG. 9. This system is adapted for Cable networks and as shown includes a television-broadcasting source 901 connected to a network POP (Point-of-Presence) 903. POP herein is the physical equipment of a provider network at which the network terminates and which is connected to a recipient subscriber. A cable access link 905 connects POP 903 to an enhanced STB 907 located at customer premises 909. STB 907 provides the television signals to the television receiver 911. A server 913 maintains billing records.

A series of signals, for summary viewing, is diagrammed in the schematic of FIG. 10, showing the primary signal interfaces between the television-broadcasting source and the customer. The television-broadcasting source 901 provides program channels 1001 via the POP 903 to the STB 907 at the customer premises. The television channels are transmitted by various program providers to the POPs 903 and transmitted from the POPs to the STBs 907 at the customer's premises 909.

Each program and summary is assigned a globally unique identifier. This information is transmitted to the VSSs and STBs by the program summary channel.

Each broadcaster maintains a schedule of programming, which is accessible to the STBs via IP unicasting 1002 through the POPs 903. The customer may access programming-related descriptive material via the same IP channel. Separate digital summary channels 1003 are used to transmit program summaries from the broadcasters to the STB. The STB can receive and store these summaries from the broadcaster.

Charging data for the service provided is maintained by a billing system server 913 connected via channel link 1004 through the POP 903 to the STB 907. Billing in the illustrative example may be by subscription, by transaction or other suitable arrangement.

An illustrative enhanced set top box (STB) 907, for cable reception, is schematically shown in block form in the FIG. 11. Program and summary channels from the broadcaster are applied to a bank of Audio/Video RF CATV Demodulators 1101. The demodulators each recover a specific program or summary channel as directed by control of the software con-

US 7,743,399 B1

7

troller **1103**. Software controller **1103** includes stored programming that controls and coordinates operations of the various STB functions.

The recovered programming/summaries (streams) are applied to an MPEG-2 Decoder. MPEG-2 is a standard concerned with video and audio coding and processing other multimedia signals (e.g., packet streams). Decoder **1105** is designed in accord with this standard. MPEG processing, decoding of digital signals and design of a MPEG-2 system decoder is discussed in "Digital Video: An Introduction to MPEG-2" by B. G. Haskell et al 1997. This discussion of this book is incorporated herein by reference. This MPEG output stream is applied to a storage element **1107** for storing program and summary segments. Program storage may be by memory circuits, disk recordings or any suitable means compatible with the content stored.

Various stored material is selected under control of the software controller **1103** and transmitted to the digital to analog converter **1109** to place the program or summary in a suitable form for the home television receiver. The analog signal is coupled to the home television receiver, via the Audio/Video RF CATV Modulator **1111**, which converts the signals to NTSC (National Television Standards Committee) standards for application to the home television receiver.

The user/recipient exercises control of program summary selection by input to a user interface **1113** which commands are coupled to the software controller **1103**. Commands of the software controller **1103** are coupled to control the Modulator **1111**, the storage element **1107** and the Demodulator **1101**. A user Profile and Viewing history **1115** input is also connected the Software controller **1103**. Its input allows automatic selection of programming material to suit viewer desires and preferences. It may base these selections of stored demographic and prior selected subject matter. The software controller uses this information to self decide which summaries to store in order to effectively utilize the storage capacity of the storage medium **1107**. The user may transmit commands via the user interface **1113** to view or delete stored programs and summaries in the storage medium **1107**. Control by the user may be exercised by using dialog boxes that are displayed on the screen of the receiver. Examples of dialog displays are shown in the FIGS. **7** and **8**. Various types of dialog boxes are discussed below in the description of the controlling flow process of the software controller. The user may communicate with the interface by a remote controller.

In systems utilizing xDSL, for video delivery (FIG. **12**), the STB is replaced by a Video Summary Server (VSS) **1201** included in the DSL network. The programming is supplied to the user from the VSS **1203**, via a POP **1205** to a modem **1207**, via a xDSL Access Link **1211**, to the customer premises **1209**. The VSS **1203** has capabilities and processes similar to that of the STB and can autonomously decide which summaries to receive and store based on a user profile and past usage history stored in the VSS. A billing system **1213** is connected to the VSS via the POP **1205**. The VSS may be integrated within the POP if desired or be embodied as a separate unit within the network.

An important aspect of the process is monitoring the capability of the network storage elements to store the needed summaries. The process of FIG. **14** is intended to provide this capability. Starting at terminal block **1401** the controller and the storage medium it controls wait for input from the summary channels. The controller inquires, per decision block **1405** as to whether this summary should be stored based on user selection, user preferences, etc. If the summary is not to be stored the flow process returns to block **1403** and waits for further input from the summary channel.

8

If the summary is to be stored, the process inquires, as per decision block **1407**, if there is sufficient storage to store the summary. With sufficient storage the summary is stored and/or appended to an existing summary, as per block **1409**, with process flow returning to block **1403**.

If sufficient storage is not available, the summary is prioritized as per block **1411** as to whether it is desirable to the user and as per block **1413** is prioritized in relation to all other programs and summaries being processed. If the immediate summary is highly rated, preexisting summaries are deleted, as per block **1415**, to provide memory space for the new summary. The flow process proceeds to block **1409** instructing storage of the new summary.

One particular procedure of permitting interaction of a user with the system is presented as an illustrative embodiment, although many other processes may be used to enact the invention. A general understanding of this illustrative embodiment of user control may be obtained from the process disclosed in a flow chart disclosed in FIGS. **15**, **16** and **17**. The process begins at the start terminal **2001** followed by user entry of a command as per block **2003**. The software controller categorizes the command, as per block **2005**, as a decision to change a channel or not change a channel. If the command is to change a channel to another program channel the flow of the process returns to the start of the process since this is a routine change of channel. If the command does not change the channel the process proceeds to a decision as specified by block **2007**, which inquires if the subscriber subscribes to the service, requested. If the user is not a subscriber to the service the flow process presents the user with a dialog box #**1** such as indicted by instruction box **2027** which presents a menu permitting the subscriber to enter a subscription to the service. The flow returns to the start of the flow process.

If the user is a subscriber, the process proceeds to a decision shown in the decision block **2009** to determine if the user wishes to change to a summary channel S. If the user wishes to change to a summary channel, the user is presented with a screen menu, as per box **2008**, similar to the box illustrated in the FIG. **7** presenting a listing of choices of readily available summaries for viewing. Subsequently the flow process returns to the start terminal.

If the user does not wish to be presented with a menu of existing summaries the process proceeds to decision block **2011** which inquires if the user wishes to change to an interrupt channel I to create a summary while the user is absent from the television receiver. If such a summary is desired the process proceeds to set P equal to a program channel number as per block **2033** and indicator I1, as per box **2034**, is set to equal the index number associated with a current segment of the program being viewed. The interrupt-viewing screen (FIG. **8**) is displayed as per block **2037** and the process returns to the start.

If no change to channel I is desired the next decision, as per block **2013**, determines if a particular channel Id is requested on the summary channel S. If a particular summary id is requested the summary is presented, as per instruction block **2038** and the process returns to the start. If no particular summary is requested, a decision, as per block **2015**, determines if there is a command to return to the channel P on the channel carrying the interrupted summary. If such a command has been issued the process returns the viewer to the program channel P, as per box **2016**. The process returns to start to await a new command.

If no return to the channel P is requested the viewer has a choice to view a summary of the missed content due to interruption as per the decision of block **2017**. If the missed content is to be viewed the index is set to I1 as per block **2045**

US 7,743,399 B1

9

10

and I2 is set to the current program segment, as per block **2047**. An inquiry is performed, as per decision block **2049**, as to whether the value I=I2 and if it is the process proceeds to instructions of block **2053** causing the program channel P to be transmitted to the viewer's television receiver and the flow returns to start. If I does not equal I2 the instructions of block **2051** set I=I+1 and the instructions of block **2052** transmit the I-th summary segment to the viewer's television receiver.

If the decision of block **2017** is not to view a summary of missed content a subsequent decision in block **2019** inquires if a link command has been issued (i.e., a link button, for example, has been actuated by the viewer). If not, flow returns to the start. If the link command has been actuated, an inquiry by block **2021** inquires if the stored summary is being transmitted. If stored summary is not being transmitted, flow proceeds to a subsequent inquiry of block **2023** to determine if a stored program is being transmitted. Again if a stored program is not being transmitted, an inquiry by block **2025** inquires if a live program is being transmitted and if not flow returns to start.

If the decision of block **2021** determines that a stored summary is being transmitted, a subsequent instruction of block **2057** sets I equal to the index of the current summary segment. An inquiry is initiated to determine if the I-th program segment is stored in the STB for cable reception or in the VSS for xDSL reception. If the segment is stored, as determined by block **2059** the flow process proceeds to instruction block **2119**. If the segment is not stored, an inquiry of block **2061** inquires if the program has been previously broadcast. If the program has been previously broadcast, a dialog box #2 is transmitted to the viewer, as per box **2062**, which indicates to the viewer that the program has been previously broadcast but has not been recorded. If the program was not previously broadcast, an inquiry of block **2063** inquires if it is presently being broadcast. If it is being broadcast, the instructions of block **2071** switch the viewer to that program channel and the flow returns to start. If it is not being broadcast, a query of block **2073** asks if the program is schedule for future broadcast. If it is so scheduled, a dialog box #3 is presented to the viewer, as per block **2075**, so indicating that the program is scheduled for future broadcast and makes an interactive offer to record it. If the program is not schedule for future broadcast, another dialog box #4 is presented to the viewer, as per box **2076**, indicating that the program is not recorded and is not schedule for future broadcast. In both previous instances, the flow returns to start. The program schedule **1002** in FIG. **10** is used to obtain the information about the schedule of a particular program. This information includes the unique ids that identify the program and its summaries.

If the decision of block **2023** determines that the stored program is being transmitted, I is set equal to the index of the current program segment, as per box **2072**, and subsequent decision block **2077** presents the inquiry as to whether the I-th segment summary is stored in the STB or VSS. If it is not stored dialog box #5 is transmitted to the viewer, as per box **2078**, to indicate that a summary is not stored for this program.

If the I-th summary segment is stored in the STB or VSS the I-th summary segment is sent to the viewer as instructed by block **2101**. Decision block **2103** inquires if this summary uses two way links. If two-way links are not used the remaining summary segments are transmitted as per block **2111**. As per subsequent instructions of block **2113** the entire summary is transmitted. The process subsequently returns to the start.

If the two-way links are being used the (I+1)-th program segment is transmitted to the user as per block **2105** followed by transmission of the remaining program segment as per block **2107**. Following this the entire program is transmitted, as per block **2019**, and the process returns to start.

A determination by decision block **2025** that a live program is being transmitted directs the flow process to block **2083** having the instruction to set I equal to the index of the current program segment. An inquiry of block **2085** inquires if the I-th summary is stored in the STB/VSS. If it is not stored the system transmits the dialog message #6, as per block **2086**, which indicates to the viewer that a summary is not stored for this program. If a summary is stored the I-th summary segment is transmitted to the viewer as indicated in the block **2089**. An inquiry of block **2091** determines if the summary uses two-way links. If two-way links are in use the user is switched to the program channel as per block **2095** and the process returns to start.

If two-way links are not in use the remaining summary segments are transmitted to the user as per block **2093**. The entire summary is transmitted as per block **2097** and the process returns to start.

If the decision block **2059** determines that an I-th program segment is stored in the STB/VSS the flow proceeds to block **2119**, as indicated above, whose instructions transmit the I-th program segment. The inquiry of subsequent decision block **2121** to queries if the summary uses two-way links. If not the remaining program segments are transmitted to the viewer as per block **2125** and the entire program is transmitted as per block **2127**. If two-way links are in use the I-th summary segment is transmitted as per block **2123** and the remaining summary segments are also transmitted as per block **2129** resulting in transmission of the entire summary as per block **2131**. The process returns to start.

In the foregoing process the user is presented various dialog boxes on the television screen with which the user may interact or be provided with process-relevant information. These dialog boxes are listed to assist in understanding the above user process. Dialog Box #**1** informs the user that he/she has no subscription to the service. It provides interactive capability allowing the user to subscribe if desired. Dialog Box #2 informs the user that the program desired has been previously broadcast but has not been recorded. Programs scheduled for future broadcast are announced by Dialog Box #**3** as well as providing an interactive capability to give the user the capability to record it. Dialog Box #**4** informs the user that a program broadcast and not recorded is not scheduled for future broadcast. The Dialog Box #**5** announces absence of summaries stored for the present program. This list of Dialog Boxes is intended to be exemplary and is not intended to limit the scope of the process features of the invention.

The proceeding process illustrates one illustrative method of user interaction with the system. Many departures from this scheme may be devised without departing from the spirit and scope of the invention.

A unique feature of the process is the allowance of summary generation during actual live event programming. The summarization process is schematically illustrated in FIG. **13** and involves the active monitoring of the program by an editor **1306**. The editor **1306** may be a live person or an apparatus programmed to perform the editing process. As shown, the Live program **1300** is recorded by camera and microphone **1301** and cast into a form (i.e., digital television signal) suitable for transmission by modulation and broadcast equipment **1302**. The program is transmitted by a program channel, via a POP, to an STB or VSS **1303** for application to a television receiver **1304**.

The broadcast program (i.e., digital television signal) is also coupled to a computer (i.e., PC, workstation, etc.) **1305**.

US 7,743,399 B1

11

The signal is buffered and displayed to allow an editor (i.e., live person), with appropriate editing software, to choose segments (i.e., program fragments) appropriate for creating a summary. These summaries, as well as associated metadata, are transmitted to the STB or VSS. The metadata in accord with MPEG-2 standards is transmitted as part of an elementary data stream associated with the program.

This method allows the generation of summaries almost simultaneously with the program itself, allowing a viewer to receive summaries only a few minutes subsequent to programming segments.

What we claim is:

1. A computer-implemented method of providing summaries of programming to a recipient, the method comprising, at a network node:

dividing a received program into program segments;

summarizing and storing each program segment into a corresponding summary segment, wherein each summary segment includes audio, full-motion video, and at least one still picture;

generating metadata files for delimiting a beginning and an end of summary segments and program segments; and

upon a request from a user from a client device, supplying the summary segments in lieu of program segments, the summary segments being streamed in a first channel to the client device and the program segments being streamed in a second channel to the client device.

2. The computer-implemented method of claim 1, further comprising generating indexing information for facilitating links between the programming segments and the summary segments.

3. The computer-implemented method of claim 1, wherein the program is received via a broadband wired access link.

4. The computer-implemented method of claim 1, wherein the program is received according to the MPEG-2 standard.

5. The computer-implemented method of claim 1, further comprising:

accessing the summary segments by setting timing marks in the program to define summaries.

6. The computer-implemented method of claim 1, further comprising accessing by linking via use of a one-way video hyperlink.

7. The computer-implemented method of claim 1, further comprising accessing by linking via use of a two-way video hyperlink.

8. The computer-implemented method of claim 1, further comprising activating a link is by a single step action.

9. The computer-implemented method of claim 8, wherein activating a link is performed by a single step action that is a step of pushing a button on a remote controller.

10. The computer-implemented method of claim 1, wherein accessing the summary segments includes setting position marks in the program to define summaries.

11. The computer-implemented method of claim 1, wherein storing the summary segments uses a storage medium located at a user location.

12. The computer-implemented method of claim 1, wherein storing the summary segments uses a storage medium integrated with a delivery network.

13. The computer-implemented method of claim 6, wherein accessing by linking by use of a two-way hyperlink includes a viewer viewing a summary segment and selecting a link function during that summary segment whereby control passes to a beginning of a corresponding program segment; and

12

passing control at a completion of the corresponding program segment to a beginning of a next summary segment.

14. The computer-implemented method of claim 6, wherein accessing by linking by use of a two-way hyperlink includes a viewer viewing a program segment and selecting a link function during the program segment whereby control passes a beginning of a corresponding summary segment; and

passing control at a completion of the corresponding summary segment to a beginning of a next program segment.

15. The computer-implemented method of claim 1, further comprising interrupting delivery of a program in response to an interrupt command delivered over an interrupt channel I.

16. The computer-implemented method of claim 15, further comprising recovering a summary of missed programming due to the interruption in delivery in response to a resume command supplied over the I channel.

17. In the computer-implemented method of claim 16, wherein interacting with a control for providing a missed/interrupted program is by means of a screen display responsive to a remote.

18. The computer-implemented method of claim 1, further comprising providing programming control, via a program channel P, including a screen display responsive to an interactive control of the user.

19. A computer-implemented method of facilitating selection and delivery of summaries of programming provided to recipients, the method comprising, at a network node:

dividing the programming into program segments using program index markers;

generating summary segments of parts of the program segments and generating summary index markers corresponding to the programming index markers, wherein each summary segment includes audio, full-motion video, and at least one still picture;

generating metadata files for delimiting

a beginning and an end of summary and the program segments and including indexing information for facilitating links between the program segments and the summary segments, wherein the metadata files are used to deliver summary segments to the recipient, the summary segments being streamed in a first channel to the client device and the program segment being streamed in a second channel to the client device.

20. The computer-implemented method of claim 19, further comprising:

selecting a summary segment by activating a link between the programming segment and the summary segment by utilizing a metadata file included with the summary channel; and

transmitting the selected summary segment and associated metadata to the recipient via the summary channel.

21. The computer-implemented method of claim 19, further comprising including the metadata file within a data stream included in a program stream according to MPEG-2 standards.

22. The computer-implemented method of claim 19, further comprising including user data with each group of pictures corresponding to program segments.

23. The computer-implemented method of claim 19, further comprising activating a link connection by a single physical command.

24. The computer-implemented method of claim 19, further comprising including in the step of generating summary segments a step of dynamically generating summaries of live programming in real-time by dynamic editing software.

US 7,743,399 B1

**13**

**25**. The computer-implemented method of claim **19**, further comprising constructing the metadata file in XML language to define the message.

**26**. The computer-implemented method of claim **19**, whereby the step of:

selecting by activating a link utilizes a one-way link.

**27**. The computer-implemented method of claim **19**, wherein selecting by activating a link utilizes a two-way link.

**28**. A network-based system for delivering summaries of programming to a recipient, the system comprising:

a processor;

means for controlling the processor to divide a received program into program segments;

means for controlling the processor to summarize and store each program segment into a corresponding summary segment, wherein each summary segment includes audio, full-motion video, and at least one still picture;

means for controlling the processor to generate metadata files for delimiting a beginning and an end of summary segments and program segments; and

means, upon a request from a user from a client device, for controlling the processor to supply the summary seg-

**14**

ments in lieu of program segments, the summary segments being streamed in a first channel to the client device and the program segment being streamed in a second channel to the client device.

**29**. The delivery system of claim **28**, further comprising:

means for storing the summary segments, the means for storing being located integral to transmission media of a public network by which programming is delivered.

**30**. The delivery system of claim **28** wherein the means for storing is located in a STB at a co-location with a recipient of the programming.

**31**. The delivery system of claim **28**, further comprising:

means for interacting with the user that enables the user to select summaries, including a screen displaying permitting user entry of controls.

**32**. The delivery system of claim **28**, further comprising:

a two-way link control allowing a user to control summary segment and program segment selection while starting from a program segment and summary segment respectively.

\* \* \* \* \*

# Exhibit H



US009055328B2

(12) **United States Patent**
Bhagavath et al.

(10) Patent No.: **US 9,055,328 B2**
(45) Date of Patent: **Jun. 9, 2015**

(54) **NETWORK-BASED SERVICE TO PROVIDE ON-DEMAND VIDEO SUMMARIES OF TELEVISION PROGRAMS**

(75) Inventors: **Vijay K. Bhagavath**, Lincroft, NJ (US); **Robert Edward Markowitz**, Glen Rock, NJ (US); **Joseph Thomas O'Neil**, Staten Island, NY (US)

(73) Assignee: **Chanyu Holdings, LLC**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 133 days.

(21) Appl. No.: **13/303,372**

(22) Filed: **Nov. 23, 2011**

(65) **Prior Publication Data**

US 2012/0072959 A1 Mar. 22, 2012
US 2014/0053218 A9 Feb. 20, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 12/793,994, filed on Jun. 4, 2010, now Pat. No. 8,087,049, which is a continuation of application No. 10/824,663, filed on Apr. 14, 2004, now Pat. No. 7,743,399, which is a continuation of application No. 09/577,642, filed on May 24, 2000, now Pat. No. 6,829,781.

(51) **Int. Cl.**

| | |
|---|---|
| *H04N 7/173* | (2011.01) |
| *H04N 21/435* | (2011.01) |
| *H04N 21/235* | (2011.01) |
| *H04N 21/84* | (2011.01) |
| *H04N 21/845* | (2011.01) |

(Continued)

(52) **U.S. Cl.**
CPC ........... *H04N 21/435* (2013.01); *H04N 21/235* (2013.01); *H04N 21/84* (2013.01); *H04N*

*21/8455* (2013.01); *H04N 21/8456* (2013.01); *H04N 21/8549* (2013.01); *H04N 21/858* (2013.01)

(58) **Field of Classification Search**
CPC .......... H04N 21/47202; H04N 21/812; H04N 21/6125
USPC .................. 725/93, 38, 52, 61, 50, 136, 139
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,442,390 | A | 8/1995 | Hooper et al. |
| 5,737,552 | A | 4/1998 | Lavallee et al. |
| 6,236,395 | B1 | 5/2001 | Sezan et al. |

(Continued)

OTHER PUBLICATIONS

Barry G. Haskell et al., "Digital Video: an Introduction to MPEG-2", Chapman & Hall, New York, 1997, Chapters 3 and 10.

(Continued)

*Primary Examiner* — Jivka Rabovianski
(74) *Attorney, Agent, or Firm* — Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.

(57) **ABSTRACT**

A network-based device allows customers to receive television programming and to view summaries of the programming. A method of providing the summaries comprises: dividing a received program into program segments each identified by index marks, summarizing each program segment into summary segments identified by similar index marks, generating metadata files for delimiting a beginning and an end of summary segments and program segments, storing the summary segments and accessing the summary segments to supply the summary segments in lieu of program segments upon demand.

**20 Claims, 14 Drawing Sheets**



US 9,055,328 B2

Page 2

(51) **Int. Cl.**
**H04N 21/8549**        (2011.01)
**H04N 21/858**         (2011.01)

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| 6,263,505 | B1  |  7/2001 | Walker et al. |
| 6,268,849 | B1  |  7/2001 | Boyer et al. |
| 6,298,482 | B1  | 10/2001 | Seidman et al. |
| 6,317,885 | B1  | 11/2001 | Fries |
| 6,564,383 | B1  |  5/2003 | Combs et al. |
| 6,567,980 | B1  |  5/2003 | Jain et al. |
| 6,880,171 | B1* |  4/2005 | Ahmad et al. ............... 725/134 |
| 6,961,954 | B1* | 11/2005 | Maybury et al. ............. 725/53 |
| 7,076,149 | B1* |  7/2006 | Lewis et al. .................. 386/243 |
| 2005/0086703 | A1 | 4/2005 | Gupta et al. |
| 2005/0160457 | A1 | 7/2005 | Rui et al. |

OTHER PUBLICATIONS

Joan L. Mitchell et al., "MPEG Video Compression and Standard", Chapman & Hall, 1997, Chapters 9 and 10.
Joel Dreyfull, "The VCR's Days are Numbered", Fortune Magazine, Aug. 2, 1999.
Replay TV Article, www.replaytv.com, printed Sep. 7, 1999.
TiVo Information, www.tivo.com, printed Sep. 8, 1999.

* cited by examiner



*FIG. 1*



*FIG. 2*

*FIG. 3*



*FIG. 4*





FIG. 5



FIG. 6

## FIG. 7

702



USER INTERFACE FOR VIDEO SUMMARIES

Summaries:
1. 60 Minutes (CBS, 8/1/99, 7PM EST)
2. Dateline (NBC, 8/4/99 10PM EST)
3. Titanic (HBO, 8/2/99 8PM EST)
4. 20/20 (ABC, 8/5/99 10PM EST)
5. World News Tonight (ABC, 8/3/99, 6:30PM EST)
6. ER (NBC, 8/4/99, 10PM EST)
7. Tonight Show (NBC, 8/5/99, 11:30PM EST)
8. Today (NBC, 8/9 7AM EST)

Enter summary id [        ]    706

704

## FIG. 8

802



USER INTERFACE FOR INTERRUPTED VIEWING

Channel P is now being summarized.

Options:

1. Return to channel P
2. View summary of missed content

Enter option id [        ]    806

804



*FIG. 9*



FIG. 10

Case 1:21-cv-01322-MN   Document 1-1   Filed 09/17/21   Page 127 of 291 PageID #: 162



*FIG. 11*



*FIG. 12*

*FIG. 13*





FIG. 14



FIG. 15

START
2001
USER ENTERS COMMAND
2003
Z
DOES COMMAND CHANGE CHANNELS?
2005
YES
NO
DOES USER SUBSCRIBE TO THE SERVICE?
2007
TRANSMIT DIALOG BOX #1
2027
COMMAND TO CHANGE TO CHANNEL S?
2009
TRANSMIT SUMMARY SCREEN
2006
COMMAND TO CHANGE TO CHANNEL I?
2011
SET P EQUAL TO PROGRAM CHANNEL NUMBER
2033
SET I1 EQUAL TO INDEX OF CURRENT PROGRAM SEGMENT
2034
TRANSMIT INTERRUPTED VIEWING SCREEN
2037
COMMAND FOR SUMMARY ID ON CHANNEL S?
2013
TRANSMIT SELECTED SUMMARY
2038
COMMAND TO RETURN TO CHANNEL P ON CHANNEL I?
2015
TRANSMIT CHANNEL P
2016
AA

*FIG. 15 (CONTINUED)*





SET I EQUAL TO INDEX OF CURRENT SUMMARY SEGMENT
H
2057
IS I-th PROGRAM SEGMENT STORED IN STB/VSS ?
2059
NO
YES
K
WAS PROGRAM PREVIOUSLY BROADCAST?
2061
YES
NO
TRANSMIT DIALOG BOX #2
2062
Z
IS PROGRAM CURRENTLY BEING BROADCAST ?
2063
YES
NO
SWITCH TO PROGRAM CHANNEL
2071
Z
IS THE PROGRAM SCHEDULED FOR FUTURE BROADCAST?
2073
YES
NO
TRANSMIT DIALOG BOX #3
2075
Z
TRANSMIT DIALOG BOX #4
2076
Z
I
SET i EQUAL TO INDEX OF CURRENT PROGRAM SEGMENT
2072
IS I-th SUMMARY SEGMENT STORED IN STB/VSS?
2077
YES
NO
TRANSMIT I-th SUMMARY SEGMENT
2101
TRANSMIT DIALOG BOX #5
2078
Z
DOES THIS SUMMARY USE TWO-WAY LINKS?
2103
NO
YES
TRANSMIT REMAINING SUMMARY SEGMENTS
2111
TRANSMIT ENTIRE SUMMARY
2113
Z
TRANSMIT (I+1)-th PROGRAM SEGMENT
2105
TRANSMIT REMAINING PROGRAM SEGMENTS
2107
TRANSMIT ENTIRE PROGRAM
2109
Z

*FIG. 16*



FIG. 17

J
SET I EQUAL TO INDEX OF CURRENT PROGRAM SEGMENT
2083
IS I-th SUMMARY SEGMENT STORED IN STB/VSS?
2085
NO
TRANSMIT MESSAGE BOX #6
2086
Z
YES
TRANSMIT I-th SUMMARY SEGMENT
2069
DOES SUMMARY USE TWO-WAY LINKS?
2091
NO
TRANSMIT REMAINING SUMMARY SEGMENTS
2093
TRANSMIT ENTIRE SUMMARY
2097
Z
YES
SWITCH TO CHANNEL P
2095
Z
K
TRANSMIT I-th PROGRAM SEGMENT
2119
DOES THIS SUMMARY USE TWO-WAY LINKS ?
2121
YES
TRANSMIT (I+1)-th SUMMARY SEGMENT
2123
NO
TRANSMIT REMAINING PROGRAM SEGMENTS
2125
TRANSMIT ENTIRE PROGRAM
2127
Z
TRANSMIT REMAINING SUMMARY SEGMENTS
2129
TRANSMIT ENTIRE SUMMARY
2131
Z

US 9,055,328 B2

1

# NETWORK-BASED SERVICE TO PROVIDE ON-DEMAND VIDEO SUMMARIES OF TELEVISION PROGRAMS

## PRIORITY INFORMATION

The present application is a continuation of U.S. patent application Ser. No. 12/793,994, filed Jun. 4, 2010, which is a continuation of U.S. patent application Ser. No. 10/824,663, filed on Apr. 14, 2004, which is a continuation of U.S. patent application Ser. No. 09/577,642, filed on May 24, 2000, now U.S. Pat. No. 6,829,781, the contents of which are incorporated herein by reference in their entirety.

## FIELD OF THE INVENTION

This invention relates to extracting summaries of television (or audio) programming both during live broadcasting and post broadcasting. It is in one instance concerned with recipient controlled recovery of summaries of programming supplied via cable and xDSL access links. In another aspect it concerns back-and-forth intermingling of summaries and live/recorded programming under control of a recipient customer. It particularly concerns apparatus within a broadcast network and on customer premises to enable such extraction and presentation of summaries.

## BACKGROUND OF THE INVENTION

Recording apparatus presently generally available permits a recipient of television and radio programming to record real-time programming (i.e., on VHS tapes) and replay it at a later time. The most ubiquitous example is the VCR, which allows recordation of live TV programming under recipient control for replay at a time of the recipient's choice. To record, the customer must select the time of the interval to be recorded.

There exist more sophisticated systems (Digital Video Recorders) which automatically record programming (via a digital cache/memory) and allow the user to selectively view portions of the recorded programming at a later time. An example of such a recording system is the ReplayTV digital video recorder and the TiVo Personal TV digital video recorder, which supply up to 30 hours of recording time. They provide features that surpass recording by monitoring listener preferences and by suggesting programming appropriate to these preferences. Recording may occur during live programming and if live viewing is interrupted the viewer may recover a delayed presentation of the programming at the end of the interruption interval.

These record/playback systems are however limited by failing to fully utilize network system capabilities. Summaries, for example, may be poorly defined or delimited resulting in loss of program material available to the user/viewer. Options available to the user are limited to manipulation of programming as received rather than using network and program provider resources to provide a broad spectrum of control.

## SUMMARY OF THE INVENTION

Recipients who receive network programming are enabled, according to principles of the invention, to receive television/audio programming from a distribution network and view selected summaries of such programming as part of a network-based service. Identification and preparation of the summaries is at least in part a network-controlled process with recipient utilization of the features provided being under control of the recipient viewer. Features include recovery of audio, snapshots (stills) and full-motion video summaries extracted from program content. A summary in some instances may be a specially created overview, of a program created by a program source that is provided by a program source or provider. In some instances, segments may be created independent of the programming as a leader or overview in advance of the program or as an inducement to watch pre-stored programs.

Summaries are generally program segments extracted from complete programs and may include various combinations of audio, full-motion video, still pictures (i.e., selected frames), and other presentation modes either singly or in any desired arrangement. Accessing techniques may be by user control or system controlled selection based on user profiles. Direct user selections, may be made by a user for covering interruptions to user viewing. Network control allows greater selectively, to determine if program content is desired or to meet other user generated requests, which a summary may satisfy.

In an illustrative embodiment, the sources of programming generate and transmit summaries that include control information to permit a recipient to selectively choose and replay the summaries. In some embodiments a video summary server (VSS) is included to in the network to perform summary/program storage and provide access functions. In another embodiment a set top box (STB) is included on recipient premises to receive program/summaries and perform some of the viewing control functions and store summaries.

The process of transmitting and generating summaries is based in part upon properties specified in the MPEG-2 (Moving Picture Experts Group) standards. MPEG-2 is a standard concerning signal encoding and real time transmission of video and audio program streams. The standards primary goal is bandwidth compression as well as combining and multiplexing. Packet headers under the standard include many features such as time stamps, typing of payloads and combining/multiplexing all of, which are useful in enabling the invention of applicants. MPEG-2 includes many features including information-carrying capability of a video stream. This permits the transmission of information by the program source that enables the features of the invention to be realized.

In one aspect the method of the invention processes programming to facilitate selection and delivery of summaries of the programming to recipients by providing the programming to the recipient via a program channel. Index markers are applied to the program to divide the programming into segments. Summary segments are generated containing information from corresponding programming segments and related to one another by corresponding index markers. Metadata files are created and associated with a summary channel and operate to delimit beginning and ending of segments in both programming and summary channels. Metadata includes the indexing information for facilitating links between programming segments and summary segments. A user/recipient selects a summary by activating a link between a programming segment and a summary segment by utilizing the metadata file included with the summary channel. The summary is transmitted to the recipient, via the summary channel.

In a particular embodiment the summary channels include metadata to implement/facilitate a linking back and forth between summary and program channels under command of a user. The MPEG-2 standards enable user data, in the form of metadata, to be included in a video sequence. This data delimits the beginning and end of segments in both summary and

3

program channels. The standard further allows an elementary data stream to be included within a program stream. The elementary data stream is used to provide indexing used to implement video linking and interrupted viewing features.

In one aspect the relevant control is responsive to metadata supplied to define and identify summaries corresponding to particular programs. It defines start and end marks of both summaries and programs and the nature of the linking connections between summary and program. Such metadata is easily to integrate with the programming under the MPEG-2 standard.

The reviewing and selection functions include but are not limited to;

Supplying and viewing summaries of programs as a means of selection of programs to view in their entirety.

Providing recipient control to select related summaries and full program segments through summary-segment linkage marks.

Providing one-way and two-way video hyperlinks between programs and summaries.

Providing the viewing recipient with missing portions of interrupted program viewing.

Generating summaries during live programming for intermittent viewing.

Providing summaries permitting selective recipient recording of portions of a program.

DESCRIPTION OF THE DRAWINGS

FIGS. 1 through 6 are diagrammatic illustrations of modes of selections and presentations of summaries of video programming;

FIGS. 7 and 8 are schematics of a screen control menu presented to a viewer;

FIGS. 9 and 10 are schematics of video summary system components involving cable networks;

FIG. 11 is a schematic functionally illustrating a set top box (STB) with enhancements for enabling summary storage and retrieval;

FIG. 12 is a schematic of video summary system components added to a network having a xDSL access network;

FIG. 13 is a process diagram describing summarization of live television programming;

FIG. 14 is a flow chart describing a monitoring/control of video storage processes; and

FIGS. 15, 16 and 17 is a flow chart disclosing a control process permitting the exercise of summary selection and viewing by a recipient of programming.

DETAILED DESCRIPTION

Viewing of summaries of audio and video programming is available, according to the invention in many styles and formats. Summaries may be generated dynamically by a recipient viewer's requests or recalled from a central repository of summaries at user request. Various systems of generating, using and recalling summaries are illustrated in the program schematics of FIGS. 1 through 6. In the circumstances of FIG. 1 a program sequence is shown by the bar 101 showing the evolving of the program. As the program progresses the program's progress is marked by the markers P1, P2, P3, . . . . These markers are related to corresponding markers shown in the Summary (audio) bar 102 and the Summary (video) bar 103. As shown the program from 0 to P1 may be shown as summary from 0 to Si. The subsequent portion from P1 to P2 may be bypassed and a subsequent portion of the program from P2 to P3 shown as summary from S1 to S2. The sum-

4

maries shown are full motion and all inclusive of materials within the marker interval covered and/or summarized.

In the illustrative summaries of FIG. 2, markers P1, P2, P3, . . . segment the program. An audio summary 201 is created resulting in audio summaries 0 to S3, and s# to S5. The video portion is reduced to snapshots or still pictures 203 with each still picture related to a particular program segment. The snapshot from position P2 in the program is sued during the summary interval from S1 to S2. The use of still images and full motion images may be interspersed as desired. This option is illustrated in FIG. 3 where the video summaries 303, 304, 305, 306 and 307 comprise still images and full motion images of the basic programming 301. Full motion images are interspersed with still images. An audio summary component 300 is also shown.

FIG. 4 illustrates an example of one-way video hyperlinks. A user begins by viewing a summary and selecting the link function during the summary segment 405. Control passes to the beginning of the corresponding program segment 415. When that program segment completes, control continues with the remaining program segments. Other summary segments are shown by way of illustration in FIG. 4 as segments 404, 406, 407 and 408. Further, other program segments are also illustrated as program segments 414, 416, 417 and 418.

One-way video hyperlinks can also pass control from a program segment to the beginning of the corresponding summary segment. When that summary segment completes, control continues with the remaining summary segments.

FIG. 5 illustrates the operation of two-way hyperlinks. A user begins by viewing the summary and selects the link function during the summary segment 505. Control passes to the beginning of the corresponding program segment 515. When that program segment completes, control automatically returns to the beginning of the next summary segment 506. The user again selects the link function during summary segment 507. Control passes to the beginning of the corresponding program segment 517. When the program segment completes, control automatically returns to the beginning of the next summary segment 508. FIG. 5 further shows by way of illustration additional summary segment 504 and program segments 514, 516 and 518.

