IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALTICE USA, INC. and<br>CSC HOLDINGS, LLC,<br><br>          Plaintiffs,<br><br>    v.<br><br>DIGIMEDIA TECH, LLC,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No.1: 21-cv-1322 (MN)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MICHAEL W. MCLAUGHLIN IN SUPPORT OF DIGIMEDIA TECH., LLC'S MOTION TO DISMISS**

I, Michael W. McLaughlin, declare as follows:

1. I am the President and CEO of IP Investments Group, LLC, the licensing agent for DigiMedia Tech, LLC ("DigiMedia"). I have personal knowledge of the facts set forth herein and could testify to them if called as a witness.

2. DigiMedia is a Georgia limited liability company, with a principal place of business in Alpharetta, Georgia.

3. DigiMedia is not organized or registered to do business in the State of Delaware.

4. DigiMedia does not have a registered agent in the State of Delaware.

5. DigiMedia does not maintain an office in the State of Delaware.

6. DigiMedia does not own or lease any property in the State of Delaware.

7. DigiMedia is not owned by any corporation or other business entity that has an established place of business in the State of Delaware.

I declare under the penalty of perjury that the foregoing is true and correct.

This 3rd day of December, 2021.

_____
Michael W. McLaughlin