FIG. 6 also illustrates the operation of two-way hyperlinks. A user begins by viewing the program and selects the link function during the program segment 615. Control passes to the beginning of the corresponding summary segment 605. When that summary segment completes, control automatically returns to the beginning of the next program segment 616. The user again selects the link function during program segment 617. Control passes to the beginning of the corresponding summary segment 607. When that summary segment completes, control automatically returns the beginning of the next program segment 618. FIG. 6 further illustrates segments such as summary segment 604, 606 and 608 and program segment 614.

The relationship between program and summary segments may be established and controlled through use of a metadata file or files. In the illustrative embodiment, metadata is used to identify program and summary segments. It also establishes the flags useful for two-way and one-way connecting links for use in changing from a program to a summary or vice versa. A one way link allows a user to switch from a summary segment to a corresponding program segment or switch from a program segment to a corresponding summary segment. A two-way link allows the user to view a summary segment and switch to a corresponding program segment with an automatic return to the next summary segment when the corresponding program segment completes. Two-way links also

US 9,055,328 B2

5

permit switching from a program segment to a corresponding summary segment with an automatic return to the next program segment.

The metadata file may also provide key words for each summary segment. Start and end positions for each summary segment may be established and correlated with start and stop positions for each program segment. Summary metadata may be expressed in XML (eXtensible Markup Language) or a suitable equivalent. XML is well known and need not be discussed in detail. An illustrative XML summary file may assume the following form, to select specific subject matter from, a program.

```
<summary>
  <summary_id>726746425</summary_id>
  <program_id>399868815</program_id>
  <links>two-way</links> 
  <index>0</index>
  <keywords>Federal Reserve, Interest Rates</keywords>
  <start>0</start>
  <end>1000</end>
  
  ████████████████████████
  
  <index>0</index>
  <start>0</start>
  <end>10000</end> 
  ████████████████████████
  </summary>
etc.
```

The foregoing illustrative metadata file indicates that there is a summary of parts of a program relating to the Federal Reserve and interest rates. The metadata file is generated by the content provider. It permits the system to select the desired summary information if available. Transmission of the signal in accord with the MPEG-2 standard allows the interaction with the programming file by means of this metadata file.

The sections of this metadata file are now described. First the <summary> tag indicates the start of the file. Second the <summary id> tag provides a globally unique id for this summary. Third, the <program id> tag provides a globally unique id for the corresponding program. Fourth, the <links> tag indicates that the links between the program and summary segments operate as two-way links. Fifth, the <summary segment> tag indicates the start of a summary segment definition. One metadata file can define multiple summary segments. Sixth, the <program segment> tag indicates the start of a program segment definition. One metadata file can define multiple program segments.

Each <summary segment> contains four tags. The <index> tag assigns a unique index to that segment. The segments in a summary are assigned indexes that begin at zero and increase sequentially. The <keywords> tag associates several keywords with this summary segment. Software can use these keywords to identify segments that are most likely to be of interest to a particular viewer. The <start> tag indicates the position in the summary that marks the beginning of this segment. Position can be specified as a frame number. The <end> tag indicates the position in the summary that marks the end of this segment.

Each <program segment> contains three tags. The <index> tag assigns a unique index to that segment. The segments in a program are assigned indexes that begin at zero and increase sequentially. The <start> tag indicates the position in the program that marks the beginning of this segment. Position can be specified as a frame number. The <end> tag indicates the position in the program that marks the end of this segment.

6

Each summary is sequence of summary segments. The segments are contiguous and non-overlapping. Similarly, each program is a sequence of program segments. The segments are contiguous and non-overlapping.

A viewer exercises control, in one embodiment, by interaction with a set top box (STB) or with a video summary server (VSS) by means of an interactive menu such as illustrated in the screen display 702 of FIG. 7. Here the list of summaries 704 in one example of the invention may be supplied over a channel used exclusively (i.e., an S channel) for this purpose. In the illustrative menu the view may select summaries related to the listed programs by entering the number associated with that summary in the summary id box 706 by a remote or other means. The menu 804 shown in the screen display 802 of FIG. 8 provides for summaries to recover material lost due to interrupted viewing of a program. Interrupted viewing occurs when a viewer is interrupted in his viewing (i.e. called away from the television receiver). If a viewer wishes to subsequently view a summary of missed programming content or view the current program, a selection may be entered by entering the appropriate control number in the option id box by a remote or other means. This process may be facilitated by use of a dedicated I channel.

The implementation is accomplished, in part, with an application of enhancements to various elements in the program delivery system. In the illustrative embodiments such enhancements are made to the set top box (STB) in a cable reception system or to a video summary server (VSS) in xDSL program delivery systems. These enhancements provide interface capabilities and information availability for program selection and the process of delivering summaries.

An illustrative system architecture for constructing and viewing program summaries is shown in the FIG. 9. This system is adapted for Cable networks and as shown includes a television-broadcasting source 901 connected to a network POP (Point-of-Presence) 903. POP herein is the physical equipment of a provider network at which the network terminates and which is connected to a recipient subscriber. A cable access link 905 connects POP 903 to an enhanced STB 907 located at customer premises 909. STB 907 provides the television signals to the television receiver 911. A server 913 maintains billing records.

A series of signals, for summary viewing, is diagrammed in the schematic of FIG. 10, showing the primary signal interfaces between the television-broadcasting source and the customer. The television-broadcasting source 901 provides program channels 1001 via the POP 903 to the STB 907 at the customer premises. The television channels are transmitted by various program providers to the POPs 903 and transmitted from the POPs to the STBs 907 at the customer's premises 909.

Each program and summary is assigned a globally unique identifier. This information is transmitted to the VSSs and STBs by the program summary channel.

Each broadcaster maintains a schedule of programming, which is accessible to the STBs via IP unicasting 1002 through the POPs 903. The customer may access programming-related descriptive material via the same IP channel. Separate digital summary channels 1003 are used to transmit program summaries from the broadcasters to the STB. The STB can receive and store these summaries from the broadcaster.

Charging data for the service provided is maintained by a billing system server 913 connected via channel link 1004 through the POP 903 to the STB 907. Billing in the illustrative example may be by subscription, by transaction or other suitable arrangement.

US 9,055,328 B2

7

An illustrative enhanced set top box (STB) **907**, for cable reception, is schematically shown in block form in the FIG. **11**. Program and summary channels from the broadcaster are applied to a bank of Audio\Video RF CATV Demodulators **1101**. The demodulators each recover a specific program or summary channel as directed by control of the software controller **1103**. Software controller **1103** includes stored programming that controls and coordinates operations of the various STB functions.

The recovered programming/summaries (streams) are applied to an MPEG-2 Decoder. MPEG-2 is a standard concerned with video and audio coding and processing other multimedia signals (e.g., packet streams). Decoder **1105** is designed in accord with this standard. MPEG processing, decoding of digital signals and design of a MPEG-2 system decoder is discussed in "Digital Video: An Introduction to MPEG-2" by B. G. Haskell et al 1997. This discussion of this book is incorporated herein by reference. This MPEG output stream is applied to a storage element **1107** for storing program and summary segments. Program storage may be by memory circuits, disk recordings or any suitable means compatible with the content stored.

Various stored material is selected under control of the software controller **1103** and transmitted to the digital to analog converter **1109** to place the program or summary in a suitable form for the home television receiver. The analog signal is coupled to the home television receiver, via the Audio\Video RF CATV Modulator **1111**, which converts the signals to NTSC (National Television Standards Committee) standards for application to the home television receiver.

The user/recipient exercises control of program summary selection by input to a user interface **1113** which commands are coupled to the software controller **1103**. Commands of the software controller **1103** are coupled to control the Modulator **1111**, the storage element **1107** and the Demodulator **1101**. A user Profile and Viewing history **1115** input is also connected the Software controller **1103**. Its input allows automatic selection of programming material to suit viewer desires and preferences. It may base these selections of stored demographic and prior selected subject matter. The software controller uses this information to self decide which summaries to store in order to effectively utilize the storage capacity of the storage medium **1107**. The user may transmit commands via the user interface **1113** to view or delete stored programs and summaries in the storage medium **1107**. Control by the user may be exercised by using dialog boxes that are displayed on the screen of the receiver. Examples of dialog displays are shown in the FIGS. **7** and **8**. Various types of dialog boxes are discussed below in the description of the controlling flow process of the software controller. The user may communicate with the interface by a remote controller.

In systems xDSL, for video delivery (FIG. **12**), the STB is replaced by a Video Summary Server (VSS) **1203** included in the DSL network. The programming is supplied to the user from the VSS **1203**, via a POP **1205** to a modem **1207**, via a xDSL Access Link **1211**, to the customer premises **1209**. The VSS **1203** has capabilities and processes similar to that of the STB and can autonomously decide which summaries to receive and store based on a user profile and past usage history stored in the VSS. A billing system **1213** is connected to the VSS via the POP **1205**. The VSS may be integrated within the POP if desired or be embodied as a separate unit within the network.

An important aspect of the process is monitoring the capability of the network storage elements to store the needed summaries. The process of FIG. **14** is intended to provide this capability. Starting at terminal block **1401** the controller and

8

the storage medium it controls wait for input from the summary channels. The controller inquires, per decision block **1405** as to whether this summary should be stored based on user selection, user preferences, etc. If the summary is not to be stored the flow process returns to block **1403** and waits for further input from the summary channel.

If the summary is to be stored, the process inquires, as per decision block **1407**, if there is sufficient storage to store the summary. With sufficient storage the summary is stored and/ or appended to an existing summary, as per block **1409**, with process flow returning to block **1403**.

If sufficient storage is not available, the summary is prioritized as per block **1411** as to whether it is desirable to the user and as per block **1413** is prioritized in relation to all other programs and summaries being processed. If the immediate summary is highly rated, preexisting summaries are deleted, as per block **1415**, to provide memory space for the new summary, The flow process proceeds to block **1409** instructing storage of the new summary.

One particular procedure of permitting interaction of a user with the system is presented as an illustrative embodiment, although many other processes may be used to enact the invention. A general understanding of this illustrative embodiment of user control may be obtained from the process disclosed in a flow chart disclosed in FIGS. **15**, **16** and **17**. The process begins at the start terminal **2001** followed by user entry of a command as per block **2003**. The software controller categorizes the command, as per block **2005**, as a decision to change a channel or not change a channel. If the command is to change a channel to another program channel the flow of the process returns to the start of the process since this is a routine change of channel. If the command does not change the channel the process proceeds to a decision as specified by block **2007**, which inquires if the subscriber subscribes to the service, requested. If the user is not a subscriber to the service the flow process presents the user with a dialog box #1 such as indicted by instruction box **2027** which presents a menu permitting the subscriber to enter a subscription to the service. The flow returns to the start of the flow process.

If the user is a subscriber, the process proceeds to a decision shown in the decision block **2009** to determine if the user wishes to change to a summary channel S. If the user wishes to change to a summary channel, the user is presented with a screen menu, as per box **2008**, similar to the box illustrated in the FIG. **7** presenting a listing of choices of readily available summaries for viewing. Subsequently the flow process returns to the start terminal.

If the user does not wish to be presented with a menu of existing summaries the process proceeds to decision block **2011** which inquires if the user wishes to change to an interrupt channel I to create a summary while the user is absent from the television receiver. If such a summary is desired the process proceeds to set P equal to a program channel number as per block **2033** and indicator Il, as per box **2034**, is set to equal the index number associated with a current segment of the program being viewed. The interrupt-viewing screen (FIG. **8**) is displayed as per block **2037** and the process returns to the start.

If no change to channel I is desired the next decision, as per block **2013**, determines if a particular channel Id is requested on the summary channel S. If a particular summary id is requested the summary is presented, as per instruction block **2038** and the process returns to the start. If no particular summary is requested, a decision, as per block **2015**, determines if there is a command to return to the channel P on the channel carrying the interrupted summary. If such a command has been issued the process returns the viewer to the

US 9,055,328 B2

9

program channel P, as per box **2016**. The process returns to start to await a new command.

If no return to the channel P is requested the viewer has a choice to view a summary of the missed content due to interruption as per the decision of block **2017**. If the missed content is to be viewed the index is set to Ii as per block **2045** and 12 is set to the current program segment, as per block **2047**. An inquiry is performed, as per decision block **2049**, as to whether the value I=12 and if it is the process proceeds to instructions of block **2053** causing the program channel P to be transmitted to the viewer's television receiver and the flow returns to start. If I does not equal 12 the instructions of block **2051** set I=I+1 and the instructions of block **2052** transmit the I-th summary segment to the viewer's television receiver.

If the decision of block **2017** is not to view a summary of missed content a subsequent decision in block **2019** inquires if a link command has been issued (i.e., a link button, for example, has been actuated by the viewer). If not, flow returns to the start. If the link command has been actuated, an inquiry by block **2021** inquires if the stored summary is being transmitted. If stored summary is not being transmitted, flow proceeds to a subsequent inquiry of block **2023** to determine if a stored program is being transmitted. Again if a stored program is not being transmitted, an inquiry by block **2025** inquires if a live program is being transmitted and if not flow returns to start.

If the decision of block **2021** determines that a stored summary is being transmitted, a subsequent instruction of block **2057** sets I equal to the index of the current summary segment. An inquiry is initiated to determine if the I-th program segment is stored in the STB for cable reception or in the VSS for xDSL reception. If the segment is stored, as determined by block **2059** the flow process proceeds to instruction block **2119**. If the segment is not stored, an inquiry of block **2061** inquires if the program has been previously broadcast. If the program has been previously broadcast, a dialog box #**2** is transmitted to the viewer, as per box **2062**, which indicates to the viewer that the program has been previously broadcast but has not been recorded. If the program was not previously broadcast, an inquiry of block **2063** inquires if it is presently being broadcast. If it is being broadcast, the instructions of block **2071** switch the viewer to that program channel and the flow returns to start. If it is not being broadcast, a query of block **2073** asks if the program is schedule for future broadcast. If it is so scheduled, a dialog box #**3** is presented to the viewer, as per block **2075**, so indicating that the program is scheduled for future broadcast and makes an interactive offer to record it. If the program is not schedule for future broadcast, another dialog box #**4** is presented to the viewer, as per box **2076**, indicating that the program is not recorded and is not schedule for future broadcast. In both previous instances, the flow returns to start. The program schedule **1002** in FIG. **10** is used to obtain the information about the schedule of a particular program. This information includes the unique ids that identify the program and its summaries.

If the decision of block **2023** determines that the stored program is being transmitted, I is set equal to the index of the current program segment, as per box **2072**, and subsequent decision block **2077** presents the inquiry as to whether the I-th segment summary is stored in the STB or VSS. If it is not stored dialog box #**5** is transmitted to the viewer, as per box **2078**, to indicate that a summary is not stored for this program.

If the I-th summary segment is stored in the STB or VSS the I-th summary segment is sent to the viewer as instructed by block **2101**. Decision block **2103** inquires if this summary uses two way links. If two-way links are not used the remain-

10

ing summary segments are transmitted as per block **2111**. As per subsequent instructions of block **2113** the entire summary is transmitted. The process subsequently returns to the start.

If the two-way links are being used the (I+1)-th program segment is transmitted to the user as per block **2105** followed by transmission of the remaining program segment as per block **2107**. Following this the entire program is transmitted, as per block **2019**, and the process returns to start.

A determination by decision block **2025** that a live program is being transmitted directs the flow process to block **2083** having the instruction to set I equal to the index of the current program segment. An inquiry of block **2085** inquires if the I-th summary is stored in the STBNSS. If it is not stored the system transmits the dialog message #**6**, as per block **2086**, which indicates to the viewer that a summary is not stored for this program. If a summary is stored the I-th summary segment is transmitted to the viewer as indicated in the block **2089**. An inquiry of block **2091** determines if the summary uses two-way links. If two-way links are in use the user is switched to the program channel as per block **2095** and the process returns to start.

If two-way links are not in use the remaining summary segments are transmitted to the user as per block **2093**. The entire summary is transmitted as per block **2097** and the process returns to start.

If the decision block **2059** determines that an I-th program segment is stored in the STBNSS the flow proceeds to block **2119**, as indicated above, whose instructions transmit the I-th program segment. The inquiry of subsequent decision block **2121** queries if the summary uses two-way links. If not the remaining program segments are transmitted to the viewer as per block **2125** and the entire program is transmitted as per block **2127**. If two-way links are in use the I-th summary segment is transmitted as per block **2123** and the remaining summary segments are also transmitted as per block **2129** resulting in transmission of the entire summary as per block **2131**. The process returns to start.

In the foregoing process the user is presented various dialog boxes on the television screen with which the user may interact or be provided with process-relevant information. These dialog boxes are listed to assist in understanding the above user process. Dialog Box #**1** informs the user that he/she has no subscription to the service. It provides interactive capability allowing the user to subscribe if desired. Dialog Box #**2** informs the user that the program desired has been previously broadcast but has not been recorded. Programs scheduled for future broadcast are announced by Dialog Box #**3** as well as providing an interactive capability to give the user the capability to record it. Dialog Box #**4** informs the user that a program previously broadcast and not recorded is not scheduled for future broadcast. The Dialog Box #**5** announces absence of summaries stored for the present program. This list of Dialog Boxes is intended to be exemplary and is not intended to limit the scope of the process features of the invention.

The proceeding process illustrates one illustrative method of user interaction with the system. Many departures from this scheme may be devised without departing from the spirit and scope of the invention.

A unique feature of the process is the allowance of summary generation during actual live event programming. The summarization process is schematically illustrated in FIG. **13** and involves the active monitoring of the program by an editor **1306**. The editor **1306** may be a live person or an apparatus programmed to perform the editing process. As shown, the Live program **1300** is recorded by camera and microphone **1301** and cast into a form (i.e., digital television signal) suit-

US 9,055,328 B2

11

able for transmission by modulation and broadcast equipment **1302**. The program is transmitted by a program channel, via a POP, to an STB or VSS **1303** for application to a television receiver **1304**.

The broadcast program (i.e., digital television signal) is also coupled to a computer (i.e., PC, workstation, etc.) **1305**. The signal is buffered and displayed to allow an editor (i.e., live person), with appropriate editing software, to choose segments (i.e., program fragments) appropriate for creating a summary. These summaries, as well as associated metadata, are transmitted to the STB or VSS. the metadata in accord with MPEG-2 standards is transmitted as part of an elementary data stream associated with the program.

This method allows the generation of summaries almost simultaneously with the program itself, allowing a viewer to receive summaries only a few minutes subsequent to programming segments.

We claim:

1. A method, comprising:
transmitting to a client device, by a computer-based device, information that facilitates a display of a link, wherein the link is selectable by a user to navigate between a summary segment of a first program and the first program, wherein the summary segment includes a summary of a particular portion of the first program, and wherein the summary segment comprises at least one of the following: a video, an audio, or an image;
in response to detecting a selection of the link by the user, the computer-based device transmitting to the client device at least a portion of the first program;
subsequent to transmitting at least the portion of the first program to the client device, the computer-based device selecting, based on a user profile that includes the first program, a second program; and
the computer-based device causing a display of at least a portion of the second program on the client device.

2. The method of claim **1**, wherein the user profile includes demographic information associated with the user.

3. The method of claim **1**, further comprising the computer-based device implementing at least one timing mark in the first program, wherein the at least one timing mark is indicative of a boundary of a particular summary segment.

4. The method of claim **1**, wherein the link is a hyperlink linking the summary segment and the particular portion of the first program.

5. The method of claim **1**, wherein the link is one of a one-way hyperlink or a two-way hyperlink.

6. The method of claim **1**, wherein a boundary of the summary segment is identifiable based on at least one position marks included in the first program.

7. The method of claim **1**, wherein the summary segment is stored on a storage device that is included in a communication network associated with the computer-based device.

8. The method of claim **1**, further comprising:
the computer-based device receiving information indicative of a rating of the summary segment relative to summary segments corresponding to other programs, wherein the summary segments corresponding to other programs are stored on a storage device associated with a network.

9. The method of claim **1**, wherein the link is a two-way hyperlink, and wherein the method further comprises:
transmitting, by the computer-based device, the summary segment to the client device;
the computer-based device detecting a selection of the two-way hyperlink by the user while transmitting the summary segment; and

12

the computer-based device causing a display of a beginning portion of another summary segment, based on program information indicating that a display of the particular portion of the first program segment has ended.

10. The method of claim **1**, wherein the link is a two-way hyperlink, and wherein the method further comprises:
transmitting, by the computer-based device, the summary segment to the client device;
the computer-based device detecting a selection of the two-way hyperlink by the user while transmitting the summary segment; and
the computer-based device causing a display on the client device, based on program information indicative of a completion of displaying the summary segment, another particular portion of the first program.

11. The method of claim **1**, further comprising the computer-based device interrupting a transmission of the first program in response to the computer-based device receiving interruption information from the user indicating that an interrupt command has been delivered over an interrupt channel.

12. The method of claim **1**, further comprising the computer-based device recovering a summary of missed programming in response to the computer-based device receiving additional information from the user indicating that a resume command has been delivered over an interrupt channel.

13. The method of claim **12**, further comprising the computer-based device receiving the additional information from the user, wherein the additional information indicates that the user has requested for the summary of missed programming.

14. A computer system, comprising:
a processor; and
a memory storing instructions that are executable by the processor to cause the computer system to perform operations comprising:
transmitting to a client device information that facilitates a display of a link, wherein the link is selectable by a user to navigate between a summary segment of a first program and the first program, wherein the summary segment includes a summary of a particular portion of the first program, and wherein the summary segment comprises at least one of the following: a video, an audio, or an image;
in response to detecting a selection of the link by the user, transmitting to the client device at least a portion of the first program;
subsequent to transmitting at least the portion of the first program to the client device, selecting, based on a user profile that includes the first program, a second program; and
causing a display of at least a portion of the second program on the client device.

15. A non-transitory computer-readable storage medium storing instructions that are executable by a computing device to cause the computing device to perform operations comprising:
transmitting to a client device information that facilitates a display of a link, wherein the link is selectable by a user to navigate between a summary segment of a first program and the first program, wherein the summary segment includes a summary of a particular portion of the first program, and wherein the summary segment comprises at least one of the following: a video, an audio, or an image;

US 9,055,328 B2

13

in response to detecting a selection of the link by the user, transmitting to the client device at least a portion of the first program;

subsequent to transmitting at least the portion of the first program to the client device, selecting, based on a user profile that includes the first program, a second program; and

causing the client device to display at least a portion of the second program.

**16**. The non-transitory computer-readable storage medium of claim **15**, wherein the operations further comprise:

determining a capacity of a storage device associated with a network, and storing the summary segment on the storage device based on the capacity determined.

**17**. The computer system of claim **14**, wherein the operations further comprise:

storing a rating of the summary segment relative to summary segments of other programs stored on a storage device associated with a network.

14

**18**. The computer system of claim **14**, wherein the operations further comprise:

subsequent to determining that a capacity of a storage device associated with a network exceeds a threshold value, determining a rating of the summary segment relative to other summary segments stored on the storage device;

at least partially based on the rating, deleting from the storage device, at least one of the other summary segments.

**19**. The method of claim **1**, further comprising:

at least based on a storage capacity of a storage device associated with a network, the computer-based device deleting a particular summary segment from the storage device, wherein the particular summary segment is associated with a particular rating.

**20**. The computer system of claim **14**, wherein the operation of transmitting at least a portion of the first program includes transmitting a live event.

*     *     *     *     *

# Exhibit I

US008087049B2

(12) **United States Patent**      (10) **Patent No.:**      **US 8,087,049 B2**
Bhagavath et al.                 (45) **Date of Patent:**      *Dec. 27, 2011

(54) **NETWORK-BASED SERVICE TO PROVIDE ON-DEMAND VIDEO SUMMARIES OF TELEVISION PROGRAMS**

(75) Inventors: **Vijay K. Bhagavath**, Lincroft, NJ (US); **Robert Edward Markowitz**, Glen Rock, NJ (US); **Joseph Thomas O'Neil**, Staten Island, NY (US)

(73) Assignee: **AT&T Intellectual Property II, L.P.**, Atlanta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/793,994**

(22) Filed: **Jun. 4, 2010**

(65) **Prior Publication Data**

US 2010/0242072 A1      Sep. 23, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 10/824,663, filed on Apr. 14, 2004, now Pat. No. 7,743,399, which is a continuation of application No. 09/577,642, filed on May 24, 2000, now Pat. No. 6,829,781.

(51) **Int. Cl.**
*H04N 5/445*      (2011.01)

(52) **U.S. Cl.** ................ **725/45**; 725/46; 725/61; 725/94; 725/135

(58) **Field of Classification Search** .................... 725/94, 725/61, 46, 45, 135
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,442,390 A * | 8/1995 | Hooper et al. | ................. | 725/90 |
| 5,737,552 A | 4/1998 | Lavallee et al. | | |
| 6,236,395 B1 * | 5/2001 | Sezan et al. | ................. | 715/723 |
| 6,263,505 B1 | 7/2001 | Walker et al. | | |
| 6,268,849 B1 | 7/2001 | Boyer et al. | | |
| 6,298,482 B1 * | 10/2001 | Seidman et al. | ............. | 725/101 |
| 6,317,885 B1 | 11/2001 | Fries | | |
| 6,564,383 B1 | 5/2003 | Combs et al. | | |
| 6,567,980 B1 * | 5/2003 | Jain et al. | ................. | 725/61 |
| 2005/0086703 A1 * | 4/2005 | Gupta et al. | ................. | 725/135 |
| 2005/0160457 A1 * | 7/2005 | Rui et al. | ................. | 725/45 |

OTHER PUBLICATIONS

Barry G. Haskell et al., "Digital Video: an Introduction to MPEG-2", Chapman & Hall, New York, 1997, Chapters 3 and 10.
Joan L. Mitchell et al., "MPEG Video Compression and Standard", Chapman & Hall, 1997, Chapters 9 and 10.
Joel Dreyfull, "The VCR's Days are Numbered", Fortune Magazine, Aug. 2, 1999.
Replay TV Article, www.replaytv.com, printed Sep. 7, 1999.
TiVo Information, www.tivo.com, printed Sep. 8, 1999.

* cited by examiner

*Primary Examiner* — Joseph P Hirl
*Assistant Examiner* — Jivka Rabovianski

(57) **ABSTRACT**

A network-based device allows customers to receive television programming and to view summaries of the programming. A method of providing the summaries comprises: dividing a received program into program segments each identified by index marks, summarizing each program segment into summary segments identified by similar index marks, generating metadata files for delimiting a beginning and an end of summary segments and program segments, storing the summary segments and accessing the summary segments to supply the summary segments in lieu of program segments upon demand.

**18 Claims, 14 Drawing Sheets**



*FIG. 1*



*FIG. 2*





*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*

*FIG. 7*



```
                                                    702

        ┌──────────────────────────────────────────────┐
        │       USER INTERFACE FOR VIDEO SUMMARIES       │
        ├──────────────────────────────────────────────┤
        │ Summaries:                                     │
        │     1. 60 Minutes (CBS, 8/1/99, 7PM EST)       │
        │     2. Dateline (NBC, 8/4/99 10PM EST)         │
        │     3. Titanic (HBO, 8/2/99 8PM EST)           │
  704   │     4. 20/20 (ABC, 8/5/99 10PM EST)            │
        │     5. World News Tonight (ABC, 8/3/99, 6:30PM EST) │
        │     6. ER (NBC, 8/4/99, 10PM EST)              │
        │     7. Tonight Show (NBC, 8/5/99, 11:30PM EST) │
        │     8. Today (NBC, 8/9 7AM EST)                │
        │                                                │
        │     Enter summary id ┌──────────┐    706       │
        │                      └──────────┘              │
        └──────────────────────────────────────────────┘
```

*FIG. 8*



```
                                                    802

        ┌──────────────────────────────────────────────┐
        │      USER INTERFACE FOR INTERRUPTED VIEWING    │
        ├──────────────────────────────────────────────┤
        │     Channel P is now being summarized.         │
        │                                                │
        │     Options:                                   │
        │                                                │
        │     1. Return to channel P                     │
  804   │     2. View summary of missed content          │
        │                                                │
        │                                                │
        │     Enter option id ┌──────────┐    806        │
        │                     └──────────┘               │
        └──────────────────────────────────────────────┘
```



*FIG. 9*



FIG. 10



*FIG. 11*



*FIG. 12*

*FIG. 13*





*FIG. 14*



*FIG. 15*

START
2001
USER ENTERS COMMAND
2003
Z
DOES COMMAND CHANGE CHANNELS?
2005
YES
NO
DOES USER SUBSCRIBE TO THE SERVICE?
2007
TRANSMIT DIALOG BOX #1
2027
COMMAND TO CHANGE TO CHANNEL S?
2009
TRANSMIT SUMMARY SCREEN
2006
COMMAND TO CHANGE TO CHANNEL I?
2011
SET P EQUAL TO PROGRAM CHANNEL NUMBER
2033
SET I1 EQUAL TO INDEX OF CURRENT PROGRAM SEGMENT
2034
TRANSMIT INTERRUPTED VIEWING SCREEN
2037
COMMAND FOR SUMMARY ID ON CHANNEL S?
2013
TRANSMIT SELECTED SUMMARY
2038
COMMAND TO RETURN TO CHANNEL P ON CHANNEL I?
2015
TRANSMIT CHANNEL P
2016
AA

*FIG. 15 (CONTINUED)*





*FIG. 16*

SET I EQUAL TO INDEX OF CURRENT SUMMARY SEGMENT
H
2057
IS I-th PROGRAM SEGMENT STORED IN STB/VSS ?
2059
NO
YES
K
WAS PROGRAM PREVIOUSLY BROADCAST?
2061
YES
TRANSMIT DIALOG BOX #2
2062
Z
NO
IS PROGRAM CURRENTLY BEING BROADCAST ?
2063
YES
SWITCH TO PROGRAM CHANNEL
2071
Z
NO
IS THE PROGRAM SCHEDULED FOR FUTURE BROADCAST?
2073
YES
TRANSMIT DIALOG BOX #3
2075
Z
NO
TRANSMIT DIALOG BOX #4
2076
Z
I
SET i EQUAL TO INDEX OF CURRENT PROGRAM SEGMENT
2072
IS I-th SUMMARY SEGMENT STORED IN STB/VSS?
2077
YES
TRANSMIT I-th SUMMARY SEGMENT
2101
NO
TRANSMIT DIALOG BOX #5
2078
Z
DOES THIS SUMMARY USE TWO-WAY LINKS?
2103
NO
TRANSMIT REMAINING SUMMARY SEGMENTS
2111
TRANSMIT ENTIRE SUMMARY
2113
Z
YES
2105
TRANSMIT (I+1)-th PROGRAM SEGMENT
TRANSMIT REMAINING PROGRAM SEGMENTS
2107
TRANSMIT ENTIRE PROGRAM
2109
Z



FIG. 17

J
SET I EQUAL TO INDEX OF CURRENT PROGRAM SEGMENT
2083
IS I-th SUMMARY SEGMENT STORED IN STB/VSS?
2085
NO
TRANSMIT MESSAGE BOX #6
2086
Z
YES
TRANSMIT I-th SUMMARY SEGMENT
2069
DOES SUMMARY USE TWO-WAY LINKS?
2091
NO
TRANSMIT REMAINING SUMMARY SEGMENTS
2093
TRANSMIT ENTIRE SUMMARY
2097
Z
YES
SWITCH TO CHANNEL P
2095
Z
K
TRANSMIT I-th PROGRAM SEGMENT
2119
DOES THIS SUMMARY USE TWO-WAY LINKS ?
2121
YES
TRANSMIT (I+1)-th SUMMARY SEGMENT
2123
NO
TRANSMIT REMAINING PROGRAM SEGMENTS
2125
TRANSMIT REMAINING SUMMARY SEGMENTS
2129
TRANSMIT ENTIRE PROGRAM
2127
TRANSMIT ENTIRE SUMMARY
2131
Z
Z

US 8,087,049 B2

**1**

# NETWORK-BASED SERVICE TO PROVIDE ON-DEMAND VIDEO SUMMARIES OF TELEVISION PROGRAMS

## PRIORITY INFORMATION

This application is a continuation of U.S. patent application Ser. No. 10/824,663, filed on Apr. 14, 2004, which is a continuation of U.S. patent application Ser. No. 09/577,642, filed on May 24, 2000, now U.S. Pat. No. 6,829,781, the contents of which are incorporated herein by reference in their entirety.

## FIELD OF THE INVENTION

This invention relates to extracting summaries of television (or audio) programming both during live broadcasting and post broadcasting. It is in one instance concerned with recipient controlled recovery of summaries of programming supplied via cable and xDSL access links. In another aspect it concerns back-and-forth intermingling of summaries and live/recorded programming under control of a recipient customer. It particularly concerns apparatus within a broadcast network and on customer premises to enable such extraction and presentation of summaries.

## BACKGROUND OF THE INVENTION

Recording apparatus presently generally available permits a recipient of television and radio programming to record real-time programming (i.e., on VHS tapes) and replay it at a later time. The most ubiquitous example is the VCR, which allows recordation of live TV programming under recipient control for replay at a time of the recipient's choice. To record, the customer must select the time of the interval to be recorded.

There exist more sophisticated systems (Digital Video Recorders) which automatically record programming (via a digital cache/memory) and allow the user to selectively view portions of the recorded programming at a later time. An example of such a recording system is the ReplayTV digital video recorder and the TiVo Personal TV digital video recorder, which supply up to 30 hours of recording time. They provide features that surpass recording by monitoring listener preferences and by suggesting programming appropriate to these preferences. Recording may occur during live programming and if live viewing is interrupted the viewer may recover a delayed presentation of the programming at the end of the interruption interval.

These record/playback systems are however limited by failing to fully utilize network system capabilities. Summaries, for example, may be poorly defined or delimited resulting in loss of program material available to the user/viewer. Options available to the user are limited to manipulation of programming as received rather than using network and program provider resources to provide a broad spectrum of control.

## SUMMARY OF THE INVENTION

Recipients who receive network programming are enabled, according to principles of the invention, to receive television/audio programming from a distribution network and view selected summaries of such programming as part of a network-based service. Identification and preparation of the summaries is at least in part a network-controlled process with recipient utilization of the features provided being under

**2**

control of the recipient viewer. Features include recovery of audio, snapshots (stills) and full-motion video summaries extracted from program content. A summary in some instances may be a specially created overview, of a program created by a program source that is provided by a program source or provider. In some instances, segments may be created independent of the programming as a leader or overview in advance of the program or as an inducement to watch pre-stored programs.

Summaries are generally program segments extracted from complete programs and may include various combinations of audio, full-motion video, still pictures (i.e., selected frames), and other presentation modes either singly or in any desired arrangement. Accessing techniques may be by user control or system controlled selection based on user profiles. Direct user selections, may be made by a user for covering interruptions to user viewing. Network control allows greater selectively, to determine if program content is desired or to meet other user generated requests, which a summary may satisfy.

In an illustrative embodiment, the sources of programming generate and transmit summaries that include control information to permit a recipient to selectively choose and replay the summaries. In some embodiments a video summary server (VSS) is included to in the network to perform summary/program storage and provide access functions. In another embodiment a set top box (STB) is included on recipient premises to receive program/summaries and perform some of the viewing control functions and store summaries.

The process of transmitting and generating summaries is based in part upon properties specified in the MPEG-2 (Moving Picture Experts Group) standards. MPEG-2 is a standard concerning signal encoding and real time transmission of video and audio program streams. The standards primary goal is bandwidth compression as well as combining and multiplexing. Packet headers under the standard include many features such as time stamps, typing of payloads and combining/multiplexing all of, which are useful in enabling the invention of applicants. MPEG-2 includes many features including information-carrying capability of a video stream. This permits the transmission of information by the program source that enables the features of the invention to be realized.

In one aspect the method of the invention processes programming to facilitate selection and delivery of summaries of the programming to recipients by providing the programming to the recipient via a program channel. Index markers are applied to the program to divide the programming into segments. Summary segments are generated containing information from corresponding programming segments and related to one another by corresponding index markers. Metadata files are created and associated with a summary channel and operate to delimit beginning and ending of segments in both programming and summary channels. Metadata includes the indexing information for facilitating links between programming segments and summary segments. A user/recipient selects a summary by activating a link between a programming segment and a summary segment by utilizing the metadata file included with the summary channel. The summary is transmitted to the recipient, via the summary channel.

In a particular embodiment the summary channels include metadata to implement/facilitate a linking back and forth between summary and program channels under command of a user. The MPEG-2 standards enable user data, in the form of metadata, to be included in a video sequence. This data delimits the beginning and end of segments in both summary and program channels. The standard further allows an elementary

US 8,087,049 B2

3

data stream to be included within a program stream. The elementary data stream is used to provide indexing used to implement video linking and interrupted viewing features.

In one aspect the relevant control is responsive to metadata supplied to define and identify summaries corresponding to particular programs. It defines start and end marks of both summaries and programs and the nature of the linking connections between summary and program. Such metadata is easily to integrate with the programming under the MPEG-2 standard.

The reviewing and selection functions include but are not limited to;

Supplying and viewing summaries of programs as a means of selection of programs to view in their entirety.

Providing recipient control to select related summaries and full program segments through summary-segment linkage marks.

Providing one-way and two-way video hyperlinks between programs and summaries.

Providing the viewing recipient with missing portions of interrupted program viewing.

Generating summaries during live programming for intermittent viewing.

Providing summaries permitting selective recipient recording of portions of a program.

DESCRIPTION OF THE DRAWINGS

FIGS. **1** through **6** are diagrammatic illustrations of modes of selections and presentations of summaries of video programming;

FIGS. **7** and **8** are schematics of a screen control menu presented to a viewer;

FIGS. **9** and **10** are schematics of video summary system components involving cable networks;

FIG. **11** is a schematic functionally illustrating a set top box (STB) with enhancements for enabling summary storage and retrieval;

FIG. **12** is a schematic of video summary system components added to a network having a xDSL access network;

FIG. **13** is a process diagram describing summarization of live television programming;

FIG. **14** is a flow chart describing a monitoring/control of video storage processes; and

FIGS. **15**, **16** and **17** is a flow chart disclosing a control process permitting the exercise of summary selection and viewing by a recipient of programming.

DETAILED DESCRIPTION

Viewing of summaries of audio and video programming is available, according to the invention in many styles and formats. Summaries may be generated dynamically by a recipient viewer's requests or recalled from a central repository of summaries at user request. Various systems of generating, using and recalling summaries are illustrated in the program schematics of FIGS. **1** through **6**. In the circumstances of FIG. **1** a program sequence is shown by the bar **101** showing the evolving of the program. As the program progresses the program's progress is marked by the markers P**1**, P**2**, P**3**, . . . . These markers are related to corresponding markers shown in the Summary (audio) bar **102** and the Summary (video) bar **103**. As shown the program from **0** to P**1** may be shown as summary from **0** to Si. The subsequent portion from P**1** to P**2** may be bypassed and a subsequent portion of the program from P**2** to P**3** shown as summary from S**1** to S**2**. The sum-

4

maries shown are full motion and all inclusive of materials within the marker interval covered and/or summarized.

In the illustrative summaries of FIG. **2**, markers P**1**, P**2**, P**3**, . . . segment the program. An audio summary **201** is created resulting in audio summaries **0** to S**3**, and s# to S**5**. The video portion is reduced to snapshots or still pictures **203** with each still picture related to a particular program segment. The snapshot from position P**2** in the program is sued during the summary interval from S**1** to S**2**. The use of still images and full motion images may be interspersed as desired. This option is illustrated in FIG. **3** where the video summaries **303**, **304**, **305**, **306** and **307** comprise still images and full motion images of the basic programming **301**. Full motion images are interspersed with still images. An audio summary component **300** is also shown.

FIG. **4** illustrates an example of one-way video hyperlinks. A user begins by viewing a summary and selecting the link function during the summary segment **405**. Control passes to the beginning of the corresponding program segment **415**. When that program segment completes, control continues with the remaining program segments. Other summary segments are shown by way of illustration in FIG. **4** as segments **404**, **406**, **407** and **408**. Further, other program segments are also illustrated as program segments **414**, **416**, **417** and **418**.

One-way video hyperlinks can also pass control from a program segment to the beginning of the corresponding summary segment. When that summary segment completes, control continues with the remaining summary segments.

FIG. **5** illustrates the operation of two-way hyperlinks. A user begins by viewing the summary and selects the link function during the summary segment **505**. Control passes to the beginning of the corresponding program segment **515**. When that program segment completes, control automatically returns to the beginning of the next summary segment **506**. The user again selects the link function during summary segment **507**. Control passes to the beginning of the corresponding program segment **517**. When the program segment completes, control automatically returns to the beginning of the next summary segment **508**. FIG. **5** further shows by way of illustration additional summary segment **504** and program segments **514**, **516** and **518**.

FIG. **6** also illustrates the operation of two-way hyperlinks. A user begins by viewing the program and selects the link function during the program segment **615**. Control passes to the beginning of the corresponding summary segment **605**. When that summary segment completes, control automatically returns to the beginning of the next program segment **616**. The user again selects the link function during program segment **617**. Control passes to the beginning of the corresponding summary segment **607**. When that summary segment completes, control automatically returns the beginning of the next program segment **618**. FIG. **6** further illustrates segments such as summary segment **604**, **606** and **608** and program segment **614**.

The relationship between program and summary segments may be established and controlled through use of a metadata file or files. In the illustrative embodiment, metadata is used to identify program and summary segments. It also establishes the flags useful for two-way and one-way connecting links for use in changing from a program to a summary or vice versa. A one way link allows a user to switch from a summary segment to a corresponding program segment or switch from a program segment to a corresponding summary segment. A two-way link allows the user to view a summary segment and switch to a corresponding program segment with an automatic return to the next summary segment when the corresponding program segment completes. Two-way links also

US 8,087,049 B2

5

permit switching from a program segment to a corresponding summary segment with an automatic return to the next program segment.

The metadata file may also provide key words for each summary segment. Start and end positions for each summary segment may be established and correlated with start and stop positions for each program segment. Summary metadata may be expressed in XML (eXtensible Markup Language) or a suitable equivalent. XML is well known and need not be discussed in detail. An illustrative XML summary file may assume the following form, to select specific subject matter from, a program.

```
<summary>
    <summary_id>726746425</summary_id>
    <program_id>399868815</program_id>
    <links>two-way</links> 
    <index>0</index>
    <keywords>Federal Reserve, Interest Rates</keywords>
    <start>0</start>
    <end>1000</end>
    
    --------------
    
    <index>0</index>
    <start>0</start>
    <end>10000</end> 
    ------------------
    etc.
```

The foregoing illustrative metadata file indicates that there is a summary of a program relating to the Federal Reserve and interest rates. The metadata file is generated by the content provider. It permits the system to select the desired summary information if available. Transmission of the signal in accord with the MPEG-2 standard allows the interaction with the programming file by means of this metadata file.

The sections of this metadata file are now described. First the <summary> tag indicates the start of the file. Second the <summary id> tag provides a globally unique id for this summary. Third, the <program id> tag provides a globally unique id for the corresponding program. Fourth, the <links> tag indicates that the links between the program and summary segments operate as two-way links. Fifth, the <summary segment> tag indicates the start of a summary segment definition. One metadata file can define multiple summary segments. Sixth, the <program segment> tag indicates the start of a program segment definition. One metadata file can define multiple program segments.

Each <summary segment> contains four tags. The <index> tag assigns a unique index to that segment. The segments in a summary are assigned indexes that begin at zero and increase sequentially. The <keywords> tag associates several keywords with this summary segment. Software can use these keywords to identify segments that are most likely to be of interest to a particular viewer. The <start> tag indicates the position in the summary that marks the beginning of this segment. Position can be specified as a frame number. The <end> tag indicates the position in the summary that marks the end of this segment.

Each <program segment> contains three tags. The <index> tag assigns a unique index to that segment. The segments in a program are assigned indexes that begin at zero and increase sequentially. The <start> tag indicates the position in the program that marks the beginning of this segment. Position

6

can be specified as a frame number. The <end> tag indicates the position in the program that marks the end of this segment.

Each summary is sequence of summary segments. The segments are contiguous and non-overlapping. Similarly, each program is a sequence of program segments. The segments are contiguous and non-overlapping.

A viewer exercises control, in one embodiment, by interaction with a set top box (STB) or with a video summary server (VSS) by means of an interactive menu such as illustrated in the screen display **702** of FIG. **7**. Here the list of summaries **704** in one example of the invention may be supplied over a channel used exclusively (i.e., an S channel) for this purpose. In the illustrative menu the view may select summaries related to the listed programs by entering the number associated with that summary in the summary id box **706** by a remote or other means. The menu **804** shown in the screen display **802** of FIG. **8** provides for summaries to recover material lost due to interrupted viewing of a program. Interrupted viewing occurs when a viewer is interrupted in his viewing (i.e. called away from the television receiver). If a viewer wishes to subsequently view a summary of missed programming content or view the current program, a selection may be entered by entering the appropriate control number in the option id box by a remote or other means. This process may be facilitated by use of a dedicated I channel.

The implementation is accomplished, in part, with an application of enhancements to various elements in the program delivery system. In the illustrative embodiments such enhancements are made to the set top box (STB) in a cable reception system or to a video summary server (VSS) in xDSL program delivery systems. These enhancements provide interface capabilities and information availability for program selection and the process of delivering summaries.

An illustrative system architecture for constructing and viewing program summaries is shown in the FIG. **9**. This system is adapted for Cable networks and as shown includes a television-broadcasting source **901** connected to a network POP (Point-of-Presence) **903**. POP herein is the physical equipment of a provider network at which the network terminates and which is connected to a recipient subscriber. A cable access link **905** connects POP **903** to an enhanced STB **907** located at customer premises **909**. STB **907** provides the television signals to the television receiver **911**. A server **913** maintains billing records.

A series of signals, for summary viewing, is diagrammed in the schematic of FIG. **10**, showing the primary signal interfaces between the television-broadcasting source and the customer. The television-broadcasting source **901** provides program channels **1001** via the POP **903** to the STB **907** at the customer premises. The television channels are transmitted by various program providers to the POPs **903** and transmitted from the POPs to the STBs **907** at the customer's premises **909**.

Each program and summary is assigned a globally unique identifier. This information is transmitted to the VSSs and STBs by the program summary channel.

Each broadcaster maintains a schedule of programming, which is accessible to the STBs via IP unicasting **1002** through the POPs **903**. The customer may access programming-related descriptive material via the same IP channel. Separate digital summary channels **1003** are used to transmit program summaries from the broadcasters to the STB. The STB can receive and store these summaries from the broadcaster.

Charging data for the service provided is maintained by a billing system server **913** connected via channel link **1004**

US 8,087,049 B2

7

through the POP **903** to the STB **907**. Billing in the illustrative example may be by subscription, by transaction or other suitable arrangement.

An illustrative enhanced set top box (STB) **907**, for cable reception, is schematically shown in block form in the FIG. **11**. Program and summary channels from the broadcaster are applied to a bank of AudioNideo RF CATV Demodulators **1101**. The demodulators each recover a specific program or summary channel as directed by control of the software controller **1103**. Software controller **1103** includes stored programming that controls and coordinates operations of the various STB functions.

The recovered programming/summaries (streams) are applied to an MPEG-2 Decoder. MPEG-2 is a standard concerned with video and audio coding and processing other multimedia signals (e.g., packet streams). Decoder **1105** is designed in accord with this standard. MPEG processing, decoding of digital signals and design of a MPEG-2 system decoder is discussed in "Digital Video: An Introduction to MPEG-2" by B. G. Haskell et al 1997. This discussion of this book is incorporated herein by reference. This MPEG output stream is applied to a storage element **1107** for storing program and summary segments. Program storage may be by memory circuits, disk recordings or any suitable means compatible with the content stored.

Various stored material is selected under control of the software controller **1103** and transmitted to the digital to analog converter **1109** to place the program or summary in a suitable form for the home television receiver. The analog signal is coupled to the home television receiver, via the AudioNideo RF CATV Modulator **1111**, which converts the signals to NTSC (National Television Standards Committee) standards for application to the home television receiver.

The user/recipient exercises control of program summary selection by input to a user interface **1113** which commands are coupled to the software controller **1103**. Commands of the software controller **1103** are coupled to control the Modulator **1111**, the storage element **1107** and the Demodulator **1101**. A user Profile and Viewing history **1115** input is also connected the Software controller **1103**. Its input allows automatic selection of programming material to suit viewer desires and preferences. It may base these selections of stored demographic and prior selected subject matter. The software controller uses this information to self decide which summaries to store in order to effectively utilize the storage capacity of the storage medium **1107**. The user may transmit commands via the user interface **1113** to view or delete stored programs and summaries in the storage medium **1107**. Control by the user may be exercised by using dialog boxes that are displayed on the screen of the receiver. Examples of dialog displays are shown in the FIGS. **7** and **8**. Various types of dialog boxes are discussed below in the description of the controlling flows process of the software controller. The user may communicate with the interface by a remote controller.

In systems xDSL, for video delivery (FIG. **12**), the STB is replaced by a Video Summary Server (VSS) **1203** included in the DSL network. The programming is supplied to the user from the VSS **1203**, via a POP **1205** to a modem **1207**, via a xDSL Access Link **1211**, to the customer premises **1209**. The VSS **1203** has capabilities and processes similar to that of the STB and can autonomously decide which summaries to receive and store based on a user profile and past usage history stored in the VSS. A billing system **1213** is connected to the VSS via the POP **1205**. The VSS may be integrated within the POP if desired or be embodied as a separate unit within the network.

8

An important aspect of the process is monitoring the capability of the network storage elements to store the needed summaries. The process of FIG. **14** is intended to provide this capability. Starting at terminal block **1401** the controller and the storage medium it controls wait for input from the summary channels. The controller inquires, per decision block **1405** as to whether this summary should be stored based on user selection, user preferences, etc. If the summary is not to be stored the flow process returns to block **1403** and waits for further input from the summary channel.

If the summary is to be stored, the process inquires, as per decision block **1407**, if there is sufficient storage to store the summary. With sufficient storage the summary is stored and/or appended to an existing summary, as per block **1409**, with process flow returning to block **1403**.

If sufficient storage is not available, the summary is prioritized as per block **1411** as to whether it is desirable to the user and as per block **1413** is prioritized in relation to all other programs and summaries being processed. If the immediate summary is highly rated, preexisting summaries are deleted, as per block **1415**, to provide memory space for the new summary, The flow process proceeds to block **1409** instructing storage of the new summary.

One particular procedure of permitting interaction of a user with the system is presented as an illustrative embodiment, although many other processes may be used to enact the invention. A general understanding of this illustrative embodiment of user control may be obtained from the process disclosed in a flow chart disclosed in FIGS. **15**, **16** and **17**. The process begins at the start terminal **2001** followed by user entry of a command as per block **2003**. The software controller categorizes the command, as per block **2005**, as a decision to change a channel or not change a channel. If the command is to change a channel to another program channel the flow of the process returns to the start of the process since this is a routine change of channel. If the command does not change the channel the process proceeds to a decision as specified by block **2007**, which inquires if the subscriber subscribes to the service, requested. If the user is not a subscriber to the service the flow process presents the user with a dialog box #1 such as indicted by instruction box **2027** which presents a menu permitting the subscriber to enter a subscription to the service. The flow returns to the start of the flow process.

If the user is a subscriber, the process proceeds to a decision shown in the decision block **2009** to determine if the user wishes to change to a summary channel S. If the user wishes to change to a summary channel, the user is presented with a screen menu, as per box **2008**, similar to the box illustrated in the FIG. **7** presenting a listing of choices of readily available summaries for viewing. Subsequently the flow process returns to the start terminal.

If the user does not wish to be presented with a menu of existing summaries the process proceeds to decision block **2011** which inquires if the user wishes to change to an interrupt channel Ito create a summary while the user is absent from the television receiver. If such a summary is desired the process proceeds to set P equal to a program channel number as per block **2033** and indicator Il, as per box **2034**, is set to equal the index number associated with a current segment of the program being viewed. The interrupt-viewing screen (FIG. **8**) is displayed as per block **2037** and the process returns to the start.

If no change to channel I is desired the next decision, as per block **2013**, determines if a particular channel Id is requested on the summary channel S. If a particular summary id is requested the summary is presented, as per instruction block **2038** and the process returns to the start. If no particular

US 8,087,049 B2

9          10

summary is requested, a decision, as per block **2015**, determines if there is a command to return to the channel P on the channel carrying the interrupted summary. If such a command has been issued the process returns the viewer to the program channel P, as per box **2016**. The process returns to start to await a new command.

If no return to the channel P is requested the viewer has a choice to view a summary of the missed content due to interruption as per the decision of block **2017**. If the missed content is to be viewed the index is set to Ii as per block **2045** and **12** is set to the current program segment, as per block **2047**. An inquiry is performed, as per decision block **2049**, as to whether the value I=12 and if it is the process proceeds to instructions of block **2053** causing the program channel P to be transmitted to the viewer's television receiver and the flow returns to start. If I does not equal 12 the instructions of block **2051** set I=I+1 and the instructions of block **2052** transmit the I-th summary segment to the viewer's television receiver.

If the decision of block **2017** is not to view a summary of missed content a subsequent decision in block **2019** inquires if a link command has been issued (i.e., a link button, for example, has been actuated by the viewer). If not, flow returns to the start. If the link command has been actuated, an inquiry by block **2021** inquires if the stored summary is being transmitted. If stored summary is not being transmitted, flow proceeds to a subsequent inquiry of block **2023** to determine if a stored program is being transmitted. Again if a stored program is not being transmitted, an inquiry by block **2025** inquires if a live program is being transmitted and if not flow returns to start.

If the decision of block **2021** determines that a stored summary is being transmitted, a subsequent instruction of block **2057** sets **1** equal to the index of the current summary segment. An inquiry is initiated to determine if the I-th program segment is stored in the STB for cable reception or in the VSS for xDSL reception. If the segment is stored, as determined by block **2059** the flow process proceeds to instruction block **2119**. If the segment is not stored, an inquiry of block **2061** inquires if the program has been previously broadcast. If the program has been previously broadcast, a dialog box #**2** is transmitted to the viewer, as per box **2062**, which indicates to the viewer that the program has been previously broadcast but has not been recorded. If the program was not previously broadcast, an inquiry of block **2063** inquires if it is presently being broadcast. If it is being broadcast, the instructions of block **2071** switch the viewer to that program channel and the flow returns to start. If it is not being broadcast, a query of block **2073** asks if the program is schedule for future broadcast. If it is so scheduled, a dialog box #**3** is presented to the viewer, as per block **2075**, so indicating that the program is scheduled for future broadcast and makes an interactive offer to record it. If the program is not schedule for future broadcast, another dialog box #**4** is presented to the viewer, as per box **2076**, indicating that the program is not recorded and is not schedule for future broadcast. In both previous instances, the flow returns to start. The program inline **1002** in FIG. **10** is used to obtain the information about the schedule of a particular program. This information includes the unique ids that identify the program and its summaries.

If the decision of block **2023** determines that the stored program is being transmitted, I is set equal to the index of the current program segment, as per box **2072**, and subsequent decision block **2077** presents the inquiry as to whether the I-th segment summary is stored in the STB or VSS. If it is not stored dialog box #**5** is transmitted to the viewer, as per box **2078**, to indicate that a summary is not stored for this program.

If the I-th summary segment is stored in the STB or VSS the I-th summary segment is sent to the viewer as instructed by block **2101**. Decision block **2103** inquires if this summary uses two way links. If two-way links are not used the remaining summary segments are transmitted as per block **2111**. As per subsequent instructions of block **2113** the entire summary is transmitted. The process subsequently returns to the start.

If the two-way links are being used the (I+1)-th program segment is transmitted to the user as per block **2105** followed by transmission of the remaining program segment as per block **2107**. Following this the entire program is transmitted, as per block **2019**, and the process returns to start.

A determination by decision block **2025** that a live program is being transmitted directs the flow process to block **2083** having the instruction to set I equal to the index of the current program segment. An inquiry of block **2085** inquires if the I-th summary is stored in the STBNSS. If it is not stored the system transmits the dialog message #**6**, as per block **2086**, which indicates to the viewer that a summary is not stored for this program. If a summary is stored the I-th summary segment is transmitted to the viewer as indicated in the block **2089**. An inquiry of block **2091** determines if the summary uses two-way links. If two-way links are in use the user is switched to the program channel as per block **2095** and the process returns to start.

If two-way links are not in use the remaining summary segments are transmitted to the user as per block **2093**. The entire summary is transmitted as per block **2097** and the process returns to start.

If the decision block **2059** determines that an I-th program segment is stored in the STBNSS the flow proceeds to block **2119**, as indicated above, whose instructions transmit the I-th program segment. The inquiry of subsequent decision block **2121** queries if the summary uses two-way links. If not the remaining program segments are transmitted to the viewer as per block **2125** and the entire program is transmitted as per block **2127**. If two-way links are in use the I-th summary segment is transmitted as per block **2123** and the remaining summary segments are also transmitted as per block **2129** resulting in transmission of the entire summary as per block **2131**. The process returns to start.

In the foregoing process the user is presented various dialog boxes on the television screen with which the user may interact or be provided with process-relevant information. These dialog boxes are listed to assist in understanding the above user process. Dialog Box #**1** informs the user that he/she has no subscription to the service. It provides interactive capability allowing the user to subscribe if desired. Dialog Box #**2** informs the user that the program desired has been previously broadcast but has not been recorded. Programs scheduled for future broadcast are announced by Dialog Box #**3** as well as providing an interactive capability to give the user the capability to record it. Dialog Box #**4** informs the user that a program previously broadcast and not recorded is not scheduled for future broadcast. The Dialog Box #**5** announces absence of summaries stored for the present program. This list of Dialog Boxes is intended to be exemplary and is not intended to limit the scope of the process features of the invention.

The proceeding process illustrates one illustrative method of user interaction with the system. Many departures from this scheme may be devised without departing from the spirit and scope of the invention.

A unique feature of the process is the allowance of summary generation during actual live event programming. The summarization process is schematically illustrated in FIG. **13** and involves the active monitoring of the program by an editor

US 8,087,049 B2

11

1306. The editor 1306 may be a live person or an apparatus programmed to perform the editing process. As shown, the Live program 1300 is recorded by camera and microphone 1301 and cast into a form (i.e., digital television signal) suitable for transmission by modulation and broadcast equipment 1302. The program is transmitted by a program channel, via a POP, to an STB or VSS 1303 for application to a television receiver 1304.

The broadcast program (i.e., digital television signal) is also coupled to a computer (i.e., PC, workstation, etc.) 1305. The signal is buffered and displayed to allow an editor (i.e., live person), with appropriate editing software, to choose segments (i.e., program fragments) appropriate for creating a summary. These summaries, as well as associated metadata, are transmitted to the STB or VSS. the metadata in accord with MPEG-2 standards is transmitted as part of an elementary data stream associated with the program.

This method allows the generation of summaries almost simultaneously with the program itself, allowing a viewer to receive summaries only a few minutes subsequent to programming segments.

We claim:

1. A method of generating programming summaries, the method comprising:

summarizing each program segment of a plurality of program segments of a program to yield a corresponding summary segment and storing the corresponding summary segment, wherein the corresponding summary segment comprises audio, video, and at least one image;

generating indexing information for facilitating links between each of the plurality of program segments and the corresponding summary segment; and

in response to a user request for a requested program segment comprising a subset of the program and based on the indexing information, streaming a requested summary segment for the requested program segment in a first channel to a client device of the user and streaming the requested program segment in a second channel to the client device.

2. The method of claim 1, wherein the program is received according to the MPEG-2 standard.

3. The method of claim 1, further comprising accessing the corresponding summary segment by setting timing marks in the program to define summary boundaries.

4. The method of claim 1, further comprising accessing by linking via a hyperlink.

5. The method of claim 4, wherein the hyperlink is one of a one-way hyperlink and a two-way video hyperlink.

6. The method of claim 5, wherein the hyperlink is a two-way hyperlink, the method further comprising:

displaying a summary segment to a viewer;

receiving from the viewer a selection of a link function while displaying the summary segment; and

passing control of a current program segment to a beginning of a next summary segment when the current program segment completes.

7. The method of claim 5, wherein the hyperlink is a two-way hyperlink, the method further comprising:

displaying a summary segment to a viewer;

receiving from the viewer a selection of a link function while displaying the program segment of a corresponding summary segment; and

passing control at a completion of the corresponding summary segment to a beginning of a next program segment.

8. The method of claim 4, further comprising activating the hyperlink by a single action.

12

9. The method of claim 8, wherein the single action is pushing a button on a remote controller.

10. The method of claim 1, further comprising accessing the corresponding summary segment by setting position marks in the program to define summaries.

11. The method of claim 1, wherein the corresponding summary segment is stored on a storage medium at a location local to the user.

12. The method of claim 1, wherein the corresponding summary segment is stored on a storage medium integrated with a delivery network.

13. The method of claim 1, further comprising interrupting delivery of a program in response to an interrupt command delivered over an interrupt channel I.

14. The method of claim 13, further comprising recovering a summary of missed programming due to the interruption in delivery in response to a resume command supplied over the channel I.

15. The method of claim 14, wherein a viewer interacts with a control for providing a summary of missed programming via a screen display responsive to a remote.

16. The method of claim 1, further comprising providing programming control, via a program channel P, including a screen display responsive to an interactive control of the user.

17. A system for generating programming summaries, the system comprising:

a processor;

a first module configured to control the processor to summarize each program segment of a plurality of program segments of a program to yield a corresponding summary segment and store the corresponding summary segment, wherein the corresponding summary segment comprises audio, video, and at least one image;

a second module configured to control the processor to generate indexing information for facilitating links between program segments and summary segments; and

a third module configured to control the processor, based on the indexing information, to stream a requested summary segment for the requested program segment in a first channel to a client device of the user and streaming the requested program segment in a second channel to the client device in response to a user request for a requested program segment comprising a subset of the program.

18. A non-transitory computer-readable storage medium storing instructions which, when executed by a computing device, cause the computing device to generate programming summaries, the instructions comprising:

summarizing each program segment of a plurality of program segments of a program to yield a corresponding summary segment and storing the corresponding summary segment, wherein the corresponding summary segment comprises audio, video, and at least one image;

generating indexing information for facilitating links between each of the plurality of program segments and the corresponding summary segment; and

in response to a user request for a requested program segment comprising a subset of the program and based on the indexing information, streaming a requested summary segment for the requested program segment in a first channel to a client device of the user and streaming the requested program segment in a second channel to the client device.

*     *     *     *     *

# Exhibit J

US006606287B2

(12) **United States Patent**
Korfin et al.

(10) Patent No.: **US 6,606,287 B2**
(45) Date of Patent: **Aug. 12, 2003**

(54) **METHOD AND APPARATUS FOR COMPRESSION RATE SELECTION**

(75) Inventors: **Rick Korfin**, San Diego, CA (US); **Mike Sandler**, San Diego, CA (US)

(73) Assignee: **Vengo, Inc.**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 58 days.

(21) Appl. No.: **09/725,369**

(22) Filed: **Nov. 29, 2000**

(65) **Prior Publication Data**

US 2002/0064118 A1 May 30, 2002

(51) Int. Cl.⁷ ................................................. **G11B 5/09**
(52) U.S. Cl. ................................ **369/47.28**; 369/124.06
(58) Field of Search ........................... 369/47.15, 47.17, 369/47.28, 47.35, 53.12, 53.31, 53.32, 53.33, 53.36, 53.44, 59.13, 124.06, 47.21

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,243,139 B1 * 6/2001 Takahashi et al. ....... 348/420.1
6,310,848 B1 * 10/2001 Ueki ........................ 369/53.37
6,339,568 B1 * 1/2002 Kamatani ................ 369/47.15

* cited by examiner

*Primary Examiner*—Paul W. Huber

(74) *Attorney, Agent, or Firm*—J. D. Harriman II, Esq.; Coudert Brothers LLP

(57) **ABSTRACT**

The present invention provides a method and apparatus for compression rate selection. One embodiment of the present invention automatically selects a compression rate for a media signal. The embodiment determines an optimal compression rate for a media signal, compresses the signal at that rate, and stores the signal for later playback. An optimal compression rate is one which stores the media signal in the least amount of storage space without unacceptably degrading the media signal. One embodiment uses information about the media signal to determine a compression rate. In one embodiment, the information is automatically generated. One embodiment automatically generates the information using meta-information (e.g., channel, genre, etc.). Another embodiment automatically generates information using natural language parsing of a media signal description. In another embodiment, the information is generated through manual entry. In yet another embodiment, the information is generated by automatically compressing a media signal at a first rate and examining the compressed signal to determine how the compression rate should be modified. In one embodiment, the information is generated at the server side of a client/server architecture. In another embodiment, the information is generated at the client side of a client/server architecture. In yet another embodiment, the information is generated at both sides of a client/server architecture.

**10 Claims, 10 Drawing Sheets**





**Figure 1:**  Recording Media Signals



**Figure 2:**  Compression Rate Selection



**Figure 3:**  Compression Rate Selection



**Figure 4:**  Compression Rate Selection

**U.S. Patent**      Aug. 12, 2003      Sheet 5 of 10      US 6,606,287 B2



**Figure 5:** Compression Rate Selection



**Figure 6:**  Compression Rate Selection



**Figure 7:**  Compression Rate Selection



**Figure 8:** Recording Media Signal

**U.S. Patent**      Aug. 12, 2003      Sheet 9 of 10      US 6,606,287 B2



**Figure 9:** Recording Media Signal



FIGURE 10

US 6,606,287 B2

1

# METHOD AND APPARATUS FOR COMPRESSION RATE SELECTION

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to field of home electronic entertainment and more particularly it relates to systems for compression rate selection.

Portions of the disclosure of this patent document contain material that is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure as it appears in the Patent and Trademark Office file or records, but otherwise reserves all copyright rights whatsoever.

### 2. Background Art

Entertainment systems have advanced rapidly in recent years. First was the advent of the radio. Then, the television became popular. Next, playback devices such as the VCR came into use and more recently digital video disc (DVD) players and recorders have become popular. At the same time, the Internet has grown by leaps and bounds becoming a favorite medium for users to not only be entertained, but also shop, learn, and communicate with others via e-mail or other methods, such as newsgroups and chat-rooms.

Each of these forms of entertainment has a different appeal to its users and many users prefer to use all of these modes of entertainment from time to time. Each of these forms of entertainment, however, has its own hardware associated with it. For instance, television is watched on a television set, music is listened to on a radio, the Internet is used with a computer and associated software. DVD players implement DVD playback, etc. The plurality of devices needed to effectuate all of these modes of entertainment quickly becomes unwieldy and space inefficient when a user has all of these devices in a small space, such as the bedroom of their house.

Compounding this problem is the fact that a plurality of users in a household each desire to enjoy one or more of these modes of entertainment simultaneously and in disparate locations. Thus, in a conventional household, each room may have a TV, radio, DVD player, and personal computer for accessing the Internet. This becomes extremely space inefficient, repetitious, and wasteful. For instance, the same set of speakers could power the radio, TV, and computer, yet currently each piece of hardware has its own sound system. In addition, the same device could be used to provide output from many of these devices. For instance, the same screen could be used to display a television program and the HTML output of an Internet server on a user's web browser, yet current schemes usually employ two separate devices which leads to two screens in the same room.

One solution is found in the newly emerging "set-top" boxes. One type of set-top box combines Internet functionality with a television set, yet video playback must be used with another device making it disadvantageous. One type of set-top box provides an architecture that provides for multiple nodes, yet each node may not independently access the Internet or even watch different television stations. Other set top boxes provide a combination of Internet and television, while playback and recording devices like DVDs and DVRs must be used with separate hardware.

## Recording Media

Media is frequently recorded for display at some future time. For example, a user may record a television program on a VCR. Additionally, a user may record an audio only broadcast on a tape cassette. Devices typically used for storing media include VCR tapes, DVDs, CDs, cassette tapes and computer disks.

FIG. 1 illustrates the process of recording media. At step **100**, the media signal is received by a recording device. At step **110**, the media signal is stored in a storage device.

## Compression Rate

Media signals are frequently compressed. One method of compression used by VCRs is to select a recording rate. For example, the recording rate can be set such that a VCR tape records two, four or six hours of media signals. An increased compression rate allows recording more media signals in the same amount of storage space. However, an increased compression rate frequently results in lower recording quality. Thus, the process of determining a compression rate must take both storage space and signal quality into consideration.

FIG. 2 illustrates a prior art method of selecting a compression rate. At step **200**, a user selects a program to record. At step **210**, the user considers available storage space and desired signal quality. At step **220**, the user selects a compression rate.

## Limitations of Prior Art

Prior art solutions require a user to select a compression rate before the media signal is recorded. However, the maximum compression rate achievable without unacceptable loss of media signal quality, termed the "optimal compression rate," varies. Thus, users frequently select sub-optimal compression rates. If a user selects a lower compression rate than the optimal compression rate, more storage space is used to store the media signal than is required. Additionally, if a user selects a higher compression rate than the optimal compression rate, the signal quality of the stored media signal is unacceptable.

## SUMMARY OF THE INVENTION

The present invention provides a method and apparatus for compression rate selection. One embodiment of the present invention automatically selects a compression rate for a media signal. The embodiment determines an optimal compression rate for a media signal, compresses the signal at that rate, and stores the signal for later playback. An optimal compression rate is one which stores the media signal in the least amount of storage space without unacceptably degrading the media signal.

One embodiment uses information about the media signal to determine a compression rate. In one embodiment, the information is automatically generated. One embodiment automatically generates the information using meta-information (e.g., channel, genre, etc.). Another embodiment automatically generates information using natural language parsing of a media signal description. In another embodiment, the information is generated through manual entry. In yet another embodiment, the information is generated by automatically compressing a media signal at a first rate and examining the compressed signal to determine how the compression rate should be modified.

In one embodiment, the information is generated at the server side of a client/server architecture. In another embodiment, the information is generated at the client side of a client/server architecture. In yet another embodiment, the information is generated at both sides of a client/server architecture.

US 6,606,287 B2

3

### BRIEF DESCRIPTION OF THE DRAWINGS

These and other features, aspects and advantages of the present invention will become better understood with regard to the following description, appended claims and accompanying drawings where:

FIG. **1** is a flow diagram of the process of recording media.

FIG. **2** is a flow diagram of a prior art method of selecting a compression rate.

FIG. **3** is a flow diagram of the process of compression rate selection in accordance with one embodiment of the present invention.

FIG. **4** is a flow diagram of the process of compression rate selection in accordance with one embodiment of the present invention.

FIG. **5** is a flow diagram of the process of compression rate selection in accordance with one embodiment of the present invention.

FIG. **6** is a flow diagram of the process of compression rate selection in accordance with one embodiment of the present invention.

FIG. **7** is a flow diagram of the process of compression rate selection in accordance with one embodiment of the present invention.

FIG. **8** is a flow diagram of the process of recording a media signal in accordance with one embodiment of the present invention.

FIG. **9** is a flow diagram of the process of recording a media signal in accordance with one embodiment of the present invention.

FIG. **10** is a block diagram of a general purpose computer.

### DETAILED DESCRIPTION OF THE INVENTION

The invention is a method and apparatus for compression rate selection. In the following description, numerous specific details are set forth to provide a more thorough description of embodiments of the invention. It is apparent, however, to one skilled in the art, that the invention may be practiced without these specific details. In other instances, well known features have not been described in detail so as not to obscure the invention.

#### Compression Rate Selection

One embodiment of the present invention automatically selects a compression rate for a media signal. The embodiment determines an optimal compression rate for a media signal, compresses the signal at that rate, and stores the signal for later playback. An optimal compression rate is one which stores the media signal in the least amount of storage space without unacceptably degrading the media signal.

FIG. **3** illustrates the process of compression rate selection in accordance with one embodiment of the present invention. At step **300**, an optimal compression rate for a media signal is determined. At step **310**, the signal is compressed at the optimal rate. At step **320**, the compressed signal is stored for later playback.

One embodiment uses information about the media signal to determine a compression rate. In one embodiment, the information is automatically generated. One embodiment automatically generates the information using meta-information (e.g., channel, genre, etc.).

FIG. **4** illustrates the process of compression rate selection in accordance with one embodiment of the present

4

invention. At step **400**, meta-data about the signal from a program guide is examined. At step **410**, a compression rate is determined from the meta-data. For example, a black and white movie or a cartoon receives a higher compression rate because less data is required to represent either without unacceptable loss of quality. Likewise, sports programs receive a lower compression rate because more data is required to represent a sports program without unacceptable loss of quality.

Another embodiment automatically generates information using natural language parsing of a media signal description. FIG. **5** illustrates the process of compression rate selection in accordance with one embodiment of the present invention. At step **500**, a textual entry for a media signal in a program guide is examined using natural language parsing techniques. At step **510**, a compression rate is determined for the media signal from the information generated by the natural language parsing techniques. For example, if the program guide contains the word "cartoon," the compression rate is set high.

In another embodiment, the information is generated through manual entry. FIG. **6** illustrates the process of compression rate selection in accordance with one embodiment of the present invention. At step **600**, meta-data about the signal from a program guide is examined by a person. At step **610**, the person determines a compression rate from the meta-data.

In yet another embodiment, the information is generated by automatically compressing a media signal at a first rate and examining the compressed signal to determine how the compression rate should be modified. FIG. **7** illustrates the process of compression rate selection in accordance with one embodiment of the present invention. At step **700**, a signal is received. At step **710**, the signal is compressed at one or more compression rates. At step **720**, the compressed signals are compared to the original signal to determine whether the compression resulted in an unacceptable loss of quality. At step **730**, the highest compression rate which does not result in an unacceptable loss of quality is used to compress the signal, and the process repeats at step **700**. Thus, the compression rate is continuously modified to insure compression is done at the optimal compression rate. Portions of the media signal which require a lower compression rate are compressed at a lower rate, and portions of the media signal which allow a higher compression rate are compressed at a higher rate.

In one embodiment, the information is generated at the server side of a client/server architecture. FIG. **8** illustrates the process of recording a media signal in accordance with one embodiment of the present invention. At step **800**, an optimal compression rate is determined for the media signal at a media server. At step **810**, the optimal compression rate is sent to a client. At step **820**, the client is configured to compress the media signal at the optimal compression rate. At step **830**, the media signal is transmitted to the client. At step **840**, the client compresses the media signal at the optimal compression rate and stores the compressed signal.

In another embodiment, the information is generated at the client side of a client/server architecture. FIG. **9** illustrates the process of recording a media signal in accordance with one embodiment of the present invention. At step **900**, an optimal compression rate is determined for the media signal at a client. At step **910**, the client is configured to compress the media signal at the optimal compression rate. At step **920**, the media signal is transmitted to the client. At step **930**, the client compresses the media signal at the optimal compression rate and stores the compressed signal.

US 6,606,287 B2

5

In yet another embodiment, the information is generated at both sides of a client/server architecture. In one embodiment, the information generated at a client is used by default. However, information generated at a server can override the information generated at a client. For example, the client may use meta-information in a program guide to select a high compression rate to record a media signal of a black and white movie. If an emergency broadcast which does not appear on the program guide interrupts the black and white movie, the high compression rate may be inappropriate. Thus, a new compression rate generated by the server can override the compression rate selected by the client.

Embodiment of Computer Execution Environment
(Hardware)

One or more embodiments of the present invention makes recording and/or viewing devices using a general purpose computing device as shown in FIG. 10. A keyboard 1010 and mouse 1011 are coupled to a system bus 1018. The keyboard and mouse are for introducing user input to the computer system and communicating that user input to central processing unit (CPU) 1013. Other suitable input devices may be used in addition to, or in place of, the mouse 1011 and keyboard 1010. I/O (input/output) unit 1019 coupled to bi-directional system bus 1018 represents such I/O elements as a printer, A/V (audio/video) I/O, etc.

Computer 1001 may include a communication interface 1020 coupled to bus 1018. Communication interface 1020 provides a two-way data communication coupling via a network link 1021 to a local network 1022. For example, if communication interface 1020 is an integrated services digital network (ISDN) card or a modem, communication interface 1020 provides a data communication connection to the corresponding type of telephone line, which comprises part of network link 1021. If communication interface 1020 is a local area network (LAN) card, communication interface 1020 provides a data communication connection via network link 1021 to a compatible LAN. Wireless links are also possible. In any such implementation, communication interface 1020 sends and receives electrical, electromagnetic or optical signals which carry digital data streams representing various types of information.

Network link 1021 typically provides data communication through one or more networks to other data devices. For example, network link 1021 may provide a connection through local network 1022 to local server computer 1023 or to data equipment operated by ISP 1024. ISP 1024 in turn provides data communication services through the world wide packet data communication network now commonly referred to as the "Internet" 1025. Local network 1022 and Internet 1025 both use electrical, electromagnetic or optical signals which carry digital data streams. The signals through the various networks and the signals on network link 1021 and through communication interface 1020, which carry the digital data to and from computer 1000, are exemplary forms of carrier waves transporting the information.

Processor 1013 may reside wholly on client computer 1001 or wholly on server 1026 or processor 1013 may have its computational power distributed between computer 1001 and server 1026. Server 1026 symbolically is represented in FIG. 10 as one unit, but server 1026 can also be distributed between multiple "tiers". In one embodiment, server 1026 comprises a middle and back tier where application logic executes in the middle tier and persistent data is obtained in the back tier. In the case where processor 1013 resides

6

wholly on server 1026, the results of the computations performed by processor 1013 are transmitted to computer 1001 via Internet 1025, Internet Service Provider (ISP) 1024, local network 1022 and communication interface 1020. In this way, computer 1001 is able to display the results of the computation to a user in the form of output.

Computer 1001 includes a video memory 1014, main memory 1015 and mass storage 1012, all coupled to bi-directional system bus 1018 along with keyboard 1010, mouse 1011 and processor 1013. As with processor 1013, in various computing environments, main memory 1015 and mass storage 1012, can reside wholly on server 1026 or computer 1001, or they may be distributed between the two. Examples of systems where processor 1013, main memory 1015, and mass storage 1012 are distributed between computer 1001 and server 1026 include the thin-client computing architecture developed by Sun Microsystems, Inc., the palm pilot computing device and other personal digital assistants, Internet ready cellular phones and other Internet computing devices, and in platform independent computing environments, such as those which utilize the Java technologies also developed by Sun Microsystems, Inc.

The mass storage 1012 may include both fixed and removable media, such as magnetic, optical or magnetic optical storage systems or any other available mass storage technology. Bus 1018 may contain, for example, thirty-two address lines for addressing video memory 1014 or main memory 1015. The system bus 1018 also includes, for example, a 32-bit data bus for transferring data between and among the components, such as processor 1013, main memory 1015, video memory 1014 and mass storage 1012. Alternatively, multiplex data/address lines may be used instead of separate data and address lines.

In one embodiment of the invention, the processor 1013 is a SPARC microprocessor from Sun Microsystems, Inc., a microprocessor manufactured by Motorola, such as the 680X0 processor, or a microprocessor manufactured by Intel, such as the 80X86 or Pentium processor. However, any other suitable microprocessor or microcomputer may be utilized. Main memory 1015 is comprised of dynamic random access memory (DRAM). Video memory 1014 is a dual-ported video random access memory. One port of the video memory 1014 is coupled to video amplifier 1016. The video amplifier 1016 is used to drive the cathode ray tube (CRT) raster monitor 1017. Video amplifier 1016 is well known in the art and may be implemented by any suitable apparatus. This circuitry converts pixel data stored in video memory 1014 to a raster signal suitable for use by monitor 1017. Monitor 1017 is a type of monitor suitable for displaying graphic images.

Computer 1001 can send messages and receive data, including program code, through the network(s), network link 1021, and communication interface 1020. In the Internet example, remote server computer 1026 might transmit a requested code for an application program through Internet 1025, ISP 1024, local network 1022 and communication interface 1020. The received code may be executed by processor 1013 as it is received, and/or stored in mass storage 1012, or other non-volatile storage for later execution. In this manner, computer 1000 may obtain application code in the form of a carrier wave. Alternatively, remote server computer 1026 may execute applications using processor 1013, and utilize mass storage 1012, and/or video memory 1015. The results of the execution at server 1026 are then transmitted through Internet 1025, ISP 1024, local network 1022 and communication interface 1020. In this example, computer 1001 performs only input and output functions.

US 6,606,287 B2

7

Application code may be embodied in any form of computer program product. A computer program product comprises a medium configured to store or transport computer readable code, or in which computer readable code may be embedded. Some examples of computer program products are CD-ROM disks, ROM cards, floppy disks, magnetic tapes, computer hard drives, servers on a network, and carrier waves.

The computer systems described above are for purposes of example only. An embodiment of the invention may be implemented in any type of computer system or programming or processing environment.

One or more embodiments of the present invention have been described in connection with a device which records media or views media. It is understood by one skilled in the art that any media viewer or media recorder can be used with the present invention. Typical media viewers and/or media recorders include VCRs, digital video disk players, digital video disk recorders and the newly emerging set top boxes.

One type of set top box system that can be used with the present invention is described in co-pending U.S. patent application entitled "Multi-Node Entertainment System Architecture" application Ser. No. 09/657,317, filed on Sep. 7, 2000, assigned to the assignee of the present application, and hereby fully incorporated into the present application by reference.

Thus, a method and apparatus for compression rate selection is described in conjunction with one or more specific embodiments. The invention is defined by the following claims and their full scope and equivalents.

What is claimed is:

1. A method for recording a media signal comprising:

generating one or more data items wherein said data items are associated with said media signal;

determining a maximum compression rate from said data items wherein recording said media signal compressed at said maximum compression rate does not result in an unacceptable loss of quality of said media signal;

compressing said media signal at said maximum rate into a compressed media signal; and

storing said compressed media signal, wherein said step of determining is performed at a client in a client/server architecture.

2. A method for recording a media signal comprising:

generating one or more data items wherein said data items are associated with said media signal;

determining a maximum compression rate from said data items wherein recording said media signal compressed at said maximum compression rate does not result in an unacceptable loss of quality of said media signal;

compressing said media signal at said maximum rate into a compressed media signal; and

storing said compressed media signal, wherein said step of determining is performed at a server in a client/server architecture.

3. The method of claim 2 wherein said maximum compression rate is used instead of a first compression rate wherein said first compression rate is determined at a client in said client/server architecture.

4. A recorder comprising:

a generator configured to generate one or more data items wherein said data items are associated with a media signal;

a determiner configured to determine a maximum compression rate from said data items wherein recording

8

said media signal compressed at said maximum compression rate does not result in an unacceptable loss of quality of said media signal;

a signal compressor configured to compress said media signal at said maximum rate into a compressed media signal; and

a storage unit configured to store said compressed media signal, wherein said determiner is part of a client in a client/server architecture.

5. A recorder comprising:

a generator configured to generate one or more data items wherein said data items are associated with a media signal;

a determiner configured to determine a maximum compression rate from said data items wherein recording said media signal compressed at said maximum compression rate does not result in an unacceptable loss of quality of said media signal;

a signal compressor configured to compress said media signal at said maximum rate into a compressed media signal; and

a storage unit configured to store said compressed media signal, wherein said determiner is part of a server in a client/server architecture.

6. The recorder of claim 5 wherein said maximum compression rate is used instead of a first compression rate wherein said first compression rate is determined at a client in said client/server architecture.

7. A computer program product comprising:

a computer usable medium having computer readable program code embodied therein configured for recording a media signal, comprising:

computer readable code configured to cause a computer to generate one or more data items wherein said data items are associated with said media signal;

computer readable code configured to cause a computer to determine a maximum compression rate from said data items wherein recording said media signal compressed at said maximum compression rate does not result in an unacceptable loss of quality of said media signal;

computer readable code configured to cause a computer to compress said media signal at said maximum rate into a compressed media signal; and

computer readable code configured to cause a computer to store said compressed media signal, wherein said computer readable code configured to cause a computer to generate comprises:

computer readable code configured to cause a computer to compress said media signal at a first compression rate; and

computer readable code configured to cause a computer to determine whether said first compression rate results in said unacceptable loss.

8. A computer program product comprising:

a computer usable medium having computer readable program code embodied therein configured for recording a media signal, comprising:

computer readable code configured to cause a computer to generate one or more data items wherein said data items are associated with said media signal;

computer readable code configured to cause a computer to determine a maximum compression rate from said data items wherein recording said media signal compressed at said maximum compression rate does not result in an unacceptable loss of quality of said media signal;

US 6,606,287 B2

9

10

computer readable code configured to cause a computer to compress said media signal at said maximum rate into a compressed media signal; and

computer readable code configured to cause a computer to store said compressed media signal, wherein said computer readable code configured to cause a computer to determine is part of a client in a client/server architecture.

9. A computer program product comprising:

a computer usable medium having computer readable program code embodied therein configured for recording a media signal, comprising:

computer readable code configured to cause a computer to generate one or more data items wherein said data items are associated with said media signal;

computer readable code configured to cause a computer to determine a maximum compression rate from said data items wherein recording said media signal compressed at said maximum compression rate does not

result in an unacceptable loss of quality of said media signal;

computer readable code configured to cause a computer to compress said media signal at said maximum rate into a compressed media signal; and

computer readable code configured to cause a computer to store said compressed media signal, wherein said computer readable code configured to cause a computer to determine is part of a server in a client/server architecture.

10. The computer program product of claim 9 wherein said computer readable code configured to cause a computer to determine comprises:

computer readable code configured to cause a computer to use a maximum compression rate instead of a first compression rate wherein said first compression rate is determined at a client in said client/server architecture.

*    *    *    *    *

# Exhibit K



US007065778B1

(12) **United States Patent**  (10) **Patent No.:** **US 7,065,778 B1**
Lu  (45) **Date of Patent:** **Jun. 20, 2006**

(54) **METHOD AND SYSTEM FOR PROVIDING MEDIA FROM REMOTE LOCATIONS TO A VIEWER**

(75) Inventor: **Bin Lu**, Stanford, CA (US)

(73) Assignee: **EnReach Technologies, Inc.**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 492 days.

(21) Appl. No.: **09/865,970**

(22) Filed: **May 25, 2001**

(51) **Int. Cl.**
*H04N 7/173* (2006.01)

(52) **U.S. Cl.** ........................... **725/98**; 725/103; 386/83

(58) **Field of Classification Search** ................. 725/90, 725/91, 92, 93, 94, 103, 58, 86; 386/83
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,285,272 | A | * | 2/1994 | Bradley et al. ............. 725/115 |
| 5,557,317 | A | * | 9/1996 | Nishio et al. ................. 725/92 |
| 5,715,403 | A | * | 2/1998 | Stefik ........................... 705/44 |
| 6,195,692 | B1 | * | 2/2001 | Hsu ........................... 725/110 |
| 6,684,399 | B1 | * | 1/2004 | Grooters ...................... 725/48 |
| 6,769,127 | B1 | * | 7/2004 | Bonomi et al. ............... 725/39 |

| | | | | |
|---|---|---|---|---|
| 2002/0154892 | A1 | * | 10/2002 | Hoshen et al. ................. 386/87 |
| 2002/0162109 | A1 | * | 10/2002 | Shteyn ........................ 725/87 |

OTHER PUBLICATIONS

U.S. Appl. No. 09/586,247, "Method and System for Recording Scheduled Programs Without Local Recording Equipment" Cao et al, filed May 31, 2000.*

* cited by examiner

*Primary Examiner*—James J. Groody
*Assistant Examiner*—James A. Fletcher

(57) **ABSTRACT**

One embodiment of the present invention enables a user to utilize a personalized video recorder (PVR) to order and receive specific television shows that are unavailable from his or her television content provider. Specifically, the PVR is coupled to the Internet such that it can receive an electronic programming guide (EPG) containing worldwide television programming from an EPG server computer. The PVR user utilizes the EPG to request delivery of a specific television show that is typically unavailable to him or her. Upon reception of the request, the EPG server computer locates via the Internet a PVR situated within a broadcast region of the requested television show. Next, the EPG server computer programs the PVR to record the requested television show when it is broadcast. Once the PVR records the television show, it is transmitted to the EPG server computer which transmits it to the requesting PVR.

**39 Claims, 11 Drawing Sheets**

**300**





Fig. 1



Fig. 2



Fig. 3



Fig. 4



500
START
A 1st PVR transmits a request for a TV show to a server computer
502
Server computer receives the TV show request
504
Is a PVR located where the TV show will be transmitted?
506
Yes
No
Server notifies 1st PVR that request cannot be completed
508
1st PVR receives notice and notifies user
510
Server transmits instructions to a 2nd PVR to record the TV show
512
2nd PVR stores instructions
514
2nd PVR records TV show
516
2nd PVR transmits TV show to 1st PVR
518
1st PVR stores the TV show
520
1st PVR notifies user that TV show has been received
522
RETURN

Fig. 5



**600**

Fig. 6A



A
Server computer receives the TV show request
504
Is a PVR located where the TV show will be transmitted?
506
Yes
No
Server transmits instructions to a 2nd PVR to record the TV show
512
2nd PVR stores instructions
514
2nd PVR records TV show
516
2nd PVR transmits TV show to 1st PVR
518
1st PVR stores the TV show
520
1st PVR notifies user that TV show has been received
522
Server notifies 1st PVR that request cannot be completed
508
1st PVR receives notice and notifies user
510
RETURN

Fig. 6B



# Fig. 7A



Fig. 7B



800
START
A 1st PVR transmits a request for a TV show to a server computer
502
Server computer receives the TV show request
504
Is a PVR located where the TV show will be transmitted?
506
Yes
No
Server transmits instructions to a 2nd PVR to record the TV show
512
2nd PVR stores instructions
514
2nd PVR records TV show
516
2nd PVR transmits TV show to a cache server
802
Cache server receives and stores the TV show
804
A
Server notifies 1st PVR that request cannot be completed
508
1st PVR receives notice and notifies user
510
RETURN

Fig. 8A



Fig. 8B

US 7,065,778 B1

**1**

## METHOD AND SYSTEM FOR PROVIDING MEDIA FROM REMOTE LOCATIONS TO A VIEWER

### TECHNICAL FIELD

The present invention relates to the field of television programming distribution. More specifically, the present invention relates to the field of utilizing personalized video recorders and other similar types of devices to distribute television programming.

### BACKGROUND ART

Modern research and technology have provided society with a wide variety of electronic devices. It is appreciated that some of these modern electronic devices are very powerful and useful to their users. For example, some of the electronic devices which fall into this category include: computers which occupy large office space down to computers which are held in one's hand, satellites which orbit around earth relaying a multitude of communication signals, global positioning system (GPS) devices capable of determining the specific locations of their users on the earth, cellular phones which enable their users to communicate wirelessly with other people, to name a few. Additionally, it should be appreciated that some modern electronic devices also provide entertainment to their users. For instance, some of the electronic devices which fall into this category include: portable and fixed radio receivers which provide their users music along with a wide array of different audio programming, video game consoles which challenge their users with varying situations within different virtual realities, portable and fixed compact disc (CD) players which provide music to their users, and portable and fixed televisions which provide a wide variety of visual and audio programming to their users.

It is appreciated that television programming is distributed to televisions of the general public in a wide variety of ways. For example, consumers of the general public are able to receive television programming on their televisions within their households and/or businesses via coaxial cables, personal satellite dishes (large or small), antennas, broadband Internet, and the like. Furthermore, most of these ways of distributing television programming provide the general public an ever increasing amount of television programming.

For example, not that long ago there use to be only three major television broadcast companies basically providing nationwide television programming throughout the entire United States of America. In contrast, currently there may be as many as one hundred times more television channels that are basically providing nationwide television programming. Furthermore, it is appreciated that some of these television channels are continuously broadcasting television programming 24 hours a day (e.g., ESPN, VH1, CNN, QVC, and the like). Consequently, there is a large amount of television programming available to consumers of the general public.

However, it should be appreciated that there are some disadvantages associated with the distribution of television programming. For instance, one of the disadvantages is that a typical television viewer does not have access to all of the television programming that is broadcast throughout the world. Therefore, the typical television viewer is unable to view television programming that he or she would be interested in viewing because it is being broadcast in remote cities, states, and/or countries.

**2**

### DISCLOSURE OF THE INVENTION

Accordingly, a need exists for a method and system which enables television viewers to receive desired television programming which is broadcast in remote locations throughout the world. The present invention provides a method and system which accomplishes the above mentioned need.

For instance, one embodiment of the present invention enables a user to utilize a personalized video recorder (PVR) to order and receive specific television shows that are unavailable from his or her television content provider. Specifically, the personalized video recorder is coupled to the Internet such that it can receive an electronic programming guide (EPG) containing worldwide television programming from an EPG server computer. The personalized video recorder user is able to utilize the EPG to request delivery of a specific television show that is unavailable to him or her. Upon reception of the request, the EPG server computer locates via the Internet one or more personalized video recorders situated within a broadcast region of the requested television show. Next, the EPG server computer programs one or more personalized video recorders to record the requested television show when it is broadcast. Once the personalized video recorders record the television show, one or more of the personalized video recorders may transmit it to the EPG server computer which then transmits it to the requesting personalized video recorder.

In another embodiment, the present invention includes a computer readable medium having computer readable code embodied therein for causing a system to perform particular steps. The computer readable medium causes the system to perform the step of a server computer receiving a request from a receiver device for a media content. Additionally, the computer readable medium causes the system to perform the step of the server computer locating a recorder device capable of receiving a transmission of the media content that satisfies the request. Furthermore, the computer readable medium causes the system to perform the step of the recorder device receiving a programming instruction from the server computer to record the media content when transmitted by a media content provider. Moreover, the computer readable medium causes the system to perform the step of the recorder device recording the media content during transmission of the media content by the media content provider. The computer readable medium also causes the system to perform the step of the receiver device receiving the media content recorded by the recorder device.

These and other advantages of the present invention will no doubt become obvious to those of ordinary skill in the art after having read the following detailed description of the preferred embodiments which are illustrated in the drawing figures.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated in and form a part of this specification, illustrate embodiments of the invention and, together with the description, serve to explain the principles of the invention.

FIG. **1** is a block diagram of an exemplary computer system used in accordance with one embodiment of the present invention.

FIG. **2** is a block diagram of an exemplary personalized video recorder (PVR) used in accordance with one embodiment of the present invention.

US 7,065,778 B1

3

FIG. **3** is a block diagram of an exemplary network used in accordance with one embodiment of the present invention for enabling personalized video recorders to receive specific television shows from remote locations.

FIG. **4** is a block diagram of another exemplary network used in accordance with one embodiment of the present invention for enabling personalized video recorders to receive specific television shows from remote locations.

FIG. **5** is a flowchart of steps performed in accordance with one embodiment of the present invention for enabling a personalized video recorder to receive specific television shows from a remote personalized video recorder.

FIGS. **6**A and **6**B are a flowchart of steps performed in accordance with one embodiment of the present invention for providing a television show search functionality to a personalized video recorder thereby enabling it to request and receive specific television shows from remote locations.

FIGS. **7**A and **7**B are a flowchart of steps performed in accordance with one embodiment of the present invention for enabling a personalized video recorder to receive specific television shows from a server computer.

FIGS. **8**A and **8**B are a flowchart of steps performed in accordance with one embodiment of the present invention for enabling personalized video recorders to receive specific television shows from a cache server computer.

BEST MODE FOR CARRYING OUT THE INVENTION

Reference will now be made in detail to the preferred embodiments of the invention, examples of which are illustrated in the accompanying drawings. While the invention will be described in conjunction with the preferred embodiments, it will be understood that they are not intended to limit the invention to these embodiments. On the contrary, the invention is intended to cover alternatives, modifications and equivalents, which may be included within the spirit and scope of the invention as defined by the appended claims. Furthermore, in the following detailed description of the present invention, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be obvious to one of ordinary skill in the art that the present invention may be practiced without these specific details. In other instances, well known methods, procedures, components, and circuits have not been described in detail as not to unnecessarily obscure aspects of the present invention.

Some portions of the detailed descriptions which follow are presented in terms of procedures, logic blocks, processing, and other symbolic representations of operations on data bits within a computer or digital system memory. These descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. A procedure, logic block, process, etc., is herein, and generally, conceived to be a self-consistent sequence of steps or instructions leading to a desired result. The steps are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these physical manipulations take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated in a computer system or similar electronic computing device. For reasons of convenience, and with reference to common usage, these signals are referred to as bits, values, elements, symbols, characters, terms, numbers, or the like with reference to the present invention.

4

It should be borne in mind, however, that all of these terms are to be interpreted as referencing physical manipulations and quantities and are merely convenient labels and are to be interpreted further in view of terms commonly used in the art. Unless specifically stated otherwise as apparent from the following discussions, it is understood that throughout discussions of the present invention, discussions utilizing terms such as "determining" or "outputting" or "transmitting" or "recording" or "locating" or "storing" or "displaying" or "receiving" or "recognizing" or "utilizing" or "generating" or "providing" or the like, refer to the action and processes of a computer system, or similar electronic computing device, that manipulates and transforms data. The data is represented as physical (electronic) quantities within the computer system's registers and memories and is transformed into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission, or display devices.

Exemplary Hardware in Accordance with the Present Invention

FIG. **1** is a block diagram of one embodiment of an exemplary computer system **100** used in accordance with the present invention. It should be appreciated that system **100** is not strictly limited to be a computer system. As such, system **100** of the present embodiment is well suited to be any type of computing device (e.g., server computer, portable computing device, etc.). Within the following discussions of the present invention, certain processes and steps are discussed that are realized, in one embodiment, as a series of instructions (e.g., software program) that reside within computer readable memory units of computer system **100** and executed by a processor(s) of system **100**. When executed, the instructions cause computer **100** to perform specific actions and exhibit specific behavior which is described in detail below.

Computer system **100** of FIG. **1** comprises an address/data bus **110** for communicating information, one or more central processors **102** coupled with bus **110** for processing information and instructions. Central processor unit **102** may be a microprocessor or any other type of processor. The computer **100** also includes data storage features such as a computer usable volatile memory unit **104** (e.g., random access memory, static RAM, dynamic RAM, etc.) coupled with bus **110** for storing information and instructions for central processor(s) **102**, a computer usable non-volatile memory unit **106** (e.g., read only memory, programmable ROM, flash memory, EPROM, EEPROM, etc.) coupled with bus **110** for storing static information and instructions for processor(s) **102**. System **100** also includes one or more signal generating and receiving devices **108** coupled with bus **110** for enabling system **100** to interface with other electronic devices. The communication interface(s) **108** of the present embodiment may include wired and/or wireless communication technology. For example, in one embodiment of the present invention, the communication interface **108** is a serial communication port, but could also alternatively be any of a number of well known communication standards and protocols, e.g., Universal Serial Bus (USB), Ethernet, FireWire® (IEEE 1394), parallel, small computer system interface (SCSI), infrared (IR) communication, Bluetooth® wireless communication, broadband, and the like.

Optionally, computer system **100** can include an alphanumeric input device **114** including alphanumeric and func-

US 7,065,778 B1

5

tion keys coupled to the bus 110 for communicating information and command selections to the central processor(s) 102. The computer 100 can include an optional cursor control or cursor directing device 116 coupled to the bus 110 for communicating user input information and command selections to the central processor(s) 102. The cursor directing device 116 can be implemented using a number of well known devices such as a mouse, a track ball, a track pad, an optical tracking device, a touch screen, etc. Alternatively, it is appreciated that a cursor can be directed and/or activated via input from alphanumeric input device 114 using special keys and key sequence commands. The present embodiment is also well suited to directing a cursor by other means such as, for example, voice commands. The system 100 can also include a computer usable mass data storage device 118 such as a magnetic or optical disk and disk drive (e.g., hard drive or floppy diskette) coupled with bus 110 for storing information and instructions. An optional display device 112 is coupled to bus 110 of system 100 for displaying video and/or graphics. It should be appreciated that optional display device 112 may be a cathode ray tube (CRT), flat panel liquid crystal display (LCD), field emission display (FED), or any other display device suitable for displaying video and/or graphic images and alphanumeric characters recognizable to a user.

FIG. 2 is a block diagram of one embodiment of an exemplary personalized video recorder (PVR) 200 used in accordance with the present invention. It is appreciated that some of the components of personalized video recorder 200 are similar to the components of computer system 100 of FIG. 1, described above. It should be understood that other electronic devices and/or systems (e.g., set-top-box, computer, television Internet box, digital video recorder, and the like) may also function in a manner similar to personalized video recorder 200 in accordance with the present invention. Furthermore, any electronic device and/or system capable of encoding and/or decoding and/or transferring media content may be substituted for the personalized video recorder 200 of the present embodiment. Within the following discussions of the present invention, certain processes and steps are discussed that are realized, in one embodiment, as a series of instructions (e.g., software program) that reside within computer readable memory units of personalized video recorder 200 and executed by a processor(s) of personalized video recorder 200. When executed, the instructions cause personalized video recorder 200 to perform specific actions and exhibit specific behavior which is described in detail below.

Personalized video recorder 200 of FIG. 2 comprises an address/data bus 210 for communicating information, one or more central processors 202 coupled with bus 210 for processing information and instructions. Central processor unit 202 may be a microprocessor or any other type of processor. The personalized video recorder 200 also includes data storage features such as a computer usable volatile memory unit 204 (e.g., random access memory, static RAM, dynamic RAM, etc.) coupled with bus 210 for storing information and instructions for central processor(s) 202, a computer usable non-volatile memory unit 206 (e.g., read only memory, programmable ROM, flash memory, EPROM, EEPROM, etc.) coupled with bus 210 for storing static information and instructions for processor(s) 202. The personalized video recorder 200 also includes one or more signal generating and receiving devices 208 coupled with bus 210 for enabling personalized video recorder 200 to interface with other electronic devices. The communication interface(s) 208 of the present embodiment may include wired and/or wireless communication technology. For

6

example, in one embodiment of the present invention, the communication interface 208 is a serial communication port, but could also alternatively be any of a number of well known communication standards and protocols, e.g., USB, Ethernet, FireWire® (IEEE 1394), parallel, SCSI, Bluetooth® wireless communication, IR communication, broadband, and the like.

Additionally, the personalized video recorder 200 of FIG. 2 can include an optional remote control device 216 (e.g., a universal remote control device having a number of buttons, dials, etc.) which is communicatively coupled to bus 210 for communicating user input information and command selections to the central processor(s) 202. It is appreciated that remote control device 216 may be implemented with the capability to communicate with personalized video recorder 200 utilizing wireless communication (e.g., infrared signaling). The personalized video recorder 200 can also include an optional computer usable mass data storage device 218 such as a magnetic or optical disk and disk drive (e.g., hard drive or floppy diskette) coupled with bus 210 for storing information and instructions. An optional display device 212 is coupled to bus 210 of personalized video recorder 200 for displaying video and/or graphics. It should be appreciated that optional display device 212 may be a cathode ray tube (CRT), flat panel liquid crystal display (LCD), field emission display (FED), or any other display device suitable for displaying video and/or graphic images and alphanumeric characters recognizable to a user.

Exemplary Networks in Accordance with the Present Invention

FIG. 3 is a block diagram of an exemplary network 300 used in accordance with one embodiment of the present invention. For example, the present embodiment enables a user to utilize personalized video recorder (PVR) 200 to order and receive specific television shows that are unavailable from his or her television content provider (e.g., television head-end 306). Specifically, personalized video recorder 200 is coupled to the Internet 302 such that it can receive an electronic programming guide (EPG) containing worldwide television programming from an EPG server computer 304. The user of personalized video recorder 200 utilizes the EPG to request delivery of a specific television show that may not be available to him or her. Upon reception of the request from personalized video recorder 200, EPG server computer 304 locates via Internet 302 one or more personalized video recorders (e.g., 200A and/or 200B) situated within a broadcast region of the requested television show. Subsequently, EPG server computer 304 programs one or more personalized video recorders (e.g., 200A and/or 200B) to record the requested television show when it is broadcast by a television content provider (e.g., television head-end 308). Once the personalized video recorders (e.g., 200A and 200B) record the television show, one or more of the personalized video recorders may transmit it to EPG server computer 304 which then transmits it to the requesting personalized video recorder 200. In this manner, the present embodiment enables personalized video recorder 200 to order and receive specific television shows that are unavailable from its television content provider (e.g., 306).

Network 300 includes EPG server computer 304 and personalized video recorders 200, 200A, and 200B which are communicatively coupled to the Internet 302. Additionally, television head-end 306 is communicatively coupled to personalized video recorder 200 while television head-end 308 is communicatively coupled to personalized video

US 7,065,778 B1

7

recorders **200**A and **200**B. It should be appreciated that the devices of network **300** of the present embodiment are well suited to be coupled in a wide variety of implementations. For example, personalized video recorders **200**, **200**A and **200**B, television head-ends **306** and **308**, and EPG server computer **304** of network **300** may be coupled via coaxial cable, copper wire, fiber optics, the Internet **302**, wireless communication, and the like.

Within network **300** of FIG. **3**, it is understood that personalized video recorders **200**A and **200**B are each implemented in a manner similar to personalized video recorder **200** of FIG. **2**. Moreover, server computer **304** may be implemented in a variety ways in accordance with the present embodiment. For example, server computer **304** of network **300** may be implemented in a manner similar to computer system **100** of FIG. **1**. However, this device of network **300** is not strictly limited to such an implementation. Additionally, it is appreciated that the server computer **304** performs a variety of functionality within network **300**. It should be understood that server computer **304** may actually reside on a single physical computing device (e.g., computer **100** of FIG. **1**). However, server computer **304** of the present embodiment may be implemented as one or more physical computing devices (e.g., computer **100**).

It is appreciated that network **300** of FIG. **3** may be modified to enabling it to operate with any type of media content (e.g., audio, video, graphics, information, data, software, and/or the like) in any type of format. For example, the television content providers (e.g., television head-ends **306** and **308**) may be substituted with any type of media content providers. Additionally, the EPG server computer **304** may be modified such that its EPG provides a management system to personalized video recorders (e.g., **200**) for any type of media content. Furthermore, the EPG server computer **304** may also be modified such that it does not provide an EPG to personalized video recorders (e.g., **200**), but instead provides them a different type of management system for any type of media content.

FIG. **4** is a block diagram of an exemplary network **400** used in accordance with one embodiment of the present invention for enabling a personalized video recorder (e.g., **200**) to order and receive television shows that are unavailable from its television content provider (e.g., television head-end **306**). It is appreciated that personalized video recorder **200** of FIG. **4** orders a specific television show in a manner similar to that described above with reference to personalized video recorder **200** of FIG. **3**. However, once the personalized video recorders (e.g., **200**A and **200**B) record the requested television show, one or more of the personalized video recorders may transmit a copy of it to a cache server (e.g., **402**) which subsequently stores it and transmits a copy of it to the requesting personalized video recorder **200**. Moreover, if another personalized video recorder (e.g., **200**C) subsequently requests a copy of the same television show from server computer **304**, it causes cache server **402** to transmit a copy of the same television show to the other requesting personalized video recorder (e.g., **200**C). In this manner, the present embodiment enables personalized video recorders (e.g., **200** and **200**C) to order and receive specific television shows that are unavailable from their television content provider.

Network **400** includes electronic programming guide server **304**, personalized video recorders **200**, **200**A and **200**B and television head-ends **306** and **308**. It is appreciated that these devices of network **400** may be communicatively coupled in any manner similar to that described above with reference to network **300** of FIG. **3**. Furthermore, network

8

**400** includes cache server **402** and personalized video recorder **200**C which are communicatively coupled to the Internet **302**. However, cache server **402** and personalized video recorder **200**C of the present embodiment are well suited to be coupled to the other devices of network **400** in a wide variety of implementations. For example, personalized video recorders **200**, **200**A, **200**B and **200**C, cache server **402**, television head-ends **306** and **308**, and server computer **304** of network **400** may be coupled via coaxial cable, copper wire, fiber optics, the Internet **302**, wireless communication, and the like.

Within network **400** of FIG. **4**, it is understood that personalized video recorders **200**A, **200**B, and **200**C are each implemented in a manner similar to personalized video recorder **200** of FIG. **2**. Furthermore, cache server **402** and EPG server computer **304** may be implemented in a variety ways in accordance with the present embodiment. For example, cache server **402** and server computer **304** of network **400** may be implemented in a manner similar to computer system **100** of FIG. **1**. However, these devices of network **400** are not strictly limited to such an implementation. Additionally, it is appreciated that cache server **402** and EPG server computer **304** perform a variety of functionality within network **400**. It is understood that cache server **402** and server computer **304** may actually reside on a single physical computing device (e.g., computer **100** of FIG. **1**). Conversely, cache server **402** and server computer **304** of the present embodiment may each be implemented as one or more physical computing devices (e.g., computer **100**).

It is appreciated that network **400** of FIG. **4** may be modified to enabling it to operate with any type of media content (e.g., audio, video, graphics, information, data, software, and/or the like) in any type of format. For example, the television content providers (e.g., television head-ends **306** and **308**) may be substituted with any type of media content providers. Additionally, the EPG server computer **304** may be modified such that its EPG provides a management system to personalized video recorders (e.g., **200** and **200**C) for any type of media content. Furthermore, the EPG server computer **304** may also be modified such that it does not provide an EPG to personalized video recorders (e.g., **200** and **200**C), but instead provides them a different type of management system for any type of media content. Moreover, the cache server **402** may be modified such that it operates with any type of media content.

### Exemplary Operations in Accordance with the Present Invention

FIG. **5** is a flowchart **500** of steps performed in accordance with one embodiment of the present invention for enabling a personalized video recorder (e.g., **200**) to receive specific television shows from one or more remote personalized video recorders (e.g., **200**A and **200**B). Flowchart **500** includes processes of the present invention which, in one embodiment, are carried out by processors and electrical components under the control of computer readable and computer executable instructions. The computer readable and computer executable instructions reside, for example, in data storage features such as computer usable volatile memory **104** and/or computer usable non-volatile memory **106** of FIG. **1**. However, the computer readable and computer executable instructions may reside in any type of computer readable medium. Although specific steps are disclosed in flowchart **500**, such steps are exemplary. That is, the present invention is well suited to performing various

US 7,065,778 B1

9

other steps or variations of the steps recited in FIG. **5**. Within the present embodiment, it should be appreciated that the steps of flowchart **500** may be performed by software or hardware or any combination of software and hardware.

The present embodiment enables personalized video recorder **200** to order and receive specific television shows that may be unavailable from its television content provider (e.g., television head-end **306**). Specifically, personalized video recorder **200** transmits a request for delivery of a specific television show to a server computer (e.g., **304**) that is communicatively coupled to it. Upon reception of the request from personalized video recorder **200**, the server computer determines whether a personalized video recorder (e.g., **200**A or **200**B) coupled to it is located within a transmission region of the requested television show. If there is, the server computer transmits programming instructions to that personalized video recorder (e.g., **200**A or **200**B) to record the requested television show when it is transmitted by a television content provider (e.g., television head-end **308**). Once the personalized video recorder (e.g., **200**A or **200**B) records the television show, it transmits the television show to personalized video recorder **200** which is coupled to it. In this manner, the present embodiment enables personalized video recorder **200** to order and receive specific television shows that are unavailable from its television content provider (e.g., **306**).

It should be appreciated that flowchart **500** is described in conjunction with FIG. **3** in order to more fully describe the operation of the present embodiment. At step **502** of FIG. **5**, the present embodiment causes personalized video recorder **200** to transmit a request for delivery of a specific television show to server computer **304** that is communicatively coupled to it. The present embodiment may perform step **502** in a wide variety of ways in accordance with the present invention. For example, it is appreciated that personalized video recorder **200** may receive an electronic programming guide (EPG) containing worldwide television programming from EPG server computer **304**. As such, the present embodiment at step **502** may enable a user of personalized video recorder **200** to utilize the received electronic programming guide to transmit a request to server computer **304** for delivery of a specific television show. In step **504**, server computer **304** receives the television show request from personalized video recorder **200**.

At step **506**, the present embodiment determines whether server computer **304** is coupled to a personalized video recorder (e.g., **200**A or **200**B) located within a transmission region of the requested television show. If the present embodiment determines that server computer **304** is coupled to a personalized video recorder located within the transmission region of the requested television show at step **506**, the present embodiment proceeds to step **512**. However, if the present embodiment determines that server computer **304** is not coupled to a personalized video recorder located within the transmission region of the requested television show at step **506**, the present embodiment proceeds to step **508**.

In step **508**, the present embodiment causes server computer **304** to transmit a notification to personalized video recorder **200** indicating that the requested television show cannot be delivered at this time. At step **510**, once personalized video recorder **200** receives the notification, the present embodiment causes personalized video recorder **200** to informs its user of this information. It is appreciated that the present embodiment may perform step **510** in a wide variety of ways in accordance with the present invention. For example, the present embodiment may cause personal-

10

ized video recorder **200** to output to display device **212** a message informing its user that the requested television show cannot be delivered at this time. After the completion of step **510**, the present embodiment exits flowchart **500**.

At step **512** of FIG. **5**, the present embodiment causes server computer **304** to transmit programming instructions to a personalized video recorder (e.g., **200**A or **200**B) to record the requested television show when it is transmitted by a television content provider (e.g., television head-end **308**). Furthermore, the programming instructions of step **512** may also include an Internet Protocol (IP) address of a device (e.g., personalized video recorder **200**) that the personalized video recorder (e.g., **200**A or **200**B) should transmit the requested television show to once it has been recorded. In step **514**, after receiving the programming instructions, the present embodiment causes the personalized video recorder (e.g., **200**A or **200**B) to add them to its programmable task list. At step **516**, the present embodiment causes the personalized video recorder (e.g., **200**A or **200**B) to subsequently record the requested television show during its transmission by the television content provider (e.g., television head-end **308**). Within the present embodiment, it is understood that the transmission of the television show by the television content provider may include a broadcasting or unicasting (e.g., pay-per-view show) format.

In step **518**, the present embodiment causes the personalized video recorder (e.g., **200**A or **200**B) to transmit the recorded television show to personalized video recorder **200**. It is understood that the present embodiment may perform step **518** in a wide variety of ways in accordance with the present invention. For example, the present embodiment may cause the personalized video recorder (e.g., **200**A or **200**B) to utilize the IP address of personalized video recorder **200** in order to transmit the recorded television show to it. As such, the personalized video recorder (e.g., **200**A or **200**B) is transmitting the recorded television show to personalized video recorder **200** in a point-to-point manner. At step **520**, upon receiving the recorded television show, the present embodiment causes personalized video recorder **200** to store it. Within the present embodiment, it is appreciated that personalized video recorder **200** may utilizes one or more of its memory units (e.g., **204**, **206**, and **218**) to store the recorded television show. In step **522**, the present embodiment causes personalized video recorder **200** to notify its user that the recorded television show has been received and may now be viewed. It is appreciated that the present embodiment may perform step **522** in a wide variety of ways in accordance with the present invention. For example, the present embodiment may cause personalized video recorder **200** to output to display device **212** a message informing its user that the requested television show has been received and may now be viewed. After the completion of step **522**, the present embodiment exits flowchart **500**.

It is appreciated that flowchart **500** of FIG. **5** may be modified such that the present embodiment may cause server computer **304** to utilize two or more personalized video recorders (e.g., **200**A and **200**B) to record the requested television show when it is transmitted by a television content provider (e.g., television head-end **308**). One of the reasons for utilizing multiple personalized video recorders (e.g., **200**A and **200**B) is to ensure that the requested television show is successfully recorded by at least one of the personalized video recorders. For example, a personalized video recorder that has received programming instructions from server computer **304** to record a requested television show may be overridden by its user desiring to record another television show during the same transmission time. As such,

11

any additional programmed personalized video recorders provide a backup system for recording the requested television show.

Flowchart **500** of FIG. **5** is well suited to be modified such that the present embodiment may operate with any type of media content (e.g., audio, video, graphics, information, data, software, and/or the like) in any type of format. For example, the television content providers (e.g., television head-ends **306** and **308**) may be substituted with any type of media content providers. Additionally, the server computer (e.g., **304**) may be modified such that it provides a management system to personalized video recorders (e.g., **200**) for any type of media content.

FIGS. **6**A and **6**B are a flowchart **600** of steps performed in accordance with one embodiment of the present invention for providing a television show search functionality to a personalized video recorder (e.g., **200**) thereby enabling it to request and receive specific television shows from remote locations. Flowchart **600** includes processes of the present invention which, in one embodiment, are carried out by processors and electrical components under the control of computer readable and computer executable instructions. The computer readable and computer executable instructions reside, for example, in data storage features such as computer usable volatile memory **104** and/or computer usable non-volatile memory **106** of FIG. **1**. However, the computer readable and computer executable instructions may reside in any type of computer readable medium. Although specific steps are disclosed in flowchart **600**, such steps are exemplary. That is, the present invention is well suited to performing various other steps or variations of the steps recited in FIGS. **6**A and **6**B. Within the present embodiment, it should be appreciated that the steps of flowchart **600** may be performed by software or hardware or any combination of software and hardware.

The present embodiment provides a television show search functionality to personalized video recorder **200** thereby enabling it to request and receive specific television shows from remote locations that may be unavailable from its television content provider (e.g., television head-end **306**). Specifically, personalized video recorder **200** transmits a television show search topic to a server computer (e.g., **304**) that is communicatively coupled to it. Upon reception of the television show search topic, server computer **304** determines whether there is one or more television shows that match the television show search topic within a television programming database (e.g., worldwide, nationwide, statewide, and the like). If there is one or more matches, the server computer transmits the search results to personalized video recorder **200**. From the search results, a user of personalized video recorder **200** may cause it to request delivery of one or more of these television shows from server computer **304**.

Once server computer **304** receives the television show request from personalized video recorder **200**, the present embodiment of FIGS. **6**A and **6**B operates in a manner similar to that described above with reference to FIG. **5**. That is, upon reception of the request from personalized video recorder **200**, server computer **304** determines whether a personalized video recorder (e.g., **200**A or **200**B) coupled to it is located within a transmission region of the requested television show. If there is, server computer **304** transmits programming instructions to that personalized video recorder to record the requested television show when it is transmitted by a television content provider (e.g., television head-end **308**). Once the personalized video recorder (e.g., **200**A or **200**B) records the requested television show, it

12

transmits the television show to personalized video recorder **200** which is coupled to it. In this manner, the present embodiment provides a television show search functionality to personalized video recorder **200** thereby enabling it to request and receive specific television shows from remote locations that are unavailable from its television content provider (e.g., television head-end **306**).

It should be appreciated that flowchart **600** is described in conjunction with FIG. **3** in order to more fully describe the operation of the present embodiment. At step **602** of FIG. **6**A, the present embodiment causes personalized video recorder **200** to transmit a television show search topic to server computer **304** that is communicatively coupled to it. The present embodiment may perform step **602** in a wide variety of ways in accordance with the present invention. For example, it is appreciated that personalized video recorder **200** may receive from server computer **304** a television show search form wherein topics may be entered. As such, the present embodiment at step **602** may enable a user of personalized video recorder **200** to fill out the television show search form which is then transmitted to server **11** computer **304**. In step **604**, server computer **304** receives the television show search topic(s) from personalized video recorder **200**.

At step **606**, the present embodiment causes server computer **304** to determine whether there is one or more television shows that match the television show search topic within a television programming database (e.g., worldwide, nationwide, statewide, and the like). If server computer **304** determines that there is one or more television shows that match the television show search topic at step **606**, the present embodiment proceeds to step **612**. However, if server computer **304** determines that there are no television shows that match the television show search topic at step **606**, the present embodiment proceeds to step **608**.

In step **608**, the present embodiment causes server computer **304** to transmit a notification to personalized video recorder **200** indicating that no television shows matched the submitted television show search topic. At step **610**, once personalized video recorder **200** receives the notification, the present embodiment causes personalized video recorder **200** to informs its user of this information. It is appreciated that the present embodiment may perform step **610** in a wide variety of ways in accordance with the present invention. For example, the present embodiment may cause personalized video recorder **200** to output to display device **212** a message informing its user that no television shows matched the submitted television show search topic. After the completion of step **610**, the present embodiment exits flowchart **600**.

At step **612** of FIG. **6**A, if one or more television shows matches the submitted television show search topic, the present embodiment causes server computer **304** to transmit the television show search results to personalized video recorder **200**. In step **614**, the present embodiment causes personalized video recorder **200** to request delivery of one of the search result television shows provided by server computer **304**. Upon completion of step **614**, the present embodiment proceeds to step **504** of FIG. **6**B. It is understood that steps **504–522** of FIG. **6**B are similar to steps **504–522** of FIG. **5** described above. Furthermore, it is appreciated that flowchart **600** of FIG. **6**A and **6**B may be modified such that the present embodiment may cause server computer **304** to utilize two or more personalized video recorders (e.g., **200**A and **200**B) to record the requested television show when it is transmitted by a television content provider (e.g., television head-end **308**).

US 7,065,778 B1

**13**

Flowchart **600** of FIGS. **6**A and **6**B is well suited to be modified such that the present embodiment may operate with any type of media content (e.g., audio, video, graphics, information, data, software, and/or the like) in any type of format. For example, the server computer (e.g., **304**) may be modified such that it provides a search functionality and management system to personalized video recorders (e.g., **200**) for any type of media content. Furthermore, the television content providers (e.g., television head-ends **306** and **308**) may be substituted with any type of media content providers.

FIGS. **7**A and **7**B are a flowchart **700** of steps performed in accordance with one embodiment of the present invention for enabling a personalized video recorder (e.g., **200**) to receive specific television shows from a server computer (e.g., **304**). Flowchart **700** includes processes of the present invention which, in one embodiment, are carried out by processors and electrical components under the control of computer readable and computer executable instructions. The computer readable and computer executable instructions reside, for example, in data storage features such as computer usable volatile memory **104** and/or computer usable non-volatile memory **106** of FIG. **1**. However, the computer readable and computer executable instructions may reside in any type of computer readable medium. Although specific steps are disclosed in flowchart **700**, such steps are exemplary. That is, the present invention is well suited to performing various other steps or variations of the steps recited in FIGS. **7**A and **7**B. Within the present embodiment, it should be appreciated that the steps of flowchart **700** may be performed by software or hardware or any combination of software and hardware.

The present embodiment enables personalized video recorder **200** to order and receive specific television shows that may be unavailable from its television content provider (e.g., television head-end **306**). Specifically, personalized video recorder **200** transmits a request for delivery of a specific television show to a server computer (e.g., **304**) that is communicatively coupled to it. Upon reception of the television show request, the server computer determines whether a personalized video recorder (e.g., **200**A or **200**B) coupled to it is located within a transmission region of the requested television show. If there is, the server computer transmits programming instructions to that personalized video recorder (e.g., **200**A or **200**B) to record the requested television show when it is transmitted by a television content provider (e.g., television head-end **308**). Once the personalized video recorder (e.g., **200**A or **200**B) records the television show, it transmits the television show to the server computer. The server computer then transmits the recorded television show to personalized video recorder **200**. In this manner, the present embodiment enables personalized video recorder **200** to order and receive specific television shows that are unavailable from its television content provider (e.g., **306**).

It should be appreciated that flowchart **700** is described in conjunction with FIG. **3** in order to more fully describe the operation of the present embodiment. Furthermore, it is understood that steps **502–516**, **520** and **522** of FIGS. **7**A and **7**B are similar to steps **502–516**, **520** and **522** of FIG. **5** described above. However, once step **516** of FIG. **7**A is completed, the present embodiment proceeds to step **702** of FIG. **7**B. At step **702**, the present embodiment causes the personalized video recorder (e.g., **200**A or **200**B) to transmit a notification to server computer **304** that the requested television show has been recorded. In step **704**, once server computer **304** receives the notification, the present embodi-

**14**

ment subsequently causes server computer **304** to transmit instructions to the personalized video recorder (e.g., **200**A or **200**B) directing it to transmit the recorded television show to server computer **304**. At step **706**, once the personalized video recorder (e.g., **200**A or **200**B) receives the transmit instructions, the present embodiment causes the personalized video recorder to transmit the recorded television show to server computer **304**. In step **708**, once server computer **304** receives the recorded television show, the present embodiment causes server computer **304** to transmit the recorded television show to personalized video recorder **200**. Once step **708** is completed, the present embodiment proceeds to step **520**.

It is understood that flowchart **700** of FIGS. **7**A and **7**B may be modified such that the present embodiment may cause server computer **304** to utilize two or more personalized video recorders (e.g., **200**A and **200**B) to record the requested television show when it is transmitted by a television content provider (e.g., television head-end **308**).

Flowchart **700** of FIGS. **7**A and **7**B is well suited to be modified such that the present embodiment may operate with any type of media content (e.g., audio, video, graphics, information, data, software, and/or the like) in any type of format. For example, the television content providers (e.g., television head-ends **306** and **308**) may be substituted with any type of media content providers. Additionally, the server computer (e.g., **304**) may be modified such that it provides a management system to personalized video recorders (e.g., **200**) for any type of media content.

FIGS. **8**A and **8**B are a flowchart **800** of steps performed in accordance with one embodiment of the present invention for enabling personalized video recorders (e.g., **200** and **200**C) to receive specific television shows from a cache server computer (e.g., **402**). Flowchart **800** includes processes of the present invention which, in one embodiment, are carried out by processors and electrical components under the control of computer readable and computer executable instructions. The computer readable and computer executable instructions reside, for example, in data storage features such as computer usable volatile memory **104** and/or computer usable non-volatile memory **106** of FIG. **1**. However, the computer readable and computer executable instructions may reside in any type of computer readable medium. Although specific steps are disclosed in flowchart **800**, such steps are exemplary. That is, the present invention is well suited to performing various other steps or variations of the steps recited in FIGS. **8**A and **8**B. Within the present embodiment, it should be appreciated that the steps of flowchart **800** may be performed by software or hardware or any combination of software and hardware.

The present embodiment enables personalized video recorders **200** and **200**C to order and receive specific television shows that may be unavailable from its television content provider (e.g., television head-end **306**). Specifically, personalized video recorder **200** transmits a request for delivery of a specific television show to a server computer (e.g., **304**) that is communicatively coupled to it. Upon reception of the television show request, the server computer determines whether a personalized video recorder (e.g., **200**A or **200**B) coupled to it is located within a transmission region of the requested television show. If there is, the server computer transmits programming instructions to that personalized video recorder to record the requested television show when it is transmitted by a television content provider (e.g., television head-end **308**). Once the personalized video recorder (e.g., **200**A or **200**B) records the television show, it transmits the recorded television show to a cache server

US 7,065,778 B1

15

computer (e.g., **402**). The cache server computer receives and stores the recorded television show. Additionally, the cache server transmits a copy of the recorded television show to personalized video recorder **200**. Moreover, if another personalized video recorder (e.g., **200**C) requests delivery of the recorded television show from the server computer, the server computer is able to cause the cache server to transmit a copy of the recorded television show to that personalized video recorder. In this manner, the present embodiment enables personalized video recorders (e.g., **200** and **200**C) to receive specific television shows from a cache server computer (e.g., **402**) that are unavailable from their television content provider.

It should be appreciated that flowchart **800** is described in conjunction with FIG. **4** in order to more fully describe the operation of the present embodiment. Furthermore, it is understood that steps **502**–**516**, **520** and **522** of FIGS. **8**A and **8**B are similar to steps **502**–**516**, **520** and **522** of FIG. **5** described above. However, once step **516** of FIG. **8**A is completed, the present embodiment proceeds to step **802** of FIG. **8**A. At step **802**, the present embodiment causes the personalized video recorder (e.g., **200**A or **200**B) to transmit the recorded television show to a cache server computer (e.g., **402**). In step **804**, once cache server **402** receives the recorded television show, the present embodiment causes cache server **402** to store the recorded television show. Within the present embodiment, it is appreciated that cache server **402** may utilize one or more of its memory units (e.g., **104**, **106**, and **118**) to store the recorded television show.

At step **806** of FIG. **8**B, the present embodiment causes cache server **402** to transmit a copy of the recorded television show to personalized video recorder **200**. Once step **806** is completed, the present embodiment proceeds to step **520**. Once steps **520** and **522** are completed, the present embodiment proceeds to step **808**. In step **808**, the present embodiment determines whether server computer **304** has received a delivery request for the recorded television show from a device (e.g., personalized video recorder **200**C). If the present embodiment determines that server computer **304** has not received a delivery request for the recorded television show at step **808**, the present embodiment proceeds to the beginning of step **808**. However, if the present embodiment determines that server computer **304** has received a delivery request for the recorded television show at step **808**, the present embodiment proceeds to step **810**. At step **810**, the present embodiment causes server computer **304** to transmit instructions to cache server **402**. One of the purposes of the instructions of step **810** is to cause cache server **402** to transmit a copy of the recorded television show to the requesting device (e.g., personalized video recorder **200**C). In this manner, a database of "unavailable" recorded television shows may be created in order to satisfy television show delivery requests.

It is appreciated that flowchart **800** of FIGS. **8**A and **8**B may be modified such that the present embodiment may cause server computer **304** to utilize two or more personalized video recorders (e.g., **200**A and **200**B) to record the requested television show when it is transmitted by a television content provider (e.g., television head-end **308**).

Flowchart **800** of FIGS. **8**A and **8**B is well suited to be modified such that the present embodiment may operate with any type of media content (e.g., audio, video, graphics, information, data, software, and/or the like) in any type of format. For example, the television content providers (e.g., television head-ends **306** and **308**) may be substituted with any type of media content providers. Additionally, the server computer (e.g., **304**) may be modified such that it provides

16

a management system to personalized video recorders (e.g., **200**) for any type of media content. Furthermore, the cache server (e.g., **402**) may be modified such that it operates with any type of media content.

It should be noted that flowcharts **500**, **600**, **700**, and **800** of FIGS. **5**, **6**A, **6**B **7**A, **7**B, **8**A and **8**B may be modified such that each device (e.g., personalized video recorders **200** and **200**C) requesting delivery of a television show (or any other type of media content) may be required to pay for it. For example, before allowing submission of a television show delivery request, the server computer (e.g., **304**) may request registration information from each requesting device (e.g., personalized video recorders **200** and **200**C) that may include its user's name, credit card number, and/or mailing address. Once this information is received and verified, the server computer (e.g., **304**) would allow the requesting device (e.g., personalized video recorders **200** and **200**C) to submit a television show (or any other type of media content) delivery request. It should be understood that this registration information may be subsequently transmitted by the server computer (e.g., **304**) to one or more television content providers (or any other media content providers) for further processing and/or collection.

Additionally, it should be understood that flowcharts **500**, **600**, **700**, and **800** of FIGS. **5**, **6**A, **6**B, **7**A, **7**B, **8**A and **8**B may be modified such that enhanced television content (e.g., from the Internet) may be collected by the server computer (e.g., **304**) and transmitted to the requesting device (e.g., personalized video recorders **200** and **200**C) along with the recorded television show. Furthermore, the enhanced television content provided by the server computer (e.g., **304**) may correspond to the general topic of the requested television show.

Accordingly, the present invention provides a method and system which enables television viewers to receive desired television programming which is broadcast in remote locations throughout the world.

The foregoing descriptions of specific embodiments of the present invention have been presented for purposes of illustration and description. They are not intended to be exhaustive or to limit the invention to the precise forms disclosed, and obviously many modifications and variations are possible in light of the above teaching. The embodiments were chosen and described in order to best explain the principles of the invention and its practical application, to thereby enable others skilled in the art to best utilize the invention and various embodiments with various modifications as are suited to the particular use contemplated. It is intended that the scope of the invention be defined by the claims appended hereto and their equivalents.

What is claimed is:

1. A method comprising:

a server computer receiving a request from a first personalized video recorder for a television show;

said server computer locating a second personalized video recorder capable of receiving a broadcast of said television show that satisfies said request;

said second personalized video recorder receiving a programming instruction from said server computer to record said television show when broadcast by a television content provider, after said server computer locating said second personalized video recorder;

said second personalized video recorder recording said television show during broadcast of said television show by said television content provider, after said second personalized video recorder receiving said programming instruction; and

US 7,065,778 B1

17

said first personalized video recorder receiving said television show recorded by said second personalized video recorder.

**2**. The method as described in claim **1** further comprising said second personalized video recorder adding said programming instruction to its programmable task list.

**3**. The method as described in claim **1** further comprising said first personalized video recorder receiving an electronic programming guide from said server computer.

**4**. The method as described in claim **3** wherein said electronic programming guide comprises worldwide television programming.

**5**. The method as described in claim **1** wherein said programming instruction comprises an Internet Protocol (IP) address of said first personalized video recorder.

**6**. The method as described in claim **1** further comprising said first personalized video recorder transmitting a television show search topic to said server computer.

**7**. The method as described in claim **1** wherein said first personalized video recorder, server computer, and second personalized video recorder are coupled via the Internet.

**8**. The method as described in claim **1** further comprising: utilizing an electronic programming guide to transmit said request to said server computer.

**9**. The method as described in claim **1** further comprising: said first personalized video recorder storing said television show recorded by said second personalized video recorder.

**10**. The method as described in claim **1** further comprising:

said first personalized video recorder notifying that said television show has been received.

**11**. The method as described in claim **10** wherein said first personalized video recorder notifying that said television show has been received comprises outputting a message to a display device.

**12**. The method as described in claim **1** further comprising:

said second personalized video recorder transmitting said television show recorded by it to said first personalized video recorder.

**13**. The method as described in claim **1** further comprising:

said server computer receiving said television show recorded by said second personalized video recorder and transmitting it to said first personalized video recorder.

**14**. The method as described in claim **1** further comprising:

a cache server computer receiving and storing said television show recorded by said second personalized video recorder; and

said cache server transmitting a copy of said television show recorded by said second personalized video recorder to said first personalized video recorder.

**15**. The method as described in claim **14** further comprising:

in response to said server computer receiving a second request from a receiver device for said television show, said cache server transmitting a second copy of said television show recorded by said second personalized video recorder to said receiver device.

**16**. A computer readable medium having computer readable code embodied therein for causing a system to perform a method comprising:

a server computer receiving a request from a receiver device for a television show;

18

said server computer locating a plurality of digital video recorders capable of receiving a broadcast of said television show that satisfies said request;

each of said plurality of digital video recorders receiving a programming instruction from said server computer to record said television show when broadcast by a television content provider, after said server computer locating said plurality of digital video recorders;

at least one of said plurality of digital video recorders recording said television show during broadcast of said television show by said television content provider, after said each of said plurality of digital video recorders receiving said programming instruction; and

said receiver device receiving said television show recorded by said at least one of said plurality of digital video recorders.

**17**. The computer readable medium of claim **16** further comprising each of said plurality of digital video recorders adding said programming instruction to its programmable task list.

**18**. The computer readable medium of claim **16** further comprising said receiver device receiving an electronic programming guide from said server computer.

**19**. The computer readable medium of claim **18** wherein said electronic programming guide comprises worldwide television programming.

**20**. The computer readable medium of claim **16** wherein said programming instruction comprises an Internet Protocol (IP) address of said receiver device.

**21**. The computer readable medium of claim **16** further comprising said receiver device transmitting a television show search topic to said server computer.

**22**. The computer readable medium of claim **16** wherein said receiver device, server computer, and plurality of digital video recorders are coupled via the Internet.

**23**. The computer readable medium of claim **16** wherein said receiver device comprises a television Internet box.

**24**. The computer readable medium of claim **16** wherein said receiver device comprises a computer.

**25**. The computer readable medium of claim **16** wherein said receiver device comprises a set-top-box.

**26**. The computer readable medium of claim **16** wherein said receiver device comprises a digital video recorder.

**27**. The computer readable medium of claim **16** further comprising:

said at least one of said plurality of digital video recorders transmitting said television show recorded by it to said receiver device.

**28**. The computer readable medium of claim **16** further comprising:

said server computer receiving said television show recorded by said at least one of said plurality of digital video recorders and transmitting it to said receiver device.

**29**. The computer readable medium of claim **16** further comprising:

a cache server computer receiving and storing said television show recorded by said at least one of said plurality of digital video recorders; and

said cache server transmitting a copy of said television show to said receiver device.

**30**. The computer readable medium of claim **29** further comprising:

in response to said server computer receiving a second request from a second receiver device for said television show, said cache server transmitting a second copy of said television show to said second receiver device.

US 7,065,778 B1

19

**31**. A method comprising:

a server computer receiving a request from a receiver device for a television show;

said server computer locating a plurality of digital video recorders capable of receiving a broadcast of said television show that satisfies said request;

each of said plurality of digital video recorders receiving a programming instruction from said server computer to record said television show when broadcast by a television content provider, after said server computer locating said plurality of digital video recorders;

at least one of said plurality of digital video recorders recording said television show during broadcast of said television show by said television content provider, after said each of said plurality of digital video recorders receiving said programming instruction; and

said receiver device receiving said television show recorded by said at least one of said plurality of digital video recorders.

**32**. The method as described in claim **31** further comprising each of said plurality of digital video recorders adding said programming instruction to its programmable task list.

**33**. The method as described in claim **31** further comprising said receiver device receiving an electronic programming guide from said server computer.

**34**. The method as described in claim **33** wherein said electronic programming guide comprises worldwide television programming.

20

**35**. The method as described in claim **31** wherein said programming instruction comprises an Internet Protocol (IP) address of said receiver device.

**36**. The method as described in claim **31** wherein said receiver device comprises a digital video recorder.

**37**. The method as described in claim **31** further comprising:

a cache server computer receiving and storing said television show recorded by said at least one of said plurality of digital video recorders; and

said cache server transmitting a first copy of said television show to said receiver device.

**38**. The method as described in claim **31** further comprising:

said at least one of said plurality of digital video recorders transmitting said television show to said receiver device.

**39**. The method as described in claim **31** further comprising:

said server computer receiving said television show recorded by said at least one of said plurality of digital video recorders and transmitting it to said receiver device.

*   *   *   *   *

# Exhibit L

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT5892736

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| INTELLECTUAL VENTURES ASSETS 142 | 11/15/2019 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | DIGIMEDIA TECH, LLC |
| Street Address: | 44 MILTON AVENUE |
| Internal Address: | SUITE 254 |
| City: | ALPHARETTA |
| State/Country: | GEORGIA |
| Postal Code: | 30009 |

**PROPERTY NUMBERS Total: 64**

| Property Type | Number |
|---|---|
| Patent Number: | 6976026 |
| Patent Number: | 7099514 |
| Patent Number: | 7558801 |
| Patent Number: | 8140603 |
| Patent Number: | 8370404 |
| Patent Number: | 6598184 |
| Patent Number: | 6601047 |
| Patent Number: | 6662226 |
| Patent Number: | 7299281 |
| Patent Number: | 7904596 |
| Patent Number: | 8078724 |
| Patent Number: | 8510437 |
| Patent Number: | 6704024 |
| Patent Number: | 7242406 |
| Patent Number: | 7688327 |
| Patent Number: | 7864186 |
| Patent Number: | 6684391 |
| Patent Number: | 7006952 |
| Patent Number: | 6947044 |

| Property Type | Number |
|---|---|
| Patent Number: | 8199150 |
| Patent Number: | 7830385 |
| Patent Number: | 8674996 |
| Patent Number: | 8717359 |
| Patent Number: | 6597411 |
| Patent Number: | 6559883 |
| Patent Number: | 6771349 |
| Patent Number: | 7428757 |
| Patent Number: | 8006311 |
| Patent Number: | 6879865 |
| Patent Number: | 7123263 |
| Patent Number: | 7355607 |
| Patent Number: | 8289317 |
| Patent Number: | 8487954 |
| Patent Number: | 6867808 |
| Patent Number: | 6456145 |
| Patent Number: | 6542020 |
| Patent Number: | 7266563 |
| Patent Number: | 7287088 |
| Patent Number: | 7587514 |
| Patent Number: | 8073965 |
| Patent Number: | 8868778 |
| Patent Number: | 6807568 |
| Patent Number: | 7681220 |
| Patent Number: | 7574724 |
| Patent Number: | 7739713 |
| Patent Number: | 6829781 |
| Patent Number: | 7743399 |
| Patent Number: | 8087049 |
| Patent Number: | 9055328 |
| Patent Number: | 8160980 |
| Patent Number: | 6782360 |
| Patent Number: | 6959274 |
| Patent Number: | 6574593 |
| Patent Number: | 7054809 |
| Patent Number: | 6757649 |
| Patent Number: | 7260522 |
| Patent Number: | 7191122 |

| Property Type | Number |
|---|---|
| Patent Number: | 7593852 |
| Patent Number: | 7660712 |
| Patent Number: | 8620649 |
| Patent Number: | 10181327 |
| Patent Number: | 10204628 |
| Patent Number: | 7065778 |
| Application Number: | 13272826 |

**CORRESPONDENCE DATA**

**Fax Number:** (404)645-7707

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 4046457700

**Email:** docketing@mcciplaw.com

**Correspondent Name:** LAWRENCE AARONSON

**Address Line 1:** 999 PEACHTREE STREET NE

**Address Line 2:** SUITE 1300

**Address Line 4:** ATLANTA, GEORGIA 30309

| ATTORNEY DOCKET NUMBER: | 11202-001GEN |
|---|---|
| NAME OF SUBMITTER: | LAWRENCE A. AARONSON |
| SIGNATURE: | /Lawrence A. Aaronson/ |
| DATE SIGNED: | 01/03/2020 |

**Total Attachments: 9**
source=IV 142 to DigiMedia (Active)#page1.tif
source=IV 142 to DigiMedia (Active)#page2.tif
source=IV 142 to DigiMedia (Active)#page3.tif
source=IV 142 to DigiMedia (Active)#page4.tif
source=IV 142 to DigiMedia (Active)#page5.tif
source=IV 142 to DigiMedia (Active)#page6.tif
source=IV 142 to DigiMedia (Active)#page7.tif
source=IV 142 to DigiMedia (Active)#page8.tif
source=IV 142 to DigiMedia (Active)#page9.tif

*Exhibit A-2*

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Intellectual Ventures Assets 142 LLC, a Delaware limited liability company, with an address at 251 Little Falls Drive, Wilmington, DE 19808 ("*Assignor*"), does hereby sell, assign, transfer, and convey unto DigiMedia Tech, LLC, a Georgia limited liability company with an address at 44 Milton Avenue, Suite 254, Alpharetta, GA 30009 ("*Assignee*"), all of Assignor's right, title, and interest in and to the following (collectively, the "*Assigned Patent Rights*"):

(a)      the patents and patent applications listed in the table below (the "*Patents*");

**Active Patent(s) – (Filed; Granted)**

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 6976026 (10/099807) | US | 12/13/2005 (3/14/2002) | DISTRIBUTING LIMITED STORAGE AMONG A COLLECTION OF MEDIA OBJECTS  Henrique S. Malvar |
| 7099514 (11/069730) | US | 8/29/2006 (2/28/2005) | Distributing limited storage among a collection of media objects  Henrique S. Malvar |
| 7558801 (11/149037) | US | 7/7/2009 (6/8/2005) | Distributing limited storage among a collection of media objects  Henrique S. Malvar |
| 8140603 (12/478516) | US | 3/20/2012 (6/4/2009) | Distributing limited storage among a collection of media objects  Henrique S. Malvar |
| 8370404 (13/366708) | US | 2/5/2013 (2/6/2012) | Distributing limited storage among a collection of media objects  Henrique S. Malvar |
| JP3436517 (JP2000-197183) | JP | 6/6/2003 (6/29/2000) | ESTIMATE METHOD AND DESIGN METHOD FOR FAULT INCIDENCE PROBABILITY OF DATA  SEIDL DIETER |

**PATENT
REEL: 051463 FRAME: 0368**

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 6598184 (09/606059) | US | 7/22/2003 (6/29/2000) | Method and apparatus for determining the failure probability of a data network Dieter Seidl |
| 6601047 (09/521864) | US | 7/29/2003 (3/8/2000) | Image-based digital evidence system and associated method Jinsheng Wang |
| 6662226 (09/705391) | US | 12/9/2003 (11/2/2000) | Method and system for activating and capturing screen displays associated with predetermined user interface events Joe Zheng |
| 7299281 (10/731277) | US | 11/20/2007 (12/8/2003) | Method and system for activating and capturing screen displays associated with predetermined user interface events Jinsheng Wang |
| 7904596 (11/219289) | US | 3/8/2011 (9/2/2005) | Method and System for Tracking Screen Activities Jinsheng Wang |
| 8078724 (12/710936) | US | 12/13/2011 (2/23/2010) | Method and System for Tracking Screen Activities Jinsheng Wang |
| 8510437 (13/309301) | US | 8/13/2013 (12/1/2011) | Method and System for Tracking Screen Activities Jinsheng Wang |
| 6704024 (09/725331) | US | 3/9/2004 (11/29/2000) | Visual content browsing using rasterized representations Charles Lee Johnson |
| 7242406 (10/764341) | US | 7/10/2007 (1/23/2004) | Visual content browsing using rasterized representations John S. Robotham |
| 7688327 (11/759208) | US | 3/30/2010 (6/6/2007) | Visual content browsing with zoom and pan features Charles Lee Johnson |

2

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 7864186 (12/696413) | US | 1/4/2011 (1/29/2010) | DEVICE-SPECIFIC CONTENT VERSIONING John S. Robotham |
| 6684391 (09/614738) | US | 1/27/2004 (6/12/2000) | Method For Operating A Computer System, Byte Code Verifier And Computer System Stroetmann, Karl |
| DE60045210.7 (DE60045210.7) | DE | 11/10/2010 (2/18/2000) | Real 3-D model providing device MATSUMOTO YUKINORI |
| FR1151778 (FR00904031.2) | FR | 11/10/2010 (2/18/2000) | Real 3-D model providing device MATSUMOTO YUKINORI |
| GB1151778 (GB00904031.2) | GB | 11/10/2010 (2/18/2000) | Real 3-D model providing device MATSUMOTO YUKINORI |
| 7006952 (09/913095) | US | 2/28/2006 (2/18/2000) | 3-D model providing device Yukinori Matsumoto |
| 6947044 (09/576704) | US | 9/20/2005 (5/22/2000) | Creation and playback of computer-generated productions using script-controlled rendering engines KULAS,CHARLES J. |
| 8199150 (11/089090) | US | 6/12/2012 (3/23/2005) | Creation and playback of computer-generated productions using script-controlled rendering engines KULAS, CHARLES J. |
| 7830385 (12/259291) | US | 11/9/2010 (10/27/2008) | Script control for gait animation in a scene generated by a computer rendering engine KULAS,CHARLES J. |
| 8674996 (12/259292) | US | 3/18/2014 (10/27/2008) | Script control for lip animation in a scene generated by a computer rendering engine KULAS,CHARLES J. |

3

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 8717359 (12/259288) | US | 5/6/2014 (10/27/2008) | Script control for camera positioning in a scene generated by a computer rendering engine KULAS,CHARLES J. |
| 6597411 (09/708499) | US | 7/22/2003 (11/9/2000) | Method And Apparatus For Avoiding Moire In Digitally Resized Images Selby, Steve |
| 6559883 (09/671007) | US | 5/6/2003 (9/27/2000) | Movie film security system utilizing infrared patterns Fancher, James A. |
| 6771349 (10/260933) | US | 8/3/2004 (9/30/2002) | Anti-piracy protection system and methodology Sitrick, David H. |
| 7428757 (11/598448) | US | 9/23/2008 (11/13/2006) | System and methodology for validating anti-piracy security compliance and reporting thereupon, for one to a plurality of movie theaters Sitrick, David H. |
| 8006311 (12/284108) | US | 8/23/2011 (9/18/2008) | System and Methodology for Validating Anti-piracy Security Compliance and Reporting Thereupon, for on to a Plurality of Movie Theaters Sitrick, David H. |
| 6879865 (09/649981) | US | 4/12/2005 (8/29/2000) | Structure and method for selecting, controlling and sending internet-based or local digital audio to an AM/FM radio or analog amplifier Gladwin, Stephen Christopher |
| 7123263 (10/219041) | US | 10/17/2006 (8/13/2002) | Automatic 3D modeling system and method Young Harvill |
| CA2457839 (CA2457839) | CA | 4/27/2010 (8/14/2002) | Automatic 3D modeling system & method |

PATENT
REEL: 051463 FRAME: 0371

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| | | | Young Harville |
| CA2690826 (CA2690826) | CA | 7/17/2012 (8/14/2002) | Automatic 3D modeling system & method |
| | | | Young Harville |
| CNZL02820332.1 (CN02820332.1) | CN | 5/26/2010 (8/14/2002) | Automatic 3D modeling system & method |
| | | | Young Harville |
| KR10-0720309 (KR10-2004-7002201) | KR | 5/15/2007 (8/14/2002) | Automatic 3D modeling system & method |
| | | | Young Harville |
| 7355607 (11/354511) | US | 4/8/2008 (2/14/2006) | Automatic 3D modeling system and method |
| | | | Young Harvill |
| 8289317 (13/313564) | US | 10/16/2012 (12/7/2011) | Automatic 3D modeling |
| | | | Young Harvill |
| 8487954 (13/611285) | US | 7/16/2013 (9/12/2012) | AUTOMATIC 3D MODELING |
| | | | Young Harvill |
| 6867808 (09/531542) | US | 3/15/2005 (3/20/2000) | Time domain imager |
| | | | SCOTT T. BODEN |
| 6456145 (09/672806) | US | 9/24/2002 (9/28/2000) | Non-linear signal correction |
| | | | Pertijs, Michiel A. P. |
| 6542020 (10/146311) | US | 4/1/2003 (5/14/2002) | Non-linear signal correction |
| | | | Pertijs, Michiel A. P. |
| 7266563 (10/034277) | US | 9/4/2007 (12/28/2001) | Specifying, assigning, and maintaining user defined metadata in a network-based photosharing system |
| | | | Robert Paul Morris |
| 7287088 (09/680612) | US | 10/23/2007 (10/6/2000) | Transmission bandwidth and memory requirements reduction in a portable image capture device by eliminating duplicate image transmissions |

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| | | | Eric C. Anderson |
| 7587514 (11/857100) | US | 9/8/2009 (9/18/2007) | Transmission bandwidth and memory requirements reduction in a portable image capture device |
| | | | Eric C. Anderson |
| 8073965 (12/534909) | US | 12/6/2011 (8/4/2009) | Transmission Bandwidth And Memory Requirements Reduction In A Portable Image Capture Device |
| | | | Eric C. Anderson |
| 8868778 (13/280757) | US | 10/21/2014 (10/25/2011) | Transmission Bandwidth And Memory Requirements Reduction In A Portable Image Capture Device |
| | | | Eric Anderson |
| 6807568 (09/625646) | US | 10/19/2004 (7/27/2000) | Recipient selection of information to be subsequently delivered |
| | | | David H. Tannenbaum |
| 7681220 (11/441479) | US | 3/16/2010 (5/26/2006) | Viewer selection of programs to be subsequently delivered |
| | | | David H. Tannenbaum |
| 7574724 (11/442492) | US | 8/11/2009 (5/26/2006) | Viewer selection of programs to be subsequently delivered |
| | | | David H. Tannenbaum |
| 7739713 (12/501141) | US | 6/15/2010 (7/10/2009) | Viewer selection of programs to be subsequently delivered |
| | | | David H. Tannenbaum |
| (13/272826) | US | (10/13/2011) | IDENTIFICATION OF MERCHANDISE TO BE SUBSEQUENTLY IDENTIFIED AND DELIVERED BY A MERCHANDISE PROVIDER |
| | | | David H. Tannenbaum |
| 6829781 (09/577642) | US | 12/7/2004 (5/24/2000) | Network-based service to provide on-demand video summaries of television programs |

6

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| | | | Vijay K. Bhagavath |
| 7743399 (10/824663) | US | 6/22/2010 (4/14/2004) | Network-based service to provide on-demand video summaries of television programs |
| | | | Vijay K. Bhagavath |
| 8087049 (12/793994) | US | 12/27/2011 (6/4/2010) | Network-based service to provide on-demand video summaries of television programs |
| | | | Vijay K. Bhagavath |
| 9055328 (13/303372) | US | 6/9/2015 (11/23/2011) | Network-based service to provide on-demand video summaries of television programs |
| | | | Vijay K. Bhagavath |
| 8160980 (12/171892) | US | 4/17/2012 (7/11/2008) | INFORMATION SYSTEM BASED ON TIME, SPACE AND RELEVANCE |
| | | | Jose Carlos dos Santos Danado |
| 6782360 (09/574396) | US | 8/24/2004 (5/19/2000) | Gain quantization for a CELP speech coder |
| | | | Yang Gao |
| 6959274 (09/663662) | US | 10/25/2005 (9/15/2000) | Fixed rate speech compression system and method |
| | | | Yang Gao |
| 6574593 (09/663837) | US | 6/3/2003 (9/15/2000) | Codebook tables for encoding and decoding |
| | | | Yang Gao |
| AU255422 (AU2001255422) | AU | 3/3/2005 (4/16/2001) | Gains quantization for a CLEP speech coder |
| | | | Yang Gao |
| CNZL01809085.0 (CN01809085.0) | CN | 4/19/2006 (4/16/2001) | Gains quantization for a CLEP speech coder |
| | | | Yang Gao |
| GB1338003 (GB01928580.8) | GB | 10/18/2006 (4/16/2001) | Gains quantization for a CLEP speech coder |

7

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| | | | Yang Gao |
| 7054809 (10/126307) | US | 5/30/2006 (4/19/2002) | Rate selection method for selectable mode vocoder Yang Gao |
| 6757649 (10/409404) | US | 6/29/2004 (4/8/2003) | Codebook tables for multi-rate encoding and decoding with pre-gain and delayed-gain quantization tables Yang Gao |
| 7260522 (10/888420) | US | 8/21/2007 (7/10/2004) | Subframe processing of a CELP speech coder after derivation of unquantized pitch gains and generation of quantized pitch gains Yang Gao |
| 7191122 (11/112394) | US | 3/13/2007 (4/22/2005) | Speech compression system and method Yang Gao |
| 7593852 (11/700481) | US | 9/22/2009 (1/30/2007) | Speech compression system and method Yang Gao |
| 7660712 (11/827916) | US | 2/9/2010 (7/12/2007) | Speech gain quantization strategy Yang Gao |
| 8620649 (12/284623) | US | 12/31/2013 (9/23/2008) | Speech coding system and method using bi-directional mirror-image predicted pulses Yang Gao |
| 10181327 (12/381036) | US | 1/15/2019 (3/6/2009) | Speech gain quantization strategy Yang Gao |
| 10204628 (14/143831) | US | 2/12/2019 (12/30/2013) | Speech coding system and method using bi-directional mirror-image predicted pulses Yang Gao |

PATENT
REEL: 051463 FRAME: 0375

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 7065778<br><br>(09/865970) | US | 6/20/2006<br><br>(5/25/2001) | METHOD AND SYSTEM FOR PROVIDING MEDIA FROM REMOTE LOCATIONS TO A VIEWER<br><br>Bin Lu |

(b)     any future reissues, reexaminations, extensions, continuations, continuing prosecution application, requests for continuing examinations, divisions, and registrations of any of the Patents;

(c)     rights to apply in any or all countries of the world for future patents, certificates of invention, utility models, industrial design protections, design patent protections, or other future governmental grants or issuances of any type related to the Patents; and

(d)     causes of action and enforcement rights of any kind under, or on account of, any of the Patents and/or any of the items described in either of the foregoing categories (b) or (c), including, without limitation, all causes of action, enforcement rights and all other rights to seek and obtain any other remedies of any kind for past, current and future infringement.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all future patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Assigned Patent Rights in the name of Assignee, as the assignee to the entire interest therein. This Assignment of Patent Rights will inure for the benefit of any permitted successors or assigns of Assignee.

Assignor will, at the reasonable request of Assignee, take all reasonable steps necessary and proper, to confirm the assignment to Assignee of the Assigned Patent Rights pursuant to this Assignment of Patent Rights, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining and perfecting the Assigned Patent Rights.

IN WITNESS WHEREOF this Assignment of Patent Rights is executed on _November 15_, 2019, to be effective as of _November 15_, 2019.

ASSIGNOR:

INTELLECTUAL VENTURES ASSETS 142 LLC

By: _____

Name: Lawrence Froeber

Title: CFO

RECORDED: 01/03/2020

PATENT
REEL: 051463 FRAME: 0376

# Exhibit M

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT5892759

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| INTELLECTUAL VENTURES ASSETS 142 LLC | 11/15/2019 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | DIGIMEDIA TECH, LLC |
| Street Address: | 44 MILTON AVENUE |
| Internal Address: | SUITE 254 |
| City: | ALPHARETTA |
| State/Country: | GEORGIA |
| Postal Code: | 30009 |

**PROPERTY NUMBERS Total: 26**

| Property Type | Number |
|---|---|
| Patent Number: | 6977651 |
| Patent Number: | 7170577 |
| Patent Number: | 7702403 |
| Patent Number: | 7952577 |
| Patent Number: | 8094150 |
| Application Number: | 09492559 |
| Application Number: | 09644404 |
| Application Number: | 60223151 |
| Application Number: | 60229641 |
| Application Number: | 60244231 |
| Application Number: | 09726163 |
| Application Number: | 09913094 |
| Application Number: | 60135207 |
| Application Number: | 14220061 |
| Application Number: | 60151714 |
| Application Number: | 12760451 |
| Application Number: | 60312384 |
| Application Number: | 10219119 |
| Application Number: | 13919341 |

| Property Type | Number |
|---|---|
| **Application Number:** | 60125153 |
| **Application Number:** | 10820554 |
| **Application Number:** | 10910872 |
| **Application Number:** | 13272853 |
| **Application Number:** | 13536290 |
| **Application Number:** | 60929833 |
| **Application Number:** | 60155321 |

**CORRESPONDENCE DATA**

**Fax Number:**            (404)645-7707

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:**                 4046457700

**Email:**                 docketing@mcciplaw.com

**Correspondent Name:**    LAWRENCE AARONSON

**Address Line 1:**        999 PEACHTREE STREET NE

**Address Line 2:**        SUITE 1300

**Address Line 4:**        ATLANTA, GEORGIA 30309

| **ATTORNEY DOCKET NUMBER:** | 11202-001GEN |
|---|---|
| **NAME OF SUBMITTER:** | LAWRENCE A. AARONSON |
| **SIGNATURE:** | /Lawrence A. Aaronson/ |
| **DATE SIGNED:** | 01/03/2020 |

**Total Attachments: 9**

source=IV 142 to DigiMedia (Inactive)#page1.tif

source=IV 142 to DigiMedia (Inactive)#page2.tif

source=IV 142 to DigiMedia (Inactive)#page3.tif

source=IV 142 to DigiMedia (Inactive)#page4.tif

source=IV 142 to DigiMedia (Inactive)#page5.tif

source=IV 142 to DigiMedia (Inactive)#page6.tif

source=IV 142 to DigiMedia (Inactive)#page7.tif

source=IV 142 to DigiMedia (Inactive)#page8.tif

source=IV 142 to DigiMedia (Inactive)#page9.tif

*Exhibit B-2*

## ASSIGNMENT OF RIGHTS IN CERTAIN ASSETS

For good and valuable consideration, the receipt of which is hereby acknowledged, Intellectual Ventures Assets 142 LLC, a Delaware limited liability company, with an address at 251 Little Falls Drive, Wilmington, DE 19808 ("*Assignor*"), does hereby sell, assign, transfer, and convey unto DigiMedia Tech, LLC, a Georgia limited liability company with an address at 44 Milton Avenue, Suite 254, Alpharetta, GA 30009 ("*Assignee*"), its right, title, and interest in and to any and all of the following provisional patent applications, patent applications, patents, and other governmental grants or issuances of any kind (the "*Certain Assets*"):

## Inactive Patent(s) – (Abandoned; Lapsed; Expired)

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| DE19929943.9 (DE19929943.9) | DE | 12/18/2003 (6/29/1999) | Method for determination of the failure probability of a data network ZEEB EBERHARD |
| (EP00109768.2) | EP | (5/9/2000) | Method for determination of the failure probability of a data network ZEEB EBERHARD |
| (09/492559) | US | (1/27/2000) | Method and system for tracking screen activities in online transactions Jinsheng Wang |
| (09/644404) | US | (8/23/2000) | Method and system for tracking screen activity Jinsheng Wang |
| (CN01101761.9) | CN | (1/20/2001) | Method and system for tracking network screen action in network trade YU ZHENG |
| (EP01300722.4) | EP | (1/26/2001) | Method and system for tracking screen activities in online transactions ZHENG JOE |
| (JP2001-018743) | JP | (1/26/2001) | Method, System and Program For Tracking Activity on Picture in Online Transaction WANG JINSHENG |

**PATENT
REEL: 051409 FRAME: 0010**

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| (60/223151) | US | (8/7/2000) | REMOTE BROWSER SYSTEMS USING SERVER-SIDE RENDERING<br><br>JOHN S. ROBOTHAM |
| (60/229641) | US | (8/31/2000) | GESTURE-BASED USER INTERFACE TO A MULTI-LEVEL SET OF BIT-MAPS<br><br>JOHN S. ROBOTHAM |
| (60/244231) | US | (10/30/2000) | REMOTE BROWSER SYSTEMS USING SERVER-SIDE RENDERING<br><br>JOHN S. ROBOTHAM |
| (09/726163) | US | (11/29/2000) | GESTURE-BASED USER INTERFACE TO MULTI-LEVEL AND MULTI-MODAL SETS OF BIT-MAPS<br><br>JOHN S. ROBOTHAM |
| (PCT/US2001/041577) | WO | (8/6/2001) | VISUAL CONTENT BROWSING USING RASTERIZED REPRESENTATIONS<br><br>Charles Lee Johnson |
| (PCT/US2001/026280) | WO | (8/23/2001) | GESTURE-BASED USER INTERFACE TO MULTI-LEVEL AND MULTI-MODAL SETS OF BIT-MAPS<br><br>Charles Lee Johnson |
| DE19926467.8<br><br>(DE19926467.8) | DE | 1/11/2001<br><br>(6/10/1999) | Computer System Operating Method Has Each Individual Program Command Of Loaded Computer Program Checked Before Program Execution<br><br>Stroetmann, Karl |
| (JP11-277099) | JP | (9/29/1999) | Unable to Verify<br><br>Unable to Verify |

2

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| (JP2000-021596) | JP | (1/31/2000) | DEVICE AND METHOD FOR PROVIDING SOLID MODEL<br><br>MATSUMOTO YUKINORI |
| (JP2000-021003) | JP | (1/31/2000) | REAL SOLID MODEL PREPARATION DEVICE, SOLID DATA PREPARATION DEVICE, PSEUDO SOLID DATA PREPARATION DEVICE, AND ITS METHOD<br><br>FUJIMURA KOTA |
| (JP2000-023210) | JP | (1/31/2000) | Device and method for providing three-dimensional model<br><br>KITAMURA TORU |
| (PCT/JP2000/000928) | WO | (2/18/2000) | Real 3-D model forming device<br><br>KITAMURA TORU |
| EP1151778<br><br>(EP00904031.2) | EP | 11/10/2010<br><br>(2/18/2000) | REAL 3-D MODEL FORMING DEVICE<br><br>MATSUMOTO YUKINORI |
| (09/913094) | US | (2/18/2000) | REAL 4-D MOTEL FORMING DEVICE<br><br>Yukinori Matsumoto |
| (PCT/JP2000/000929) | WO | (2/18/2000) | 3-D model providing device<br><br>Yukinori Matsumoto |
| (EP00904032.0) | EP | (2/18/2000) | 3-D MODEL PROVIDING DEVICE<br><br>SUGIMOTO KAZUHIDE |
| (PCT/JP2000/000930) | WO | (2/18/2000) | 3-D model providing device<br><br>SUGIMOTO KAZUHIDE |
| (EP00904033.8) | EP | (2/18/2000) | 3-D model providing device<br><br>KITAMURA TORU |

3

PATENT
REEL: 051409 FRAME: 0012

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 6977651 (09/913270) | US | 12/20/2005 (2/18/2000) | 3-d model providing device Matsumoto, Yukinori |
| (60/135207) | US . | (5/21/1999) | Creation and playback of computer-generated productions using rendering engines KULAS,CHARLES J. |
| (14/220061) | US | (3/19/2014) | Script control for camera positioning in a scene generated by a computer rendering engine KULAS,CHARLES J. |
| 7170577 (10/260679) | US | 1/30/2007 (9/30/2002) | Targeted anti-piracy system and methodology Sitrick, David H. |
| (PCT/US2003/006291) | WO | (2/28/2003) | Anti-piracy protection system and methodology Sitrick, David H. |
| (60/151714) | US | (8/31/1999) | Structure and method for selecting, controlling and sending internet-based or local digital audio to an AM/FM radio or analog converter Gladwin, Stephen Christopher |
| (PCT/US2000/023842) | WO | (8/30/2000) | STRUCTURE AND METHOD FOR SELECTING, CONTROLLING AND SENDING INTERNET-BASED OR LOCAL DIGITAL AUDIO TO AN AM/FM RADIO OR ANALOG AMPLIFIER GLADWIN S CHRISTOPHER |
| (PCT/US2000/023901) | WO | (8/31/2000) | STRUCTURE AND METHOD FOR SELECTING, CONTROLLING AND SENDING INTERNET-BASED OR LOCAL DIGITAL AUDIO TO AN AM/FM RADIO OR ANALOG |

4

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| | | | AMPLIFIER GLADWIN S CHRISTOPHER |
| 7702403 (09/709772) | US | 4/20/2010 (11/10/2000) | STRUCTURE AND METHOD FOR SELECTING, CONTROLLING AND SENDING INTERNET-BASED OR LOCAL DIGITAL AUDIO TO AN AM/FM RADIO OR ANALOG AMPLIFIER GLADWIN S CHRISTOPHER |
| (12/760451) | US | (4/14/2010) | STRUCTURE AND METHOD FOR SELECTING, CONTROLLING AND SENDING INTERNET-BASED OR LOCAL DIGITAL AUDIO TO AN AM/FM RADIO OR ANALOG AMPLIFIER Michael Cortopassi |
| (60/312384) | US | (8/14/2001) | Automatic 3D modeling system & method Young Harvill |
| (10/219119) | US | (8/13/2002) | Automatic 3D modeling system and method Harvill, Young |
| (JP2008-007078) | JP | (8/14/2002) | Automatic 3D modeling system & method Young Harville |
| (JP2011-118840) | JP | (8/14/2002) | Automatic 3D modeling system & method Young Harville |
| (PCT/US2002/025933) | WO | (8/14/2002) | Automatic 3D modeling system & method Young Harville |

5

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| (EP02757127.2) | EP | (8/14/2002) | Automatic 3D modeling system & method<br><br>Young Harville |
| (AU2002323162) | AU | (8/14/2002) | Automatic 3D modeling system & method<br><br>Young Harville |
| IN229185<br><br>(IN547/CHENP/2004) | IN | 2/13/2009<br><br>(8/14/2002) | Automatic 3D modeling<br><br>Young Harvill |
| (MXPA/A/2004/001429) | MX | (8/14/2002) | Automatic 3D modeling system & method<br><br>Young Harville |
| SG102880<br><br>(SG200400774-6) | SG | 2006-04-28<br><br>(8/14/2002) | Automatic 3D modeling system and method<br><br>Young Harville |
| (JP2003-522039) | JP | (8/14/2002) | Automatic 3D modeling system and method<br><br>Young Harville |
| 7952577<br><br>(12/099098) | US | 5/31/2011<br><br>(4/7/2008) | Automatic 3D modeling<br><br>Young Harvill |
| 8094150<br><br>(13/093377) | US | 1/10/2012<br><br>(4/25/2011) | Automatic 3D modeling system and method<br><br>Young Harvill |
| (13/919341) | US | (6/17/2013) | AUTOMATIC 3D MODELING<br><br>Young Harvill |
| (60/125153) | US | (3/19/1999) | FOCAL PLAN TIME DOMAIN IMAGER<br><br>SCOTT T. BODEN |

6

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| (PCT/US2000/007299) | WO | (3/20/2000) | TIME DOMAIN IMAGER<br><br>SCOTT T. BODEN |
| (PCT/EP2001/011288) | WO | (9/27/2001) | Non-linear signal correction<br><br>Pertijs, Michiel A. P. |
| (EP01985782.0) | EP | (9/27/2001) | Radio frequency device with fast charging of an input cap.<br><br>MICHIEL PERTIJS \|Anton Bakker \|Johan Hendrik huijsing |
| (JP2002-531595) | JP | (9/27/2001) | Non-linear signal correction<br><br>Pertijs, Michiel |
| (KR10-2002-7006772) | KR | (9/27/2001) | Non-linear signal correction<br><br>Pertijs, Michiel A. P. |
| (PCT/US2002/040935) | WO | (12/23/2002) | Specifying, assigning, and maintaining user defined metadata in a network-based photosharing system<br><br>Robert Paul Morris |
| (10/820554) | US | (4/8/2004) | Television viewer selection of programs to be subsequently delivered<br><br>David H. Tannenbaum |
| (10/910872) | US | (8/4/2004) | Identification of merchandise to be subsequently identified and delivered by a merchandise provider<br><br>David H. Tannenbaum |
| (13/272853) | US | (10/13/2011) | Identification of Merchandise to be Subsequently Identified and Delivered by a Merchandise Provider<br><br>Unable to verify |

PATENT
REEL: 051409 FRAME: 0016

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| (13/536290) | US | (6/28/2012) | SEARCHING FOR MERCHANDISE PRESENTLY UNAVAILABLE ON A COMPUTER NETWORK SEARCHING FOR MERCHANDISE PRESENTLY UNAVAILABLE ON A COMPUTER NETWORK<br><br>David H. Tannenbaum |
| (60/929833) | US | (7/13/2007) | Domestic information system based in time, space and relevance<br><br>Theo Rangel Correia Da Silva Fernandes |
| (60/155321) | US | (9/22/1999) | 4-kbits/s speech coding<br><br>Yang Gao |
| (PCT/US2001/012396) | WO | (4/16/2001) | Gains quantization for a CLEP speech coder<br><br>Yang Gao |
| (BR0110831-0) | BR | (4/16/2001) | Gains quantization for a CLEP speech coder<br><br>Yang Gao |
| EP1338003 (EP01928580.8) | EP | 10/18/2006 (4/16/2001) | Gains quantization for a CLEP speech coder<br><br>Yang Gao |
| (JP2001-587422) | JP | (4/16/2001) | Gains quantization for a CLEP speech coder<br><br>Yang Gao |
| KR10-0546444 (KR10-2002-7015574) | KR | 1/19/2006 (4/16/2001) | Gains quantization for a CLEP speech coder<br><br>Yang Gao |
| RU2257556 (RU2002/134175/09) | RU | 7/27/2005 (4/16/2001) | Method for quantizing amplification coefficients for linear prognosis speech encoder with code excitation |

8

**PATENT**

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| | | | Yang Gao |

Assignor assigns to Assignee all of its rights to the inventions, invention disclosures, and discoveries in the assets listed above, together, with its rights, if any, to revive prosecution of claims under such assets and to sue or otherwise enforce any claims under such assets for past, present or future infringement.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to make available to Assignee all records regarding the Certain Assets.

The terms and conditions of this Assignment of Rights in Certain Assets will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

EXECUTED this 15th day of _November_, 2019, to be effective as of _November 15_, 2019.

**ASSIGNOR:**

INTELLECTUAL VENTURES ASSETS 142 LLC

By: _____

Name: Lawrence Froeber

Title: CFO

9

**PATENT
REEL: 051409 FRAME: 0018**

# Exhibit N

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT5892673

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| INTELLECTUAL VENTURES ASSETS 145 LLC | 11/15/2019 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | DIGIMEDIA TECH, LLC |
| Street Address: | 44 MILTON AVENUE |
| Internal Address: | SUITE 254 |
| City: | ALPHARETTA |
| State/Country: | GEORGIA |
| Postal Code: | 30009 |

**PROPERTY NUMBERS Total: 41**

| Property Type | Number |
|---|---|
| Patent Number: | 8335994 |
| Patent Number: | 10374984 |
| Patent Number: | 6990145 |
| Patent Number: | 7577202 |
| Patent Number: | RE43085 |
| Patent Number: | 6718183 |
| Patent Number: | 7545799 |
| Patent Number: | RE42286 |
| Patent Number: | 6920479 |
| Patent Number: | 7949707 |
| Patent Number: | 8148673 |
| Patent Number: | 6535687 |
| Patent Number: | 6567091 |
| Patent Number: | 7054895 |
| Patent Number: | 6914635 |
| Patent Number: | 6560413 |
| Patent Number: | 6559853 |
| Patent Number: | 6567086 |
| Patent Number: | 6756990 |

| Property Type | Number |
|---|---|
| Patent Number: | 6897858 |
| Patent Number: | 6879338 |
| Patent Number: | 6741250 |
| Patent Number: | 6553394 |
| Patent Number: | 6687384 |
| Patent Number: | 6420778 |
| Patent Number: | 6952697 |
| Patent Number: | 7631000 |
| Patent Number: | 7318061 |
| Patent Number: | 8069164 |
| Patent Number: | 8219590 |
| Patent Number: | 8473514 |
| Patent Number: | 6606287 |
| Patent Number: | 6909455 |
| Patent Number: | 7715476 |
| Patent Number: | 6857129 |
| Patent Number: | 6473532 |
| Patent Number: | 6952500 |
| Patent Number: | RE42148 |
| Patent Number: | 6744818 |
| Patent Number: | 6684220 |
| Application Number: | 16507187 |

**CORRESPONDENCE DATA**

**Fax Number:** (404)645-7707

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 4046457700
**Email:** docketing@mcciplaw.com
**Correspondent Name:** LAWRENCE AARONSON
**Address Line 1:** 999 PEACHTREE STREET NE
**Address Line 2:** SUITE 1300
**Address Line 4:** ATLANTA, GEORGIA 30309

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 11202-001GEN |
| **NAME OF SUBMITTER:** | LAWRENCE A. AARONSON |
| **SIGNATURE:** | /Lawrence A. Aaronson/ |
| **DATE SIGNED:** | 01/03/2020 |

**Total Attachments: 8**
source=IV 145 to DigiMedia (Active)#page1.tif

source=IV 145 to DigiMedia (Active)#page2.tif
source=IV 145 to DigiMedia (Active)#page3.tif
source=IV 145 to DigiMedia (Active)#page4.tif
source=IV 145 to DigiMedia (Active)#page5.tif
source=IV 145 to DigiMedia (Active)#page6.tif
source=IV 145 to DigiMedia (Active)#page7.tif
source=IV 145 to DigiMedia (Active)#page8.tif

**PATENT**
**REEL: 051408 FRAME: 0630**

*Exhibit A-1*

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Intellectual Ventures Assets 145 LLC, a Delaware limited liability company, with an address at 251 Little Falls Drive, Wilmington, DE 19808 ("*Assignor*"), does hereby sell, assign, transfer, and convey unto DigiMedia Tech, LLC, a Georgia limited liability company with an address at 44 Milton Avenue, Suite 254, Alpharetta, GA 30009 (*Assignee*"), all of Assignor's right, title, and interest in and to the following (collectively, the "*Assigned Patent Rights*"):

(a)   the patents and patent applications listed in the table below (the "*Patents*");

**Active Patent(s) – (Filed; Granted)**

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 8335994<br><br>(11/942597) | US | 12/18/2012<br><br>(11/19/2007) | Method and apparatus for providing content to a computing device<br><br>Andrew So |
| 10374984<br><br>(13/685918) | US | 8/6/2019<br><br>(11/27/2012) | Method and Apparatus for Providing Content to a Computing Device<br><br>Andrew So |
| (16/507187) | US | (7/10/2019) | Method and Apparatus for Providing Content to a Computing Device<br><br>Andrew So |
| DE60001968.3<br><br>(DE60001968.3) | DE | 4/2/2003<br><br>(8/8/2000) | Global motion estimation and compensation in video compression<br><br>Monro, Donald Martin |
| FR1206880<br><br>(FR00951715.2) | FR | 4/2/2003<br><br>(8/8/2000) | Global motion estimation and compensation in video compression<br><br>Monro, Donald Martin |
| GB1206880<br><br>(GB00951715.2) | GB | 4/2/2003<br><br>(8/8/2000) | Global motion estimation and compensation in video compression<br><br>Monro, Donald Martin |
| 6990145<br><br>(10/081392) | US | 1/24/2006<br><br>(2/21/2002) | Motion estimation and compensation in video compression |

PATENT
REEL: 051408 FRAME: 0631

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| | | | Monro, Donald Martin |
| 7577202 (11/274804) | US | 8/18/2009 (11/15/2005) | Motion estimation and compensation in video compression |
| | | | Monro, Donald Martin |
| RE43085 (11/404125) | US | 1/10/2012 (4/13/2006) | Adaptive pixel-level color enhancement for a digital camera |
| | | | Lin, Tao |
| 6718183 (09/873427) | US | 4/6/2004 (6/5/2001) | SYSTEM AND METHOD FOR REDUCING DATA QUALITY DEGRADATION DUE TO ENCODING/DECODING |
| | | | Stephen M. Blust |
| 7545799 (09/779939) | US | 6/9/2009 (2/9/2001) | INTERNET TIME MULTIPLEXED CIRCUIT CONNECTION FOR WIRE SPEED CONNECTION AKIN TO PSTN SWITCHED CIRCUIT CONNECTION SUITABLE FOR MULTIMEDIA/VOICE/FAX/ REALTIME APPLICATIONS |
| | | | Bob Tang |
| TWI174796 (TW089117914) | TW | 2/21/2003 (9/1/2000) | IMAGE DATA PROCESSING SYSTEM |
| | | | LEE TIAN-QUEY |
| RE42286 (11/450949) | US | 4/12/2011 (6/8/2006) | IMAGE DATA PROCESSING SYSTEM |
| | | | Kuei-Hsiang Chen |
| DE60046709.0 (DE60046709.0) | DE | 11/30/2011 (6/15/2000) | INTERNET RADIO RECEIVER AND INTERFACE |
| | | | BOLAS MARK T |
| FR1190336 (FR00942821.0) | FR | 11/30/2011 (6/15/2000) | INTERNET RADIO RECEIVER AND INTERFACE |

PATENT
REEL: 051408 FRAME: 0632

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| | | | BOLAS MARK T |
| GB1190336 (GB00942821.0) | GB | 11/30/2011 (6/15/2000) | INTERNET RADIO RECEIVER AND INTERFACE BOLAS MARK T |
| 6920479 (09/859811) | US | 7/19/2005 (5/17/2001) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE Ian Mcdowall |
| 7949707 (11/180287) | US | 5/24/2011 (7/12/2005) | Internet radio receiver with linear tuning interface Ian Mcdowall |
| JP4719276 (JP2008-534750) | JP | 4/8/2011 (10/6/2006) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES Elliott D. Light |
| 8148673 (12/826164) | US | 4/3/2012 (6/29/2010) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES Elliott D. Light |
| 6535687 (09/591966) | US | 3/18/2003 (6/12/2000) | METHOD AND SYSTEM FOR DETERRING ELECTRONIC VIDEO PIRACY THROUGH IMAGE REARRANGEMENT Glenn Arthur Reitmeier |
| TWI164713 (TW089114610) | TW | 10/21/2002 (8/8/2000) | Method and system for deterring electronic video piracy through image rearrangement Glenn A. Reitmeier |
| 6567091 (10/085241) | US | 5/20/2003 (2/28/2002) | VIDEO CONTROLLER SYSTEM WITH OBJECT DISPLAY LISTS |

3

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| | | | Thomas A. Dye |
| 7054895 (10/175218) | US | 5/30/2006 (6/19/2002) | SYSTEM AND METHOD FOR PARALLEL COMPUTING MULTIPLE PACKED-SUM ABSOLUTE DIFFERENCES (PSAD) IN RESPONSE TO A SINGLE INSTRUCTION Igor M. Koba |
| 6914635 (09/779416) | US | 7/5/2005 (2/8/2001) | MICROMINIATURE ZOOM SYSTEM FOR DIGITAL CAMERA TONI OSTERGARD |
| 6560413 (09/809599) | US | 5/6/2003 (3/14/2001) | HIGH-PRECISION PANORAMIC IMAGING SYSTEM Philip H. Lee |
| 6559853 (09/505338) | US | 5/6/2003 (2/16/2000) | ENVIRONMENT MAP CREATION USING TEXTURE PROJECTIONS WITH POLYGONAL CURVED SURFACES Andrew J. Lavin |
| 6567086 (09/625380) | US | 5/20/2003 (7/25/2000) | IMMERSIVE VIDEO SYSTEM USING MULTIPLE VIDEO STREAMS Roy T. Hashimoto |
| 6756990 (09/825724) | US | 6/29/2004 (4/3/2001) | IMAGE FILTERING ON 3D OBJECTS USING 2D MANIFOLDS Dieter O. Koller |
| 6897858 (09/505352) | US | 5/24/2005 (2/16/2000) | PARTIAL IMAGE DECOMPRESSION OF A TILED IMAGE Roy T. Hashimoto |
| 6879338 (09/541393) | US | 4/12/2005 (3/31/2000) | OUTWARD FACING CAMERA SYSTEM FOR ENVIRONMENT CAPTURE |

PATENT
REEL: 051408 FRAME: 0634

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| | | | Roy T. Hashimoto |
| 6741250 (09/982614) | US | 5/25/2004 (10/17/2001) | METHOD AND SYSTEM FOR GENERATION OF MULTIPLE VIEWPOINTS INTO A SCENE VIEWED BY MOTIONLESS CAMERAS AND FOR PRESENTATION OF A VIEW PATH  John L. W. Furlan |
| 6553394 (09/488584) | US | 4/22/2003 (1/21/2000) | CONTINUOUS MEMOIZATION  Ronald Perry |
| 6687384 (09/535213) | US | 2/3/2004 (3/27/2000) | Method And Apparatus For Embedding Data In Encoded Digital Bitstreams  Michael A. Isnardi |
| JP4617049 (JP2001-571676) | JP | 10/29/2010 (3/19/2001) | Method And Apparatus For Embedding Data In Encoded Digital Bitstreams  Michael A. Isnardi |
| TWI163244 (TW090106997) | TW | 9/21/2002 (3/23/2001) | Method And Apparatus For Embedding Data In Encoded Digital Bitstreams  Michael A. Isnardi |
| 6420778 (09/872569) | US | 7/16/2002 (6/1/2001) | Differential electrical transmission line structures employing crosstalk compensation and related methods  Victor Sinyansky |
| 6952697 (10/178041) | US | 10/4/2005 (6/21/2002) | MEDIA VALIDATION SYSTEM  Leigh Rothschild |
| 7631000 (11/226561) | US | 12/8/2009 (9/14/2005) | MEDIA VALIDATION SYSTEM  Leigh M. Rothschild |

5

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 7318061 (11/255844) | US | 1/8/2008 (10/21/2005) | MEDIA VALIDATION AND REGISTRATION SYSTEM Leigh M. Rothschild |
| 8069164 (12/608219) | US | 11/29/2011 (10/29/2009) | MEDIA VALIDATION SYSTEM Leigh Rothschild |
| 8219590 (13/280267) | US | 7/10/2012 (10/24/2011) | MEDIA VALIDATION SYSTEM Leigh Rothschild |
| 8473514 (13/523684) | US | 6/25/2013 (6/14/2012) | MEDIA VALIDATION SYSTEM Leigh Rothschild |
| 6606287 (09/725369) | US | 8/12/2003 (11/29/2000) | Method and apparatus for compression rate selection Mike Sandler |
| 6909455 (10/353858) | US | 6/21/2005 (1/28/2003) | SYSTEM, METHOD AND ARTICLE OF MANUFACTURE FOR TRACKING A HEAD OF A CAMERA-GENERATED IMAGE OF A PERSON Katerina H. Nguyen |
| 7715476 (11/112433) | US | 5/11/2010 (4/21/2005) | System, method and article of manufacture for tracking a head of a camera-generated image of a person Katerina H. Nguyen |
| 6857129 (09/836581) | US | 2/15/2005 (4/16/2001) | Signal receiving video recording apparatus and method Gregory T. Kavounas |
| 6473532 (09/524618) | US | 10/29/2002 (3/14/2000) | Method and apparatus for visual lossless image syntactic encoding Semion Sheraizin |

PATENT
REEL: 051408 FRAME: 0636

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 6952500 (10/121685) | US | 10/4/2005 (4/15/2002) | Method and apparatus for visual lossless image syntactic encoding Semion Sheraizin |
| RE42148 (12/196180) | US | 2/15/2011 (8/21/2008) | Method and apparatus for visual lossless image syntactic encoding Sheraizin, Semion |
| 6744818 (09/748248) | US | 6/1/2004 (12/27/2000) | Method and apparatus for visual perception encoding Vitaly S. Sheraizin |
| 6684220 (09/666029) | US | 1/27/2004 (9/20/2000) | Method and system for automatic information exchange Michael R. Yokell |

(b)      any future reissues, reexaminations, extensions, continuations, continuing prosecution application, requests for continuing examinations, divisions, and registrations of any of the Patents;

(c)      rights to apply in any or all countries of the world for future patents, certificates of invention, utility models, industrial design protections, design patent protections, or other future governmental grants or issuances of any type related to the Patents; and

(d)      causes of action and enforcement rights of any kind under, or on account of, any of the Patents and/or any of the items described in either of the foregoing categories (b) or (c), including, without limitation, all causes of action, enforcement rights and all other rights to seek and obtain any other remedies of any kind for past, current and future infringement.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all future patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Assigned Patent Rights in the name of Assignee, as the assignee to the entire interest therein.  This Assignment of Patent Rights will inure for the benefit of any permitted successors or assigns of Assignee.

Assignor will, at the reasonable request of Assignee, take all reasonable steps necessary and proper, to confirm the assignment to Assignee of the Assigned Patent Rights pursuant to this Assignment of Patent Rights, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining and perfecting the Assigned Patent Rights.

IN WITNESS WHEREOF this Assignment of Patent Rights is executed on _November 15_, 2019, to be effective on _November 15_, 2019.

**ASSIGNOR:**

**INTELLECTUAL VENTURES ASSETS 145 LLC**

By: _____

Name: Lawrence Froeber

Title: CFO

8

**PATENT**
**REEL: 051408 FRAME: 0638**

# Exhibit O

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT5892698

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| INTELLECTUAL VENTURES ASSETS 145 LLC | 11/15/2019 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | DIGIMEDIA TECH, LLC |
| Street Address: | 44 MILTON AVENUE |
| Internal Address: | SUITE 254 |
| City: | ALPHARETTA |
| State/Country: | GEORGIA |
| Postal Code: | 30009 |

**PROPERTY NUMBERS Total: 38**

| Property Type | Number |
|---|---|
| Patent Number: | 6721000 |
| Patent Number: | 6747637 |
| Patent Number: | 6389463 |
| Patent Number: | 6861640 |
| Patent Number: | 6977366 |
| Patent Number: | 7020383 |
| Patent Number: | 7332706 |
| Patent Number: | 7326911 |
| Patent Number: | 7755025 |
| Patent Number: | 6118820 |
| Patent Number: | 6829301 |
| Patent Number: | 6560285 |
| Patent Number: | 7403565 |
| Patent Number: | RE42589 |
| Patent Number: | RE43647 |
| Patent Number: | 6515673 |
| Patent Number: | 6545706 |
| Patent Number: | 7095903 |
| Application Number: | 09791369 |

| Property Type | Number |
|---|---|
| **Application Number:** | 11468989 |
| **Application Number:** | 60182518 |
| **Application Number:** | 09579641 |
| **Application Number:** | 09579642 |
| **Application Number:** | 09579716 |
| **Application Number:** | 09579717 |
| **Application Number:** | 09570834 |
| **Application Number:** | 09578918 |
| **Application Number:** | 09578993 |
| **Application Number:** | 60145306 |
| **Application Number:** | 10391475 |
| **Application Number:** | 60071294 |
| **Application Number:** | 60071296 |
| **Application Number:** | 60079824 |
| **Application Number:** | 09495985 |
| **Application Number:** | 60299881 |
| **Application Number:** | 60267538 |
| **Application Number:** | 60288396 |
| **Application Number:** | 09982451 |

**CORRESPONDENCE DATA**

**Fax Number:**     (404)645-7707

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:**                         4046457700
**Email:**                         docketing@mcciplaw.com
**Correspondent Name:**   LAWRENCE AARONSON
**Address Line 1:**           999 PEACHTREE STREET NE
**Address Line 2:**           SUITE 1300
**Address Line 4:**           ATLANTA, GEORGIA 30309

| **ATTORNEY DOCKET NUMBER:** | 11202-001GEN |
|---|---|
| **NAME OF SUBMITTER:** | LAWRENCE A. AARONSON |
| **SIGNATURE:** | /Lawrence A. Aaronson/ |
| **DATE SIGNED:** | 01/03/2020 |

**Total Attachments: 11**
source=IV 145 to DigiMedia (Inactive)#page1.tif
source=IV 145 to DigiMedia (Inactive)#page2.tif
source=IV 145 to DigiMedia (Inactive)#page3.tif
source=IV 145 to DigiMedia (Inactive)#page4.tif
source=IV 145 to DigiMedia (Inactive)#page5.tif

source=IV 145 to DigiMedia (Inactive)#page6.tif
source=IV 145 to DigiMedia (Inactive)#page7.tif
source=IV 145 to DigiMedia (Inactive)#page8.tif
source=IV 145 to DigiMedia (Inactive)#page9.tif
source=IV 145 to DigiMedia (Inactive)#page10.tif
source=IV 145 to DigiMedia (Inactive)#page11.tif

**PATENT**
**REEL: 051408 FRAME: 0732**

*Exhibit B-1*

## ASSIGNMENT OF RIGHTS IN CERTAIN ASSETS

For good and valuable consideration, the receipt of which is hereby acknowledged, Intellectual Ventures Assets 145 LLC, a Delaware limited liability company, with an address at 251 Little Falls Drive, Wilmington, DE 19808 (*"Assignor"*), does hereby sell, assign, transfer, and convey unto DigiMedia Tech, LLC, a Georgia limited liability company with an address at 44 Milton Avenue, Suite 254, Alpharetta, GA 30009 (*"Assignee"*), its right, title, and interest in and to any and all of the following provisional patent applications, patent applications, patents, and other governmental grants or issuances of any kind (the *"Certain Assets"*):

### Inactive Patent(s) – (Abandoned; Lapsed; Expired)

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| (09/791369) | US | (2/23/2001) | ELECTRONIC CUSTOMER RELATIONS MANAGEMENT CHAT METHOD, SYSTEM AND APPARATUS <br><br> Andrew So |
| (GB9920256.6) | GB | (8/26/1999) | Motion estimation and compensation in video compression <br><br> Monro, Donald Martin |
| (PCT/GB2000/003053) | WO | (8/8/2000) | Global motion estimation and compensation in video compression <br><br> Monro, Donald Martin |
| EP1206880 <br><br> (EP00951715.2) | EP | 4/2/2003 <br><br> (8/8/2000) | Global motion estimation and compensation in video compression <br><br> Monro, Donald Martin |
| (11/468989) | US | (8/31/2006) | Motion estimation and compensation in video compression <br><br> Monro, Donald Martin |
| 6721000 <br><br> (09/511012) | US | 4/13/2004 <br><br> (2/23/2000) | Adaptive pixel-level color enhancement for a digital camera <br><br> Lin, Tao |

PATENT
REEL: 051408 FRAME: 0733

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| (PCT/US2002/017478) | WO | (6/4/2002) | SYSTEM AND METHOD FOR REDUCING DATA QUALITY DEGRADATION DUE TO ENCODING/DECODING FRERKING MELVIN D |
| (60/182518) | US | (2/15/2000) | Internet time multiplexed circuit connection for wire speed connection akin to pstn switched circuit connection suitable for multimedia/voice/fax/realtime applications Tang Bob |
| (CA2435841) | CA | (2/13/2001) | AN INTERNET TIME MULTIPLEXED CIRCUIT CONNECTION TANG BOB |
| (PCT/GB2001/000592) | WO | (2/13/2001) | INTERNET TIME MULTIPLEXED CIRCUIT CONNECTION FOR WIRE SPEED CONNECTION AKIN TO PSTN SWITCHED CIRCUIT CONNECTION SUITABLE FOR MULTIMEDIA/VOICE/FAX/REALTIME APPLICATIONS TANG BOB |
| 6747637 (09/819750) | US | 6/8/2004 (3/29/2001) | IMAGE DATA PROCESSING SYSTEM LEE TIAN-QUEY |
| 6389463 (09/334846) | US | 5/14/2002 (6/16/1999) | INTERNET RADIO RECEIVER HAVING A ROTARY KNOB FOR SELECTING AUDIO CONTENT PROVIDER DESIGNATIONS AND NEGOTIATING INTERNET ACCESS TO URLS ASSOCIATED WITH THE DESIGNATIONS Ian E. McDowall |

2

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| (PCT/US2000/016399) | WO | (6/15/2000) | INTERNET RADIO RECEIVER AND INTERFACE<br><br>Ian E. McDowall |
| EP1190336<br><br>(EP00942821.0) | EP | 11/30/2011<br><br>(6/15/2000) | INTERNET RADIO RECEIVER AND INTERFACE<br><br>BOLAS MARK T |
| (09/579641) | US | (5/26/2000) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE<br><br>Unable to verify |
| (09/579642) | US | (5/26/2000) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE<br><br>Unable to verify |
| (09/579716) | US | (5/26/2000) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE<br><br>Unable to verify |
| (09/579717) | US | (5/26/2000) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE<br><br>Unable to verify |
| (09/570834) | US | (5/12/2000) | Internet radio receiver and interface<br><br>Ian Mcdowall |
| (09/578918) | US | (5/25/2000) | Integrated Tuner and audio Output Device for Streaming Audio<br><br>Ian Mcdowall |
| (09/578993) | US | (5/25/2000) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE<br><br>Unable to Verify |

3

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 6861640 (10/294273) | US | 3/1/2005 (11/14/2002) | DETECTING AND THWARTING IMAGING SYSTEMS AT THEATRICAL PERFORMANCES Elliott D. Light |
| 6977366 (10/816970) | US | 12/20/2005 (4/2/2004) | DETECTING AND THWARTING IMAGING SYSTEMS AT THEATRICAL PERFORMANCES Elliott D. Light |
| (PCT/US2004/010545) | WO | (4/5/2004) | DETECTING AND THWARTING IMAGING SYSTEMS AT THEATRICAL PERFORMANCES LIGHT ELLIOTT D |
| 7020383 (11/122425) | US | 3/28/2006 (5/5/2005) | DETECTING AND THWARTING IMAGING SYSTEMS AT THEATRICAL PERFORMANCES Elliott D. Light |
| 7332706 (11/180143) | US | 2/19/2008 (7/13/2005) | DETECTING AND THWARTING IMAGING SYSTEMS AT THEATRICAL PERFORMANCES Elliott D. Light |
| 7326911 (11/245841) | US | 2/5/2008 (10/7/2005) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES Elliott D. Light |
| (PCT/US2006/039319) | WO | (10/6/2006) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES LIGHT ELLIOTT D |

4

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| CNZL0680037206.5 (CN200680037206.5) | CN | 1/4/2012 (10/6/2006) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES Elliott D. Light |
| (EP06816497.9) | EP | (10/6/2006) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES LIGHT ELLIOTT D |
| 7755025 (11/949365) | US | 7/13/2010 (12/3/2007) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES Elliott D. Light |
| (60/145306) | US | (7/23/1999) | MEANS OF DEFEATING ELECTRONIC VIDEO PIRACY THROUGH IMAGE REARRANGEMENT Glenn Arthur Reitmeier |
| (PCT/US2000/019856) | WO | (7/21/2000) | Method and system for deterring electronic video piracy through image rearrangement REITMEIER GLENN A |
| (EP00948844.6) | EP | (7/21/2000) | Method and system for deterring electronic video piracy through image rearrangement REITMEIER GLENN A |
| (JP2001-513177) | JP | (7/21/2000) | Method and system for deterring electronic video piracy through image rearrangement Reitmeier, Glenn A. |

5

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| (10/391475) | US | (3/18/2003) | Method and system for deterring electronic video piracy through image rearrangement<br><br>Glenn A. Reitmeier |
| (JP2011-144636) | JP | (6/29/2011) | Method and system for deterring electronic video piracy through image rearrangement<br><br>Glenn A. Reitmeier |
| (60/071294) | US | (1/16/1998) | AREA-BASED INTENSITY COMPACTION FOR DIGITAL IMAGES<br><br>Glenn Arthur Reitmeier |
| (60/071296) | US | (1/16/1998) | ELECTRONIC CINEMA<br><br>Glenn Arthur Reitmeier |
| (60/079824) | US | (3/30/1998) | ENHANCED MPEG INFORMATION DISTRIBUTION APPARATUS AND METHOD<br><br>Glenn Arthur Reitmeier |
| 6118820<br><br>(09/050304) | US | 9/12/2000<br><br>(3/30/1998) | REGION-BASED INFORMATION COMPACTION AS FOR DIGITAL IMAGES<br><br>Glenn Arthur Reitmeier |
| 6829301<br><br>(09/092225) | US | 12/7/2004<br><br>(6/5/1998) | ENHANCED MPEG INFORMATION DISTRIBUTION APPARATUS AND METHOD<br><br>Michael Tinker |
| (PCT/US1999/000351) | WO | (1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES<br><br>REITMEIER GLENN ARTHUR |

6

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| EP1050167 (EP99902104.1) | EP | 12/17/2008 (1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES  REITMEIER GLENN ARTHUR |
| DE69940096.1 (DE69940096.1) | DE | 12/17/2008 (1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES  REITMEIER GLENN ARTHUR |
| FR1050167 (FR99902104.1) | FR | 12/17/2008 (1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES  REITMEIER GLENN ARTHUR |
| GB1050167 (GB99902104.1) | GB | 12/17/2008 (1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES  REITMEIER GLENN ARTHUR |
| (JP2000-540677) | JP | (1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES  REITMEIER GLENN ARTHUR |
| (PCT/US1999/000352) | WO | (1/19/1999) | LAYERED MPEG ENCODER  TINKER MICHAEL |
| (EP99902105.8) | EP | (1/19/1999) | LAYERED MPEG ENCODER  REITMEIER GLENN ARTHUR |
| (JP2000-540678) | JP | (1/19/1999) | LAYERED MPEG ENCODER  REITMEIER GLENN ARTHUR |
| 6560285 (09/292693) | US | 5/6/2003 (4/15/1999) | REGION-BASED INFORMATION COMPACTION AS FOR DIGITAL IMAGES |

7

PATENT
REEL: 051408 FRAME: 0739

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| | | | Glenn Arthur Reitmeier |
| TW157347 (TW089107083) | TW | 6/21/2002 (4/15/2000) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES REITMEIER GLENN ARTHUR |
| (PCT/US2000/010295) | WO | (4/17/2000) | STANDARD COMPRESSION WITH DYNAMIC RANGE ENHANCEMENT OF IMAGE REGIONS REITMEIER GLENN ARTHUR |
| (EP00926054.8) | EP | (4/17/2000) | STANDARD COMPRESSION WITH DYNAMIC RANGE ENHANCEMENT OF IMAGE REGIONS REITMEIER GLENN ARTHUR |
| JP4554087 (JP2000-613198) | JP | 9/29/2010 (4/17/2000) | STANDARD COMPRESSION WITH DYNAMIC RANGE ENHANCEMENT OF IMAGE REGIONS REITMEIER GLENN ARTHUR |
| 7403565 (10/429985) | US | 7/22/2008 (5/6/2003) | REGION-BASED INFORMATION COMPACTION AS FOR DIGITAL IMAGES Glenn Arthur Reitmeier |
| RE42589 (11/635063) | US | 8/2/2011 (12/7/2006) | ENHANCED MPEG INFORMATION DISTRIBUTION APPARATUS AND METHOD Glenn Arthur Reitmeier |
| RE43647 (12/841862) | US | 9/11/2012 (7/22/2010) | REGION-BASED INFORMATION COMPACTION AS FOR DIGITAL IMAGES Glenn Arthur Reitmeier |

PATENT
REEL: 051408 FRAME: 0740

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| (09/495985) | US | (2/1/2000) | VIDEO CONTROLLER SYSTEM WITH OBJECT DISPLAY LISTS<br><br>Thomas A. Dye |
| (60/299881) | US | (6/21/2001) | Microprocessor capable of parallel computing multiple packet absolute differences in response to one instruction<br><br>Igor M. Koba |
| 6515673<br><br>(09/505339) | US | 2/4/2003<br><br>(2/16/2000) | DISPLAYING IMMERSIVE VIDEOS USING TILED DECOMPRESSION<br><br>Roy T. Hashimoto |
| (60/267538) | US | (2/9/2001) | METHOD AND SYSTEM FOR GENERATION OF MULTIPLE VIEWPOINTS INTO A SCENE VIEWED BY MOTIONLESS CAMERA<br><br>John L. Furlan |
| (60/288396) | US | (5/2/2001) | Method and system for generation of multiple viewpoints into a scene viewed by motionless cameras and for presentation of a view path<br><br>John L. W. Furlan |
| (09/982451) | US | (10/17/2001) | Method and system for generation of multiple viewpoints into a scene viewed by motionless cameras and for presentation of a view path<br><br>John Furlan |
| (PCT/US2001/008675) | WO | (3/19/2001) | Method And Apparatus For Embedding Data In Encoded Digital Bitstreams<br><br>Michael A. Isnardi |
| (EP01922456.7) | EP | (3/19/2001) | Method And Apparatus For Embedding Data In Encoded Digital Bitstreams<br><br>Michael A. Isnardi |

9

PATENT
REEL: 051408 FRAME: 0741

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 6545706 (09/364859) | US | 4/8/2003 (7/30/1999) | SYSTEM, METHOD AND ARTICLE OF MANUFACTURE FOR TRACKING A HEAD OF A CAMERA-GENERATED IMAGE OF A PERSON Katerina H. Nguyen |
| IL134182 (IL134182) | IL | 2/11/2006 (1/23/2000) | METHOD AND APPARATUS FOR VISUAL LOSSLESS IMAGE SYNTACTIC ENCODING Semion Sheraizin |
| (PCT/IL2001/000065) | WO | (1/23/2001) | METHOD AND APPARATUS FOR VISUAL LOSSLESS IMAGE SYNTACTIC ENCODING SHERAIZIN VITALY |
| (EP01942829.1) | EP | (1/23/2001) | METHOD AND APPARATUS FOR VISUAL LOSSLESS IMAGE SYNTACTIC ENCODING SHERAIZIN VITALY |
| 7095903 (11/036062) | US | 8/22/2006 (1/18/2005) | Method and apparatus for visual lossless image syntactic encoding Semion Sheraizin |
| (PCT/US2001/028888) | WO | (9/17/2001) | METHOD AND SYSTEM FOR AUTOMATIC INFORMATION EXCHANGE SCHUESSLER RANDALL M |
| (AU89103/01) | AU | (9/17/2001) | Method and system for automatic information exchange SCHUESSLER RANDALL M |
| (CA2416313) | CA | (9/17/2001) | METHOD AND SYSTEM FOR AUTOMATIC INFORMATION EXCHANGE SCHUESSLER RANDALL M |

PATENT
REEL: 051408 FRAME: 0742

| Patent/Application Number | Country | Issue Date/ Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| (EP01968895.1) | EP | (9/17/2001) | METHOD AND SYSTEM FOR AUTOMATIC INFORMATION EXCHANGE<br><br>SCHUESSLER RANDALL M |
| (KR10-2003-7003913) | KR | (9/17/2001) | METHOD AND SYSTEM FOR AUTOMATIC INFORMATION EXCHANGE<br><br>SCHUESSLER RANDALL M |

Assignor assigns to Assignee all of its rights to the inventions, invention disclosures, and discoveries in the assets listed above, together, with its rights, if any, to revive prosecution of claims under such assets and to sue or otherwise enforce any claims under such assets for past, present or future infringement.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to make available to Assignee all records regarding the Certain Assets.

The terms and conditions of this Assignment of Rights in Certain Assets will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

EXECUTED this 15th day of _November_, 2019, to be effective as of _November 15_, 2019.

**ASSIGNOR:**

INTELLECTUAL VENTURES ASSETS 145 LLC

By: _____
Name: Lawrence Froeber
Title: CFO

**RECORDED: 01/03/2020**

**PATENT
REEL: 051408 FRAME: 0743**

# Exhibit P

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)** <br> UNISEARCH, INC. 360-956-9500 | CTY‡ YEAR    UCC ‡ <br> 0602019-09452 <br> Filed and Recorded Dec-05-2019 03:39pm <br> **CATHELENE ROBINSON** <br> Clerk of Superior Court <br> Fulton County, Georgia |
| **B. E-MAIL CONTACT AT FILER (optional)** <br> Kristy.Bertsch@unisearch.com | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)** <br> ┌ UNISEARCH      ┐ <br> 1780 BARNES BLVD SW <br> TUMWATER, WA 98512 <br> └                            ┘     3 | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only **one** Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor Information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Digi Media Tech, LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 44 Milton Avenue, Suite 254 | Alpharetta | GA | 30009 | USA |

2. **DEBTOR'S NAME:** Provide only **one** Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor Information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only **one** Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Intellectual Ventures Assets 142 LLC | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 251 Little Falls Drive | Wilmington | DE | 19808 | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:

A first priority security interest in all Collateral to secure all present and future payment and performance obligations of Debtor to Secured Party or any of Secured Party's affiliates, including, without limitation, Debtor's obligations under the PSA (collectively, the "Obligations"). "Collateral" means the Assigned Patent Rights and the Certain other Assets and all Revenue (as such term is defined in the PSA).

It is understood and agreed that any Revenue that is properly distributed to either Secured Party or any of Secured Party's Affiliates or Debtor and/or its Affiliates in accordance with the terms and conditions of the PSA are not considered Collateral under this Security Interest Addendum.

Additional Collateral included on Attachment A.

5. Check **only** if applicable and check **only** one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check **only** if applicable and check **only** one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check **only** if applicable and check **only** one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. **ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. **OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)            International Association of Commercial Administrators (IACA)

CTY≑  YEAR    UCC ≑
0602019-09452

# ATTACHMENT A TO UCC FINANCING STATEMENT
## DEBTOR: DigiMedia Tech, LLC
## SECURED PARTY: Intellectual Ventures Assets 142 LLC

"**Assigned Patent Rights**" means (a) the patents and patent applications listed below; (b) any future reissues, reexaminations, extensions, continuations, continuing prosecution applications, requests for continuing examinations, divisions, and registrations of any of the items described in (a); (c) rights to apply in any or all countries of the world for future patents, certificates of invention, utility models, industrial design protections, design patent protections, or other future governmental grants or issuances of any type related to any of the items in (a) and/or (b); (d) rights to make, have made, use, sell, offer for sale, import, and otherwise commercialize any product or service under, or on account of, any of the items described in any of the foregoing categories (a), (b), or (c); and (e) exclusive right to bring causes of action and enforcement rights of any kind under, or on account of, any of the items described in any of the foregoing categories (a), (b), or (c), including, without limitation, all causes of action, enforcement rights and all other rights to seek and obtain any other remedies of any kind for past, current and future infringement.

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 6976026 (10/099807) | US | 12/13/2005 (3/14/2002) | DISTRIBUTING LIMITED STORAGE AMONG A COLLECTION OF MEDIA OBJECTS  Henrique S. Malvar |
| 7099514 (11/069730) | US | 8/29/2006 (2/28/2005) | Distributing limited storage among a collection of media objects  Henrique S. Malvar |
| 7558801 (11/149037) | US | 7/7/2009 (6/8/2005) | Distributing limited storage among a collection of media objects  Henrique S. Malvar |
| 8140603 (12/478516) | US | 3/20/2012 (6/4/2009) | Distributing limited storage among a collection of media objects  Henrique S. Malvar |
| 8370404 (13/366708) | US | 2/5/2013 (2/6/2012) | Distributing limited storage among a collection of media objects  Henrique S. Malvar |

CTY# YEAR    UCC #
0602019-09452

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| JP3436517 (JP2000-197183) | JP | 6/6/2003 (6/29/2000) | ESTIMATE METHOD AND DESIGN METHOD FOR FAULT INCIDENCE PROBABILITY OF DATA SEIDL DIETER |
| 6598184 (09/606059) | US | 7/22/2003 (6/29/2000) | Method and apparatus for determining the failure probability of a data network Dieter Seidl |
| 6601047 (09/521864) | US | 7/29/2003 (3/8/2000) | Image-based digital evidence system and associated method Jinsheng Wang |
| 6662226 (09/705391) | US | 12/9/2003 (11/2/2000) | Method and system for activating and capturing screen displays associated with predetermined user interface events Joe Zheng |
| 7299281 (10/731277) | US | 11/20/2007 (12/8/2003) | Method and system for activating and capturing screen displays associated with predetermined user interface events Jinsheng Wang |
| 7904596 (11/219289) | US | 3/8/2011 (9/2/2005) | Method and System for Tracking Screen Activities Jinsheng Wang |
| 8078724 (12/710936) | US | 12/13/2011 (2/23/2010) | Method and System for Tracking Screen Activities Jinsheng Wang |
| 8510437 (13/309301) | US | 8/13/2013 (12/1/2011) | Method and System for Tracking Screen Activities Jinsheng Wang |
| 6704024 (09/725331) | US | 3/9/2004 (11/29/2000) | Visual content browsing using rasterized representations Charles Lee Johnson |

CTY# YEAR    UCC #
0602019-09452

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 7242406 (10/764341) | US | 7/10/2007 (1/23/2004) | Visual content browsing using rasterized representations John S. Robotham |
| 7688327 (11/759208) | US | 3/30/2010 (6/6/2007) | Visual content browsing with zoom and pan features Charles Lee Johnson |
| 7864186 (12/696413) | US | 1/4/2011 (1/29/2010) | DEVICE-SPECIFIC CONTENT VERSIONING John S. Robotham |
| 6684391 (09/614738) | US | 1/27/2004 (6/12/2000) | Method For Operating A Computer System, Byte Code Verifier And Computer System Stroetmann, Karl |
| DE60045210.7 (DE60045210.7) | DE | 11/10/2010 (2/18/2000) | Real 3-D model providing device MATSUMOTO YUKINORI |
| FR1151778 (FR00904031.2) | FR | 11/10/2010 (2/18/2000) | Real 3-D model providing device MATSUMOTO YUKINORI |
| GB1151778 (GB00904031.2) | GB | 11/10/2010 (2/18/2000) | Real 3-D model providing device MATSUMOTO YUKINORI |
| 7006952 (09/913095) | US | 2/28/2006 (2/18/2000) | 3-D model providing device Yukinori Matsumoto |
| 6947044 (09/576704) | US | 9/20/2005 (5/22/2000) | Creation and playback of computer-generated productions using script-controlled rendering engines KULAS,CHARLES J. |
| 8199150 (11/089090) | US | 6/12/2012 (3/23/2005) | Creation and playback of computer-generated productions using script-controlled rendering engines KULAS, CHARLES J. |

CTY# YEAR   UCC #
0602019-09452

| Patent/<br>Application Number | Country | Issue Date/<br>Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 7830385<br><br>(12/259291) | US | 11/9/2010<br><br>(10/27/2008) | Script control for gait animation in a scene generated by a computer rendering engine<br><br>KULAS,CHARLES J. |
| 8674996<br><br>(12/259292) | US | 3/18/2014<br><br>(10/27/2008) | Script control for lip animation in a scene generated by a computer rendering engine<br><br>KULAS,CHARLES J. |
| 8717359<br><br>(12/259288) | US | 5/6/2014<br><br>(10/27/2008) | Script control for camera positioning in a scene generated by a computer rendering engine<br><br>KULAS,CHARLES J. |
| 6597411<br><br>(09/708499) | US | 7/22/2003<br><br>(11/9/2000) | Method And Apparatus For Avoiding Moire In Digitally Resized Images<br><br>Selby, Steve |
| 6559883<br><br>(09/671007) | US | 5/6/2003<br><br>(9/27/2000) | Movie film security system utilizing infrared patterns<br><br>Fancher, James A. |
| 6771349<br><br>(10/260933) | US | 8/3/2004<br><br>(9/30/2002) | Anti-piracy protection system and methodology<br><br>Sitrick, David H. |
| 7428757<br><br>(11/598448) | US | 9/23/2008<br><br>(11/13/2006) | System and methodology for validating anti-piracy security compliance and reporting thereupon, for one to a plurality of movie theaters<br><br>Sitrick, David H. |
| 8006311<br><br>(12/284108) | US | 8/23/2011<br><br>(9/18/2008) | System and Methodology for Validating Anti-piracy Security Compliance and Reporting Thereupon, for on to a Plurality of Movie Theaters<br><br>Sitrick, David H. |

CTY‡ YEAR    UCC ‡
0602019-09452

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 6879865 (09/649981) | US | 4/12/2005 (8/29/2000) | Structure and method for selecting, controlling and sending internet-based or local digital audio to an AM/FM radio or analog amplifier Gladwin, Stephen Christopher |
| 7123263 (10/219041) | US | 10/17/2006 (8/13/2002) | Automatic 3D modeling system and method Young Harvill |
| CA2457839 (CA2457839) | CA | 4/27/2010 (8/14/2002) | Automatic 3D modeling system & method Young Harville |
| CA2690826 (CA2690826) | CA | 7/17/2012 (8/14/2002) | Automatic 3D modeling system & method Young Harville |
| CNZL02820332.1 (CN02820332.1) | CN | 5/26/2010 (8/14/2002) | Automatic 3D modeling system & method Young Harville |
| KR10-0720309 (KR10-2004-7002201) | KR | 5/15/2007 (8/14/2002) | Automatic 3D modeling system & method Young Harville |
| 7355607 (11/354511) | US | 4/8/2008 (2/14/2006) | Automatic 3D modeling system and method Young Harvill |
| 8289317 (13/313564) | US | 10/16/2012 (12/7/2011) | Automatic 3D modeling Young Harvill |
| 8487954 (13/611285) | US | 7/16/2013 (9/12/2012) | AUTOMATIC 3D MODELING Young Harvill |
| 6867808 (09/531542) | US | 3/15/2005 (3/20/2000) | Time domain imager SCOTT T. BODEN |
| 6456145 (09/672806) | US | 9/24/2002 (9/28/2000) | Non-linear signal correction Pertijs, Michiel A. P. |

ATTACHMENT A TO UCC FINANCING STATEMENT
DEBTOR: DigiMedia Tech, LLC
SECURED PARTY: Intellectual Ventures Assets 142 LLC
Page 5 of 16

CTY‡ YEAR    UCC ‡
0602019-09452

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 6542020 (10/146311) | US | 4/1/2003 (5/14/2002) | Non-linear signal correction Pertijs, Michiel A. P. |
| 7266563 (10/034277) | US | 9/4/2007 (12/28/2001) | Specifying, assigning, and maintaining user defined metadata in a network-based photosharing system Robert Paul Morris |
| 7287088 (09/680612) | US | 10/23/2007 (10/6/2000) | Transmission bandwidth and memory requirements reduction in a portable image capture device by eliminating duplicate image transmissions Eric C. Anderson |
| 7587514 (11/857100) | US | 9/8/2009 (9/18/2007) | Transmission bandwidth and memory requirements reduction in a portable image capture device Eric C. Anderson |
| 8073965 (12/534909) | US | 12/6/2011 (8/4/2009) | Transmission Bandwidth And Memory Requirements Reduction In A Portable Image Capture Device Eric C. Anderson |
| 8868778 (13/280757) | US | 10/21/2014 (10/25/2011) | Transmission Bandwidth And Memory Requirements Reduction In A Portable Image Capture Device Eric Anderson |
| 6807568 (09/625646) | US | 10/19/2004 (7/27/2000) | Recipient selection of information to be subsequently delivered David H. Tannenbaum |
| 7681220 (11/441479) | US | 3/16/2010 (5/26/2006) | Viewer selection of programs to be subsequently delivered David H. Tannenbaum |

CTY♣ YEAR    UCC ♣
060 2019—09452

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 7574724 (11/442492) | US | 8/11/2009 (5/26/2006) | Viewer selection of programs to be subsequently delivered <br><br> David H. Tannenbaum |
| 7739713 (12/501141) | US | 6/15/2010 (7/10/2009) | Viewer selection of programs to be subsequently delivered <br><br> David H. Tannenbaum |
| (13/272826) | US | (10/13/2011) | IDENTIFICATION OF MERCHANDISE TO BE SUBSEQUENTLY IDENTIFIED AND DELIVERED BY A MERCHANDISE PROVIDER <br><br> David H. Tannenbaum |
| 6829781 (09/577642) | US | 12/7/2004 (5/24/2000) | Network-based service to provide on-demand video summaries of television programs <br><br> Vijay K. Bhagavath |
| 7743399 (10/824663) | US | 6/22/2010 (4/14/2004) | Network-based service to provide on-demand video summaries of television programs <br><br> Vijay K. Bhagavath |
| 8087049 (12/793994) | US | 12/27/2011 (6/4/2010) | Network-based service to provide on-demand video summaries of television programs <br><br> Vijay K. Bhagavath |
| 9055328 (13/303372) | US | 6/9/2015 (11/23/2011) | Network-based service to provide on-demand video summaries of television programs <br><br> Vijay K. Bhagavath |
| 8160980 (12/171892) | US | 4/17/2012 (7/11/2008) | INFORMATION SYSTEM BASED ON TIME, SPACE AND RELEVANCE <br><br> Jose Carlos dos Santos Danado |
| 6782360 (09/574396) | US | 8/24/2004 (5/19/2000) | Gain quantization for a CELP speech coder <br><br> Yang Gao |

CTY≑ YEAR    UCC ≑
0602019—09452

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 6959274 (09/663662) | US | 10/25/2005 (9/15/2000) | Fixed rate speech compression system and method  Yang Gao |
| 6574593 (09/663837) | US | 6/3/2003 (9/15/2000) | Codebook tables for encoding and decoding  Yang Gao |
| AU255422 (AU2001255422) | AU | 3/3/2005 (4/16/2001) | Gains quantization for a CLEP speech coder  Yang Gao |
| CNZL01809085.0 (CN01809085.0) | CN | 4/19/2006 (4/16/2001) | Gains quantization for a CLEP speech coder  Yang Gao |
| GB1338003 (GB01928580.8) | GB | 10/18/2006 (4/16/2001) | Gains quantization for a CLEP speech coder  Yang Gao |
| 7054809 (10/126307) | US | 5/30/2006 (4/19/2002) | Rate selection method for selectable mode vocoder  Yang Gao |
| 6757649 (10/409404) | US | 6/29/2004 (4/8/2003) | Codebook tables for multi-rate encoding and decoding with pre-gain and delayed-gain quantization tables  Yang Gao |
| 7260522 (10/888420) | US | 8/21/2007 (7/10/2004) | Subframe processing of a CELP speech coder after derivation of unquantized pitch gains and generation of quantized pitch gains  Yang Gao |
| 7191122 (11/112394) | US | 3/13/2007 (4/22/2005) | Speech compression system and method  Yang Gao |
| 7593852 (11/700481) | US | 9/22/2009 (1/30/2007) | Speech compression system and method  Yang Gao |

CTY≑ YEAR    UCC ≑
060201 9-09452

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 7660712 (11/827916) | US | 2/9/2010 (7/12/2007) | Speech gain quantization strategy Yang Gao |
| 8620649 (12/284623) | US | 12/31/2013 (9/23/2008) | Speech coding system and method using bi-directional mirror-image predicted pulses Yang Gao |
| 10181327 (12/381036) | US | 1/15/2019 (3/6/2009) | Speech gain quantization strategy Yang Gao |
| 10204628 (14/143831) | US | 2/12/2019 (12/30/2013) | Speech coding system and method using bi-directional mirror-image predicted pulses Yang Gao |
| 7065778 (09/865970) | US | 6/20/2006 (5/25/2001) | METHOD AND SYSTEM FOR PROVIDING MEDIA FROM REMOTE LOCATIONS TO A VIEWER Bin Lu |

**"Certain Other Assets"**

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| DE19929943.9 (DE19929943.9) | DE | 12/18/2003 (6/29/1999) | Method for determination of the failure probability of a data network ZEEB EBERHARD |
| (EP00109768.2) | EP | (5/9/2000) | Method for determination of the failure probability of a data network ZEEB EBERHARD |
| (09/492559) | US | (1/27/2000) | Method and system for tracking screen activities in online transactions Jinsheng Wang |

```
CTY#  YEAR    UCC #
0602019-09452
```

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (09/644404) | US | (8/23/2000) | Method and system for tracking screen activity<br><br>Jinsheng Wang |
| (CN01101761.9) | CN | (1/20/2001) | Method and system for tracking network screen action in network trade<br><br>YU ZHENG |
| (EP01300722.4) | EP | (1/26/2001) | Method and system for tracking screen activities in online transactions<br><br>ZHENG JOE |
| (JP2001-018743) | JP | (1/26/2001) | Method, System and Program For Tracking Activity on Picture in Online Transaction<br><br>WANG JINSHENG |
| (60/223151) | US | (8/7/2000) | REMOTE BROWSER SYSTEMS USING SERVER-SIDE RENDERING<br><br>JOHN S. ROBOTHAM |
| (60/229641) | US | (8/31/2000) | GESTURE-BASED USER INTERFACE TO A MULTI-LEVEL SET OF BIT-MAPS<br><br>JOHN S. ROBOTHAM |
| (60/244231) | US | (10/30/2000) | REMOTE BROWSER SYSTEMS USING SERVER-SIDE RENDERING<br><br>JOHN S. ROBOTHAM |
| (09/726163) | US | (11/29/2000) | GESTURE-BASED USER INTERFACE TO MULTI-LEVEL AND MULTI-MODAL SETS OF BIT-MAPS<br><br>JOHN S. ROBOTHAM |
| (PCT/US2001/041577) | WO | (8/6/2001) | VISUAL CONTENT BROWSING USING RASTERIZED REPRESENTATIONS<br><br>Charles Lee Johnson |

CTY≑  YEAR    UCC ≑
0602019−09452

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (PCT/US2001/026280) | WO | (8/23/2001) | GESTURE-BASED USER INTERFACE TO MULTI-LEVEL AND MULTI-MODAL SETS OF BIT-MAPS<br><br>Charles Lee Johnson |
| DB19926467.8<br><br>(DB19926467.8) | DE | 1/11/2001<br><br>(6/10/1999) | Computer System Operating Method Has Each Individual Program Command Of Loaded Computer Program Checked Before Program Execution<br><br>Stroetmann, Karl |
| (JP11-277099) | JP | (9/29/1999) | Unable to Verify<br><br>Unable to Verify |
| (JP2000-021596) | JP | (1/31/2000) | DEVICE AND METHOD FOR PROVIDING SOLID MODEL<br><br>MATSUMOTO YUKINORI |
| (JP2000-021003) | JP | (1/31/2000) | REAL SOLID MODEL PREPARATION DEVICE, SOLID DATA PREPARATION DEVICE, PSEUDO SOLID DATA PREPARATION DEVICE, AND ITS METHOD<br><br>FUJIMURA KOTA |
| (JP2000-023210) | JP | (1/31/2000) | Device and method for providing three-dimensional model<br><br>KITAMURA TORU |
| (PCT/JP2000/000928) | WO | (2/18/2000) | Real 3-D model forming device<br><br>KITAMURA TORU |
| EP1151778<br><br>(EP00904031.2) | EP | 11/10/2010<br><br>(2/18/2000) | REAL 3-D MODEL FORMING DEVICE<br><br>MATSUMOTO YUKINORI |
| (09/913094) | US | (2/18/2000) | REAL 4-D MOTEL FORMING DEVICE<br><br>Yukinori Matsumoto |

ATTACHMENT A TO UCC FINANCING STATEMENT
DEBTOR: DigiMedia Tech, LLC
SECURED PARTY: Intellectual Ventures Assets 142 LLC
Page 11 of 16

CTY‡  YEAR    UCC ‡
060201 9-09452

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (PCT/JP2000/000929) | WO | (2/18/2000) | 3-D model providing device<br><br>Yukinori Matsumoto |
| (EP00904032.0) | EP | (2/18/2000) | 3-D MODEL PROVIDING DEVICE<br><br>SUGIMOTO KAZUHIDE |
| (PCT/JP2000/000930) | WO | (2/18/2000) | 3-D model providing device<br><br>SUGIMOTO KAZUHIDE |
| (EP00904033.8) | EP | (2/18/2000) | 3-D model providing device<br><br>KITAMURA TORU |
| 6977651<br><br>(09/913270) | US | 12/20/2005<br><br>(2/18/2000) | 3-d model providing device<br><br>Matsumoto, Yukinori |
| (60/135207) | US | (5/21/1999) | Creation and playback of computer-generated productions using rendering engines<br><br>KULAS,CHARLES J. |
| (14/220061) | US | (3/19/2014) | Script control for camera positioning in a scene generated by a computer rendering engine<br><br>KULAS,CHARLES J. |
| 7170577<br><br>(10/260679) | US | 1/30/2007<br><br>(9/30/2002) | Targeted anti-piracy system and methodology<br><br>Sitrick, David H. |
| (PCT/US2003/006291) | WO | (2/28/2003) | Anti-piracy protection system and methodology<br><br>Sitrick, David H. |
| (60/151714) | US | (8/31/1999) | Structure and method for selecting, controlling and sending internet-based or local digital audio to an AM/FM radio or analog converter<br><br>Gladwin, Stephen Christopher |

ATTACHMENT A TO UCC FINANCING STATEMENT
DEBTOR: DigiMedia Tech, LLC
SECURED PARTY: Intellectual Ventures Assets 142 LLC
Page 12 of 16

CTY≑ YEAR    UCC ≑
060201 9−09452

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (PCT/US2000/023842) | WO | (8/30/2000) | STRUCTURE AND METHOD FOR SELECTING, CONTROLLING AND SENDING INTERNET-BASED OR LOCAL DIGITAL AUDIO TO AN AM/FM RADIO OR ANALOG AMPLIFIER<br><br>GLADWIN S CHRISTOPHER |
| (PCT/US2000/023901) | WO | (8/31/2000) | STRUCTURE AND METHOD FOR SELECTING, CONTROLLING AND SENDING INTERNET-BASED OR LOCAL DIGITAL AUDIO TO AN AM/FM RADIO OR ANALOG AMPLIFIER<br><br>GLADWIN S CHRISTOPHER |
| 7702403<br><br>(09/709772) | US | 4/20/2010<br><br>(11/10/2000) | STRUCTURE AND METHOD FOR SELECTING, CONTROLLING AND SENDING INTERNET-BASED OR LOCAL DIGITAL AUDIO TO AN AM/FM RADIO OR ANALOG AMPLIFIER<br><br>GLADWIN S CHRISTOPHER |
| (12/760451) | US | (4/14/2010) | STRUCTURE AND METHOD FOR SELECTING, CONTROLLING AND SENDING INTERNET-BASED OR LOCAL DIGITAL AUDIO TO AN AM/FM RADIO OR ANALOG AMPLIFIER<br><br>Michael Cortopassi |
| (60/312384) | US | (8/14/2001) | Automatic 3D modeling system & method<br><br>Young Harvill |
| (10/219119) | US | (8/13/2002) | Automatic 3D modeling system and method<br><br>Harvill, Young |
| (JP2008-007078) | JP | (8/14/2002) | Automatic 3D modeling system & method<br><br>Young Harville |

```
CTY÷  YEAR    UCC ÷
060201 9—09452
```

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (JP2011-118840) | JP | (8/14/2002) | Automatic 3D modeling system & method<br><br>Young Harville |
| (PCT/US2002/025933) | WO | (8/14/2002) | Automatic 3D modeling system & method<br><br>Young Harville |
| (EP02757127.2) | EP | (8/14/2002) | Automatic 3D modeling system & method<br><br>Young Harville |
| (AU2002323162) | AU | (8/14/2002) | Automatic 3D modeling system & method<br><br>Young Harville |
| IN229185<br><br>(IN547/CHENP/2004) | IN | 2/13/2009<br><br>(8/14/2002) | Automatic 3D modeling<br><br>Young Harvill |
| (MXPA/A/2004/001429) | MX | (8/14/2002) | Automatic 3D modeling system & method<br><br>Young Harville |
| SG102880<br><br>(SG200400774-6) | SG | 2006-04-28<br><br>(8/14/2002) | Automatic 3D modeling system and method<br><br>Young Harville |
| (JP2003-522039) | JP | (8/14/2002) | Automatic 3D modeling system and method<br><br>Young Harville |
| 7952577<br><br>(12/099098) | US | 5/31/2011<br><br>(4/7/2008) | Automatic 3D modeling<br><br>Young Harvill |
| 8094150<br><br>(13/093377) | US | 1/10/2012<br><br>(4/25/2011) | Automatic 3D modeling system and method<br><br>Young Harvill |
| (13/919341) | US | (6/17/2013) | AUTOMATIC 3D MODELING<br><br>Young Harvill |
| (60/125153) | US | (3/19/1999) | FOCAL PLAN TIME DOMAIN IMAGER<br><br>SCOTT T. BODEN |

CTY≑  YEAR    UCC ≑
060201 9-09452

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (PCT/US2000/007299) | WO | (3/20/2000) | TIME DOMAIN IMAGER <br><br> SCOTT T. BODEN |
| (PCT/EP2001/011288) | WO | (9/27/2001) | Non-linear signal correction <br><br> Pertijs, Michiel A. P. |
| (EP01985782.0) | EP | (9/27/2001) | Radio frequency device with fast charging of an input cap. <br><br> MICHIEL PERTIJS \|Anton Bakker \|Johan Hendrik huijsing |
| (JP2002-531595) | JP | (9/27/2001) | Non-linear signal correction <br><br> Pertijs, Michiel |
| (KR10-2002-7006772) | KR | (9/27/2001) | Non-linear signal correction <br><br> Pertijs, Michiel A. P. |
| (PCT/US2002/040935) | WO | (12/23/2002) | Specifying, assigning, and maintaining user defined metadata in a network-based photosharing system <br><br> Robert Paul Morris |
| (10/820554) | US | (4/8/2004) | Television viewer selection of programs to be subsequently delivered <br><br> David H. Tannenbaum |
| (10/910872) | US | (8/4/2004) | Identification of merchandise to be subsequently identified and delivered by a merchandise provider <br><br> David H. Tannenbaum |
| (13/272853) | US | (10/13/2011) | Identification of Merchandise to be Subsequently Identified and Delivered by a Merchandise Provider <br><br> Unable to verify |

ATTACHMENT A TO UCC FINANCING STATEMENT
DEBTOR: DigiMedia Tech, LLC
SECURED PARTY: Intellectual Ventures Assets 142 LLC
Page 15 of 16

CTY≠  YEAR    UCC ≠
0602019-09452
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (13/536290) | US | (6/28/2012) | SEARCHING FOR MERCHANDISE PRESENTLY UNAVAILABLE ON A COMPUTER NETWORK SEARCHING FOR MERCHANDISE PRESENTLY UNAVAILABLE ON A COMPUTER NETWORK  David H. Tannenbaum |
| (60/929833) | US | (7/13/2007) | Domestic information system based in time, space and relevance  Theo Rangel Correia Da Silva Fernandes |
| (60/155321) | US | (9/22/1999) | 4-kbits/s speech coding  Yang Gao |
| (PCT/US2001/012396) | WO | (4/16/2001) | Gains quantization for a CLEP speech coder  Yang Gao |
| (BR0110831-0) | BR | (4/16/2001) | Gains quantization for a CLEP speech coder  Yang Gao |
| EP1338003 (EP01928580.8) | EP | 10/18/2006 (4/16/2001) | Gains quantization for a CLEP speech coder  Yang Gao |
| (JP2001-587422) | JP | (4/16/2001) | Gains quantization for a CLEP speech coder  Yang Gao |
| KR10-0546444 (KR10-2002-7015574) | KR | 1/19/2006 (4/16/2001) | Gains quantization for a CLEP speech coder  Yang Gao |
| RU2257556 (RU2002/134175/09) | RU | 7/27/2005 (4/16/2001) | Method for quantizing amplification coefficients for linear prognosis speech encoder with code excitation  Yang Gao |

ATTACHMENT A TO UCC FINANCING STATEMENT
DEBTOR: DigiMedia Tech, LLC
SECURED PARTY: Intellectual Ventures Assets 142 LLC
Page 16 of 16

# Exhibit Q

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
UNISEARCH, INC. 360-956-9500

**B. E-MAIL CONTACT AT FILER (optional)**
Kristy.Bertsch@unisearch.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

UNISEARCH
1780 BARNES BLVD SW
TUMWATER, WA 98512

4

CTY# YEAR    UCC #
0602019-09453
Filed and Recorded Dec-05-2019 03:39pm
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| DigiMedia Tech, LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 44 Milton Avenue, Suite 254 | Alpharetta | | GA | 30009 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| | | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Intellectual Ventures Assets 145 LLC | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 251 Little Falls Drive | Wilmington | | DE | 19808 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

A first priority security interest in all Collateral to secure all present and future payment and performance obligations of Debtor to Secured Party or any of Secured Party's affiliates, including, without limitation, Debtor's obligations under the PSA (collectively, the "Obligations"). "Collateral" means the Assigned Patent Rights and the Certain other Assets and all Revenue (as such term is defined in the PSA).

It is understood and agreed that any Revenue that is properly distributed to either Secured Party or any of Secured Party's Affiliates or Debtor and/or its Affiliates in accordance with the terms and conditions of the PSA are not considered Collateral under this Security Interest Addendum.

Additional Collateral included on Attachment A.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

CTY⧧ YEAR   UCC ⧧
0602019-09453

# ATTACHMENT A TO UCC FINANCING STATEMENT
## DEBTOR: DigiMedia Tech, LLC
## SECURED PARTY: Intellectual Ventures Assets 145 LLC

"**Assigned Patent Rights**" means (a) the patents and patent applications listed below; (b) any future reissues, reexaminations, extensions, continuations, continuing prosecution applications, requests for continuing examinations, divisions, and registrations of any of the items described in (a); (c) rights to apply in any or all countries of the world for future patents, certificates of invention, utility models, industrial design protections, design patent protections, or other future governmental grants or issuances of any type related to any of the items in (a) and/or (b); (d) rights to make, have made, use, sell, offer for sale, import, and otherwise commercialize any product or service under, or on account of, any of the items described in any of the foregoing categories (a), (b), or (c); and (e) exclusive right to bring causes of action and enforcement rights of any kind under, or on account of, any of the items described in any of the foregoing categories (a), (b), or (c), including, without limitation, all causes of action, enforcement rights and all other rights to seek and obtain any other remedies of any kind for past, current and future infringement.

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 8335994 (11/942597) | US | 12/18/2012 (11/19/2007) | Method and apparatus for providing content to a computing device Andrew So |
| 10374984 (13/685918) | US | 8/6/2019 (11/27/2012) | Method and Apparatus for Providing Content to a Computing Device Andrew So |
| (16/507187) | US | (7/10/2019) | Method and Apparatus for Providing Content to a Computing Device Andrew So |
| DE60001968.3 (DB60001968.3) | DE | 4/2/2003 (8/8/2000) | Global motion estimation and compensation in video compression Monro, Donald Martin |
| FR1206880 (FR00951715.2) | FR | 4/2/2003 (8/8/2000) | Global motion estimation and compensation in video compression Monro, Donald Martin |

CTY≑ YEAR    UCC ≑
0602019-09453

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| GB1206880 (GB00951715.2) | GB | 4/2/2003 (8/8/2000) | Global motion estimation and compensation in video compression Monro, Donald Martin |
| 6990145 (10/081392) | US | 1/24/2006 (2/21/2002) | Motion estimation and compensation in video compression Monro, Donald Martin |
| 7577202 (11/274804) | US | 8/18/2009 (11/15/2005) | Motion estimation and compensation in video compression Monro, Donald Martin |
| RE43085 (11/404125) | US | 1/10/2012 (4/13/2006) | Adaptive pixel-level color enhancement for a digital camera Lin, Tao |
| 6718183 (09/873427) | US | 4/6/2004 (6/5/2001) | SYSTEM AND METHOD FOR REDUCING DATA QUALITY DEGRADATION DUE TO ENCODING/DECODING Stephen M. Blust |
| 7545799 (09/779939) | US | 6/9/2009 (2/9/2001) | INTERNET TIME MULTIPLEXED CIRCUIT CONNECTION FOR WIRE SPEED CONNECTION AKIN TO PSTN SWITCHED CIRCUIT CONNECTION SUITABLE FOR MULTIMEDIA/VOICE/FAX/REALTIME APPLICATIONS Bob Tang |
| TWI174796 (TW089117914) | TW | 2/21/2003 (9/1/2000) | IMAGE DATA PROCESSING SYSTEM LEE TIAN-QUEY |
| RE42286 (11/450949) | US | 4/12/2011 (6/8/2006) | IMAGE DATA PROCESSING SYSTEM Kuei-Hsiang Chen |
| DE60046709.0 (DE60046709.0) | DE | 11/30/2011 (6/15/2000) | INTERNET RADIO RECEIVER AND INTERFACE BOLAS MARK T |

ATTACHEMENT A TO UCC FINANCING STATEMENT
DEBTOR: DigiMedia Tech, LLC
SECURED PARTY: Intellectual Ventures Assets 145 LLC
Page 2 of 16

CTY# YEAR    UCC #
060201 9-09453

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| FR1190336 (FR00942821.0) | FR | 11/30/2011 (6/15/2000) | INTERNET RADIO RECEIVER AND INTERFACE BOLAS MARK T |
| GB1190336 (GB00942821.0) | GB | 11/30/2011 (6/15/2000) | INTERNET RADIO RECEIVER AND INTERFACE BOLAS MARK T |
| 6920479 (09/859811) | US | 7/19/2005 (5/17/2001) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE Ian Mcdowall |
| 7949707 (11/180287) | US | 5/24/2011 (7/12/2005) | Internet radio receiver with linear tuning interface Ian Mcdowall |
| JP4719276 (JP2008-534750) | JP | 4/8/2011 (10/6/2006) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES Elliott D. Light |
| 8148673 (12/826164) | US | 4/3/2012 (6/29/2010) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES Elliott D. Light |
| 6535687 (09/591966) | US | 3/18/2003 (6/12/2000) | METHOD AND SYSTEM FOR DETERRING ELECTRONIC VIDEO PIRACY THROUGH IMAGE REARRANGEMENT Glenn Arthur Reitmeier |
| TWI164713 (TW089114610) | TW | 10/21/2002 (8/8/2000) | Method and system for deterring electronic video piracy through image rearrangement Glenn A. Reitmeier |
| 6567091 (10/085241) | US | 5/20/2003 (2/28/2002) | VIDEO CONTROLLER SYSTEM WITH OBJECT DISPLAY LISTS Thomas A. Dye |

ATTACHEMENT A TO UCC FINANCING STATEMENT
DEBTOR: DigiMedia Tech, LLC
SECURED PARTY: Intellectual Ventures Assets 145 LLC
Page 3 of 16

```
CTY    YEAR     UCC
060201 9-05453
```

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 7054895 (10/175218) | US | 5/30/2006 (6/19/2002) | SYSTEM AND METHOD FOR PARALLEL COMPUTING MULTIPLE PACKED-SUM ABSOLUTE DIFFERENCES (PSAD) IN RESPONSE TO A SINGLE INSTRUCTION Igor M. Koba |
| 6914635 (09/779416) | US | 7/5/2005 (2/8/2001) | MICROMINIATURE ZOOM SYSTEM FOR DIGITAL CAMERA TONI OSTERGARD |
| 6560413 (09/809599) | US | 5/6/2003 (3/14/2001) | HIGH-PRECISION PANORAMIC IMAGING SYSTEM Philip H. Lee |
| 6559853 (09/505338) | US | 5/6/2003 (2/16/2000) | ENVIRONMENT MAP CREATION USING TEXTURE PROJECTIONS WITH POLYGONAL CURVED SURFACES Andrew J. Lavin |
| 6567086 (09/625380) | US | 5/20/2003 (7/25/2000) | IMMERSIVE VIDEO SYSTEM USING MULTIPLE VIDEO STREAMS Roy T. Hashimoto |
| 6756990 (09/825724) | US | 6/29/2004 (4/3/2001) | IMAGE FILTERING ON 3D OBJECTS USING 2D MANIFOLDS Dieter O. Koller |
| 6897858 (09/505352) | US | 5/24/2005 (2/16/2000) | PARTIAL IMAGE DECOMPRESSION OF A TILED IMAGE Roy T. Hashimoto |
| 6879338 (09/541393) | US | 4/12/2005 (3/31/2000) | OUTWARD FACING CAMERA SYSTEM FOR ENVIRONMENT CAPTURE Roy T. Hashimoto |

CTY‡  YEAR    UCC ‡
0602019-09453

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 6741250 (09/982614) | US | 5/25/2004 (10/17/2001) | METHOD AND SYSTEM FOR GENERATION OF MULTIPLE VIEWPOINTS INTO A SCENE VIEWED BY MOTIONLESS CAMERAS AND FOR PRESENTATION OF A VIEW PATH John L. W. Furlan |
| 6553394 (09/488584) | US | 4/22/2003 (1/21/2000) | CONTINUOUS MEMOIZATION Ronald Perry |
| 6687384 (09/535213) | US | 2/3/2004 (3/27/2000) | Method And Apparatus For Embedding Data In Encoded Digital Bitstreams Michael A. Isnardi |
| JP4617049 (JP2001-571676) | JP | 10/29/2010 (3/19/2001) | Method And Apparatus For Embedding Data In Encoded Digital Bitstreams Michael A. Isnardi |
| TWI163244 (TW090106997) | TW | 9/21/2002 (3/23/2001) | Method And Apparatus For Embedding Data In Encoded Digital Bitstreams Michael A. Isnardi |
| 6420778 (09/872569) | US | 7/16/2002 (6/1/2001) | Differential electrical transmission line structures employing crosstalk compensation and related methods Victor Sinyansky |
| 6952697 (10/178041) | US | 10/4/2005 (6/21/2002) | MEDIA VALIDATION SYSTEM Leigh Rothschild |
| 7631000 (11/226561) | US | 12/8/2009 (9/14/2005) | MEDIA VALIDATION SYSTEM Leigh M. Rothschild |
| 7318061 (11/255844) | US | 1/8/2008 (10/21/2005) | MEDIA VALIDATION AND REGISTRATION SYSTEM Leigh M. Rothschild |

CTY✧ YEAR     UCC ✧
0602019—09453

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 8069164 (12/608219) | US | 11/29/2011 (10/29/2009) | MEDIA VALIDATION SYSTEM  Leigh Rothschild |
| 8219590 (13/280267) | US | 7/10/2012 (10/24/2011) | MEDIA VALIDATION SYSTEM  Leigh Rothschild |
| 8473514 (13/523684) | US | 6/25/2013 (6/14/2012) | MEDIA VALIDATION SYSTEM  Leigh Rothschild |
| 6606287 (09/725369) | US | 8/12/2003 (11/29/2000) | Method and apparatus for compression rate selection  Mike Sandler |
| 6909455 (10/353858) | US | 6/21/2005 (1/28/2003) | SYSTEM, METHOD AND ARTICLE OF MANUFACTURE FOR TRACKING A HEAD OF A CAMERA-GENERATED IMAGE OF A PERSON  Katerina H. Nguyen |
| 7715476 (11/112433) | US | 5/11/2010 (4/21/2005) | System, method and article of manufacture for tracking a head of a camera-generated image of a person  Katerina H. Nguyen |
| 6857129 (09/836581) | US | 2/15/2005 (4/16/2001) | Signal receiving video recording apparatus and method  Gregory T. Kavounas |
| 6473532 (09/524618) | US | 10/29/2002 (3/14/2000) | Method and apparatus for visual lossless image syntactic encoding  Semion Sheraizin |
| 6952500 (10/121685) | US | 10/4/2005 (4/15/2002) | Method and apparatus for visual lossless image syntactic encoding  Semion Sheraizin |

CTY♯  YEAR    UCC ♦
0602019-09453

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| RE42148 (12/196180) | US | 2/15/2011 (8/21/2008) | Method and apparatus for visual lossless image syntactic encoding Sheraizin, Semion |
| 6744818 (09/748248) | US | 6/1/2004 (12/27/2000) | Method and apparatus for visual perception encoding Vitaly S. Sheraizin |
| 6684220 (09/666029) | US | 1/27/2004 (9/20/2000) | Method and system for automatic information exchange Michael R. Yokell |

"Certain Other Assets"

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (09/791369) | US | (2/23/2001) | ELECTRONIC CUSTOMER RELATIONS MANAGEMENT CHAT METHOD, SYSTEM AND APPARATUS Andrew So |
| (GB9920256.6) | GB | (8/26/1999) | Motion estimation and compensation in video compression Monro, Donald Martin |
| (PCT/GB2000/003053) | WO | (8/8/2000) | Global motion estimation and compensation in video compression Monro, Donald Martin |
| EP1206880 (EP00951715.2) | EP | 4/2/2003 (8/8/2000) | Global motion estimation and compensation in video compression Monro, Donald Martin |
| (11/468989) | US | (8/31/2006) | Motion estimation and compensation in video compression Monro, Donald Martin |

ATTACHMENT A TO UCC FINANCING STATEMENT
DEBTOR: DigiMedia Tech, LLC
SECURED PARTY: Intellectual Ventures Assets 145 LLC
Page 7 of 16

CTY⬧ YEAR    UCC ⬧
0602019-09453

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 6721000 (09/511012) | US | 4/13/2004 (2/23/2000) | Adaptive pixel-level color enhancement for a digital camera Lin, Tao |
| (PCT/US2002/017478) | WO | (6/4/2002) | SYSTEM AND METHOD FOR REDUCING DATA QUALITY DEGRADATION DUE TO ENCODING/DECODING FRERKING MELVIN D |
| (60/182518) | US | (2/15/2000) | Internet time multiplexed circuit connection for wire speed connection akin to pstn switched circuit connection suitable for multimedia/voice/fax/realtime applications Tang Bob |
| (CA2435841) | CA | (2/13/2001) | AN INTERNET TIME MULTIPLEXED CIRCUIT CONNECTION TANG BOB |
| (PCT/GB2001/000592) | WO | (2/13/2001) | INTERNET TIME MULTIPLEXED CIRCUIT CONNECTION FOR WIRE SPEED CONNECTION AKIN TO PSTN SWITCHED CIRCUIT CONNECTION SUITABLE FOR MULTIMEDIA/VOICE/FAX/REALTIME APPLICATIONS TANG BOB |
| 6747637 (09/819750) | US | 6/8/2004 (3/29/2001) | IMAGE DATA PROCESSING SYSTEM LEE TIAN-QUEY |
| 6389463 (09/334846) | US | 5/14/2002 (6/16/1999) | INTERNET RADIO RECEIVER HAVING A ROTARY KNOB FOR SELECTING AUDIO CONTENT PROVIDER DESIGNATIONS AND NEGOTIATING INTERNET ACCESS TO URLS ASSOCIATED WITH THE DESIGNATIONS Ian B. McDowall |

CTY# YEAR UCC #
060 2019-09453

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (PCT/US2000/016399) | WO | (6/15/2000) | INTERNET RADIO RECEIVER AND INTERFACE<br><br>Ian E. McDowall |
| EP1190336<br><br>(EP00942821.0) | EP | 11/30/2011<br><br>(6/15/2000) | INTERNET RADIO RECEIVER AND INTERFACE<br><br>BOLAS MARK T |
| (09/579641) | US | (5/26/2000) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE<br><br>Unable to verify |
| (09/579642) | US | (5/26/2000) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE<br><br>Unable to verify |
| (09/579716) | US | (5/26/2000) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE<br><br>Unable to verify |
| (09/579717) | US | (5/26/2000) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE<br><br>Unable to verify |
| (09/570834) | US | (5/12/2000) | Internet radio receiver and interface<br><br>Ian Mcdowall |
| (09/578918) | US | (5/25/2000) | Integrated Tuner and audio Output Device for Streaming Audio<br><br>Ian Mcdowall |
| (09/578993) | US | (5/25/2000) | INTERNET RADIO RECEIVER WITH LINEAR TUNING INTERFACE<br><br>Unable to Verify |

CTY# YEAR    UCC #
0602019-09453

| Patent/<br>Application Number | Country | Issue Date/<br>Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| 6861640<br><br>(10/294273)<br>. | US | 3/1/2005<br><br>(11/14/2002) | DETECTING AND THWARTING IMAGING SYSTEMS AT THEATRICAL PERFORMANCES<br><br>Elliott D. Light |
| 6977366<br><br>(10/816970) | US | 12/20/2005<br><br>(4/2/2004) | DETECTING AND THWARTING IMAGING SYSTEMS AT THEATRICAL PERFORMANCES<br><br>Elliott D. Light |
| (PCT/US2004/010545) | WO | (4/5/2004) | DETECTING AND THWARTING IMAGING SYSTEMS AT THEATRICAL PERFORMANCES<br><br>LIGHT ELLIOTT D |
| 7020383<br><br>(11/122425) | US | 3/28/2006<br><br>(5/5/2005) | DETECTING AND THWARTING IMAGING SYSTEMS AT THEATRICAL PERFORMANCES<br><br>Elliott D. Light |
| 7332706<br><br>(11/180143) | US | 2/19/2008<br><br>(7/13/2005) | DETECTING AND THWARTING IMAGING SYSTEMS AT THEATRICAL PERFORMANCES<br><br>Elliott D. Light |
| 7326911<br><br>(11/245841) | US | 2/5/2008<br><br>(10/7/2005) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES<br><br>Elliott D. Light |
| (PCT/US2006/039319) | WO | (10/6/2006) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES<br><br>LIGHT ELLIOTT D |

CTY# YEAR   UCC #
0602019-09453

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| CNZL0680037206.5 (CN200680037206.5) | CN | 1/4/2012 (10/6/2006) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES Elliott D. Light |
| (EP06816497.9) | EP | (10/6/2006) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES LIGHT ELLIOTT D |
| 7755025 (11/949365) | US | 7/13/2010 (12/3/2007) | DETECTING AND THWARTING CONTENT SIGNALS ORIGINATING FROM THEATRICAL PERFORMANCES Elliott D. Light |
| (60/145306) | US | (7/23/1999) | MEANS OF DEFEATING ELECTRONIC VIDEO PIRACY THROUGH IMAGE REARRANGEMENT Glenn Arthur Reitmeier |
| (PCT/US2000/019856) | WO | (7/21/2000) | Method and system for deterring electronic video piracy through image rearrangement REITMEIER GLENN A |
| (EP00948844.6) | EP | (7/21/2000) | Method and system for deterring electronic video piracy through image rearrangement REITMEIER GLENN A |
| (JP2001-513177) | JP | (7/21/2000) | Method and system for deterring electronic video piracy through image rearrangement Reitmeier, Glenn A. |
| (10/391475) | US | (3/18/2003) | Method and system for deterring electronic video piracy through image rearrangement Glenn A. Reitmeier |

ATTACHEMENT A TO UCC FINANCING STATEMENT
DEBTOR: DigiMedia Tech, LLC
SECURED PARTY: Intellectual Ventures Assets 145 LLC
Page 11 of 16

CTY�333 YEAR   UCC �333
060 2019-09453

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (JP2011-144636) | JP | (6/29/2011) | Method and system for deterring electronic video piracy through image rearrangement<br><br>Glenn A. Reitmeier |
| (60/071294) | US | (1/16/1998) | AREA-BASED INTENSITY COMPACTION FOR DIGITAL IMAGES<br><br>Glenn Arthur Reitmeier |
| (60/071296) | US | (1/16/1998) | ELECTRONIC CINEMA<br><br>Glenn Arthur Reitmeier |
| (60/079824) | US | (3/30/1998) | ENHANCED MPEG INFORMATION DISTRIBUTION APPARATUS AND METHOD<br><br>Glenn Arthur Reitmeier |
| 6118820<br><br>(09/050304) | US | 9/12/2000<br><br>(3/30/1998) | REGION-BASED INFORMATION COMPACTION AS FOR DIGITAL IMAGES<br><br>Glenn Arthur Reitmeier |
| 6829301<br><br>(09/092225) | US | 12/7/2004<br><br>(6/5/1998) | ENHANCED MPEG INFORMATION DISTRIBUTION APPARATUS AND METHOD<br><br>Michael Tinker |
| (PCT/US1999/000351) | WO | (1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES<br><br>REITMEIER GLENN ARTHUR |
| EP1050167<br><br>(EP99902104.1) | EP | 12/17/2008<br><br>(1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES<br><br>REITMEIER GLENN ARTHUR |
| DE69940096.1<br><br>(DE69940096.1) | DB | 12/17/2008<br><br>(1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES<br><br>REITMEIER GLENN ARTHUR |

CTY# YEAR   UCC #
0602019-09453

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| FR1050167 (FR99902104.1) | FR | 12/17/2008 (1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES REITMEIER GLENN ARTHUR |
| GB1050167 (GB99902104.1) | .GB | 12/17/2008 (1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES REITMEIER GLENN ARTHUR |
| (JP2000-540677) | JP | (1/19/1999) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES REITMEIER GLENN ARTHUR |
| (PCT/US1999/000352) | WO | (1/19/1999) | LAYERED MPEG ENCODER TINKER MICHAEL |
| (EP99902105.8) | EP | (1/19/1999) | LAYERED MPEG ENCODER REITMEIER GLENN ARTHUR |
| (JP2000-540678) | JP | (1/19/1999) | LAYERED MPEG ENCODER REITMEIER GLENN ARTHUR |
| 6560285 (09/292693) | US | 5/6/2003 (4/15/1999) | REGION-BASED INFORMATION COMPACTION AS FOR DIGITAL IMAGES Glenn Arthur Reitmeier |
| TW157347 (TW089107083) | TW | 6/21/2002 (4/15/2000) | REGION-BASED INFORMATION COMPACTION FOR DIGITAL IMAGES REITMEIER GLENN ARTHUR |
| (PCT/US2000/010295) | WO | (4/17/2000) | STANDARD COMPRESSION WITH DYNAMIC RANGE ENHANCEMENT OF IMAGE REGIONS REITMEIER GLENN ARTHUR |

CTY‡   YEAR     UCC ‡
060201 9—09453

| Patent/<br>Application Number | Country | Issue Date/<br>Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (EP00926054.8) | EP | (4/17/2000) | STANDARD COMPRESSION WITH DYNAMIC RANGE ENHANCEMENT OF IMAGE REGIONS<br><br>REITMBIER GLENN ARTHUR |
| JP4554087<br><br>(JP2000-613198) | JP | 9/29/2010<br><br>(4/17/2000) | STANDARD COMPRESSION WITH DYNAMIC RANGE ENHANCEMENT OF IMAGE REGIONS<br><br>REITMBIER GLENN ARTHUR |
| 7403565<br><br>(10/429985) | US | 7/22/2008<br><br>(5/6/2003) | REGION-BASED INFORMATION COMPACTION AS FOR DIGITAL IMAGES<br><br>Glenn Arthur Reitmeier |
| RE42589<br><br>(11/635063) | US | 8/2/2011<br><br>(12/7/2006) | ENHANCED MPEG INFORMATION DISTRIBUTION APPARATUS AND METHOD<br><br>Glenn Arthur Reitmeier |
| RE43647<br><br>(12/841862) | US | 9/11/2012<br><br>(7/22/2010) | REGION-BASED INFORMATION COMPACTION AS FOR DIGITAL IMAGES<br><br>Glenn Arthur Reitmeier |
| (09/495985) | US | (2/1/2000) | VIDEO CONTROLLER SYSTEM WITH OBJECT DISPLAY LISTS<br><br>Thomas A. Dye |
| (60/299881) | US | (6/21/2001) | Microprocessor capable of parallel computing multiple packet absolute differences in response to one instruction<br><br>Igor M. Koba |
| 6515673<br><br>(09/505339) | US | 2/4/2003<br><br>(2/16/2000) | DISPLAYING IMMERSIVE VIDEOS USING TILED DECOMPRESSION<br><br>Roy T. Hashimoto |

CTY⊕ YEAR   UCC ⊕
0602019−09453

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (60/267538) | US | (2/9/2001) | METHOD AND SYSTEM FOR GENERATION OF MULTIPLE VIEWPOINTS INTO A SCENE VIEWED BY MOTIONLESS CAMERA<br><br>John L. Furlan |
| (60/288396) | US | (5/2/2001) | Method and system for generation of multiple viewpoints into a scene viewed by motionless cameras and for presentation of a view path<br><br>John L. W. Furlan |
| (09/982451) | US | (10/17/2001) | Method and system for generation of multiple viewpoints into a scene viewed by motionless cameras and for presentation of a view path<br><br>John Furlan |
| (PCT/US2001/008675) | WO | (3/19/2001) | Method And Apparatus For Embedding Data In Encoded Digital Bitstreams<br><br>Michael A. Isnardi |
| (EP01922456.7) | EP | (3/19/2001) | Method And Apparatus For Embedding Data In Encoded Digital Bitstreams<br><br>Michael A. Isnardi |
| 6545706<br><br>(09/364859) | US | 4/8/2003<br><br>(7/30/1999) | SYSTEM, METHOD AND ARTICLE OF MANUFACTURE FOR TRACKING A HEAD OF A CAMERA-GENERATED IMAGE OF A PERSON<br><br>Katerina H. Nguyen |
| IL134182<br><br>(IL134182) | IL | 2/11/2006<br><br>(1/23/2000) | METHOD AND APPARATUS FOR VISUAL LOSSLESS IMAGE SYNTACTIC ENCODING<br><br>Semion Sheraizin |

ATTACHEMENT A TO UCC FINANCING STATEMENT
DEBTOR: DigiMedia Tech, LLC
SECURED PARTY: Intellectual Ventures Assets 145 LLC
Page 15 of 16

CTY# YEAR     UCC #
0602019-09453
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

| Patent/ Application Number | Country | Issue Date/ Filing Date | Title of Patent and Inventor(s) |
|---|---|---|---|
| (PCT/IL2001/000065) | WO | (1/23/2001) | METHOD AND APPARATUS FOR VISUAL LOSSLESS IMAGE SYNTACTIC ENCODING<br><br>SHERAIZIN VITALY |
| (EP01942829.1) | EP | (1/23/2001) | METHOD AND APPARATUS FOR VISUAL LOSSLESS IMAGE SYNTACTIC ENCODING<br><br>SHERAIZIN VITALY |
| 7095903<br><br>(11/036062) | US | 8/22/2006<br><br>(1/18/2005) | Method and apparatus for visual lossless image syntactic encoding<br><br>Semion Sheraizin |
| (PCT/US2001/028888) | WO | (9/17/2001) | METHOD AND SYSTEM FOR AUTOMATIC INFORMATION EXCHANGE<br><br>SCHUESSLER RANDALL M |
| (AU89103/01) | AU | (9/17/2001) | Method and system for automatic information exchange<br><br>SCHUESSLER RANDALL M |
| (CA2416313) | CA | (9/17/2001) | METHOD AND SYSTEM FOR AUTOMATIC INFORMATION EXCHANGE<br><br>SCHUESSLER RANDALL M |
| (EP01968895.1) | EP | (9/17/2001) | METHOD AND SYSTEM FOR AUTOMATIC INFORMATION EXCHANGE<br><br>SCHUESSLER RANDALL M |
| (KR10-2003-7003913) | KR | (9/17/2001) | METHOD AND SYSTEM FOR AUTOMATIC INFORMATION EXCHANGE<br><br>SCHUESSLER RANDALL M |

ATTACHEMENT A TO UCC FINANCING STATEMENT
DEBTOR: DigiMedia Tech, LLC
SECURED PARTY: Intellectual Ventures Assets 145 LLC
Page 16 of 16